UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09-CR-547(CEJ) |
| | ) |
| MARK STEVEN BROWN | ) |
| JEFF SMITH and | ) |
| NICHOLAS ADAMS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the parties will be permitted to present such testimony at the sentencing hearing as may be necessary (1) to resolve any objections to the Sentencing Guidelines; (2) to resolve any disputed matter contained in the Presentence Report; (3) to address any sentencing issue requiring expert testimony; and (4) to enable a victim to be reasonably heard, as required by 18 U.S.C. § 3771. Witnesses whose testimony pertains to the defendant's character, family, background, reputation in the community, or other issues not enumerated above will not be permitted to testify at the hearing, but may submit their statements to the Court in writing in advance of the hearing.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of August, 2009.