13191 Royal Pines Drive
St. Louis, Missouri 63146
September 22, 2009

The Honorable Judge Carol Jackson

Your Honor,

Subject: Jeff Smith

I have been a resident of the Greater St. Louis area for nearly 25 years and am a retired vice president – customer relations with TWA. During my working years, I founded a School Partnership between Eliot Elementary School and TWA flight attendants. A compelling need within the St. Louis community as well as a keen interest for me is support for and involvement in our inner city schools. This is one of the reasons I became a supporter of Jeff Smith. His work with inner city schools and particularly the Confluence Academy is inspiring. In addition, his regular initiatives to draw citizens to areas of the city in need of support have been compelling. In particular, I note his efforts to clean up blighted areas of the city. The work he has done over the years was – I believe – a result of his personal mission to make a difference. He has a unique ability to motivate others to join him.

The issue involving the 2004 Congressional Campaign has imposed a heavy penalty on Jeff Smith, including loss of his state senate seat and his Washington University teaching position. This incident was not characteristic of how Jeff led his life before or since. In addition, it will not deter the large number of his supporters, like me, who believe Jeff has much more to accomplish and contribute to our city and its citizens. We would like to continue to work with him to make a difference. In reaching your decision in Jeff Smith's case, I hope you will consider the price he has paid along with the good he has been doing and will continue do in our community in pursuit of his mission to make a difference for

the residents – and particularly the children - of St. Louis.  If he is allowed to continue to work towards these goals, Jeff's talents that drew others to his support will carry on and magnify his efforts and his success.

Thank you for your consideration of my perspective.

Respectfully yours,

Susan Ahl
314-576-5310

Bogotá, 22 September 2009

Carol Jackson
Judge

Honorable Judge Carol Jackson:

I write this letter on behalf of Jeffrey Smith.

In this letter, I would like to describe Jeff's character and the capacity in which I made an acquaintance with him.

In 1999, when we met, we were both graduate students at Washington University, in St Louis, enrolled in the doctoral program, at the Political Science Department. This Department has for a long time enjoyed a high regard in various areas, but mostly in American Politics. Due to this reason, and also because of the size of the program, there were not many foreign students. Yet, many of my classmates helped me feel at ease in the then new environment of an American graduate school. In spite of the fact that we never took a course together, Jeff always displayed towards me a sense of friendship that I could only matched with the same generosity he lavishly poured on all the foreign graduate students.

In this regard, I would like to recall the way in which Jeff behave towards one of them, Nadeem Siddiqui, a Pakistani political graduate student. Nadeem had the misfortune of being attacked by a form of aggressive cancer that finally killed him by the year 2001. During those painful months that preceded his death, Jeff accompanied Nadeem and helped him cope with the loss of his health. For a graduate student, always hurried by papers, classes, and grades, taking time to do something of this sort could only spring from a genuine interest in his fellows, an interest that does not depend on any reward, a behavior that inspires me and makes me feel a deep sense of respect towards Jeff.

By the year 2006, I earned my Ph. D. degree. Jeff had graduated around the same time. However, rather than pursuing an academic career, as it is today a notorious fact, he decided to go to politics. Once I knew that Jeff was, first, a candidate to nomination by the Democratic Party to the United States House, and then a candidate to the Missouri Senate, I encouraged friends of mine who were American citizens and residents in the State to vote for him. After he was elected to the Senate, every time that I checked my electronic mail and read Jeff's newsletter on his Senatorial activities concerning the projects and bills that he promoted, my sense of esteem towards him increased even more. For I saw a public servant exposing his actions to scrutiny and inviting criticism for the sake of serving the community.

I felt disappointed when I got to know that Jeff had been found guilty of violating electoral rules and of hiding information to Federal investigators. Yet, by the time your Honor decides which form of punishment would be appropriate in this case, I would like to ask you to bear in mind that the life of Jeff does not reduce itself to this fault; that this spot would not destroy nor hamper a life if a life is neither destroyed nor hampered in the contemptible and shameful

seclusion of a barred correctional facility. He would better clean that spot, if your Honor allow him, by servicing his community. He would do it, certainly in a capacity different from the one he had, i.e. being a highly respected public official, but in one that would redeem the human being he is: one who is willing to repair the damage that he caused to his community, with the only thing he could do: servicing that community.

Sincerely yours,

Juan Gabriel Gómez Albarello
Ph. D. Washington University, in St Louis

Honorable Judge Carol E. Jackson
14 North
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

September 3, 2009

Your Honor:

I have met scores of politicians over the years, but none with as much drive, vigor, and dedication as Jeff Smith. While I certainly won't minimize his offenses, I can personally attest to his being an enormous asset to the community at large.

