September 11, 2009

Joan Brannigan
9411 Cimarron Court
Olivette, MO 63132

The Honorable Judge Carol E. Jackson
United States District Judge
Eastern District of Missouri

Dear Judge Jackson,

I am writing as a friend of Jeff Smith. I would ask that you be as lenient as possible in Jeff's sentence. He was wrong in the mistakes he made . I was shocked and disappointed when I first heard what he had done. It seemed so out of character for the Jeff that I have known.

He was a classmate of my daughter's at Ladue High School. I remember being so impressed at his intelligence and his ability to speak to a group. He was above average in social and political awareness for someone his age. Kids always respected him. It seemed that it didn't matter to him if you were a parent, a desegregation student from St. Louis, a teacher, a student in an A.P. class or a custodian, he viewed each of us with equal respect. He never spoke down to me, as many teens did, during his high school years.

I followed his college career and his continuing interest in politics and thought that he would be a very good teacher at Washington University. I thought that he would know how to motivate the college students' interest in what was happening in Missouri. At the same time, he was realizing his own luck at getting a good education and was trying to figure out how to give the black students in the city the same opportunities that he had. He worked with kids in basketball programs trying to teach them skills to succeed. He started a magnet school in hopes that this would improve their lives. He always had so much grace, energy and thoughtfulness.

When I learned that he was going to run for U.S. Representative, I thought that somehow if any young man could win this seat, he might pull it off and be able to use his energy and intelligence to help people in Missouri. I volunteered for his campaign and worked for him. Whenever he would run into me at his headquarters stuffing envelopes, he would stop to take time to thank me for my small bit in helping him attain his goal of being in public office and improving peoples' lives. Even when I would see him  away from the campaign, he would treat me as if I was important. When he lost the election he didn't stop and give up his dream, but got himself right up and ran for another public office. This time he won and was able to accomplish a few of his goals even in the first year.

I believe sincerely that he is sorry for what he has done and will never repeat his mistakes and illegal activities. I believe he will once again start over on some  new service to help those less fortunate than he and improve the community where he resides.

Sincerely,

Joan D. Brannigan
314-997-7698

September 15, 2009

Honorable Judge Carol Jackson

Dear Judge:

I write to you today to give you some information regarding my former boss, Jeff Smith.
I worked for him from January 2006 until his recent resignation last month as his
administrative assistant. Jeff had a great work ethic both in the capitol and in district. He
was a great Senator who represented the constituents from the 4th Senatorial district
proudly. Jeff made it his priority to meet with as many constituents as time would allow,
this was very important to him. In handling his schedule, he was very motivated to attend
as many neighborhood meetings when possible and held bi-weekly meetings for
constituents to talk with him face to face. Jeff wanted to listen to everyone's views and
used every avenue possible to stay connected to those he represented. He also received
emails, not only from constituents in his district but from others – even those from out of
state. After meeting with folks, he would always want to hand write a thank you note to
let them know that he appreciated them taking time to meet with him. If a visitor stopped
by our office, Jeff would always want to greet them and introduce himself to let them
know that he would try his best to help in whatever way possible. From a constituent who
may have had a concern about disability and special needs to those struggling with
Medicaid reimbursement Jeff was always there to champion their fight and struggles. He
also held an annual 3-on-3 basketball tournament and community fair. The event was a
lot of work from preparing months in advance up until the day itself. Jeff participated not
only as the host but as a participant in the event itself. The event grew more each year.

Jeff is a great person who I feel was a wonderful Senator to have called my boss. Thank
you for reading my letter.

Sincerely,

Christine Brauner

# Sylvester Brown, Jr.
5722 Tholozan Ave.
St. Louis, Missouri 63109

September 11, 2009

Honorable Judge Carol Jackson,

I hope this letter finds you and yours in good health and spirits. I'm writing today in an attempt to speak for the character and humbly plead for leniency for a young man who will be sentenced in your courtroom.

Back in 2004, as a columnist with the St. Louis Post-Dispatch, I went to interview Smith, a young college professor who was one of the 10 Democratic candidates vying for the 3rd District seat being vacated by U.S. Rep. Richard Gephardt. To be honest, I am quite skeptical of politicians and was expecting another manufactured political personality. I was wrong.

We met at Vashon High School. Jeff was in the midst of a one-on-one basketball game with two Vashon seniors. He lost the game but, after our interview, he won my respect.

I met an engaging political underdog, who wanted to make a difference; a bright mind who was intimately aware of the achievements of African-Americans and the struggles, particular low-income black boys, must endure to survive and succeed. I was introduced to a rare thinker who believed in real diversity and an all-inclusive community; a passionate soul who co-founded a charter school in North St. Louis and believed that young people matter, despite their economic or social backgrounds.

Finally, I met a kindred spirit, who mirrored my passions, convictions and my stubborn but naive belief that anyone, no matter how "connected" can challenge power and win.

He lost that 2004 race, but gained the trust of thousands who backed his run for the Senate.

Like so many others, I was very disappointed when I learned of Jeff's role in the incident that led to the charges against him, his resignation from the Senate and the possibility of jail time.

No matter what happens, your Honor, Jeff's greatest penance will be looking those of us who believed in him in our eyes and convincing us that he is worthy of redemption.

I'm hoping, Judge Jackson, that you will give him that opportunity without sentencing him to prison. You have the power to give Jeff a stern reminder of his crime and his convictions and commitment to this community.

