September 25th, 2009

Dear Judge Jackson,

I am writing this letter on behalf of Jeff Smith.  I have known Jeff for approximately fifteen years, when he entered the graduate program in political science at Washington University.  Jeff was a couple of years behind me, but I got to know him rather quickly, as he had a very outgoing and gregarious nature.  While Jeff and I never became close friends, we got along well and talked with each other often both at school and in social settings.

In the four or five years I saw Jeff regularly while finishing my graduate work in St. Louis, I came to admire him a great deal.  He was one of the most energetic and intense people I have ever encountered.  Though we were working on our doctoral degrees in political science, Jeff was deeply interested in the practical side of politics as well – certainly far more than even your average graduate student in political science who often gets so caught up in their own course of study that they often miss the forest for the trees.  Specifically, it was clear to me that Jeff had a deep commitment to local politics.  Jeff and I both grew up in St. Louis, and though we went away for our bachelor's degrees, returning to St. Louis for graduate school, we found a common interest in matters related to politics in St. Louis.

I have never met anyone with the depth of knowledge, and command of St. Louis (and Missouri) politics as Jeff.  Rather surprisingly, it is not often that you run into a political scientist who has as profound and sincere interest in the politics of their local community as does Jeff.  He knows St. Louis, and he clearly cares about the issues that affect St. Louisans.  As someone who grew up in the area, even I was surprised at his ability to recall the names, dates, and circumstances of political conflicts in the distant past and how they shaped circumstances in the community even today.

But Jeff was not interested solely in the old political 'war stories' from previous eras.  He wanted to be involved personally.  It was clear that he was affected by many events – even those where he had no personal or direct stake in the matter.  More than most other people I've encountered, Jeff empathized with people.  He was able to understand on some basic level, the real-life implications and impact of decisions made by policy-makers.  Jeff sought out people – anyone and everyone he could – who were involved in, or affected by, a particular issue, and talked to them.  He was able to gain insight into multiple perspectives on the topic, and internalize how those people felt about their situation.  Few people possess such a profound and unique attribute of their character.  Jeff has it in spades.

And it was not just that Jeff talked about people and events.  I know that Jeff grew up in a fairly affluent part of St. Louis, and went to excellent schools, where, more than likely he encountered largely people who were very much like him.  White, upper middle class suburban kids.  Jeff majored in Black-American Studies as an undergraduate at the University of North Carolina.  At the university where I teach (and I imagine most other universities), African-American Studies (as most departments are now named) majors are overwhelmingly African-American.  And yet, when he went to college (if not before), Jeff sought out those who were different.  He wanted to learn about people and their experiences.  Race is a major issue in the city of St. Louis, and Jeff clearly sought to learn as much as he could about the issue – both in his formal education, and in his life.

He was involved in the community in more ways than anyone I had met to that point, or since. It always seemed that he was off participating in one event or another in the area, usually focused on helping out young people. As I recall, Jeff loved to play basketball and he coached a youth team while in graduate school. Given the demands of graduate school as I remember them, I do not think I had time for much else than studying for my classes, much less working with kids in the city of St. Louis and coaching youth sports. He also helped out by teaching courses on ACT preparation for students who wanted to attend college. That Jeff was able to do these things for the community while at the same time working to earn a Ph.D. in political science speaks volumes about his character and his commitment.

But one event still sticks out in my mind for some reason. I was in the office one day when Jeff came in late in the afternoon. He was in shorts and a t-shirt, and had obviously been sweating a great deal. This was nothing new, as Jeff was always out jogging or playing basketball. But that day, he looked a little bit more worn out than usual. We got to talking, and he said that he'd just returned from Crystal City. He said that he had always wanted to see where former U.S. Senator Bill Bradley grew up, so he got on his bike and rode from University City to Crystal City to see the house, and then returned that afternoon. I thought about that for a while, and realized that Crystal City was almost forty miles away. He had ridden his mountain bike over eighty miles that day just to see Bill Bradley's childhood home.

I cannot speak to the particular circumstances that have led to the situation that Jeff currently confronts, so I will not try. However, I feel compelled to provide you with a perspective on Jeff that you may not have received in the course of these proceedings. He has helped many people out of a personal commitment to make his home a better place, without receiving compensation, recognition, or awards for that service. I do not believe that such things motivate Jeff to the work that he has done over the years.

Whatever happens to him in the coming months and years, I fully expect that he will continue to serve this community as he has done in the past. My hope is that whatever decision you make, you understand that this is an opportunity. It is an opportunity for Jeff to continue to work on those issues that will better people around him who have not had the benefit of the opportunities that he has had in life. It is an opportunity for those people – particularly young people – to gain from his knowledge, experience, and commitment that will help them further their goals in life. And it is an opportunity for you to put someone to work helping his community – using his talents to empower others, rather than to have those talents wasted. I hope that you will give Jeff and the people of St. Louis that opportunity.

