9 September '09
Chicago

Dear Honorable Judge Carol Jackson,

I am writing this letter to ask that the court consider the lengthy record of service to St. Louis and to Missouri before deciding upon a sentence. I have known Jeff in both personal and political settings, and my own sense of disappointment in his actions in 2004 has been amplified by my belief that Missouri has lost one of its most intrepid and creative public servants. Yet, along with these feelings of sadness and anger, I believe that it is important to measure Jeff's considerable error in judgment against the entirety of his record and the totality of his proven commitment to bettering the lives of underprivileged and needy members of our community.

In the many years that I have known Jeff, I have always known him to be compassionate, thoughtful, and selfless. Even with his outrageously busy schedule, he always had time to listen to other people, and he is the kind of man who would drop whatever he was doing if someone needed his help. I always saw Jeff's political service as an extension of these fundamental character traits. For me, and for many of Jeff's friends, Jeff's persona in the political world was a familiar iteration of his selfless nature. Whether working on charter schools to give disadvantaged children a better opportunity in life or organizing community basketball games for young people, his approach was inclusive, generous, and creative.

In more intimate settings, Jeff always impressed me with his ability to tackle racism, sexism or any other form of bigotry head-on. I can recall a specific instance when I was living in rural southeastern Missouri and Jeff overheard some inappropriate jokes being made by several gentlemen known to be community leaders in that part of the state. It would have

been easy for Jeff to roll his eyes, but he turned around and was direct with these men about the poor taste of their jokes. In this little vignette, I believe that Jeff's commitment to fighting injustice is evident. For him, there was never any "off duty" time when it came to battling intolerance.

Finally, I would like to suggest to the court that the people who most needed Jeff to be their advocate in Jefferson City have already been punished by his actions and resignation. Given Jeff Smith's many talents and lengthy record of serving the community, I believe that he should be allowed to make up for his error in the form of community service. I doubt that there are many people who would be as well-suited to this form of punishment as Jeff. With his knowledge, experience and talent, I believe that Jeff will more than repay his debt to society in the service of needy members of the community. He will bring energy and enthusiasm to his work, and I believe that he will make a difference for people while serving in this role. Your honor, I would like to ask that Jeff Smith's sentence reflect some measure of the life he has chosen to lead, and that he be allowed to earn back some of what we have all lost by his mistake. To me, a sentence of community service for Jeff Smith is a fair punishment and an opportunity for Jeff to apologize to all of us in a productive and meaningful way.

Sincerely,

Benjamin W. Dyer

Leroy Eason

3204 Harper St.

St. Louis, MO 63107

Honorable Judge Carol Jackson

United States District Court

111 South 10th Street

Suite 14.148

St. Louis MO, 63102

Dear Honorable Judge Carol Jackson,

I am writing to you on behalf of former State Senator Jeff Smith. While I cannot justify his actions at the time of his wrong doings, I can describe his character. I met Jeff through a program called College Bound that works with high school students who would be the first in their family to go to college if they make it. For a while it looked like I wasn't going to make it but thanks to Jeff and other people at College Bound, I did. Over the course of the years he's been not just a mentor to me, but a dear friend.

Jeff first came to my high school when my class watched the movie that was made about his first campaign. Everyone loved it and screamed when he walked in. But then it turned out that Jeff was just a down-to-earth person who would come and play basketball with me and listen to me if I had problems at home and reply immediately to my texts if I ever needed help or advice.

Jeff inspired me to take an active role in my community by helping clean up neighborhoods in inner city St. Louis. He's also educated me on the importance of politics and voting. Jeff has worked diligently to better my educational success as well everyone else in my community. He's done so by helping build schools from the ground up and spending the time and effort to make sure they succeed. I have learned a great deal from Jeff, but what I've found to be most important is giving back to the community.

I was shocked when I heard of his unlawful actions. However, as a dear friend of Jeff I can also say he's capable of change. Mrs. Jackson you once wrote the words "Change is essential to growth". I truly believe Jeff will not only grow but rectify himself into a better human being. The communities and schools which Jeff has worked vigorously to improve would do far more good with him than without him. Thank you for reading my letter.

Respectfully,

Leroy Eason

Missouri S&T Student

# SUSAN EDWARDS

29 September 2009

TO: **the Honorable Judge Carol Jackson**
FROM: **Susan M. Edwards**

RE: **Jeff Smith Sentencing**

---

Jeff Smith's sentencing is set for November 10. There is no disputing the allegations that Jeff exhibited a failure of judgment by the actions he took, and that these choices will bring him before you in court. I am aware that there are the possibilities of significant prison time and substantial fines in this process.

