Honorable Judge Carol Jackson
111 S. 10th Street
Suite 14.148
St. Louis, MO  63102

September 30, 2009

Dear Judge Jackson,

    I prepare this letter with a heavy heart. My good friend, Jeff Smith, made a series of errors over the past 5 years, and I am struggling to understand why he would risk so much for so little. While I struggle to understand and accept the mistakes he has made, I am clear about one thing, he is an exceedingly generous man who has done much good outside of the spotlight.

    Normally, I do not actively involve myself in political campaigns. However, I did so for Jeff in 2004 and again in 2006. I did this for 1 reason and 1 reason only.... I knew Jeff before his life as a politician. When I met Jeff, he was a young teacher who moonlighted at Kaplan Learning Center teaching ACT test prep courses. At the time, I was a social worker working in public education, and had referred one of my students to Kaplan for the test prep course. If you know anything about the test preparation industry, many of the classes are geared to high achieving students who are trying to improve their scores in order to earn more scholarship money. The student I had referred was not a good match for the course because he was simply trying to make himself eligible for college with a score of 17, while the rest of the class was trying to earn a MO Bright Flight Scholarship. Jeff recognized this immediately. When I picked up the student after his first class, Jeff met me and explained that he felt that the course would not meet this particular student's needs. He agreed to work 1:1 with this student, on his own time, to provide the additional support necessary to achieve his goals. Keep in mind, Jeff made no additional money for these services, but felt compelled to assist this student who had not benefited from a strong educational background. The student, with Jeff's help, was successful in obtaining the score he needed to gain admission to a 4-year college. Four years later, this student graduated from college.... first in his family to do so.

    After this time, Jeff agreed to teach an ACT test prep course for other students who I worked with through my job as a social worker. He did this for 2 years, without any compensation, and did so with students all of whom were 1st generation college enrollees. Jeff was faithful, committed, and extremely helpful to these students, most of who completed the course and successfully enrolled in the colleges of their choice.

    This spirit of generosity and genuine commitment students continued, even until the day Jeff appeared in court to plead guilty last month. Two days before Jeff was to appear in court, he assisted me with the educational placement of a student who had been displaced from their home, and had recently relocated to STL City. He was, as always, prompt in his response to my request for help and as always, had a real solution for the problem I presented him.

    I offer no excuses for the poor decisions Jeff has made as a candidate for political office. However, I am here to tell you that Jeff Smith has an authentic, and long history of volunteerism. If given an opportunity to serve his sentence in the community, I will be able to utilize his services immediately, and would welcome the opportunity to work with Jeff on educational projects to serve disadvantaged youth.

If you have any additional questions or concerns, please contact me at 314-565-7441.

Sincerely,

Vince Estrada, Ed.M, LCSW
Director of Student Services, MRH

Kathryn Ewing
7071 Arcadia Avenue
University City, MO 63130
Phone (314) 578-5771
kate.ewing_pr@yahoo.com

October 6, 2009

Honorable Judge Carol Jackson
1114 Market St # 812
St. Louis, MO 63101

Your Honor,

I am writing on behalf of former state Senator Jeff Smith. I started to follow Jeff's political career during his campaign for state Senate. I did not work for his campaign, but I was impressed by his visibility at community events and his continuous contact with supporters. Listing his political accomplishments and beliefs that I champion would take pages, but his support for animal rights and welfare, a cause I am passionate about, drew me to his political platform. In particular, his co-sponsorship of Senate Bill 63, which increased the penalty for being a spectator at a dog fighting event from a misdemeanor to a felony for a second or subsequent offense. By co-sponsoring this bill, Jeff not only stood up for the rights of animals, but also was able to see the bigger picture of benefiting our community. Increasing punishment for dog fighting spectators has the potential to discourage citizens from participating in a violent activity, thus improving our community overall.