I first encountered Jeff in 2004 on a Greyhound bus en route to a NARAL symposium in Jefferson City. He was flush with the energy of his first campaign, and his enthusiasm was overwhelming. He made a point during the duration of the trip to stop at every single seat and talk to his fellow passengers, finding out what we believed and what we felt needed to be changed. It was this grassroots spirit that carried him to his seat in the State Senate, where he maintained a close connection with his working class base by organizing numerous community-oriented events. His voting record reflects this blue-collar devotion: during a period of overwhelming political conservatism, Jeff had the courage to fight for green energy, reproductive rights, early childhood education, and many other progressive issues. I have never been as proud to be a Missouri citizen as I was during his tenure, and I would not hesitate to cite him as one of the finest representatives our state has ever had. We have crossed paths numerous times since our first encounter, both at local political functions and in casual settings, and he has remained just as modest and passionate for his work throughout.

I was deeply saddened to learn that Jeff had willingly participated in an obstruction of justice during his 2004 campaign, and in no way do I wish to condone what he did. Yet, despite his admissions, I sincerely consider him to be a paragon of integrity, and one of the greatest champions of the people of St. Louis. It is extremely disheartening to see such a brilliant political career come to such an ignominious end, but it will be doubly tragic if his myriad talents are not further utilized in service to his community.

I appreciate your consideration in this matter. Thank you for your time.

Most sincerely,

Michael Allen
5309 A South Kingshighway
St. Louis, MO 63109
314.351.2617

# FILAMENT A+D

Sustainable Architecture and Design

6411 Morningside Drive
Kansas City, Missouri  64113-2310

22 September 2009

To whom it may concern,

I've worked with Jeff Smith for the past three years, collaborating with him and his staff in order to create awareness of sustainable issues for the Missouri Legislature.  I found him forthright, open and sincere in his love for politics and his desire to produce legislation which could improve the living standards of the citizens of Missouri.  Happily, some sustainable issues were presented and passed in both of the past sessions, and we know this would not have happened without Jeff's involvement.  He has a gift of instantly understanding an issue and then knowing how to discuss it with the groups that will benefit from it.

Regardless of recent events, I feel that Jeff made a mistake for an action that is not typical of the base character he possesses.  I am confident that his future will be dedicated to the public good, and that it will be free from any other incident that will mar his record.

Sincerely,

Ben E Allers, RIBA, AIA, LEEDap
Principal
816.808.1454

September 21, 2009

Lisa M. Angstreich
306 Anderson Street
Manhattan Beach, California 90266

The Honorable Judge Carol Jackson
United States District Court
Eastern District of Missouri

Dear Honorable Judge Jackson:

I am writing to you on behalf of Jeff Smith.  I first met Jeff through a mutual friend who was working with Frank Popper on the documentary "Can Mr. Smith Get to Washington Anymore?"  Later we ran in the same "urban education reform" circles in St. Louis: I was working on a revitalization project with a downtown St. Louis Public school, Jefferson Elementary School, and Jeff was involved in a city charter school effort, Confluence Academy.

Over the course of the past six years, Jeff has become someone whom I deeply admire. We have sat across the table from each other at both important meetings and light-hearted social gatherings.  Jeff is extremely conscientious and passionate when it comes to issues such as social justice, education and health care.

When I first heard the news about Jeff's indictment I was incredulous.  The allegations were utterly inconsistent with the Jeff that I knew.  When the truth came out, I was heartbroken.  Eventually I realized that while I was disappointed in Jeff, I could also be compassionate. As a public official, Jeff is held to a higher standard; however, as a human being, he is as vulnerable as we all are to moments of poor judgment and regrettable choices.

I do not want Jeff's mistake to eclipse the overall merit of his hard work and significant accomplishments. People can move out from behind the shadow of their failures.  I believe that the future of St. Louis and Missouri will be better served by Jeff's continued dedication and involvement as a personal citizen.  I hope that you will show mercy as you make this difficult decision about Jeff's future.


Very Sincerely,

Lisa M. Angstreich

Victoria Anton-Brown
5722 Tholozan Avenue
St. Louis, MO 63109

9/11/2009

Honorable Judge Carol Jackson

Dear Judge Jackson,

I write to you today to humbly request leniency in the sentencing of Jeff Smith.

I suspect you will hear from many friends, colleagues, family members and former constituents who will detail Jeff's many accomplishments.   I add my voice to the many that have been the recipient of his friendship and inspired by his passionate commitment to community and country.

Because you are charged with the unenviable task of deciding Jeff's fate for the charges he stands accused, I beg your willingness to consider how best Jeff might serve his community.  I humbly submit that through Jeff's mistakes, others can learn.   I do not believe a prison sentence serves anyone well.  Jeff's youth, intellect and passion can surely be used to help others.  I believe, given an opportunity to serve, he will embrace it and make restitution in ways that will be immeasurable to the larger community.

I beg you to consider Jeff's mistakes to be seen as an opportunity for growth, not only for Jeff, but for all of us who will continue to learn and positively benefit from a young man who has so much to offer.


Sincerely,

Victoria Anton-Brown

One day, all children in this nation will have the opportunity to attain an excellent education.