As his political campaigns have demonstrated, Jeff can reach and inspire young people. Sentencing him to community service; stipulating that he go from school-to-school candidly talking

about his mistakes and convincing kids that, despite our stumbles, we still have the potential to serve, sends the message that he is not above the law but is still a valuable asset for reaching young people.

The same year Jeff ran for the Congress, you, I and thousands in our region lost a dear friend and champion of fair, equitable and character-based justice -- Judge Clyde C. Cahill.

In an interview, you said Judge Cahill came to the federal court concerned that "draconian sentencing guidelines" resulted in so much "humanity being wasted." Cahill, you said, "felt that the people making the laws ought to think more about *who* those laws are going to affect most."

We're not talking about drug laws in this case. And I wouldn't dare suggest that you have not been fair and equitable in your sentencing. I only mention Cahill because we both admire him and you are among those on the bench who can carry on in his absence.

Cahill also reminds me that I, too, have been fortunate. Between you and me, as a young man, I made a mistake that could have drastically altered my life. A judge, who saw something of value in me, intervened; made sure I paid a price but did so in a way that kept me out of jail, helped me serve others and reminded me that I have a bigger purpose and responsibility in life.

It is a lesson and a blessing that I have never forgotten.

It is with this in mind that I humbly ask that you be lenient in your decision.

Prison is not the place for Jeff Smith. As an administrator of the law, you have the power to make sure "humanity" is not wasted and a worthy soul has the opportunity to redeem himself with dignity and self-respect.

I thank you for reading this letter and I pray it plays some part in the difficult decision you must make regarding a flawed young man that I still very much admire -- Jeff Smith.


Sincerely,

Sylvester Brown, Jr.

Dear Honorable Judge Carol Jackson:

Jeff Smith is a dear friend of mine and he is very close to my family.  I have personally known Jeff for over 20 years.  Jeff and I attended Ladue High School together. We met as freshmen on the basketball team. Jeff and I were teammates and close friends throughout high school and since high school we have maintained a very close friendship.

Jeff has always been the type of individual to defy odds. His determination, work ethics, motivation, fairness and the ability to lead never pre judging a person or a situation is what I believe are the characteristics that molded Jeff into a successful Professor and a State Senator.

When I think of Jeff Smith and how genuine he really is a person, the following are some of the memories that I have:

*I can remember in high school that Jeff complained that the students that participated in the desegregation program didn't get the proper rest because of the buses picking up the students between the time of 6 a.m. and 7 a.m. His compliant was that the kids that lived in the district got more sleep and it wasn't fair from a learning perspective.*

*I can remember in high school Jeff calling me and asking me  to  meet him  at various Community Centers in the St. Louis City to play  basketball. Jeff wasn't intimidated, scared or he didn't prejudge anything the St. Louis City had to offer including the following:*

- *The 4th District*
- *Canvassing North St. Louis with his  campaign literature*
- *Starting a Free Annual 3on3 basketball tournament at Fairgrounds Park including free food, health screenings and back to school supplies*
- *Coaching Basketball at Matthew Dickeys*
- *Tutoring Students and Athletes for FREE, for the ACT Test. Students whom didn't have the resources to pay for the an ACT course (my younger cousin was a recipient and scored a 26)*
- *Bill 141 for Fathers Rights*

*He wanted to play basketball outside of his normal circle and that's what he did. At a young age Jeff understood the meaning of diversity and how it could impact people and a situation in a positive way. He wanted to run for office in a district where he can have an impact and he did. His determination to succeed by helping others succeed is immeasurable.*

Jeff made a mistake and we all do.  Jeff is very remorseful and I plead that you give Jeff an opportunity to make up for that mistake while maintaining his freedom. I believe that he is more of an asset to the community while maintaining his freedom.

*P.S.*
*During that same 2004 Campaign, my son became very ill and had a life threaten rare disease. At the time it was a very heated campaign and the campaign only had a week before election day. My friend Jeff Smith did what a non selfish person does and put everything on halt, he showed up to the hospital with the core of his campaign workers and showed my family the support that was needed.*

Respectfully and most sincerely yours,

David Buckner
IT/WEBSITE MANAGER
ST. LOUIS AMERICAN

Honorable Judge Carol Jackson

Dear Judge Jackson,

This letter is written with a heavy heart, and is a humble request for your consideration of leniency in Jeff Smith's sentence. My name is Kailey Burger, I am a senior at Truman State University and I have known Jeff as a mentor, an employer, and most importantly as a friend.

About two years ago I watched the documentary "Can Mr. Smith Get to Washington Anymore?" and was incredibly inspired. I saw this man named Jeff Smith, tirelessly trying to get elected to congress, with a staff of people my age. I've always been passionate about politics, but it had never occurred to me that at my age I could actually be involved in the political process. Immediately after watching the movie I grabbed my laptop and searched to find out what Jeff was currently doing. I found his Senatorial website and excitedly wrote him an email telling him about my passion for politics and my desire to one day be President of the United States. I knew, of course, that he was much too busy and famous to ever email me back, but felt satisfied all the same to have shared my appreciation for his film and his great work in St. Louis.

But I underestimated Jeff. Just a few days later I received an email from him addressed to "Miss Future President Burger." I couldn't believe it! Jeff had not only cared to read my email, but he had offered me the opportunity to intern in his office that summer. I was ecstatic.