Sincerely,

Scott Comparato
Associate Professor of Political Science
Southern Illinois University – Carbondale

*Conley, Oji & Associates*
*Attorney and Counselors at Law*

4332 Lindell Blvd., Suite 1
St. Louis, Missouri 63108

*Lena A. Conley*
lconley@conleyojilaw.com

October 12, 2009

ph: (314) 289-9989
fax: (314) 289-9010

*Modupe B. Oji*
moji@conleyojilaw.com

The Honorable Carol E. Jackson
United States District Court
Eastern District of Missouri
111 S. Tenth St.
St. Louis, Missouri  63102

Dear Carol:

I hope this correspondence finds you and your family well.  Nathan sends his regards.  I know we haven't talked in quite a while.  I'd like to get together for lunch and catch up on things sometime soon.  Don't ask me why, but I've started practicing law full-time again, which brings me to the subject of this correspondence.  I know the sentencing of former Senator Jeff Smith will be before you shortly.  I've known about Jeff Smith for some time now both professionally and personally.  He and Nathaniel, our oldest son, attended Ladue High School together and he stopped in at the store to talk with him when he was campaigning for the senate seat.  I've also gotten to know him professionally through my affiliation with the Father Support Center.

As you know, non-custodial parents struggling to pay their child support are one group who has long lacked a voice in the political process.  This is not a constituency that voted heavily for Jeff, indeed, it is probably a constituency that didn't vote heavily at all.  But, after visiting the Father Support Center in North St. Louis years ago, Jeff pledged that he would do anything he could to help address the issues that were important to the participants in that program.

 Many were skeptical regarding his sincerity, however, over the next year he and his staff worked tirelessly with the Father Support Center clients and their advocates to do something they had been trying to accomplish alone for nearly a decade.  Jeff met with the Father Support Center participants  repeatedly, brought them to Jefferson City to testify four times in front of House and Senate committees, and was ultimately able to pass not one but two bills that helped them and will help similarly situated young men for years to come.  Because of his legislation, the state may create special "parenting" courts for non-custodial parents struggling to pay child support.  These courts will offer education or job training, counseling, even substance abuse treatment for these fathers.  Individuals who complete these programs and resume support payments could avoid felony convictions and/or incarceration and reconnect with their children.  Since

participants will be working and paying taxes instead of needing taxpayers to support their incarceration, this will save millions of dollars.

I believe that one of our best measures of people in public life is not what they do for their core supporters, their donors, or themselves. It is what they do for people who have no voice in the process. By that standard Jeff was one of the finest public servants that I have encountered in a long time. In a racially polarized city, Jeff was one of very politicians who reached out to all of the city's communities. He understood that locking up another generation of young men wasn't the answer. He saw that men without skills needed job training and not felony convictions. That these men can't very well pay child support from jail, and that jail time made it near-impossible for them to find work upon re-entering society.

Carol, it is clear that Jeff has made some serious and costly mistakes. But I humbly ask you to consider those accomplishments of his that I have touched on in this letter before sentencing him. He has been a rare voice for the voiceless, and I know that spared incarceration, he will continue to be such a voice. I hope that you can find an alternative sentence that will allow him to do so.

Very truly yours,

Lena A. Conley

Jamie Conwell

3908 McRee Avenue

Saint Louis, Missouri 63110

conwelljamie@hotmail.com


September 10, 2009

The Honorable Carol E. Jackson
United States District Judge
Eastern District of Missouri

Dear Judge Jackson,

I am a native St. Louisan and member of the St. Louis City community for the last seven years. I am also an alumnus of Ladue Horton Watkins High School, Prairie View A&M University – College of Engineering and Washington University in St. Louis – Olin School of Business. Currently, I manage projects for major brokerage firm in the St. Louis community.

I have known Jeff Smith as a friend and colleague for over twenty five years. In my experience with Jeff, I have observed commitment and dedication to young and old, educated and non-educated, privileged and underprivileged. Jeff's commitment is solid.

The St. Louis community needs more leaders like Jeff Smith who after acknowledging their error in judgment will demonstrate that which they learned firsthand. Further, Jeff can help others through education and awareness concerning what it takes in those dark moments to be authentic.

Jeff is extremely committed to St. Louis City. This speaks highly about his character, values and what St. Louis City has to gain from someone who truly cares about its fate.