My intent here is to request that you consider Jeff's entire political record, to consider the totality of his service, rather than only the highly publicized portion of it. During his brief time in office he accomplished so much:

- Secured funding for urban school districts
- Worked to create the Missouri Teaching Fellows Program to bring excellent teachers into struggling school districts
- Supported five million dollars in bonuses for St. Louis teachers whose students made exceptional progress
- Led a drive to pass a Green Sales Tax Holiday for energy-efficient appliances
- Mandated that Missouri increase its energy efficiency standard for state buildings
- Advocated for more pressing state needs, rather than corporate incentives when he spoke up against millions of dollars of tax credits being offered to an out-of-country aircraft manufacturer
- Deviated from traditional Democratic views on education to help found a charter school, and worked across the aisle on school choice legislation
- Protected the state historic tax credit program that has helped fuel urban redevelopment
- Supported a tax deduction for home energy audits
- Sponsored and passed two bills that will transform the child-support system, which will save the state millions in incarceration costs and ensure that men with DNA tests showing non-paternity will no longer be required to pay for children they did not father

- Organized a cleanup campaign along MLK Jr. Blvd.
- Marched with over 50,000 other men in a show of unity against violence in his Senate district
- Investigated crime in his district by participating in seven all-night police ride-alongs in order to gain a better understanding of how to effectively address the crime in the city and how to improve present efforts to help lower it
- Focused much attention on youth with his creation of a Basketball Tournament/Community Fair that involved more than 70 non-profit organizations and community services who offered information, activities, and services....including free health screenings for vision, HIV, lead testing, as well as chiropractic evaluations. Nearly 100 teams played 3-on-3 basketball, and other kids enjoyed soccer, tennis, face painting, and arts and crafts instruction. The fair provided opportunities for people to step up and mentor children, to distribute new books and school supplies, to hand out dental kits, and raffle off $100 gas cards.

I believe strongly that the constituents of Missouri would be better served if Jeff's sentence offered him a way to continue to serve outside, within his community, rather than prison lock up. In a relatively short time he has proven himself to be a compassionate, energetic, and hardworking senator who holds altruistic goals as a benchmark, and whose desire it was to always consider what was best for his constituents. He needs to be allowed to continue to be an advocate for urban education, for health care for all, and for community services.

I know you will be able to help create such a structure that will support the positive youthful spirit and vigor....and help him to thrive as he serves the people he values.

Thank you for your consideration.

Respectfully,

Susan Edwards

Susan Edwards

Rt. 1  Box 76-4
Macomb, MO 65702
417.746.4792

Honorable Judge Carol Jackson,

I am writing this letter on behalf of Jeff Smith because I believe Jeff is a good person with great intentions who made a mistake. This mistake he made is inexcusable and there has to be consequences. I also believe that it is impossible to separate Jeff's mistakes from the many great things he has done for the people of St. Louis as well as for all Missourians. I had the opportunity to assist Jeff with his efforts to pass a state Earned Income Tax Credit (EITC). He recognized the positive impact that a state EITC would have on families who are working hard just to make ends meet.

I am also aware of Jeff's commitment to our city's youth. He has not only recognized the important of improving our city's schools, but has done something about it by helping to launch Confluence Academy. He has consistently fought to provide incentives so that schools attract teachers of the highest quality. Finally, his 3-3 basketball tournament provided a positive outlet for kids while also serving to offer health screenings.

I mention these things because I not only believe Jeff has good intentions, but has also dedicated his time to improving the lives of others. When determining what Jeff's consequences are for the mistakes he made, I hope that his contributions to society will also serve as a reminder of the positive impact Jeff has had on others.

Respectfully,

Michael Eggleston

September 2, 2009

To The Honorable Judge Carol Jackson,

    I have known Jeff Smith as a boss, politician, teacher and adviser. In the six years since I first met Jeff, I have known him to be a strong and caring member of the St. Louis and Washington University community, motivated primarily by a sincere desire to help those around him.

    As a politician and boss during Jeff's 2006 bid for Missouri State Senate, Jeff would often gather his staff in one room and ask us how our day-to-day work was going. He would point out why we were doing each task and remind us that while the work was hard, we had a purpose. He would talk about the inequalities between North and South St. Louis and would send us into North St. Louis to work and to make sure that we knew what changes we were fighting for. It was clear that he was running for office because he had a real desire to affect positive change in his community.