Although I followed Jeff's political career for several years, we did not meet until about two years ago. We met on accident when he placed a request with my company for support with his 3 on 3 Basketball tournament. While delivering giveaways for his Community Fair also held at the tournament, I was surprised to find such a modest office, but I was even more surprised to find such a modest politician. It was at this point that I discovered Jeff did not have pre-conceived notions about anyone and would give everyone an equal chance. He is a truly genuine person. Jeff's lack

of stereotyping and bias became more evident as I started working with him. At his 3 on 3 Basketball tournament and Community Fair, he welcomed everyone, regardless of race, political views, gender or socio-economic status. Each year, there is a huge turnout. Some of the children play basketball and some just hang out at the park. The event also attracts families who spend the day with their kids and get to know their neighbors. In addition to area residents, community leaders from across the city were in attendance as well as local non-profit groups distributing everything from information on education to healthy lifestyles.

Jeff did much more than just organize the event. He played ball with the kids; made an effort to talk to every child and parent he could and was always the last one to leave. He has been passionate about the tournament since I've known him and has inspired many others to attend and participate. The success of the event is evident not only in the numbers, but also in the pride his volunteers display, and most importantly the look in each child's eyes when he speaks to them or hands them a much-needed bag of school supplies.

In addition to his 3 on 3 Tournament, Jeff is involved in a number of other community-based activities and organizations. He serves as a board member for Confluence Academy, but does much more than just attend board meetings. He is constantly looking for ways to improve the lives of the students both inside and outside of the classroom and is extremely dedicated to his work with the school. His role at Confluence gave us the opportunity to partner on a book donation. Seeing how enthusiastic Jeff was about receiving new books for the students showed me his commitment to area children.

Outside of his own charities, Jeff is a huge community activist and city advocate. Schedule permitting, Jeff rarely turns down an invitation to attend a charitable event. He has very visibly supported causes he is passionate about and has encouraged others to do so as well. It is always easy to find Jeff at a local event– anything from an outing at the Botanical Gardens to a KDHX concert. He truly wants to make St. Louis a better place.

I wholeheartedly believe in our justice system, as a means of keeping our communities safe, protecting our residents from danger, and enforcing the overall betterment of society. While what Jeff did was illegal, and regrettable, in the end it was a mistake. He is not a danger to our community, nor does he pose a

threat to his neighbors and fellow citizens for whom he has spent so many years working. I know Jeff can continue to benefit the lives of children, improve the quality of neighborhoods and inspire young adults to follow their dreams. If he were required to serve time in a correctional facility, the loss to St. Louis would be detrimental. By the letter of the law, Jeff has committed a crime and accepted responsibility with a guilty plea. With my utmost respect, I am asking you to consider a sentence of community service.

Sincerely,

Kathryn Ewing

Mr. Daniel Jackson
P.O. Box 440352
St. Louis, Mo. 63144
September 13, 2009


Honorable Carol E. Jackson
U.S. Thomas Eagleton Courthouse
111 So. Tenth Street
St. Louis, Mo. 63102
September 13, 2009

Re: Mr. Jeffrey Smith

Dear Honorable Jackson:

We the undersigned would like to speak in behalf of Mr. Jeffrey Smith. Mr. Smith had sponsored Senate Bills 140 and 141 in the Missouri Legislature. We as fathers want you to know his work will be appreciated.

"Men of Fathers' Rap" - Fathers' Support Center, St. Louis

Thank you,

*[signatures follow]*

Daniel Jackson
Antonio Orange
Russell [illegible]
[illegible] McCulley
Chester [illegible]
Thelmon Owens
[illegible]
[illegible] Brayton
Wayne, K.
Sharonn Reep
[illegible] Withers
Kevin Walker
[illegible] Jr.
[illegible] L. Parker Sr.