**TEACHFORAMERICA**

September 16, 2009

The Honorable Judge Carol Jackson
111 South 19th Street
Suite 14.148
St Louis, MO 63102

To the Honorable Judge Carol Jackson,

I write to provide a character reference for former Senator Jeff Smith of St. Louis. I am the Executive Director of Teach For America – St. Louis, a non-profit organization that places teachers in our city's most underserved schools. Jeff Smith has always been a friend to our organization, our young people we bring to St. Louis to be educators, and, most importantly, to the students of Missouri.

I have known Jeff Smith since last October, when I assumed my current position. In that time I have found him to be a passionate advocate for education in Missouri; in his work in the state senate, Mr. Smith has often gone against the grain of traditional thinking (and sometimes even his party) in doing what he felt was right. Having worked in public education for over thirteen years, it was refreshing to see someone in state government who was not afraid to take the unpopular opinion, to oppose a powerful voting bloc, or to speak up for what is right in the face of special interest or political controversy. Simply put, Jeff Smith was not afraid.

Given Mr. Smith's alacrity to engage with challenging topics, our state is in a better situation through his leadership. Had it not been for his pot-stirring, I believe it is unlikely our Education Committees would now be discussing items like merit pay for teachers, open enrollment, and expanding or altering current charter school law. We have lost a real fighter for education, and I will admit that, from our standpoint, this is frustrating. Not only was Mr. Smith an avid education proponent, he was also easy to have access to – to present an idea, debate a point, or to talk with our teachers on what is happening in their classrooms. It is unfortunate that, through virtue of poor decisions, he is no longer representing the interests of so many who need it the most in Jefferson City.

While we are upset at the choices Mr. Smith has made, I know he is a valuable asset to Missouri as a state, and St. Louis specifically. It would be a wasted opportunity if Mr. Smith could not translate his shame into something positive for young people. I had the pleasure of seeing Mr. Smith present a lesson to a group of students at Soldan High School last year, and they were interested, engaged, and eager to ask questions. I respectfully request that some creative decision can be reached in Mr. Smith's sentencing that will have a greater impact for young people in St. Louis.

Sincerely,

Scott Baier
Executive Director



AN AMERICORPS PROGRAM

815 Olive Street, Suite 14 · St. Louis, MO 63101 · P 314.621.9100 F 314.621.9127 · www.teachforamerica.org

120 West Swon Avenue
Webster Groves, Missouri 63119

September 25, 2009

The Honorable Judge Carol Jackson
111 South 10th Street
Suite 14.148
St. Louis, Missouri 63102

Dear Honorable Judge Carol Jackson,

   I am writing you today on behalf of my friend, Jeff Smith.  I was extremely saddened
by the news of his resignation and even more saddened when the details emerged of the
crime he committed.  However, I do not believe his actions represent the true character of
the man I have come to know and respect over the past five years.
   I have been a volunteer for Senator Smith since he was elected to the Missouri State
Senate.  I have accompanied him to meetings at Senior Citizen Centers, helped organize
and work at his Three-on-Three Basketball Tournaments at Fairground Park, and I have
attended neighborhood meetings on his behalf.
   Never in my thirty years of being involved in my community as both a social worker
and a volunteer have I met a person who cares so deeply about our under-served
population!  While Senator Smith's commitment to the people of his district and the State
of Missouri was obvious in the types of legislation on which he chose to work, it was
what he did outside the Senate Chamber that I admired most and what I believe shows
Senator Smith's true character: the things that he chose to do when no one was watching.
   At each Senior Citizen Center at least one senior citizen would ask for his help on a
personal matter regarding their health care or their living situation.  Senator Smith would
take their name and number and always follow through. I was always touched by his
obvious concern for each individual and his empathy was felt by all in the room.
   If Senator Smith could not attend a neighborhood meeting, he did his best to find
someone to represent him to see if there was anything the neighborhoods needed his help
with. This commitment to each neighborhood in his district was deeply appreciated by
the people at the meetings, which they asked me to tell him time and time again.
   The basketball tournament and community fair was an incredible event that thousands
in the Fairground Park Neighborhood attended each summer for the past four years.
Senator Smith was tireless in his work planning for the event.  He went door to door
asking for help from businesses and organizations so that the people in attendance could
receive health screenings, school supplies, refreshments, and more at the event.  The
event itself was a highlight for the neighborhood, a part of our city which is known more
for its' high crime rate rather than a wonderful community event.  Senator Smith was
obviously very well liked and appreciated by those in attendance.  Again, I was struck by
his sincerity and concern for the people of his district.

Thank you for taking the time to read this letter.  While I realize the serious nature of Senator Smith's crime,  I hope that this letter helps to demonstrate the true character of Senator Smith and his incredible commitment and empathy for others.

Sincerely,

Lauren G. Bakker-Arkema

**Sean Barry**
**8111 Roxburgh Dr. #2NW**
**St. Louis, MO 63105**


The Honorable Carol E. Jackson
United States District Court Judge
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO 63102

Re: Jeff Smith

Dear Judge Jackson:

My name is Sean Barry and I am currently a 1L at St. Louis University School of Law. I have known Jeff since 2005 when I began working on his campaign for state senate. Over the course of the last four years Jeff has been an incredible friend and mentor. He is one of the most intelligent, caring, and committed people I have ever had the pleasure of knowing.