I volunteered in Jeff's district office in the city for a summer and loved every minute. Jeff is warm and funny, and truly passionate about his work. I saw him make personal connections with hundreds of different people; young and old, black and white, wealthy and poor. His charisma and genuine interest in people is so rare, and his ability to translate this productively is unmatched. That summer I also volunteered at Jeff's 3-on-3 basketball tournament and community fair and was absolutely astounded at the magnitude of this event. Jeff's goal was never to play a few games of basketball, instead, his aim was to serve his constituents in a way that didn't pity them, but instead extended the help they needed in a way that was fun and accessible. His surprising basketball prowess is certainly entertaining, but the free eye exams, back to school physicals, voter registration, and so many other incredible services were the real spectacle. I'd never seen something so perfectly orchestrated to provide assistance without making people feel ashamed. Jeff's understanding of this dynamic is why he is such an asset to St. Louis.

After that summer, I interned at the Missouri capitol for Jeff and continued to watch him connect with people of all walks of life and stand up for what was best for his constituents. Jeff truly understands the needs of his city and watching the tenacity with which he fought for St. Louis was awe-inspiring. He asked that I inform him about even the smallest constituent problems, and he would make calls and write notes to follow up with those who contacted him, just as he had followed up with my email over a year before. I continued to learn from Jeff

about service, selflessness, and truly hard work, and was incredibly grateful when he offered me a job this summer.

I spent most of the summer working for Jeff in his district. I again worked at his basketball tournament, which was even bigger than the year before. This time I knew many of the people in attendance, and could see that Jeff's attention to the needs of his constituents in Jefferson City had paid off in great support and attendance at the tournament. By this point Jeff was more than a mentor, role model, and employer; he was truly a friend. I still talk to Jeff several times a week, and though I'm usually trying to check on him, he's always asking how school or my family or my jobs are going. Jeff doesn't just make you feel like he cares about you, he makes sure you know for sure that he does. Whether it's helping me with political science projects while I'm away at school, giving me directions when I'm lost in the city, taking me out to lunch, or just simply checking in to make sure I'm doing ok, Jeff always makes an effort to be a friend. I like to think I'm special, since I've worked so hard for him. But I know that he treats everyone with this respect and care, and that just makes him more impressive.

It is needless to say that I am devastated by the events that led to these charges. But I am not devastated because of my personal loss, I am devastated for what St. Louis stands to lose. Jeff is better than any ad campaign St. Louis could ever run, his passion for this city is infectious, and is the reason I'm choosing to attend law school here. He understands the dynamics of the racial divides in this city and has made incredible strides to ease tensions. Not to mention his incredible knowledge of the city and countless residents whom he knows by name. I know, for certain, that as soon as he is able Jeff will get right back to work with the causes he cares about. I also know for certain that it kills him to be unproductive and ineffective. His incredible gifts should be utilized and not stifled. He excels at working with people, any people, and could be a wonderful mentor, coach, teacher, or tutor. I hope you'll consider his abilities when deciding his sentence, because even after all of this, Jeff is still my inspiration to work hard and fight for positive change, and I am confident that he can still inspire other young people in the same way.

I am truly grateful for your consideration and for your time.

Very Sincerely,

Kailey Burger



*It Starts Online*

5 October 2009

Honorable Judge Carol Jackson
C/o Jeff Smith
4059 Flora
St. Louis, MO 63110

Dear Judge Jackson:

I am writing on behalf of Jeff Smith as a former constituent, campaign supporter, local parent and business owner in his Senate district.   I have known Jeff throughout his first campaign and tenure in the Missouri Senate and always found him to be a highly responsive and thoughtful public servant whose primary interests clearly reflected the values and needs of his constituents.

On several occasions during the past few years I reached out to Jeff's office for assistance on such issues as support for program funding to help address issues of domestic violence, civil rights concerns, public education and community development needs.  Each time I found Jeff and his staff to be responsive and reflective of the highest ethical standards we should expect from our elected officials.  In my experience, and that shared by my neighbors and other local business people, Jeff has been a thoughtful, responsive and highly dedicated public servant.

As a former elected official in the State of Massachusetts and senior federal government appointee at the U.S. Department of State and White House, I have seen several well intentioned public servants make mistakes based on poor counsel.  Jeff's mistakes and poor judgment in his campaign, while serious, did not influence his commitment and service to his constituents.  From my personal experience Jeff brought integrity to his public office and showed no bias when addressing the needs of his district.

Jeff has apologized and sought to correct his political mistakes with people, like me, who raised money for his campaigns.  Jeff has returned my donations and those of others I'd encouraged to support him. Jeff has reached out personally in writing, on the phone and in person to apologize for his actions.  I have found his admissions to be heartfelt and sincere – a humiliating and hard choice for anyone in his position.

As you reflect on Jeff Smith's campaign-related violations I hope you will take into consideration his very positive record of achievement on behalf of his constituents.  My family and our community are better off today having been served by Jeff.  I am certain, given the opportunity, Jeff would continue to provide community service and play a positive role during a time when our city and neighborhoods are in need.

I am proud to serve as a reference for Jeff Smith and his work in the Missouri Senate on behalf of the families and businesses of his district.  If you have any questions or comments I can address, please do not hesitate to contact me.  I appreciate your time and consideration.