I respectfully ask that you grant Jeff the opportunity to continue this community service in repayment for the errors to which he as admitted. Our St. Louis City youth would benefit greatly from your doing so.

Thank you for your consideration. Should you have any questions, please feel free to contact me.


Sincerely,

Jamie Conwell

Jamie Conwell

Dear Honorable Judge Carol Jackson,

My name is Maureen Costello. I am writing this letter on behalf of Jeff Smith, by my suggestion, not his request.

I met Jeff Smith six years ago at the coffeehouse that I own. He sat in on a small community meeting we were hosting. He introduced himself and his political intentions. He then asked how he could be helpful to our small group. Jeff left that meeting with a stack of envelopes to be stuffed, addressed and mailed. That small gesture encompasses the Jeff Smith that I have come to know.

I have watched Jeff, over the years, engage with our customers; the gay, young male, the transgendered woman,

the mentally challenged customer and the angry, progressive constituent.

Jeff has an amazing compassion for people from all walks of life including those on the fringe of society.

I would be remiss not to acknowledge the 3 on 3 basketball tournament and community fair that Jeff started four years ago. His zeal for the event was contagious. I am privileged to have been a small part of it. That public gesture encompasses Jeff Smith, the man I have come to know and respect.

Sincerely,

Maureen Costello

September 18, 2009


The Honorable Carol Jackson

Re: Jeff Smith

Dear Judge Jackson:

I am writing this letter in regard to Jeff Smith. I hope that as you consider an appropriate sentence for Jeff, you will consider the positive accomplishments and contributions that he has made, as well as those that he is still capable of making.

I knew Jeff during the academic year 2004-2005, when he was a visiting professor at Dartmouth College. During the course of the year, I met with him personally several times to discuss issues of mutual interest, and I was well aware of the positive impression that he was making on many students. I had anticipated Jeff's arrival at Dartmouth because my son had worked on his previous campaign in St. Louis, and my son held Jeff in high regard.

Jeff is thoughtful and energetic. His desire to make a positive contribution to the world was evident to all who talked to him. It is very unfortunate that this desire may have led to unwise decisions, but there is no doubt in my mind that his motivation was, at its source, sincere.

Jeff has a certain charismatic quality that has allowed him to engender enthusiasm among many constituents and supporters. That charisma is now very much chastened, but the substance of it remains. I hope that substance will be evident to you.

Yours sincerely,

Richard R. Crocker, Ph.D.
Virginia Rice Kelsey '61s Dean
And College Chaplain
William Jewett Tucker Foundation
Dartmouth College
Hanover, NH 03755
603-646-3416

WILLIAM
JEWETT
**TUCKER**
FOUNDATION

Dartmouth College
6154 S. Fairbanks Hall
Hanover, NH 03755

ph: (603) 646-3350
fx: (603) 646-2645



SENATOR
# JASON G. CROWELL
27TH DISTRICT

that which he achieved and sadly threw away. Jeff achieved his dream and then threw it away — he knows that. He knows what a loss it is. I write to ask you — let Jeff teach his life lessons to those kids who need so much to learn them from Jeff who has risen so high and fallen so low. Time in Jail will not punish Jeff, it will only hurt and disadvantage again kids that can learn from him.

Hon Judge Carol Jackson —

I write this hand written note in support of Sen. Jeff Smith, my friend. I did not know Jeff before he was elected to the Missouri Senate but once he arrived all knew he was there working not for himself but for what he could do for students traped in failing schools. I shared with Jeff my own struggles with education and knew he wanted to help kids better themselves and achieve

**CAPITOL OFFICE**
State Capitol, Room 225
Jefferson City, Missouri 65101
573-751-1186  Toll Free: 866-543-0420
FAX: (573) 526-9852
Email: Jane.Cunningham@senate.mo.gov

**KIT CRANCER**
Chief of Staff

**SANDRA ALLEN**
Legislative Assistant



## MISSOURI SENATE
### JEFFERSON CITY

# JANE CUNNINGHAM
**State Senator**
**St. Louis County, District 7**

**COMMITTEES**

Financial and Governmental Organizations and
Elections, Vice-Chair

Transportation

Judiciary and Civil and Criminal Jurisprudence

Health, Mental Health, Seniors and Families

Veterans' Affairs, Pensions and Urban Affairs

Joint Committee on Education

Educated Citizenry 2020 Committee

September 14, 2009

The Honorable Judge Carol Jackson                RE:  Jeff Smith

Dear Judge Jackson:

I should be on former Senator Jeff Smith's political enemy list and he on mine. He's a Democrat. I'm a Republican. He's a liberal. I'm a conservative. He's from St. Louis City; I'm from St. Louis County - districts with very divergent interests and viewpoints.