    As a professor, Jeff took those positive lessons from his political campaigns into the classroom. It was from Jeff that I learned that grassroots politics in its pure form – listening to the community and serving as a representative of its needs – can actually work. He was able to get hundreds of students to volunteer on his campaigns because he made us believe that our voices actually matter.

    After graduating from Washington University, I continued to contact Jeff for advice. Both for myself and for countless other former students, Jeff made sure to make the time to help us in all of our major decisions. For me, he talked through promotions, job opportunities, and graduate school decisions.

    At the base of every piece of advice Jeff gave or action he took, he was motivated by a sincere desire to help those less fortunate and to systematically change the circumstances that bring about those differences in the first place. While I cannot and would not attempt to justify Jeff's recent actions, I can sincerely say that Jeff has effectuated real, positive change in the St. Louis community and beyond.

Sincerely,

Lynn Eisenberg



| CAPITOL OFFICE | | DISTRICT ADDRESS |
|---|---|---|
| State Capitol<br>201 West Capitol Avenue<br>Jefferson City, MO 65101-6806<br>Tele: 573-751-3455<br>Fax: 573-522-9318 | | 108 West Columbia<br>Farmington, MO 63640<br>Tele: 573-756-5572<br>Fax: 573-756-2520 |
| kevin.engler@senate.mo.gov | | **Chief of Staff**<br>Jarad Falk |
| **Executive Assistant**<br>Karen Jacquin | **Majority Floor Leader**<br>**KEVIN ENGLER**<br>Missouri Senator<br>3rd District | **Legislative Director**<br>Mike Lodewegen |

August 24, 2009

The Honorable Carol Jackson
1114 Market Street, Room 812
St. Louis, MO 63112

Dear Judge Jackson,

I came to know Jeff Smith while serving with him these past three years in the Missouri Senate, and have found him to be a dedicated public servant and now also call him a friend. Although I do not know the full details of the charges, I believe the people of St. Louis and society as a whole are better served if Jeff were allowed to pay his debt to society while living in his community rather than in prison.

In late July, I stopped by Jeff's "Three on Three Basketball Tournament" while in St. Louis. This was the fourth year Jeff has held the event and approximately 2,000 people were in attendance, but basketball was not the primary purpose of the event. Hundreds of people were able to take advantage of health screenings at the event, and over 500 children were given school supplies to prepare them for classes in the fall.

A few months ago, Jeff invited me to attend a play being put on at a correctional institution in northern Missouri. One of his constituents with whom he had become acquainted was performing in the play. Although I was unable to attend due to the long drive, I was impressed that Senator Smith would take the time to see this man perform, even though as a convicted felon he would never be able to vote for him.

I believe these examples epitomize the type of person Jeff really is.

If Jeff Smith's sentence includes prison time, I believe his community will also be punished due to his absence. For this reason, I hope you will instead opt for probation and community service instead of prison time for Jeff Smith.

Sincerely,

*Kevin Engler*

Kevin Engler

**Committees:**
* Rules, Joint Rules, Resolutions and Ethics Committee – Chairman
* Administration Committee – Vice-Chairman   * Gubernatorial Appointments – Vice-Chairman



**MAJOR BRANDS**
PREMIUM BEVERAGE DISTRIBUTORS

Todd H. Epsten

*Chief Executive Officer*

September 30, 2009

The Honorable Judge Carol Jackson
United States District Court
Eastern District of Missouri
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Dear Judge Jackson,

I am sure you have already received many letters pleading for a light sentence for Jeff Smith because he has given so much to our community. Jeff's multiple contributions are well known and need not be repeated.

I would simply pose what would a harsh sentence accomplish? I don't think it would deter future wrongdoings. Furthermore, there is the cost of incarceration that will ultimately be borne by his fellow citizens. Finally, I don't think a long sentence would serve as an example anymore than what Jeff has already had to endure.

Simply, our streets would be better off with Jeff on the outside contributing to make St. Louis a better place. I would ask for a lenient sentence that recognizes Jeff's good work and the practical arguments of a short time of incarceration.

Thank you for your consideration.

Sincerely,

Todd H. Epsten

6701 Southwest Avenue     Saint Louis, MO 63143     (T) 314.633.3777     (F) 314.633.3786
CAPE GIRARDEAU     COLUMBIA     KANSAS CITY     SAINT LOUIS     SPRINGFIELD