[illegible]
Gary L. Britt
Olin Holmes
Steve [illegible]
Jeremiah Polk
Eric Young
Art [illegible]
[illegible]
[illegible] Worley
[illegible] Washington
[illegible]
[illegible]
Sylvester

1

Sylvester Moore Jr.
_____

Henry Porter
_____

Hubert Sullivan
_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____

1246 C Street NE
Washington, DC 20002

The Honorable Judge Carol Jackson

Your Honor,

    Jeff Smith is my friend. We met working on Bill Bradley's Presidential campaign in 1999 and have stayed close friends since then. Over the years we have spent countless hours talking together about our lives, families, aspirations and flaws.

    Jeff certainly made mistakes. He should not have covered up his involvement in the campaign postcard that was the subject of the FEC investigation. He should not have lied about the cover up. As a public official, he breached an important trust.

    But I know Jeff and I know that he would be far more valuable serving the community than to be segregated from it. I write to request that you sentence Jeff to community service and probation, rather than prison time.

    As you consider a fair sentence, please consider Jeff's motivation. Jeff was motivated, I believe, by two factors: (1) a desire to help people through government service, and (2) a belief that he would be the best person to help them.

    Jeff has always viewed the political process as a vehicle for positive change in people's lives. He spoke about it ten years ago when we first met. It's what drove him to work on campaigns, to study and teach political science, and to run for office. He really believes it and he has inspired many people across the country to believe the same thing. There is a network of young idealistic and good-hearted people here in Washington D.C. that owe their start in politics to Jeff. It's a tribute to his honest belief that government can be a force for good.

    It's that second factor that got him into trouble. Believing that he was the best person to help people, he let overconfidence and hubris cloud his judgment. Rather than come clean, he thought hiding the truth would be the route to keep him in office, the place he could do the most good. He was wrong, and there was no excusing what he did. But his crimes were the result of that hubris, not something worse.

    This episode has changed Jeff in important ways. We've talked extensively through this ordeal and I have seen a change in him. He is deeply hurt because he let people down - his friends, his family, those people who were inspired to get into politics because of him, and most importantly, himself. He's genuinely sorry about what he did.

Sincerely,

David D. Fauvre

October 4, 2009

Marilyn Firestone
8157 Kingsbury Blvd.
St. Louis, Missouri 63105

Honorable Judge Carol Jackson

Dear Judge Jackson:

I am writing on behalf of Jeff Smith. While I am aware of his wrongdoing, I would like to take this opportunity to explain why I believe that he is a person of good character and why I have admiration for the earnest commitment with which he carried out his role as a State Senator.

I was familiar with Jeff Smith when he ran for U.S. House of Representatives in 2004, and was aware of the energy and enthusiasm that he was able to gather, especially among young voters. I was pleased to meet him personally in the summer of 2008, when he was campaigning door-to-door. He happened to ring my doorbell, and we struck up a conversation about education. When I mentioned that I work as a guidance counselor in a middle school in St. Louis Public Schools, and that I would love for him to come speak to our students, he promised that he would, even though my school was not in his district. True to his word, that fall he came and spent a couple of hours speaking to students in our eighth grade social studies classes, explaining how the State Senate works and how bills are passed. It was very impressive to see how he quickly built rapport with the students, learned their names, and gave thoughtful answers to all of their questions.

Among the many accomplishments he made during his tenure in the Senate, he positively impacted urban education by creating the Missouri Teaching Fellows Program to bring better teachers to struggling districts and by expanding early childhood education in the city. I am sure that I am not alone in my belief that Jeff is a person of good character and passion who happened to make some very poor choices. I hope that you will be lenient in your sentence for him so that he can get back to the business of doing good work in the community.

Sincerely,

*Marilyn Firestone*

Marilyn Firestone

October 12, 2009

Judge Carol Jackson
Thomas Eagleton United States Federal Courthouse
Eastern District of Missouri
St. Louis, MO 63101


Dear Judge Jackson,

My name is Sarah Jane Forman. I am a lawyer and a law professor, and a friend of Senator Jeff Smith. I am writing this letter to attest to the character of Mr. Smith in anticipation of his sentencing before your Honor next month.