Since I have known Jeff he has demonstrated an astonishing devotion to public service not only in the Missouri Senate, but in our community as well. Unlike most politicians Jeff has actually rolled up his sleeves and worked with the community on a grassroots level. Jeff has served in active role in our community as a coach, activist, teacher, and mentor. Furthermore Jeff has encouraged many young people including myself to get involved in government and public service. Without his presence I believe our community would be at a true loss.

While Jeff did commit a serious offense, I do not think he has a proclivity for further criminal acts. He made a severe error in judgment and has been punished in the public eye. Additionally I believe Jeff knows the severity of his crime and the fact that he has let many of his supporters and friends down. Jeff's actions in this case were extremely uncharacteristic and do not accurately reflect his character. Our community would be a much worse place without him.

Jeff is a good person and a dear friend and I ask that you show leniency in his sentencing. Thank you for your consideration.

Sincerely,

Sean Barry

# MATTHEW V. BARTLE
## 10817 WILDFLOWER DRIVE
## LEE'S SUMMIT, MISSOURI 64086

816-305-6288
MATT.BARTLE@POBOX.COM

Via Hand-Delivery Through Counsel to Jeff Smith

September 4, 2009

Honorable Carol Jackson
United States District Court,
Eastern District of Missouri

Dear Judge Jackson,

I have served with Jeff Smith in the Missouri Senate since he was first elected.  Jeff and I are nearly polar opposites in our politics and thus we were most commonly adverse in debate and in voting.  Yet, in spite of this wide gap in our views, I believe that Jeff's overwhelming motivation was advancing the interests of others.

Here is what I have observed over the past three years:

- Jeff assembled the most elaborate system I have ever seen for staying in touch with his constituents.  Although constituent communication is essential for anyone who holds elected public office, because it takes so much time and hard work, few do it with distinction.  Jeff poured himself into explaining to his constituents the issues and obtaining feedback from his district.  He cared deeply about understanding his constituents and their expectations.  Jeff would work late into the night writing updates and providing personal replies to those who wrote him.

- Door to door campaigning is a test of endurance for someone seeking public office.  Many candidates do not do it because they believe it is physically grinding.  Yet, door to door is the best way to meet with and hear from the voters.  Jeff has spent months and months going door to door in neighborhoods that even police officers would avoid if they were running for office.  I see in this not only courage, but also strong indication that Jeff genuinely cared about reaching out to each and every voter regardless of where in his district they lived—not just those who lived on

safe streets in safe neighborhoods.

- Jeff's charity basketball tournament, which I am sure others will call to your attention, is unique. I do not know of any other elected official in the state who does anything like this charity event. Jeff devotes so much time and attention to this event because he loves the young people that participate and the kids who benefit from the funds he raises.

- Regardless of how frustrated I was with Jeff for some stance he was taking on an issue, I could not help but like him. Jeff is kind, bright, well-read, and extremely articulate. Although I was largely unsuccessful in convincing him to vote with me, I never felt that he was uninterested in my reasoning or dismissive of my point of view.

Judge, Jeff obviously made some terrible mistakes. Regardless of how you exercise your discretion in his sentencing, he will pay the price for those bad decisions every day for the rest of his life. It will be nearly impossible for him to ever hold public office (elected or unelected) or to obtain a teaching position. Please take this into account when you decide how much additional punishment is appropriate.

I believe Jeff is a good person who made a bad decision. I believe Jeff will learn from his mistakes and he will emerge from this as a person ever-more committed to serving others.

Sincerely yours,

Matthew V. Bartle

Re: Jeff Smith

To Whom It May Concern:

I am writing a letter in support Jeff Smith because I do not believe his prolonged incarceration will produce any meaningful societal benefit.

I hesitate to defend him personally, and I deplore his actions, especially his lies, and I understand the seriousness of his crimes and of his breach of public trust. I do not condone lying of any kind, and in my opinion, it is especially egregious to lie under oath. I do not think that negative campaigning and promotion of falsehoods about one's political opponents is becoming of any public official, but it would be extraordinarily naïve to think that his was the first and last indiscretion of this nature. On the contrary, it seems to be the norm in current political discourse.

I sincerely wish that he would never have allowed his agents to misinform, and that he would have owned up to it when he was initially asked by investigators. But I also believe that he saw this act as an unfortunate means to an end. He believed in himself so strongly that the risk was worth the reward, and the reward would have him doing great work for the neediest in the community. I have to think that it was a decision he did not take lightly, but made hastily, and once he crossed the line, I think he buried it just as many people do to escape their past indiscretions. The saddest part of it is that I know he was doing good work because I saw him in action and I participated in one of his community service projects.