Sincerely,

Joseph "Jay" Byrne, president
v-Fluence Interactive

San Diego, St. Louis, Chicago, New York and Washington, DC
Corporate Offices – 356 North Boyle, St. Louis, MO 63108
(877) 835-8362 or www.v-Fluence.com

September 23, 2009


Honorable Judge Carol Jackson
United States District Judge
United States District Court, Eastern District of Missouri
111 South 10th Street
Suite 14.148
Saint Louis, Missouri 63102


Your Honor,

Please accept this letter on behalf of my friend Jeff Smith, whom I have known for
over five years as a fellow member of an investment club. In this time, I have found
him to be a highly intelligent, witty, caring, energetic man with unique qualities for
connecting with others.

Despite having passionate political views which mostly differ starkly from my own,
Jeff quickly impressed me on several fronts. He is willing to consider a range of
opinions and incorporate ideas he believes to have merit no matter what the source.
He is a man of action. He cares deeply about the city of Saint Louis, the welfare of its
residents, the education of its children and strengthening it as the heart of the metro
area wherever and whenever possible.

These qualities are evident throughout Jeff's career. Examples include his support
for charter schools such as Confluence Academy, which he helped found several
years ago. Jeff's annual 3-on-3 basketball tournaments and community fairs
provided forums not only for friendly youth competition and sportsmanship, but
also free school supplies, free vision screenings, literacy outreach efforts and other
important health, employment and education outreach efforts. His recent political
hardball within his own party to defend the Historic Preservation Tax Credits which
help revitalize and maintain many of Saint Louis city's great neighborhoods is a
great example of Jeff putting his beliefs and constituents above political concerns.

As both a member of the Missouri Bar and a registered voter who served as a poll
watcher in the last Presidential election, there are few non-violent offenses I take
more seriously than perjury with regard to Federal Election law. While I cannot in
any way condone or excuse what Jeff did, his actions were far out of character from
somebody I consider to be an innately decent and caring man. Until recent events
came to light I never had reason to doubt his honesty or integrity. Now such doubts
will plague and haunt Jeff for the rest of his life as a punishment lasting beyond even
his sentence and the stinging loss of office and academic career.

Life as Jeff knows it is over.  Like Esau in the Old Testament, Jeff has almost literally sold his birthright for a bowl of soup.  He is fallen and the question now is for what end would we want to keep him permanently down?

Unlike Esau's rage, Jeff has tried to handle his failings with humility and repentance. He has publicly taken himself to task in the Post-Dispatch and already apologized on numerous occasions to the voters, the Missouri senate, his opponent and his supporters.   The desire to serve the public is still there, with a unique and proven skill set to do so.

We are left with a highly talented man already laid low by his own hand.   If a goal of sentencing is not only punishment but also reformation, I would encourage you to employ Jeff's skills at their highest and best use to the public's benefit.

Thank you for your consideration.


Sincerely yours,

Thomas J. Byrne, Jr.
8016 Gannon Avenue
University City, Missouri 63130

Ms. Diann Cage
302 N. Newstead
St. Louis, MO 63108


October 6, 2009

The Honorable Judge Carol Jackson
United States District Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102


Dear Judge Jackson:


Like many of Jeff Smith's supporters, I become enamored with him during his 2004 bid for Congress. After witnessing the near-Cinderella story and later watching the documentary chronicling the race, I was drawn in by his energy, tenacity and drive. It's easy to be intoxicated by a charismatic persona, but as I've grown to know Jeff, what I admire most is his authenticity.

I suppose most people in his position choose their friends very strategically, but Jeff has had no political gain from our friendship. I'm not in his district and I'm not a deep-pocketed contributor. I don't have connections and I'm certainly not an idealistic college student with looking to knock on doors. I was surprised at how receptive he was to a friendship based on our common values. And even more surprising has been his eagerness to help me as I work on issues in my own community, be they unsexy and low profile. He has taught me that passion is contagious and by working for your convictions, you can inspire others to do the same.

After finding a politician I could really believe in, I was devastated to hear about his tragic error in judgment.  Our community has lost an outstanding public servant. And as for Jeff, I can think of no greater punishment than to be stripped of a bright political future. I'm sure the past few months have humbling, humiliating and isolating. However, it's not anything he won't recover from.

I am confident that Jeff will continue to be one of St. Louis' greatest assets. He'll find another role and be equally as passionate, driven and authentic. Whatever he chooses, I believe in his ability to do great things. I am grateful for his legislative work on historic tax credits, his unwavering stance on racial equality and his fervent commitment to education. I respectfully ask you consider his track record in the community as you deliver your sentence and urge you to forgo a jail sentence. Few so young have done so much good. The sooner Jeff Smith can move forward and refocus his energies, the better off our community will be.



Sincerely,

Diann Cage

**CAPITOL OFFICE**
State Capitol
201 West Capitol Avenue
Room 101F
Jefferson City, MO 65101 6806
Tele: (573) 751-4468
E-Mail:
Don.calloway@house.mo.gov



**COMMITTEES**
Rules
Special Standing Committee on
General Laws
Special Standing Committee on
Emerging Issues in Animal
Agriculture

# DONALD CALLOWAY, JR.

### State Representative
### District 71

Judge Carol Jackson
Thomas Eagleton United States Federal Courthouse
Eastern District of Missouri
St. Louis, MO 63101

Dear Judge Jackson,

It is with great sadness that I write to ask your lenience in sentencing my friend and political mentor Sen. Jeff Smith. I understand that this mistake was intentional and regrettable. But there is no doubt that his exemplary record of public service dwarfs this unfortunate incident.