Despite our opposites and despite the transgressions he has admitted, I have the highest respect and admiration for Jeff Smith. Why? Because I have served with him in the all consuming, energy sapping, politically perilous trenches of the Senate and before that as a House member working in coordination with him.

We found that we connected on the issue of children, especially disadvantaged children in failing school districts. These children desperately need an opportunity in life while those of us who are responsible attempt to dramatically improve their struggling educational institutions.

During the most recent session, Sen. Smith and I stood as a bipartisan partnership to get the landmark merit pay increase for St. Louis Schools passed against efforts to filibuster our measure. We also stood together to protect the historic tax credits that are so critical to the rejuvenation of St. Louis in a way that protects the heritage of this great city.

Jeff is more interested in policy than politics and has put himself at great political risk with the teacher's union to do what he knows is right for students. I have seen news videos when he was being screamed at by powerful special interest groups for standing up for others who will never be in a position to help him.

He is also the author of an outstanding new statute because he cared to make the lives of hurting people better and because he was willing to sacrifice to do so. That program brings estranged dads and their children together, encourages and holds fathers accountable for getting and keeping

Page 2, Information on Jeff Smith from Senator Jane Cunningham

a job and paying child support and hopefully restoring the family unit. I am on the committee that held the hearing on his legislation. Sen. Smith pulled together the most amazing witnesses to ensure committee members understood the gravity of the situation and the need for Jeff's solution. You could tell he personally knew these struggling men and had worked closely with them to improve their own lives and that of their families. He saved many men from prison terms for nonpayment of child support and turned them into productive citizens and supportive fathers. Jeff Smith was their lifeline.

Jeff had a tremendous following of African American boys who looked to him for encouragement and challenge through the basketball tournaments he organized, ran and played in on their behalf in St. Louis City. They see him as not only a mentor but as an equal because Jeff never thought of himself above anyone no matter what their station or situation in life.

There a common denominator with all these groups, the disadvantaged children in failing schools, the estranged fathers probably facing a nonproductive life of despair and prison, and the boys for whom he organized basketball tournaments......none of them were in a position to further Jeff Smith's political career. He helped them because that is what he believed in.

Now he faces the potential of the very thing from which he saved others....incarceration.

Those of us who have worked closely with Jeff Smith know he's the real deal. The loss of Jeff leaves a gaping hole in his community and the State Senate, and many of us in that senate family are hurting because of the loss, personally and legislatively.

You are sitting in judgment over one of the most unusual, committed and selfless individuals I have ever met....one who certainly could have enjoyed a pampered lifestyle after graduating from Ladue High School, but chose to pour himself out for those who were desperately hurting from a different race, religion and culture than his roots. I urge you to assign him where he can continue to produce the amazing outcomes for which he is known .......improving opportunities and giving hope and direction to students.

Respectfully,

*Jane Cunningham*

Senator Jane Cunningham

P.S. I've watched Jeff teach his former class at Washington University. He knows how to inspire and move young people. His Teaching Assistant, not surprisingly, is now teaching in a St. Louis City Charter School in the Teach for America program. He is also raising money to help buy supplies for his students. I wonder where he possibly got an idea like that!

**James W. Davis**
**600 W. Polo Drive**
**Clayton, Missouri 63105**
**(314)863-5646**

October 23, 2009

The Honorable Carol Jackson
Judge, U.S. District Court

Dear Judge Jackson:

I am a professor emeritus of political science at Washington University in St. Louis and write on behalf of my former student and graduate teaching assistant Jeff Smith.

Jeff will shortly appear before you for sentencing on an obstruction of justice charge, and I urge you to consider Jeff's positive past as well as his promising productive future as you weigh sentencing choices.

In my 40+ years of college teaching Jeff was one of the best teaching assistants that I have supervised and worked with. He combines thorough knowledge of grass roots and state politics with strong interpersonal skills and extraordinary classroom presence. To the classroom he brings both the knowledge that comes from wide reading in the professional political science literature and the knowledge gained through personal political experiences. That is a combination both unusual and invaluable.

But Jeff is not just an academic. He is also in the broadest sense of the term a public servant. From helping to start a charter school to organizing and playing basketball with underprivileged (at risk) young men Jeff believes in serving the public. Jeff's knowledge, skills, values and energy all suggest that a period of required community service would be unambiguously in the public's interest. Incarceration, even in a minimum security facility, would neither serve nor protect the public. On the contrary, it would simply deny the public Jeff's ability and energy. Incarceration simply does not pass the cost-benefit test. The U.S. Attorney's office may well want to set an example, but it would be an expensive example, and who would benefit?