I moved to St. Louis in 2006, and Jeff has been a friend to me and my family ever since. I met Jeff the previous summer, at the screening of a documentary about his congressional race. My husband was friends with Jeff, and we would often spend time with him discussing politics or social issues. Because my husband is in politics himself, I meet many politicians. But Jeff is the only one whom I would call a friend. I was drawn to Jeff because unlike some of the political ilk, he is not boastful or affected; he does not have an exaggerated sense of self-importance. He is smart, straightforward and surprisingly humble.

Like everyone, I was shocked when I first learned of Jeff's indictment. I watched it unfold in the news, I read the indictment. I was saddened and disappointed by the allegations. As an attorney, I wanted Jeff to fight the charges. I wanted these allegations to be just that: allegations and nothing more. But Jeff had reached a point where he just wanted to get this behind him. He wanted to accept responsibility, admit his mistakes, and face the consequences. Part of me still wanted him to put up a fight, but then I knew that in spite of the terrible judgment that Jeff had shown with regard to his actions in this case, he was finally exhibiting the kind of humility and unpretentiousness that I had admired in him all along.

We have all seen the political scandals in the headlines: respected public servants who fall from grace amid much protest and fanfare. First come the allegations and then come the vehement denials and a media circus before the ultimate plea or conviction. I think that it speaks to Jeff's character that once the indictment came down, he chose to accept responsibility immediately. Of course he made a huge mistake, but he stands before you ready to atone. He has not made excuses, he has not deflected responsibility onto others, he has admitted it, and he has expressed remorse and apologized to the people that he loved to serve.

Your Honor, I hope that you know that Jeff Smith is more than the person portrayed in the indictment in this case. Yes, he did those things. Yes, he said those things but, in the

words of Sister Helen Prejeans, "[w]hen you look at a human being, people are worth more than the worst act of their life. You can't freeze-frame somebody in that act and make them evil. There's transcendence in a human person that's connected to their dignity." I hope that when determining his sentence, you will be able to look beyond the pages of the indictment and see Jeff the person, Jeff the friend, Jeff the public servant.

Very truly yours,

*Sarah Jane Forman*
Sarah Jane Forman

# FRANKEL, RUBIN, BOND, DUBIN, SIEGEL & KLEIN, P.C.

ATTORNEYS AT LAW

231 SOUTH BEMISTON AVENUE, SUITE 1111
ST. LOUIS (CLAYTON), MISSOURI 63105-1914
TELEPHONE: (314) 725-8000
FACSIMILE: (314) 726-5837

LEONARD J. FRANKEL
lfrankel@frankelrubin.com

October 5, 2009

The Honorable Carol E. Jackson
United States District Court Judge
111 South Tenth Street
Suite 14.148
St. Louis, Missouri 63102

Re:   United States v. Smith

Dear Judge Jackson:

I know that you have an awesome responsibility in considering the fate of Jeff Smith. I am contacting you to express my support for Jeff as both a person and a politician. I am not attempting to minimize the foolishness of his violation of the law but only hope to add some additional insight into the character of the person upon which you are required to impose sentence.

I first met Jeff as a neighbor. His parents live on the next block and I got to know Jeff a little bit when he was attending Ladue High School where my son was a couple of years behind him. I remember watching him play basketball, the smallest person on the court, but probably the person with the biggest heart. He never gave up and always fought for his team.

I had the pleasure of getting to know Jeff much better when he ran for public office. I learned how intelligent he was and his great desire to be a public servant. I became a supporter of Jeff and have never regretted whatever effort I have expended for him. He is a truly talented individual. I probably got to know him best when I served for two years as the President of the Jewish Community Relations Council of St. Louis and Jeff became a State Senator. In his brief tenure he worked on and sponsored some significant legislation always thinking of the citizens of Missouri. I followed his career and marveled at his energy and persistence in fighting for what he thought was right. It is truly tragic that that fight has now come to an end.