I was invited to participate in a Jeff's annual 3-on-3 basketball tournament by a mutual friend and asked to volunteer my time as an official, to which I gladly accepted. I noticed that the event was widely attended and supported, and everyone was warmly welcomed. It was an exceedingly positive environment especially in light of the many basketball competitions. Furthermore, vital public services were made available to all attendees. In fact, it was at the tournament that my then 6-month-old daughter was tested for elevated lead levels, and because of this opportunity, my wife and I became informed about the significant toxins prevalent in our old South-City home (this problem has been since been rectified). Aside from providing this great public benefit, Jeff was very gracious to me for my time and a pleasure to speak with. Observing his interactions with the young people and older generation alike, it was clear that he had endeared himself to the community he served by doing the important work, like improving the health of the inhabitants of old homes, including my own. And I was sincerely touched when the State Senator would later write me a personal note thanking me again for my help.

Although I consider myself similar in political persuasion to Jeff, I have never donated money to his campaign, nor any other local or national politician. I know that he had the best of intentions, and that his work was starting to have great affect. It is sad that his resignation eliminates this momentum and difficult to understand why he wouldn't have previously admitted guilt and taken ownership for his actions. I understand that many will want for Jeff the severest penalty as a symbolic example, as a deterrent for future lawbreakers, and as a demonstration of our legal system at work. But it is with Jeff's commitment to the community at large that I ask for some consideration of lenience in his sentencing.

I cannot say it more succinctly: Jeff Smith deserves to be punished. And regardless of the sentence length or structure, I will not feel sorry for him. However, I will feel sorry for the community of poor and underrepresented mothers and children that stand to lose the most. It is with the welfare of this population segment in mind that Jeff Smith rationalized his transgression, and I believe that this case deserves serious deliberation to allow Jeff to return to the work he was meant to do all along, albeit probably not as a politician. Yet he is not a violent offender, he is not a threat to society, and he wants to help the underprivileged. Prolonged incarceration will have a net negative effect on the community as a whole.

Please use discretion when considering his sentence.

Sincerely yours,

Nathan K. Beckett
4061 Wyoming St.
St. Louis, MO 63116

10/6/2009

Honorable Judge Carol Jackson,

Your honor, I am writing this letter on Jeff Smith's behalf.  If you knew my political stances and the debates Mr. Smith and I have had, you would think I am the least likely person to be writing a letter for him.  He and I have disagreed much more than agreed when it comes to the area of public education.  That said, we always seemed to end up in the same place when it came to the focus- how to help the children.

I truly believe in Jeff's heart, that he has always had the interests of the children in mind when working on education legislation, which is where I know him best.  He and I worked on crafting legislation that increased the standards and accountability for charter schools when it became apparent these measures were needed to improve the educational opportunities for the children of St. Louis.

It is because of him, that failing charter schools now have some accountability measures in place at the state level to allow their sponsors to revoke the approved charter.  It is because of him, that absentee charter school sponsors can now be held accountable for their actions instead of just skimming educational money for their sponsorship and oversight.  It is because of him, that charter schools will need to better the education for thousands of children in St. Louis City or face a loss of their sponsorship and closing.

Mr. Smith did not need to write or even attempt to pass this legislation.  The charter school lobby and many of his supporters did not take kindly to this charter accountability measure.  While it is not exactly what I would have wanted, in the end it was a good compromise and a start for introducing even the idea of accountability in charter schools.  Previously they had no accountability.

I use this example to specifically address Jeff's character.  He did not follow his supporters on this issue, for which he is pretty well known as a champion of charter schools.  Instead, he knew the need for charter school accountability and chose to do the right thing and sponsor the legislation in spite of his campaign contributors.  I also would like to point out that I have never given one dollar of a donation to his campaigns, yet he worked with me for the benefit of the children in St. Louis anyway.

Jeff made a mistake when he accepted help from others and knew of the details.  He made a mistake by attempting the cover up of his actions for which I believe he is paying dearly.  He has been disgraced and resigned his seat in the Missouri Senate.  Had he not committed these acts, he would have certainly risen to much higher office.  Therefore, he has given up what could have been a promising career and very productive life in public service, which I think is a heavy price to pay for him as an individual.

I think it would benefit this city and state much more if Jeff were able to remain helping the community and children in St. Louis instead of being incarcerated.  While what he did is shameful, as a former candidate for State Representative, I can say things in a

campaign are so quick and furious that it becomes literally blurred as to what is going on. The lines become wavy; you depend on campaign staff, friends, and constituents to help. Ideas are thrown out and help is offered. You think and say yes to almost everything, because it has become a necessary evil to accept money and help to win in an election. In fact, it was so bad that I decided not to accept campaign contributions when I ran for the St. Louis Board of Education. The entire process is so corrupt in my opinion, it needs a complete overhaul. Until that time, we will continue to have political candidates doing things much worse than Mr. Smith, just not getting caught.