I met Jeff in 2006 in the midst of his Missouri state senate campaign. I was immediately struck by his sincere desire to seek public office in the name of service alone; particularly with his zeal for serving lower-income African Americans who comprised the majority of his 4th Senatorial District. I am proud to say that Jeff never once wavered from his commitment of service, even as associates and political pundits wondered aloud why he spent so much time helping such a low-voting community.

Among his many service milestones, I witnessed Sen. Smith organize his legions of followers into devoted mentors, tutors, and community activists. Sen. Smith spearheaded the largest North St. Louis service efforts in recent years including annual community health fairs, school supply and clothing drives, neighborhood clean up, and regular tutoring sessions. Furthermore, Sen. Smith founded and fostered the Confluence Academies, giving North St. Louis children a nurturing and safe educational alternative to the struggling St. Louis Public Schools. This may be his greatest legacy, as the Confluence Academies will continue to prepare our children with a sound academic foundation to compete in the global marketplace.

Sen. Smith's legislative impact will be felt into perpetuity as well. He alone conceived, drafted, and passed the Fatherhood Support Act, which created an alternative to jail time for fathers who have fallen behind in their child support payments because of unemployment or financial hardship. While this is not a free pass for deadbeat dads, it is a reasonable solution to resolve fathers with their children, and to create accountability in fatherhood. As you know, the criminal nonsupport statutes disproportionately affected St. Louis' African American young men. I credit Sen. Smith with recognizing the plight of these young men, endeavoring to do something about it, and succeeding.

As a politician myself, I can attest that many of us maintain elected office for the glory or local fame. This was never the case with Sen. Smith. I continue to be amazed by the energy with which he approached public service, and the zeal with which he attacked the ills of St. Louis' urban areas. I never saw him turn down a request for assistance or advice, nor fail to stand up for a friend in need. There are hundreds of young people in the St. Louis area who are now engaged in various forms of public service because they were inspired by Sen. Smith.

I understand that Sen. Smith's mistake was real. But his record of public service is distinguished and unmatched, and will always bedim this hour of struggle. Without hyperbole, it is clear that St. Louis and Missouri are better because Jeff Smith was here, and decided to make a difference. I humbly request that the court find leniency when considering a sentence for this outstanding public servant.

Respectfully Submitted,

Donald Calloway, Jr., Esq.

Judge Carol Jackson
Thomas Eagleton Federal Courthouse
St. Louis, MO 63121

Dear Judge Jackson,

This plea is on behalf of former Missouri State Senator Jeff Smith in an effort to obtain leniency for him at his time of sentencing.

Former Senator Smith was a senator that represented all peoples. He spent time with all constituents listening to their concerns. He visited many places of worship exclusive of those times when he was campaigning for office, staying through the entire service. His concern spanned his constituents' race, color, sexual orientation and religious persuasion. He had empathy for his constituents regardless of their circumstances.

I invited Senator Smith to worship at my church and then to my home for dinner. He responded with his presence, politeness and compassionate conversation.

Senator Smith's political career was cut short by a juvenile mistake which anyone could have made. I don't have the imaginative creativity to place a value on the energy, capability and good will that he would have brought to our community had he not fallen into misfortunate circumstances.

Former Senator Smith still has much that he can contribute to our community to lift it from poverty, social degradation, and disrepair. I ask that you give him a chance to continue performing daily our community, championing the cause for those who have no voice.

Jonell Y. Calloway

Carmel Calsyn
1443 Bobolink Place
St. Louis, MO 63144

September 6, 2009

Dear Judge Jackson:

I am writing this letter as a private citizen. Its purpose is to express my opinion in regard to your upcoming decision in the sentencing of Jeff Smith.

I have known Jeff for three years. He is, in my experience, a person strongly committed to public service. I am sure you will receive letters that recount in detail all the truly good things he has done for the St. Louis community – especially for kids – so I will not go into that topic here. Just know, please, that I have found Jeff's service to be inspirational and am a better person for having known him.

It would not only be a waste of his talents but also a missed opportunity for the community at large to lock him up to do meaningless tasks when he could be of such use to St. Louis.

He could be a living example for kids in St. Louis of owning up to poor judgment and atoning for one's sins. I would love to see him able to address school children on the temptations of hubris. I also think he would be a terrific tutor for kids struggling in school. If you decide that tutoring would be a fitting sentence, there will be a number of St. Louis kids whose lives will turn around under Jeff's instruction. You really cannot go wrong there!

I expect you will receive letters from people far more prominent than I. Jeff has touched many lives. Please keep that in mind when you sentence him. What he did was stupid and inexcusable. He knows that. Please use your sentencing power to let him publicly acknowledge his mistakes and use his talents to help children in St. Louis.

Thank you.

Sincerely,

Carmel Calsyn

October 7, 2009

Dear Honorable Judge Carol Jackson,

While, we as young ideological political activists were very surprised, disappointed and hurt by Jeff Smith's mistakes, we are writing to request that Jeff Smith be sentenced to community service rather than a term in a correctional facility. We came to this decision after careful consideration—deciding we should set our personal feelings about his mistakes aside and consider instead what is best for the community.

In the four years since we moved from Washington D.C. to Saint Louis, we have seen Mr. Smith do extraordinary things to benefit his constituents, the City of Saint Louis, and most importantly to us, the disadvantaged.