I hope that Jeff has, at least in part, an academic future. He has much to teach. I am confident that he has a future with one or another non-profit organizations engaged in serving the underserved public. Jeff has learned his lesson. Probation and community service will reinforce the lesson without obstructing and delaying his willingness to serve the public.

Sincerely,

James W. Davis

**BOARD OF DIRECTORS**

Aurita Prince Caldwell - President

Kirksey Williams – Vice President

Ernestine Thomas - Secretary

William K. Delabar - CPA- Treasurer

Doris Stoehner-Past President

Gwendolyn Bogan
Gerald Bowen
Mary Britt
James Buford
Dennis Buhr
Lisa Cannovo
Jonathon Dobson
Elizabeth Herring
Leslie Farr
Rev. Edward Murphy
James Murphy
John Schicker
Brian Shaw
Deborah Smith
Ruth Smith
Nina Thompson
Karla V. Townson

**ADVISORY BOARD**
Irv Breslauer
Sue Breslauer
Sr. Loretto Gettemeier, D.C.
Donald Kwasa
Dr. Nancy Vosler, PhD

**CHIEF EXECUTIVE OFFICER**
Halbert Sullivan, MSW

**MANAGING DIRECTOR**
Cheri Tillis



United Way
of Greater St. Louis



Building Great Partnerships
for the Greater Good of Greater St. Louis



Children's Trust Fund



SAINT LOUIS
MHB
MENTAL HEALTH BOARD



Fathers' Support Center, St. Louis

September 21, 2009

Honorable Judge Carol Jackson
St. Louis, MO

Dear Judge Jackson,

I'm Chester Deanes, director of community relations at Fathers' Support Center, St. Louis. Today, I am writing to support Mr. Jeffrey R. Smith as he faces sentencing for certain criminal charges. I ask you to show mercy on Mr.Smith.

FSC has struggled for eight or more years with legislation and state laws that burden fathers with unjust payments regarding non-support and judgments of paternity. I requested, Mr. Smith, who was District 4 Senator at that time, to be a guest speaker during our FUTRA Rally in Tower Grove Park on October 25, 2008. The audience heard comments from Mr. Smith's commitment to help others in communities he has served. He further stated his support for fatherhood issues as we are to participate in the political process. I then asked him to help support our work in changing policy concerning child support procedures and practices in the state of Missouri. He said yes. (FUTRA – Fathers United To Raise Awareness)

Mr. Smith, being a man of his word, began crafting legislation to amend the criminal non-support law and the judgment of paternity law. Mr. Smith's legislative team called FSC in November/December 2008 to ask questions and to inform us that new legislation was being formed. On January 22 FSC was emailed to have witnesses to testify on January 26, 2009 at the senate hearing on SB 140, to modify criminal non-support. On that date eleven fathers and three staff members traveled to the Missouri State Capitol, with six fathers giving their testimony. Mr. Smith's team also called the fathers to testify on Feb. 3, 2009, on SB 141 concerning judgments of paternity. Mr. Halbert Sullivan and I have made several trips to Jefferson City to meet with legislators to advocate for policy changes in laws that impact the financial means of our fathers to provide for their children and their own well being. There have been several legislators that guided FSC during this period of advocacy but none have been as effective and productive as Mr. Jeffrey R. Smith.

Thank you for your consideration. I can be reached at 314.333.4170 ext. 142.
Sincerely,

*Chester C. Deanes*

**Chester Deanes**
**Director Community Relations**

4411 N. Newstead *St. Louis, MO 63115
314-333-4170– OFFICE / 314-333-4322-FAX*Toll Free: 1-866-621-3727
Website Address: www.fatherssupportcenter.org

Rebecca DeFilippo
1321 Montevale Court
Fenton MO 63026

October 5, 2009

Honorable Judge Carol Jackson
Chief Judge
U.S. District Court for the Eastern District of Missouri
St. Louis, MO

Dear Judge Jackson,

In re the upcoming sentencing hearing for former State Senator Jeff Smith, please consider a lenient decision.

Am I disappointed in former Senator Smith? Absolutely!

Do I believe he should be sent to prison? Absolutely not!

Jeff Smith committed a crime, not once but twice. However, he admitted his guilt, which saved taxpayers like me in the Eastern District of Missouri the cost of a trial. He apologized to his constituents and to fellow legislators, business associates, friends, family, and the general public.

My primary interaction with former Senator Smith occurred during the 2008 and 2009 legislative sessions in Jefferson City. In my role as an advocate for psychiatric patients and the practice of psychiatry in the State of Missouri, I met occasionally with former Senator Smith both at the State Capitol and in his home district to discuss pending bills.