I know that there are yet many good things Jeff can accomplish for the citizens of our State. It would truly be a waste of his talent to be incarcerated and I am hopeful that the Court can find a way to use his talent in a meaningful manner.

If I can provide any additional information do not hesitate to contact me.

The Honorable Carol E. Jackson
October 5, 2009
Page 2 of 2

Very truly yours,

Leonard J. Frankel

LJF:jds
Cc: Richard Greenberg

October 19, 2009

Honorable Carol Jackson
c/o Jeff Smith
4059 Flora
Saint Louis, MO 63110

Your Honor:

I have known Jeff Smith and members of his family for more than 10 years. In that time, I have known Jeff and his family to be only honorable and upstanding citizens.

I am deeply saddened by Jeff's recent guilty plea, but I firmly believe that his idealism and desire to do well by the city of St. Louis and its citizens (especially those citizens in most need) was the driving motivation behind his actions.

I hope that you will consider Jeff's motivations and his potential to serve the community and public in your sentencing. I strongly believe that the community would be best served by allowing Jeff to complete a community service program in lieu of time served.

Best wishes,

Rick Franklin
12327 Borcherding Lane
Saint Louis, MO 63131



REAL ESTATE

September 17, 2009

Economic and
Community
Development

The Honorable Judge Carol Jackson
111 S. 10th Street, Suite 14.148
St. Louis, MO 63102

Dear Judge Jackson,

After talking with Michael Isserman, a friend, I wanted to provide some information on Jeff Smith. I was very sad to hear what Jeff had done. I have known Jeff since his race for Congress in 2004. He impressed me with his energy, his ability to bring people together and work with others. When he first approached me in 2004, I thought there was no way he could win his election. However, using his analytical skills and learning about what he had accomplished, I and my partner Miriam Wilhelm enthusiastically supported him. Since then he had never disappointed me, until this information became public.

Recently, I have been particularly involved with Jeff on working to save the Missouri Historic Tax Credit and the Governor's Economic development bill. I have worked for 12 years to pass and keep the Missouri Historic Tax Credit in place. The last session was the worst and most intense attack against this program. Jeff Smith realized the value of the program in rebuilding our city and his district and how to work with people on both sides of the aisle. He worked across party lines with the Republican leadership of the house to effectively produce a compromise that saved the program. He almost single handily saved the program and received numerous threats to his political future, by both parties.

I have never seen anyone with Jeff's energy and success in my 41 years of working in this community. His goal for good education for everyone was not just seen in passing legislation as a Senator but through the Confluence schools and other programs he has been involved with and supported. I am a Commercial Realtor who is passionate about working to make our city a better to place to live and work. As a volunteer, I have been involved as a founding member of these organizations; the People's Clinic; Missouri Coalition for Historic Preservation and Economic Development; Central Reform Congregation and worked on the acquisition and construction of our building in the City of St. Louis; Lift for Life Charter Middle School; The St. Louis Realtors Commercial Information Exchange, database program; participated in Get the Lead Out Campaign in 1970 and working with the Missouri Historic Tax Credit which, in my opinion, has revitalized the city. I tell you this to say again, in 41 years I have never met

BUILDING COMMUNITY
ONE PROJECT AT A TIME

245 Union Boulevard
St. Louis, MO 63108 USA
314.367.2800
Fax 314.367.3671
www.FriedmanGroup.com



*Page Two, Judge Jackson, September 17, 2009*

another Jeff Smith, he is unique and his actions will leave a real void for our city in many ways. People and real leadership make a difference.

I hope that there could be a way to use Jeff's mistake to continue rebuilding our community by having Jeff participate in community service. I think Jeff would have a profound impact in educating students about breaking the law and making mistakes that you cannot take back and can change your life forever. Jeff could help lessen the dropout rate, which is presently around 1/3 of all of our high school students, and only 14 of the 89 city schools are performing at ½ of the state educational standards. I would be happy to discuss this with any appropriate party.

Sincerely,

Eric S. Friedman
President