Politics can corrupt even those with the best of intentions. I have even noticed it creeping into the campaigns for judges in many areas and would think you are beginning to see it as well. While this is no excuse for his or any improper actions, it is important to consider when you make the decision for his sentencing. Losing his career in politics and the larger picture of public service is truly punishment enough for Jeff. Instead, I would humbly ask you to have Jeff work within this community and for St. Louis children as a condition of probation, where I believe he will be of greater benefit and use to St. Louis and Missouri.

Sincerely,

Chad Beffa
Member, St. Louis Board of Education
4940 A Parker Avenue
St. Louis, MO 63139
c.beffa@sbcglobal.net
314-352-4954

Edith F. Binder
20 Dogwood Lane
St. Louis, Missouri 63124

Dear Judge Jackson,

I am writing to you to request that you give consideration to giving Jeff Smith a period of probation instead of Jail time.  I believe that he can make a greater contribution with a sentence of Community Service.

Jeff Smith did make a bad decision regarding lying to federal agents rather than being truthful.  I do not understand the circumstances for such a decision, but at the time it was not reflective of his character to seek and become a public servant.

He has been someone to admire in his choice of running for office.  He has tried and in some instances been successful in promoting programs that would ensure good government.  He has sponsored and passed two bills that would transform our child support system.  These bills pertain to father's assuming child support payments and avoiding felony convictions. He has represented the City of St. Louis.  To have some one of Jeff's caliber running and taking on the responsibility of public office can be encouraging to others of his generation.

I know this will be a difficult judgment on your part.  I hope that Jeff will not be discouraged, but will continue to stay involved in community affairs.  Doing Community Service will be more beneficial to our Community than if he serves Jail time.

Thank you for your consideration.  I appreciate that you will give your decision a great deal of thought before deciding how you will handle his case.

Yours sincerely,

Edith F. Binder

September 12, 2009

Dear Honorable Judge Carol Jackson,

Over the past few years, I have gotten to know Jeff Smith in many capacities: first as my Professor of Political Science at Washington University, then as a political mentor and community activist during the last few election cycles, and most importantly, as my friend.

As my Professor, Jeff came the first day of class and went around the room asking more than just our names and where we were from. He wanted to know of our prior involvement in politics, our majors, our hobbies, and our passions—a taste of what made us who we were as individuals and not just as students trying to finish those last three credit hours to graduate. This was unique—and Jeff did the same. He would share anecdotes about his own life and experiences in the State Senate instead of relying on dry textbook definitions or stale examples. As students, we got to know Jeff as a human being and not just our teacher. His perspective on the political process was honest, innovative and inspiring. He made us want to do more than just sit in class, take notes, and raise our hands. He made us want to get involved in our communities as much as he had in his. He made us want to make a change where it was needed most.

After I graduated the following spring, I held onto the lessons Jeff had taught me more so than any other Professor in my college experience. I began devoting my career path to politics and service through campaigns and civic engagement—and Jeff was one of my main inspirations to do so. Jeff would go out of his way to help me out in the community and on the various campaigns in which I was working. Although he was constantly busy defending historic tax credits, helping struggling fathers with their child support, reaching across the aisle to form alliances with the other party, teaching class, or gearing up for his own re-election, Jeff still had time to give words of wisdom to the ten high school students I mentored at a local non-profit and give a speech about the importance of voter/community outreach to the handful or underpaid and underappreciated door-knockers I supervised on the Governor's campaign. He would go up and down city streets handing out flyers for our first openly gay alderman in the freezing temperatures of February when I needed help because he knew the importance of making a genuine difference in the community.

This summer I was lucky enough to volunteer at Jeff's annual 3-on-3-basketball tournament and community fair in North St. Louis. I remember a child about twelve years old approached me. He was proudly wearing his Jeff Smith t-shirt and his forehead was beaded with sweat from just playing a game. He said to me, "I love coming to the basketball tournament. It's the only thing great thing to happen to us all year. Nothing ever goes on here like this." I smiled and replied "Senator Smith works very hard to make sure you all have a great time every year." The boy grinned from ear to ear. And even though it was just one boy, knowing that Jeff and his efforts made such an impact made me so proud to know him at that moment and for every moment he made someone smile.

I was heartbroken to have learned of the most recent events that resulted in Jeff's conviction and resignation. He made an error in judgment, but I believe Jeff will do whatever it takes to get back on track. I will never lose respect for him because of his error. Nor will I ever lose hope in the political process or the community in which he so passionately served. Jeff is going to go on and continue to inspire and make a difference in whatever capacity that he can. I am so humbled that he has been part of my life.

Very Truly Yours,

Angela Bingaman

October 5, 2009
Jeff Smith
4059 Flora
St. Louis, MO 63110

Dear Honorable Judge Carol Jackson,

I send greetings to you in honor and respect for your important role in the matter of review and sentencing of Jeff Smith. With your permission, the intention of this letter is to provide to you an additional perspective of Jeff formed over the past 9 years in which I have known him. My relationship to Jeff is one of friend of the Smith family – I have lived next door to Jeff's parents for 9 years – and friend and political supporter of Jeff. I have had the opportunity to know Jeff and see him in action with his friends and family over this period of time. For background, I am a former senior executive in Fortune 500 companies, and for the past 7 years, I have served as President of my own firm, Blake Strategic Consulting.