As people who are passionate about the future of St. Louis, we feel that Mr. Smith's accomplishments and passion for helping the children of St. Louis is remarkable. We have seen up close, Katherine in the classroom and Martin in his involvement in neighborhood organizations, how the lack of quality early childhood education for impoverished children in the City of Saint Louis has a devastating impact on the ability for poor children to perform well in school and compete in the workforce. Mr. Smith fought tirelessly to increase the amount of funding for early childhood education.

He not only improved the lives of youth through his legislative efforts, but also by hosting his annual three on three basketball tournament, mentoring young people interested in politics and perhaps most importantly, every time Mr. Smith interacts with children, it is a learning opportunity for himself and for the child. Imagine the impact he could have if given the opportunity to pay his debit to society through community service.

We are not suggesting Mr. Smith's actions be ignored or go unpunished. However, should Mr. Smith be sentenced to an extended period of community service, we believe he will be able to make a hugely positive impact.

Sincerely,

Martin P. Casas

Katherine E.Casas

Stephen Casey
Direct: 314.259.2320
Fax: 314.552.8320
stephen.casey@bryancave.com

September 25, 2009

The Honorable Judge Carol Jackson
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:     Jeff Smith

Dear Judge Jackson:

This letter regards the sentencing of Jeff Smith.

I have known Jeff and his family for many years.  I am frankly shocked and disappointed in Jeff's actions.  I will not gloss over the fact that he has made some serious errors of judgment and must now face the consequences for those errors.  That said, based on Jeff's energy, talent, and commitment to the community, he can do far more good if made to serve the community than if sentenced to a correctional facility.

Jeff has done a tremendous amount of good for the St. Louis area for a long time.  Jeff has worked hard to improve urban education.  Jeff co-founded The Confluence Academies, serves on the academy's Board of Directors, has spearheaded a program to increase parental involvement, and has served as a consultant to the Vashon Compact, a nonprofit group striving to enhance student achievement at ten of the city's lowest-performing public schools.  For years, Jeff taught ACT prep courses at night for disadvantaged area high school students.  I have personally witnessed Jeff's commitment to educating young people and dynamism as Jeff was an enthusiastic and creative guest instructor for my American Politics class when I taught at St. Louis U. High.

Jeff has also worked to address problems of racism and bigotry in St. Louis through service on the Board of Directors of the St. Louis Chapter of the National Conference for Community and Justice, a nonprofit group dedicated to fighting all types of bias and racism.  He also serves on the Board of Directors of Cultural Leadership, an organization that educates black and Jewish high school juniors about each group's history and culture in order to build bridges across traditional

The Honorably Judge Carol Jackson
September 25, 2009
Page 2

divides.  Such leadership was recognized when Jeff was selected to participate in the 2006-07 class of Leadership St. Louis.

But beyond service on boards and work through non-profits, Jeff has worked to help others overcome disadvantage through on-the-street actions.  Jeff has tried to raise awareness of health issues facing poor communities through his annual basketball tournament and health fair.  Many kids received immunizations and many adults signed up for necessary screenings through this event.    These underserved people probably would not have otherwise received such care or even attention without the fair.

Finally, Jeff made a terrible mistake.  I cannot and will not condone his actions.  However, I count Jeff as a friend and I still believe he is a good person.  I also think the true measure of an individual is how he or she acts when times are really tough.  I think Jeff's true measure has come forward, as throughout this whole process, I understand that Jeff has fully cooperated and accepted responsibility for his actions.  Indeed, when it would be easy to pile on, some of the nicest things said about him during the time of his arrest and plea were from adversaries across the aisle with whom Jeff worked.

We describe incarceration as "repaying one's debt to society."  But, if the objective of incarceration is to rehabilitate, it seems an offense to justice and a waste of taxpayer resources to take a person with such boundless energy, enthusiasm, and devotion for a community away from that community in order to rehabilitate him so as to rejoin it later.  In other words, it seems clear that our community would be better served, and our resources better used, if Jeff is made to repay his debt to our community by actually bettering our community.

Thank you for your time and consideration.

Very truly yours,

Stephen Casey

SRC

15TH WARD DEMOCRATIC COMMITTEEMAN

# GREGG CHRISTIAN

October 14, 2009

Honorable Judge Carol Jackson
United States District Court-Eastern District of Missouri
111 South 10th Street, Suite 14.148
St. Louis, MO 63102

Dear Justice Jackson,

I am writing to you concerning the sentencing of former State Senator Jeff Smith. I am sure that this letter is one of many asking for your lenience. I know Jeff Smith professionally and while we are not close friends, I supported him in his campaign for State Senate and he supported my campaign for Committeeman. As I reflect on how all of this happened, I remember the first time I heard about Jeff. In 2004, I was working and living in Jefferson City, MO as a legislative aide for a State Representative, and only watching from afar the 10 way primary race for the 3rd Congressional District seat. Friends and family who lived in the district kept asking me about Jeff Smith at the time I didn't know anything about him.

However, I moved back to St. Louis, my hometown, just after that primary to work for the Democratic Party. I encountered something I had never seen before. My hometown, my friends, many of which weren't the least bit political, and everywhere I went, people were talking about Jeff Smith. As I canvassed neighborhoods in St. Louis, I saw a young engaged electorate who were not only participating in politics because of the Presidential election; but because of Jeff Smith and how he inspired them to be a part of the process. Jeff Smith singlehandedly ushered in a new era and a new generation in St. Louis politics. While I cannot excuse Jeff's violation of the law, I would ask you to consider what justice is accomplished by sentencing this man to prison? Jeff's public disgrace is his real punishment. Despite whatever guidelines you are urged to follow, justice has been served: a official who broke the law is no longer going to be entrusted to represent the public.