Former Senator Smith was one of the few legislators who actually had read the bills supported and/or opposed by members of the medical subspecialty group I manage. He asked intelligent questions and suggested ways in which opposing interests might work together to improve access to mental health care for Missouri's citizens. My longstanding impression is that former Senator Smith really wanted to make a difference in the lives of his District 4 constituents, especially through legislation that he sponsored.

He campaigned ardently on bills as diverse as the establishment of paternity; HIV testing, treatment and prevention for inmates; teacher assessment programs and regulations regarding charter schools; provisions relating to criminal non-support; and instant runoff voting for municipalities and political subdivisions. Some of his bills did not pass, but he achieved a laudable record for a freshman legislator.

Honorable Judge Carol Jackson
October 5, 2009
Page 2

Former Senator Smith is a down-to-earth sort of fellow. On several occasions over spring break in March 2009, he hosted meet-and-greets at local coffeehouses. He held one such event at McMurphy's Grill in downtown St. Louis. The lunch hour get-together was a well-attended fundraiser for the restaurant, which employs and trains individuals with mental illnesses for jobs in food service. In between meeting with long lines of visitors, former Senator Smith distributed menus, poured coffee, and cleared tables. By holding this event at McMurphy's Grill, he helped focus public attention on a valuable community program.

My hope is that a just sentence for former Senator Smith will involve a meaningful obligation of community service on behalf of the public rather than detention in a correctional facility. He has helped many people in the community and could do so again, if permitted.

Thank you for your consideration.

Sincerely,

Rebecca DeFilippo

Rebecca DeFilippo

To whom it may concern:

I write this letter on behalf Jeffrey Smith. I hope to demonstrate how his presence in my life has helped me arrive where I am today. I truly believe that without his influence and mentorship, I would have easily gone down the wrong path because I lacked a stable home life and positive role models.

My name is Isaiah DeLeon-Mares and I am senior at Yale University. I am an African-American Studies major from St. Louis, Missouri. I attended Christian Brother College High School, class of 2006. It was there at CBC High School where I first met Jeff. I was thirteen years old at the time, a gifted student, and had a passion for the game of basketball. Through the context of basketball is where Jeff and I first bonded and became close. I spent approximately seven weeks attending basketball camps at CBC that summer where Jeff was a counselor and coach. Immediately, we were drawn to each other due to the mere fact that we were both speedy undersized point guards whose abilities were constantly underestimated. Jeff spent a good portion of every week helping me with my skill set when it was not required of him. He worked with me before and after camp on his own time because he wanted to. I also believe he sensed the reality that was my life that others simply overlooked. I was the first camper to camp daily because I had to hitch rides to camp or catch a very early bus. I was also the last to leave because my mom was struggling to make ends meat. I had a family life that was deteriorating and I dealt with those feelings through the game of basketball. Jeff was reliable in his efforts to help me improve and overcome my situation.

It was through his understanding of the value of education that helped me realize the importance of attending a private school and overachieving academically. Before meeting him I was somewhat stuck in my ways about going to public school and being with all of my friends. He pushed me to look at the future and what a top tier education could mean for my situation. At the time I did not fully grasp what he meant, but since he was a role model to me, I respected his opinion and trusted his judgment. I grudgingly applied and was accepted to CBC the following year.

From there, our relationship took off as we began to spend more time together, continuing to assist me academically and athletically. Although he could not possibly have imagined how much it meant to me for him to take time out of his busy weeks and weekends to attend ball games and play basketball with me, I assure you that those memories and moments of him offering support to me will never be forgotten.

At CBC I continued to excel both academically and athletically with the continued support from Jeff. I would get random calls checking up on my grades as well as him religiously attending my athletic events. He invested himself in my success on a level that nobody had in the past. He was like a big brother or mentor and his belief in me, helped me to believe in myself.

Mid-way through my high school years, an unfortunate chain of events occurring due to existing family problems forced me and younger brother to seek alternative living situations. We were forced to live in several homes, including short stints in my car. Through these hardships, my belief in myself and Jeff's belief in me to overcome these obstacles helped carry me through. Although I never sought monetary support from him, I knew the offer was always on the table. To me, his friendship meant much more to me through these trying times than any dollar amount could ever add up to. Because of him and the help of others who carried similar values, I was able to maintain the mental strength to rise above this situation and focus again on reaching my potential, no matter what my circumstances were.

When, by chance, I found out I was being recruited to attend Yale University to play football, Jeff, and other people in my life, felt it was a no brainer to accept the offer. He helped provide me with the hindsight about what this meant for my future. If his help in choosing CBC had gotten me this far, I again followed his advice.