First, allow me to state the obvious: Jeff's lack of judgment in following the law and his several deceptions to the authorities investigating the matter is not right. To have been arrested is the obviously right result of this lack of judgment.

The additional perspective of Jeff that I wish to share with you, Honorable Judge Jackson, is the deep care and real concern that Jeff has for the people of our community, which he has demonstrated over and over throughout his life, including forming the basis of his own education in his undergraduate degree in African American Studies. Jeff is an Action Person, and he spent many hours and years helping people in our community in so many ways. For example, to help people gain better education, he co-founded the charter school in St. Louis a number of years ago which continues to do its good work today. When in the Missouri Senate, he also created the Missouri Teaching Fellows Program to bring top teachers to struggling school districts that could not afford this high caliber of teacher. He also expanded early childhood education for financially disadvantaged children. And remember your best teacher when you were growing up? These important "best" teachers are often so underpaid that some days it's difficult to see how they can maintain their teaching careers. Jeff worked with other legislators to help add $5M in bonuses to the salaries of City teachers whose students make exceptional academic gains.

Jeff also understand the cycle of poverty and crime that keeps these people caught in a treadmill that recycles over and over again, one generation after the next. To help put an end to this, he sponsored and passed two bills which will virtually transform the child support system and save the state millions of dollars in incarceration costs. One bill will help fathers who are struggling to pay child support, avoid felony convictions and jail time by creating "fathering courts" to help non-violent offenders find jobs and resume support payments. The second bill will reduce erroneous paternity judgments and ensure

that men with DNA tests showing non-paternity will no longer be required to pay for children who are not theirs. Jeff worked closely with the Fathers Support Center of St. Louis as he worked on these bills.

And all this was accomplished in his first term as State Senator. He's an Action Person. Jeff Smith CARES, and he has the good ideas and energy to bring GOOD to our community.

Honorable Judge, as an executive who has lived in many other cities in our great country, including New York, Los Angeles, Boston, Minneapolis and Cincinnati, my perspective is that St. Louis still harbors a deep divide on racial inequality and does not afford equal opportunities for all. As a city, we are leaving ourselves and our good city at a disadvantage, and leaving many people behind, by not engaging our African American community to the fullest extent in education and job opportunities.

Our community needs people like Jeff Smith who understands the issues here, has the sincere heart and will to help, and has the good ideas and energy to execute them well.

I strongly encourage you to keep Jeff Smith busy in the community over whatever period of time you deem is best for his sentence. With our city's needs so great, it would serve the best interests of the community to have him work within it, to better it, and to serve as a repentant and good example as he is doing it. This would have a lasting impact on the community and on the young people within it, and our community would be far stronger as a result.

Thank you, Honorable Judge Jackson, for considering the information and perspective in this letter. If I can be of further assistance to you in any way, it would be an honor to assist you. Please call me.

Thank you.

Respectfully,

Mary Pat Blake

President
Blake Strategic Consulting, LLC
314-569-3102 Office
314-409-3111 Cell
16 Enfield Road
St. Louis, MO 63132

October 7, 2009

Honorable Judge Carol Jackson

Dear Judge Jackson:

I am writing to you regarding a matter scheduled to come before you on November 10, the sentencing date for Jeff Smith. As a former judge, I know that you have a weighty decision to make. I am familiar with the facts of the case, and do not condone Jeff's violation of the law.

I met Jeff when he was running for Congress in 2004. He was a tireless candidate. Before I met him, I heard about him from one friend, and then another, and then another. One of them hosted a coffee for him. One ran into him at an event focused on women's issues. One met him when he knocked at her door. He appeared to be everywhere.

When I met him, that made sense. He had boundless energy and enthusiasm. And he had a crew of young college students trailing him, knocking on doors, waving signs, and spreading the word about his platform throughout the city. He had inspired most of them through his teaching. As many of us understand, too often our academic training doesn't prepare us for our professional work. But clearly Professor Smith was out to make sure that these kids got a real understanding of how politics works, as opposed to the textbook learning inside the classroom.

In any case, I talked to many of these young volunteers, and was moved by their support of Jeff over candidates that I knew far better. The positive effect that Jeff had on young people of all races and backgrounds was astounding. Even in spite of the mistakes that Jeff made during that campaign, I believe that I made the right decision in supporting him just as I believe I am making the right decision in drafting this letter, because Jeff Smith is a fundamentally good person whose energy and ability to connect with our city's youth should be harnessed in a positive way, and not stifled in a correctional facility.

As a 29 year-old man in his first campaign, Jeff made poor judgment choices  amid the pressure of a hotly contested congressional race.  He should not be excused for the mistakes he made then and in attempting to conceal them, but neither should he be doomed. Because of his crime and resignation, he will not be allowed to continue to making the positive difference he was making in the Senate. But I truly hope there is some alternative sentence that will allow him to continue making that difference, because the city and entire region will be better for it.