As you read through all the letters of support for Jeff, I hope you can see that he deserves punishment for his crimes, but unlike many for whom you weigh the scales of justice, Jeff's ability to contribute positively to our community has to be outside the norm for a defendant who stands before your court. I would hope you consider a sentence that is fair yet does not allow a person of Jeff's talents and ability to affect positive change in the lives of others to fester and atrophy in a jail cell. My advice to you is to put him to work. Make him pay back the public he betrayed by working again for them. I do not know what task could be his sentence but this November you will pass sentence on Jeff Smith, that is your charge, but this community should not suffer that sentence as well.

Sincerely,

Gregg Christian
15th Ward Democratic Committeeman

582 Stratford Ave.
St. Louis, MO 63130
7 October 2009

Hon. Carol E. Jackson
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Dear Judge Jackson,

I am writing to you in reference to your upcoming sentencing of Jeff Smith.

I met Jeff in 2004 when he was running in the Democratic Primary for Rep. Gephardt's Congressional seat. I was very impressed by Jeff's intelligence, his political skills, his ability to inspire others to work with him toward a common goal, and in particular his charismatic way with young people. I was also impressed by his commitment to improving his community, and in particular to helping ensure equality for all people, regardless of race, socioeconomic status or sexual orientation. I was one of hundreds of people who volunteered for his Congressional primary campaign in 2004, and I also volunteered on his behalf when he ran for the state senate in 2006.

Like so many other people in this area, this summer I was surprised and saddened by the revelations regarding Jeff's conduct that led to his guilty plea. My interest in trying to understand Jeff's conduct is both personal (based on my past support for him) and professional. I teach legal and government ethics at Washington University Law School, and have significant experience in teaching about lawyers and government officials who have engaged in misconduct. So it is through that lens that I have viewed Jeff Smith's actions.

I cannot justify and will not minimize Jeff's wrongdoing in lying to the Federal Election Commission and other government investigators. Our system of regulating campaign finances -- such as it is -- depends on individuals' responding truthfully to government inquiries. And of course our system for the investigation of crimes also depends on individuals' being honest with government investigators.

Nonetheless, I hope that in deciding on an appropriate punishment for Jeff, you will consider not just his illegal conduct, but his entire record of service to this community. He has been a very positive force in this area, both in terms of his service in the state senate and in his actions as a concerned citizen, volunteering and serving on community boards. Jeff has mentored and tutored children; has coached basketball; has run free college board preparation classes for high school students from disadvantaged backgrounds; and has served on the boards of organizations that are making important contributions to improving this area, including the Confluence Academies and the National Conference for Community and Justice.

I believe that you have significant discretion in fashioning a sentence for Jeff Smith. In deciding on that sentence, I hope that you will give due consideration to Jeff Smith's contributions as well as his misdeeds.

Sincerely,

Kathleen Clark

Maxine Clark
2105 South Warson Road
St. Louis, MO  63124

September 21, 2009

The Honorable Judge Carol Jackson

Your Honor:

In the three years I've known Jeff Smith, I've come to respect his unwavering commitment to quality education for all children. I won't pretend I'm not deeply disappointed with him and the actions he took to land himself in this terrible predicament, but I feel strongly that any time he spends in prison will be wasted - both for him and for the St. Louis community. Please consider sentencing Jeff to community service rather than imprisonment.

Jeff and I have spent countless hours strategizing how best to fix Missouri 's broken educational system. He is one of the few people I've know who is as passionate about education as I am, and I have watched him make great strides over the years to improve educational outcomes for our children. I'm sad that Jeff's grave indiscretion has deprived Missouri of a strong, action-oriented senator who was devoted to education as the last frontier of civil rights.

Please sentence Jeff Smith to community service. I know he will contribute to the betterment of our community if given the opportunity.

Sincerely,

Maxine Clark

Maxine Clark

MC/sc

# Matthew Coen

6364 Alexander Drive
St. Louis, MO 63105

October 22, 2009

The Honorable Carol E. Jackson
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Dear Judge Jackson,

I have known Jeff Smith for approximately eight years as a friend, supporter of his campaigns and the co-writer and co-producer of the movie CAN MR. SMITH GET TO WASHINGTON ANYMORE? that chronicled his 2004 campaign for congress. Upon meeting Jeff for the first time we immediately hit it off based on our strong interest in history, politics and public service. I feel tremendous affection and respect for Jeff as both a wonderful force for good in people's lives but also as a great friend to myself, my wife Emily and our three young sons.

While Jeff's life has been a roller coaster for the past six years I take both comfort and some degree of sadness in knowing that this commitment to making peoples lives better through small acts of kindness and engagement have never wavered.

Just one example of this behavior, that very few know about, is the way Jeff responded to the unexpected success of our film, as an opportunity to help young people. While most politicians would seek to use the film to advance their careers with voters, donors and others with power, Jeff has quietly participated in person or by conference call in over a hundred discussions following the movie being shown in classrooms across the country. Most of these screenings were not even in Missouri but rather more typically in places like White Lake, Michigan where he talked to Justin Eskra's American Politics class, Anthony Morano's class in Pittsburg, Kansas or Saul Richmond's, American Government Class at Northern Illinois University. Jeff has been incredibly effective in helping students learn more about our political system, while arming them with the hope and knowledge to get involved with civic engagement. It didn't matter if they were Democrats, Republicans or something else altogether, Jeff always found a way to connect with them and left them eager to participate in our democracy. Over the past three years while Jeff was making his mark in Jefferson City I believe that his greatest contribution was in the work he quietly did, one classroom at a time, with these young students.