At Yale, I have continued to re-enact the influence he has left on my life. The biggest influence can be found in my creation of a mentoring program at local high school. The program has grown to influence many lives and has been published for its tremendous effectiveness. The key to this program has been my personal drive to go beyond the call of duty and investing my entire self in their success. My passion has motivated others to follow my example, assisting students in the community to reach their full potential and strive for more. His influence is also apparent in my pursuit of a B.A. in African-American Studies. He has always been very support in doing what I truly enjoy and it has turned out to make me truly happy in my pursuit of knowledge. Jeff has also continued to offer support in editing papers or engaging in fruitful discussions. This help has always been extremely appreciated.

Looking back on my past, analyzing the present, and hoping for a successful future, I know that I could not be the man I am today or the man I hope to become in the future without the continued mentorship from Jeff Smith. He invested himself in me in the same way that he invested himself in the communities he served. I stand by the belief that he has the ability to use his talents to affect many young lives through his experiences, hardships, and caring personality. I know that if given a chance, Jeff will put to use the time he is given in order to bring about change in the world. I know that my life would be upside down right now if it wasn't for the bridge built for me by Jeff Smith. As I continue in the example to help others that he set for me, I urge you to give him the chance to continue this work to impact lives. I believe wholeheartedly that his efforts will continue to bring about positive change. I ask you to please consider this letter as a testimony of his body of work.

Thank you for your consideration.

Sincerely,

Isaiah DeLeon-Mares
Yale University 2010

314-660-5041

LAW OFFICES

## DOBSON, GOLDBERG, BERNS & RICH, LLP

JEROME J. DOBSON
MICHAEL C. GOLDBERG
JONATHAN C. BERNS
GREGORY A. RICH

5017 WASHINGTON PLACE, THIRD FLOOR
ST. LOUIS, MISSOURI 63108
TEL (314) 621-8363
FAX (314) 621-8366

PARALEGAL
JERRY RAPPOLD

SCOTT P. HOLWITT
MICHELLE DYE NEUMANN

October 7, 2009

The Honorable Carol Jackson
United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Room 14.148
St. Louis, MO 63102

Re:    Senator Jeff Smith

Dear Judge Jackson:

I am writing this letter on behalf of Senator Jeff Smith. I have known Jeff since approximately 2004 and got to know him well during his successful campaign for the State Senate in 2006.

Jeff Smith has made enormous contributions to the City of St. Louis and to the State of Missouri. Jeff is one of the few elected officials in this area who has made a conscious, sustained effort to bridge the racial divide that so often polarizes this City. His commitment to equal opportunity for all citizens in this community is part of what made Jeff such an appealing and dynamic figure. Jeff's work in establishing Confluence Academies, a group of charter schools in north St. Louis focusing on math and science education, underscores his commitment to providing educational opportunities for the underserved in the City of St. Louis. I had the opportunity to attend the three-on-three basketball tournament that Jeff sponsored at Fairgrounds Park and saw the spirit and hope that Jeff's work brought to the community. As a political science professor, Jeff inspired hundreds of students to become involved in the political process.

We will all miss Jeff's work as a state legislator. Despite Jeff's zealous advocacy for the causes in which he believes, it is noteworthy that many of his Republican colleagues described him as a thoughtful and conscientious legislator, who again sought to bridge the chasm that divides our state representatives and often prevents them from working together for the common good of Missouri. Jeff's work to preserve the state historic tax credits and his willingness to filibuster for that cause ensured that millions of dollars will remain available for the preservation and renovation of historic buildings in the St. Louis area.

The Honorable Carol Jackson
October 7, 2009
Page 2


     I am deeply saddened by the news that Jeff testified falsely in connection with two investigations regarding election law violations.  In no way do I seek to minimize the significance of these transgressions.  However, I ask that you consider the remarkable achievements that Jeff Smith has made to our community and the State of Missouri in his relatively young life when imposing his sentence.  Thank you for giving me the opportunity to present this information about Jeff Smith.

                          Yours very truly,

                          Jerome J. Dobson

JJD/rlt



**MISSOURI** SCOUT
Political Intelligence and Analysis

Dear Honorable Carol Jackson,

I have known Jeff Smith for about five years. We met when he was running for Congress in 2004. Although I was disappointed to learn of his role in lying to investigators, I am truly heart-broken that he will no longer serve in the state legislator.

As a political journalist I follow state politics closely. Most legislators are sincere, good-hearted people, but Jeff is exceptional. He displayed an extraordinary dedication to his job, and to good public policy.

Two examples jump to mind: the policy areas of education and policing. In both cases, Jeff's thinking and positions changed during his time in public service. In both cases, the movement occurred because he insisted on finding out the facts first-hand.