The concept of restorative justice calls upon our community to provide Jeff a means to make the victims of his crimes whole. Just as he marred the concept of fairness for youth, so should he be sentenced in a manner that would give him opportunity to educate young people about the real world of politics and to help another young person from making similar bad choices. He has the talent to do outreach with regard to ethical dilemmas and to make sincere apologies to Congressman Carnahan and any other individual for whom he caused stress and potential injury. Whatever sentence he receives should hold him accountable in a very clear manner that allows the community and him to heal.

None of us are without our flaws. Jeff is young enough to learn from his errors, to submit to counseling to gain further insight into his actions and to mandated to give back to the community what he stole from it, a belief in fair and ethical campaigning.

Thank you for considering my view.

Respectfully,

Susan Block

Rodney Boyd
ATTORNEY AT LAW
4053 Flora Place
St. Louis, MO 63110

September 24, 2009

The Honorable Carol E. Jackson
United States District Court
111 South Tenth Street
Suite 14.148
St. Louis, MO 63102

Dear Judge Jackson

I am writing on behalf of Jeff Smith, the former Senator for the Fourth District. The purpose of my letter is twofold. First, to share my personal insights about Jeff Smith, that have I developed over the last several years. Second, and most important, I am requesting the Court to temper whatever justice is administered by the mercy that I believe is warranted.

I have known Jeff Smith both personally and professionally since just prior to his being elected as a state senator from Missouri's Fourth Senatorial District. I have formally worked with Jeff Smith since he was sworn in January of 2006 as the state senator from the Missouri Fourth Senatorial District, City of St. Louis. I have come to know Jeff Smith through many hours of personal interaction and professional dialogue. What I have come to know about Jeff Smith is that he is very complex, compassionate and dedicated public servant, in spite of his prior illegal actions.

I will forego any specific comment about the charges of which Jeff Smith has plead guilty to, for the Court certainly has sufficient information regarding those matters before it. I would like to highlight and stress to the Court aspects of Jeff. Smith's character that I have come to know from working with him as I have mentioned above.

When Jeff Smith was sworn in as State Senator, I was one of the first people that he met with. What I found in Jeff, was person that was uncompromising with regards to the following. He wanted to know the impact that the policy proposals would have on the daily lives of the least among his constituents. He was not often swept up with what was important to the corporate citizens, but to those who were the most vulnerable. When I had occasion to speak to Jeff about policy matters, he often countered with questions about how those policies would impact our educational system. How those policies would affect resources that would go into providing the best education and the best quality of education for underprivileged and often overlooked school children. What I noticed in Jeff Smith at the outset was a person who had committed himself to advancing the cause of those who had been overlooked for many by members of our state

The Honorable Carol E. Jackson
September 21, 2009
Page 2

general assembly.  As I have worked with Jeff over the last several years, what I found initially
was codified time and time again.  Specifically, that regardless of the economic development or
business inclined incentive that might have been my focus, Jeff smith continued to take me back
to and required that I explained how the policies would impact the most vulnerable of his
constituents. Jeff was never content to hear how legislative ideas worked in the abstract or how
they might benefit the most well off in his district.  Jeff never wavered in his commitment to the
most vulnerable constituents in his district,  up to the day when he resigned from the office.

It is unquestioned, as his plea has clearly settled, that Jeff Smith violated the law and that
he should and will be punished for the crimes that he has committed.  As I mentioned earlier in
this letter, I ask the Court to be mindful of the whole person of Jeff Smith and to temper the
justice that it will mete out to him with mercy.  Mercy not because Jeff Smith does not deserved
to be punished, but because that in the time that I have known him as an elected public official, I
can recall not one instance where he overtly or inadvertently sought to betray the public trust that
had been vested in him by the people of the Fourth District.  Although I have spent, in the last
several years, hundreds of hours with Jeff Smith, I cannot recall one conversation where the tone
even hinted at impropriety.  No conversations about illicit or illegal activity, only conversations
about what would be in the best interests of the constituents for whom he was elected to serve.
When I first learned of the charges, as most people who have worked with Jeff over the last
several years, I was shocked and surprised.  The charges were inconsistent with the character of
the person that I had worked very closely with and had come to know and respect as a very
moral and ethical person.  One thing I have come to learn from working in the politics for the last
ten years, is that often the best and most well intended person sometimes are overtaken by their
ambitions.  That is, unfortunately, what I believe contributed to Mr. Smith's offenses and has put
him in the position in which he is in today.

To that end, and not to belabor the point, You Honor has a tremendous responsibility to
mete out justice based on the facts and the evidence that is before her.  However, it is my prayer
and hope that as the Court is guided by the principles of justice to which you are bound to
adhere, that you also be guided by the principles of mercy which you have the discretion to
implement as well.  Thank you for your time.

Sincerely,

Rodney J. Boyd