A few days after he pled guilty, Jeff stopped by my office and we went for a walk downtown together. It was on that walk, that I realized the full scope of Jeff's reach into the community over the past 6 years. Jeff had just gone through a horrible week of having the most regrettable moments of his life play out for all to see in print and through a barrage of radio and television broadcasts. Most would have stayed inside and shut the doors, but Jeff looked each person directly in the face and stopped and listened to what they had to say. None of them let him off the hook for his mistakes, but person after person thanked him for helping them with issues large and small. While Jeff could have been hanging his head he instead spent time doling out advice on how to apply for a grant, who to talk to about working on a project together or even where to get a warm meal.

Jeff's departure from the political and legislative scene is both unfortunate but appropriate. While I recognize that the need for some further punishment for his mistakes, I feel that maximizing that punishment will not be to societies benefit. I hope that in paying his debt to society you will consider a way for Jeff to work to engage as many young people as possible, and let them learn from his successes and perhaps more importantly his failures. I don't think that there is a better way to repair our sometimes broken society than to find a way to let young people learn from our errors and inspire them to strive to do better.

Thank you for your consideration.

Sincerly,

Matthew Coen

**Bethesda Health Group, Inc.**



**Donald J. Cognata**
Senior Vice President
Administrative Services

September 24, 2009

Honorable Judge Carol E. Jackson
United States District Court – Eastern District of Missouri
111 S. Tenth Street – Suite 3.300
St. Louis, Mo.

Judge Jackson,

This letter is written on behalf of Jeff Smith with the intent of indicating to you the type of individual I know this gentleman to be.

I have been acquainted with Jeff for approximately seven (7) years, during which time we have worked together on various legislative issues. I have always known him to be energetic and forthright and have observed the direction of his attention toward issues that would benefit individuals perhaps unable to speak well on their own behalf. I first met Jeff during his initial campaign for office, and noted at that time that he brought a fresh perspective into play on topics that were stalemating under the previous political leadership.

I have worked with Jeff on issues relative to the welfare of senior citizens, in particular the question of tax relief for seniors attempting to remain in their own homes yet confronted with ever increasing real estate taxation. Additionally I have worked with Jeff on issues involving persons with Autism and Down Syndrome, again seeking benefits that will help these individuals realize their full potential as opposed to being ignored by insurance carriers resulting in their futures being limited to existing in a warehouse situation, wasting away. Jeff has exhibited a dedication and compassion toward the welfare of these citizens who, when given support and intervention early in life, can often become contributing members of society to the extent that their innate abilities allow.

I am fully aware that, in the case before you, Jeff has pled guilty to specific charges. However, recognizing that he is accepting responsibility for this behavior, I would like to request that you consider more than just this single incident in your assessment of his character and his potential value to our society. I believe that Jeff's record of performance and dedication to the community speaks as loudly as does his admitted lapse of good judgment. While I do not suggest that his short comings be overlooked or swept aside, I do most definitely feel that he can serve the community better working for the benefit of those who need his help rather than occupying space in a penal facility where far more heinous and aggressive infractions are represented.

Therefore, once again, I appeal to you for lenience in your consideration of an appropriate means through which Jeff can make his restitution to our society.

Respectfully,

Major Donald J. Cognata, (Ret.)
SVP Bethesda Health Group, Inc.

1630 Des Peres Road  •  Suite 290  •  St. Louis, MO 63131-1800  •  (314) 800-1985  •  Fax (314) 800-1964
*www.bethesdahealth.org*

*BETHESDA HEALTH GROUP, INC., is a nonprofit organization dedicated to creating a supportive and caring lifestyle for seniors.*

September 24, 2009

The Honorable Judge Carol Jackson
c/o Ms. Katherine Nangle
3875 McDonald Avenue
St. Louis, Missouri 63116

Dear Judge Jackson:

In my years of service to this community and advocating for positive social change, I have encountered many situations and circumstances where justice is free of reason. Our system of justice is often unforgiving, unproductive, and in some cases unfair in its application. Today, I am advocating for justice in the case of The United States of America vs. Mr. Jeff Smith.

By virtue of its definition, 'justice' is characterized not only by administration of punishment or reward, but to also acquit in accordance one's ability and potentialities.

While I do not condone the actions of Mr. Smith, I do believe that he has the ability and potential to reconcile, educate, and give penance through community service as part of his sentencing arrangements.

Mr. Smith has always impressed me with his passion for youth and education.  His knowledge, education, skill, and dedication have been manifested in many wonderful community-building events and initiatives.

In a community where so many young people are being failed by our education system, Mr. Smith could add tremendous value to the classrooms of our public schools, or working with non-profits focused on engaging young people in our community.

I appeal to your good judgment in providing an adequate sentence upon Mr. Smith to truly serve justice to those who have been wronged, by thinking outside the walls of confinement and focusing his sentence on service to our community.

Respectfully,

Shane Cohn
4666 Tennessee Avenue
St. Louis, MO 63111