Jeff visited scores and scores of public schools in the city of St. Louis. More, I would bet, than any other elected official in the state. For most of a year, he marked off Mondays to visit schools. If he arrived and an administrator tried to steer him in to a particular class-room, he politely insisted on choosing a random classroom to observe.

We talked each week about what he saw. Sometimes he witnessed amazing teachers; sometimes horrifying ineptness. Sometimes the class rooms sat mostly empty; other times they were packed. But as he visited schools – eventually over fifty– what he saw led him farther and farther from his natural liberal perspective toward a pragmatic, even conservative view of school choice.

It led him away from his initial base of supporters and contributors. It led him away from most others in his Democratic Caucus. He became a champion for reforming the schools even though it meant bucking the Teachers' Union and risking an opponent in his re-election bid.

The same process happened in the area of policing. He spent night after night riding with St. Louis City policemen, seeing first-hand and up-close what a routine day on the job entailed for them. And subsequently he told me – I'll never forget because I stunned to hear it from a supposedly dyed in the wool liberal – "I've changed," he nodded, "I going to do whatever I can to help these guys do their job." Again, it was a step away from his political base.

The ability to care more about the issues more than the ideology is precious. He made terribly poor choices with regard to that stupid postcard. But he was a damn good legislator, and it's a shame Missouri won't have him in the Capitol next January.

Sincerely,

David Drebes

REAL ESTATE DEVELOPMENT

FINANCE

COMMERCIAL BROKERAGE

1425 SOUTH 18TH STREET

SAINT LOUIS, MO 63104

314·771·5335

314·771·7268 Fax

www.ndconsulting.com

October 2, 2009

Honorable Judy Carol Jackson
c/o Jeff Smith

Dear Judge Jackson:

As you decide how to sentence Jeff Smith, I hope you will consider all his efforts and accomplishments he preformed as a young politician.

I have been around a number of elected officials during my professional life, which includes 16 years working for the City of St. Louis and now 11 years in real estate development. Jeff's focus has been to truly represent ideas and legislation that furthered the priorities of the St. Louis region. He takes the time to really understand an issue and therefore can articulate his support. His efforts truly saved the state historic tax credit from becoming a useless program, a program that has done much to rehabilitate historic structures all over the state.

I met Jeff after his race for congress. He was just beginning his efforts to gain support for the State of Missouri's Senate seat. I was very impressed with his passion about issues that affect all income levels. He was a tireless campaigner going into all the neighborhoods he wanted to represent. When he won, his actions proved his interest was real. I have met many elected officials who are more about themselves and their special constituents than the people who elected them. Jeff made the older or more entrenched political community nervous because he didn't just go along.

Jeff could reach out to a number of people with different interests and backgrounds to help find consensus. He could have become a very good leader but for this uncharacteristic mistake.

I believe Jeff's future efforts will be to work on issues that hold back the St. Louis region. As you determine how he repays society for his mistake, could you find a place or assign him a role that helps our community? Since he is not a threat to anyone, putting him in prison is not a good use of tax dollars when he could be providing community service. Jess is very talented and so passionate about people and community, his service to the community gives more back for his mistakes.

I appreciate your thoughtfulness is this difficult decision.

Sincerely,

Michele Duffe

KENNETH W. NUERNBERGER, Principal    ·    MICHELE DUFFE, Principal

ROBERT W. DUFFY
4100 LACLEDE AVENUE
APARTMENT 203
ST. LOUIS, MISSOURI 63108

October 9, 2009

The Honorable Carol Jackson
United States District Judge
111 South Tenth Street
St. Louis, Missouri 63102

Your Honor:

Please accept this letter in support of Jeff Smith. I have known Mr. Smith for
several years and count him as a colleague and a friend. I have followed his
political and academic careers with interest and enthusiasm. I respect his
intelligence and energy, as well as his commitment to public service. I am also
aware of the trouble in which he finds himself. Although I cannot excuse his
actions, I believe truly he has understood his misbehavior in a most profound
and searching way, and as a result of those reflections, my perception is he has
paid dearly for his lapses in judgment.

I hope sincerely you and the Court will take into account Mr. Smith's service to
the community. Through his involvement and leadership in the establishment
of charter schools he has evidenced his commitment to the betterment of
education for children in the poorest neighborhoods. In the Missouri Senate,
his efforts for the rehabilitation of the City of St. Louis with tax credits has
been exemplary. My belief is community service, in which he excels and in
which he has experience, would be a better, more creative disposition of his
case than incarceration. I respect your judgment in this matter, and along with
this respect express my hope for leniency in Mr. Smith's case.

Very truly yours,

Robert W. Duffy