

**PRINCETON UNIVERSITY**

Paul Frymer
*Acting Director, Program in Law and Public Affairs,*
*Associate Professor of Politics*

**Program in Law and Public Affairs**
415 Robertson Hall
Princeton, New Jersey 08544-1013
Tel 609.258.9080
Fax 609.258.0922
pfrymer@princeton.edu

August 31, 2009

To the Honorable Judge Carol Jackson:

I write to support the character of Jeff Smith, the former state Senator of Missouri. I have known Jeff for roughly seven years. I met Jeff at a national political science convention, while Jeff was a graduate student at St. Louis University and I was a professor at the University of California, San Diego. I was immediately drawn to Jeff because of the seriousness of his convictions and desire to change American politics. Both of us are interested in racial inequality in America, and the first night we met, we talked for hours about national politics, about what needs to be done to make Americans more equal, about what can be done to bring about change. After our encounter, I told a number of friends about how he was the first person I had ever met that I thought could be a great inspirational leader. I thought I may have met a future president of the United States.

To make that claim could be to imply cynicism, given the current state of politics. But it doesn't. Jeff Smith inspired me. And more than that, seeing how he inspired others inspired me even more. In the coming years, I got to know Jeff quite well. Many things impressed me about him. He was a tireless worker. I often saw him working on only a few hours of sleep, completely driven with the latest project he was focused on, usually involving a new program for teenagers or a project involving his college students. I saw him interact with others, bringing them to his side, inspiring people to care. Every time I ran into someone who knew Jeff—which was often because Jeff knows a lot of people—they were inspired by him. He made people feel good because he made them feel like they could do something to change the world.

Over the years, he stayed true to his home roots, working to improve the city he grew up in when he had chances to go elsewhere. He was also constantly active as a community leader, whether teaching inner-city school children, starting basketball programs, or deciding to run for office in some of the poorest areas of St. Louis. He was very comfortable in communities heavily African American. Lots of whites say they are comfortable in black communities, but few live that comfort. Jeff does, and I think you'll get lots of letters from people from all backgrounds that feel accepted and respected by Jeff. He treats everyone as an equal.

Perhaps his most impressive asset, however, was the impact that he had on college students. I met a number of his students over the years, and I've never seen a more dedicated group that looked up to Jeff as their hero. I was at a number of functions sitting around a big table and would just listen to Jeff talk politics with college students. He wasn't like other politicians who just talked because they loved their own voice. Jeff engaged with is students. He treated them like their ideas and actions mattered. Jeff attracts idealism because he is so idealistic himself. Listening to Jeff gives one hope because he has so much charisma and believes so strongly in the possibilities of the world. Since the day I've met him, I've likened him to Robert F. Kennedy. Jeff oozes the sincerity of conviction that Kennedy had; he also has the same charisma, confidence, and intelligence to see the world around it and how to change it.

Early in Robert Kennedy's career, he was involved in some political and legal improprieties. Indeed, all the Kennedy's have been. Some people—like the Kennedy's—took their second

2

chances and made the most of them. I believe that Jeff Smith can and will do the same. He has been humbled by his actions. Because he is so sincere to his beliefs—and sincere in his desire to motivate and inspire others—I have seen him go through a great deal of anguish surrounding the recent events. Jeff is the real deal. He made a mistake and he has paid dearly for it. I ask you to consider giving him the opportunity to make amends in the best way he knows how—by inspiring and motivating others, especially those less fortunate than himself. Jeff has spent his life doing this, and I hope he has the opportunity to continue.

If you have any questions, I can be reached at 609-258-9080.

Sincerely,

Paul Frymer

To the Honorable Judge Carol Jackson:

My name is Brian Anthony Gavin and I am writing you on behalf of Jeff R. Smith.  I have been friends with Jeff for over 20 years.  We first met in 8th grade playing basketball in the Parkway Basketball League.  I was the only inner city kid on the team and hardly knew any of the other kids outside of my school.  Although Jeff and I did not attend the same school, we immediately became friends.   Over the course of that season our friendship grew stronger and we began to talk more often.  By the end of the year, Jeff and his parents were picking me up from my house in the city and taking me back to their house. We would spend hours playing sports (mainly basketball) in their backyard and then they would take me home.  Prior to meeting the Smith's, my life experiences in STL consisted only of what occurred in zip code 63112.   While these experiences were probably just what friends do to Jeff, they made a huge impact on my life.  Being friends with Jeff at such an impressionable time in my life gave me other options and helped me become the person I am today.  Up until 8th grade I could care less about school and I thought all white people hated black people.  My role models where the guys who were making the most money; the loudest "coolest" trouble making guys on the streets.  However when I started to hang out with Jeff, all of that changed.  I began to see that there were other ways to have fun and enjoy life.

As I entered high school,  Jeff and I continued to be great friends off the court and bitter rivals on the court.  I enjoyed a physical size advantage while Jeff had the advantage of his huge heart.  The same heart Jeff put into sports is the same heart I've seen him put into his work over the years.   I can recall when Jeff declared his undergraduate major of African America studies. I thought he was crazy and asked him why he chose a dead end major.  I remember telling him that he could not fix the world's problems and he should have chosen a major where he could make money.  Jeff just laughed at me and told me that he was sure that this was the major for him.  Since that time, he has added additional degrees and has continued to do many wonderful things in the community.  One of the things I hold close to me is the work Jeff has done with potential student athletes preparing them for the ACT / SAT tests.  As I was coming out of high school, I struggled tremendously to pass that test.  While I am proud that I finally passed, I know I could not have done it with out the help of friends like Jeff.  Going to college literally saved my life.

In closing, I would like to let you know I am not writing you because I feel sorry for Jeff.  I am writing you because I know Jeff on a personal level  and I know he has learned from this mistake.  I understand what Jeff did was against the law.  however, I don't believe his intentions were to cause the hurt or inflict personal damage on anyone else.  I do believe that Jeff should pay for his crime like any other citizen, but I do not believe prison time is the only alternative.  In my opinion, the public humiliation on top of any other court imposed sanctions would be enough in this case.  Jeff has always been one of the smartest and humblest people I've known. I will always admire him for that.  That is why I am sure that the life lessons learned in this case will be well received; along with any other probations or sanctions handed down by your court.

Thank you for taking the time to read this letter and may God Bless you,

Brian Gavin

8610 Chalmers Drive #403
Los Angeles, CA 90035

October 1, 2009

To The Honorable Judge Carol Jackson;

I am writing to you today on behalf of Jeff Smith. I realize your time is extremely valuable and that you must receive a plethora of these letters. Therefore, I would like to state in advance how much I appreciate you taking the time to read mine.

I have known Jeff Smith for the past twenty years; we formed a fast friendship in high school and have remained very close throughout the years. One thing I can say unequivocally is that in my entire life I have never met someone more dedicated to public service. From his service as student body president in high school, to his first job out of college in the Teach for America program, to the co-founding of Charter Schools in St. Louis and finally to his service in the Missouri Senate, Jeff has always put the betterment of other individuals first. Some may mistaken his life's work as driven by a desire for power which led to the crimes for which he has pled guilty. This could not be further from the truth as I assure you for the past twenty years I have known Jeff he has never been motivated by power but rather a deep rooted need to make the world a better place for future generations.

What I will not do in this letter is in any way make excuses for, or try to justify the crimes Jeff has committed. What he did was 100% wrong and he deserves to pay a price to society for these crimes. However, I do firmly believe there are better ways for our society to benefit then to put Jeff Smith in prison. I make a plea to the court today to allow Jeff to serve his sentence and society through extensive community service, which in turn will be beneficial to not only Jeff, but us all.

Thank you again for taking the time to read this letter and more importantly for your consideration upon sentencing. While Jeff's career in politics may be over I just pray that such a talented and caring individual will be able to repay his debt to society and move forward continuing to give back to those around him.

Sincerely,

Herbert Gelman

# KATAMAN |K
## METALS

7733 Forsyth Boulevard    Suite 300    St. Louis, Missouri 63105-1833
314-863-6699    FAX 314-863-5588

September 24, 2009

To The Honorable Judge Carol Jackson;

I believe we are all put on this Earth for a purpose and hopefully for most of us, it's to give back something, to help others who cannot always help themselves. None of us are perfect and and in the course of life we all make mistakes, we learn and try not to repeat these errors, whether they be slight or of greater consequences to ourselves and others. On the road of life we come to many crossroads and the path we take is not always our own decision, but in some cases the decision of others. For this reason I have taken pen in hand to try and influence your decision on how society directs a talented young man, who will stand before you and await the court's judgment that will shape the rest of his life.

I have known Jeff Smith since his early high school days. I have watched him grow and mature. I have seen and watched a cocky young man, learn humility on his walk in life, and learn that his objective in life was to learn how to help those that were less fortunate than him. Though extremely bright, one who could have entered the corporate world and have done extremely well, one who chose instead to dedicate his life to public service both in the academic field and the political world. One who believed that he could make a difference and who set out to do just that.

Along that road he came to an intersection and was swayed to believe that the end justified the means. As the hand of justice weighs the penalty for the crime, he weighed this indiscretion against what he truly believed, the good he could do, and the difference he could make.

It is now in the court's hands to decide what path this young man must take, direct him where he can do the most good, by putting him to work in the community rather than in a correctional institution, where his talents and ability shall not be wasted. If he can make a difference in one life, then the court's judgment will be well served. I feel strongly enough about the character and potential future with regard to this individual, that I will place my name on a list of those that will ask for the court's consideration in what path they send this individual down. Although he has made an error, it is in your hands and society's hands not to lose a potential treasure to our community.

Sincerely,

Warren Gelman
President

September 10, 2009

The Hon. Carol E. Jackson
United States District Judge
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
Suite 14.148
St. Louis, MO 63102



**checkmate design**

3701 Lindell Blvd.
Saint Louis, MO 63108

314 / 446-4525
fx. 314 / 446-4527

Dear Judge Jackson:

I am writing to tell what I know about Jeff Smith. Mostly, I know that St. Louis would be a better place if you sentenced him to community service, instead of prison.

What Jeff did during his campaign and during subsequent investigations was wrong. What Jeff has done during the rest of life has been very right. He has used his energy, education, time, strength, skills, and intelligence to grab kids particular poor and troubled ones -- by the scruffs of their necks and make them look at better, healthier, more useful, and safer ways to live. Disappointed by public school choices, he co-founded a charter school. Dismayed by a lack of safe recreation choices, he started a youth basketball league. Upset at how kids were eating, he inspired community gardens and farmers markets. And co-founded, started, and inspired are verbs that mean that he was there, with his sleeves rolled up, doing the work himself. He hasnt been a watcher, a handwringer, or even a check-writer. He has been a doer.

Judge, during the next year or two, thousands of very young St. Louisans will consider dropping out of school, joining gangs, using or selling drugs, having children, and getting into serious trouble. Others will consider higher education, good careers, and better lives. The sad reality is that more kids will consider and choose the bad options than the good ones if Jeff Smith is away in a federal prison or work camp.

I know that you have some discretion in setting Jeff Smiths sentence. Please weigh the certain costs of his absence against the possible benefits of his presence in our community.

Thank you very much for reading this letter.

Respectfully yours,

Amy Gill

 THE GOLDSON LAW FIRM LLC

September 24, 2009

The Honorable Judge Carol Jackson
United States District Court
111 South 10th Street
St. Louis, MO 63102

Dear Judge Jackson:

I write this letter on behalf of Jeff Smith.  I have known Jeff since 2004, and was introduced to him by a mutual friend at a campaign event.  I have been a political supporter of Jeff over the years and a friend throughout that time. My discussions with him since the events that bring him before you show a deep sense of regret over his actions and sense that he has betrayed those ideals which he has not only espoused but has lived out in his life.  He shares the disappointment his family, his friends, and I have for him and for his actions.

Jeff chose public service and public education as his first career alternatives and has spent his life working on behalf of those less fortunate than many of us.  His idealism clearly runs deep and he has expressed it in his life's work and with seemingly boundless energy. His competitive nature has been brought to bear of some the greatest challenges facing the St. Louis Region. Unfortunately, I only have space to mention but a couple of his achievements for our region and the children of St. Louis.

Jeff is one of the founding members of the Confluence Academy a successful charter school in the city of St. Louis.  Confluence started just six years ago and now educates over 3,000 City of St. Louis students.   He has brought his ideal of raising the bar of education for those who most dearly need it. While I gave up teaching an adjunct trial class at Sumner High School after two years, Jeff has never given up on the City Schools and the children in them. Indeed, Jeff's perseverance in the face of such long odds in The City of St. Louis Schools is a something to behold.

I have never seen an individual work so hard to obtain a public office at any level, and then bring his energy to bear on the system.  He came to office to make the changes that we all need in government: bringing quality education to all and efficiency to our bureaucracy. He was always civil, even when passionate about his points, and willing to work with his opponents.  He was a politician for a new age, embodying the promise of a new generation.

Jeff has lost two of the things most dear to him, a career in education and another in public service. He has resigned from public office and from his position on the board of Confluence Academy.   His family and friends will continue to stand with him, knowing he has learned from his errors, and hopeful that he will arise a better person and an improved community activist.

130 E LOCKWOOD ROAD          314 961 6781  fax 314 961 6965
WEBSTER GROVES, MO 63119      WWW.THEGOLDSONLAWFIRM.COM



I would like to suggest that Jeff should still be of service to the public. I would encourage you to consider community service as the largest part your sentence. Jeff may serve our community and educate our youth to follow the honest and lawful path speaking from his personal experience of loss. While I recognize that the legal system must penalize lying and shaded truths from our public officials, I hope you will temper justice with mercy and consider the good works Jeff has selflessly endeavored upon over the course of his life when you impose your sentence. If we all put even a tenth of the energy Jeff has put into The City of St. Louis and its schools, we would be much further along the road to success. I hope you will continue to put Jeff's energy and compassion to good use.

Sincerely,

*Robert Goldson*

Robert Goldson

# Jonathan Goldstein

September 28, 2009

Honorable Carol Jackson
United States District Court, Eastern District of Missouri
111 S. 10th Street
St. Louis, MO 63102

      RE:    Sentencing Proceeding, Jeff Smith
              November 10, 2009

Dear Judge Jackson:

I write to you in support of former State Senator Jeff Smith, who I understand will appear before you for sentencing in a few weeks. I know nothing of the crime to which Jeff pleaded guilty, other than what I read in the newspapers. I write only to offer my perspective on Jeff as I came to know him through his work in the community and his representation of his district.

I met Jeff during his campaign for Congress in 2004. While that campaign was unsuccessful, I was deeply impressed with Jeff's passion for civic discourse, and with his ability to bridge otherwise divided communities. Following that campaign, I asked to get involved with Confluence, the charter school Jeff helped found. Not only did Jeff arrange for me to speak to the kids there about financial literacy, he joined me in the event, adding his own experiences and stature to the discussion. Many parents joined the discussion, and stuck around to ask us both questions. We were making a difference, and you could see Jeff's energy for it.

I remained very interested in Jeff's career as he ran for and won a seat in the Missouri State Senate. His ability to unify that district in particular, with its exceptionally polarized neighborhoods is, I think, a testament to his commitment to racial equality and equal opportunity. Each summer Jeff's North-Side basketball tournament draws hundreds, giving the residents not just a positive reason to come together but offering useful life tools in the process.

6803 Waterman • St. Louis, MO 63130 • 314.725.7711

What I saw of Jeff in his role in Jefferson City was also impressive: he was a smart, tenacious senator who cared about getting things done for the good. I know Jeff fought personally to preserve important urban revitalization tools that others were trying to expunge under the guise of "fiscal discipline." Jeff understood the importance of these tools to continuing the growth of the greater St. Louis community, and to his constituents' economic outlook. On a personal level, I called Jeff when a proposed piece of legislation came across my desk. I felt the legislation made for bad public policy, and expressed this to Jeff. Rather than the usual "let me look into it," Jeff took the time to understand my concerns. He then met with other members of the Senate and staff to find out the legislation's motivation. When he called me back, we had a full and frank discussion about the legislation's pros and cons, and reached a mutual decision to allow it to move forward. What was most incredible about the encounter was the feeling that, had I the constituent maintained my objection to the legislation, Jeff stood ready to fight it all the way. I have never felt such responsiveness and open-mindedness in a representative before.

Having been fortunate myself to serve in the U.S. Attorney's office for 4 years, I know full well the difficulty of your task in any sentencing, but particularly in one involving a figure as public as Jeff Smith. I only hope that you will take mine and other voices from the community into account, to understand the extremely positive impact Jeff has made on this community and its residents. I for one hope he gets a chance to continue down that path, once he puts the present mistakes behind him.

Yours very truly,

Jonathan Goldstein

**From:**      "Senator Timothy Green" <timothy_green@senate.mo.gov>
**To:**        <reg@greensfelder.com>
**Date:**      9/2/2009 1:22 PM
**Subject:**   letter to Carol E. Jackson regarding the sentencing of Sen. Smith

Dear Sir,


The following letter was mailed on letterhead yesterday to the Honorable
Carol E. Jackson regarding the sentencing of Sen. Smith.  Please let me know
if you would like a hard copy faxed to your attention.  Thank you.

---------------------------------------------------------------------------
-----------------------------------

September 1, 2009

The Honorable Carol E. Jackson
United States District Judge
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

RE: Sentencing of Jeff Smith

Dear Judge Jackson:

With the understanding that Jeff admitted to lying to federal investigators
and plead guilty, I respectively request mercy and leniency when handing
down your sentence.  I can't just sit quietly and not point out the good in
Jeff.

During his time in the Missouri Senate, Jeff worked hard to create a better
future for his neighbors in St. Louis serving as a passionate and vocal
advocate for an urban agenda that worked toward a better future for inner
city children.  His deep commitment to good public policy was demonstrated
by the creation of the Missouri Teaching Fellows Program and the expansion
of early childhood education for impoverished inner city children.  Jeff has
been a tireless advocate of those less fortunate.

Jeff's positive outreach and community renewal included his 3-on-3
basketball tournament and community fair, his MLK Jr. Blvd. cleanup, which
he promoted while serving his community as a positive role model.  Truly,
the difference between a good man and one less so, is a single bad mistake.
Thank you for respectfully considering Jeff's history of working for those
less fortunate and the example of his whole life when handing down your
sentence.

Sincerely,

/s/

Timothy P. Green
State Senator
District 13

October 16, 2009

To the Honorable Judge Carol Jackson:

I am writing on behalf of Jeffrey Smith.  As a very close friend of Jeffrey's only brother, Andy, I have had the privilege of knowing Jeffrey for over a decade.  Whenever I have seen Jeffrey over the years, it has seemed to be a blur.  He is always on the go, racing from one place to another—always with the goal of helping people.  And nearly always, the people for whom he is expending his energy are those cast in less fortunate circumstances than his own.

Before I had my own family—back when I had much more time in my life—I used to volunteer for the Mentor St. Louis program.  One evening several years ago, I attended a reception for the mentor volunteers at a school in north St. Louis.  I ran into Jeffrey there by accident.  This was long before he ran for political office.  It later occurred to me that while I was patting myself on the back for volunteering for this program, this was just a routine night for Jeffrey; just another night serving people in a part of the city that most folks brought up like him never would dare set foot in.

In fact, what I truly marvel at is that Jeffrey was raised in circumstances similar to my own.  We both come from upper middle class families in west St. Louis County.  Frankly, no one with whom I grew up has ever demonstrated even an ounce of the concern and effort for the less fortunate in the manner and to the degree that Jeffrey has.  Jeffrey's mature perspective, selflessness and passionate, genuine concern for those with a meager lot in life are qualities that we all should strive for.  Our society would have far fewer problems if we did.

None of what I say is to excuse the serious mistake Jeffrey made—a mistake that he has taken full responsibility for.  But with absolute certitude, I can tell you that the difference that he can make by serving the community rather than being incarcerated is something that would be measureable by the many lives he can touch through discussing the valuable lesson he has learned.

Jeffrey is still a young man with boundless energy, and he can still have a positive impact on our underserved communities.  I have known Jeffrey to be a person of high character.  Now, that character has been imbued with a fresh dose of humility.  Unfortunately, he cannot erase what he did, but I trust that the lesson he has learned will serve to make him a better person.  With complete respect, I ask you to issue a sentence to Jeffrey that requires him to continue serving people in our communities—outside, not inside, the walls of a prison.  I promise you that such a decision will pay enormous dividends in his life, as well as in the lives of those who can learn from him.

Sincerely,

Stephen Greene

Stephen Greene

September 29, 2009


The Honorable Carol E. Jackson
United States District Court
Eastern Division of Missouri
111 South 10th Street / Suite 14.148
Saint Louis, Missouri 63102


Re:  United States v. Jeff Smith:


Dear Judge Jackson:


The intent of this correspondence is to communicate with you in regard to the sentencing of Jeff Smith.  In that I am aware of his acknowledged criminal offenses and conversely, equally familiar with his record of accomplishments and contributions, I wish to share my perspective.  Further, I am hopeful that you will consider a sentence that will serve justice while continuing to allow Mr. Smith to be of value to our community.

As a concerned citizen, I feel compelled to address this issue.  I am a graduate of a St. Louis Public School (Sumner High / 1970), a wife, Mother and educator (Mathematics Instructor / Harris Stowe and Fontbonne University / 1996 to present).  My husband and I are active members in many organizations which benefit St. Louis in civic and charitable matters.  The community, in which we grew up, work and live, is important to us.

Over the course of Mr. Smith's political tenure, I began to take notice of his record, accomplishments, credentials and positive contributions to St. Louis. I learned of his history of supporting causes and programs that were of benefit to his constituents, including in particular, African Americans. Additionally, I read and heard of his propensity to "reach across the aisle" to fairly and impartially advance our state's legislation to benefit Missouri's citizens, rather than prioritize bi partisan opinions and concerns. I formed the perception that he was loyal to the constituents of the state and what he believed was right for them, more so than to the "good old boy network" and their causes.  His open mindedness, flexibility, predilection for hard work and positive energy, in my view, are characteristics that defined his political career.

As I scrutinized Mr. Smith's roles in our community further, I discovered that his involvement was extensive and was of benefit to, among other citizens of his constituency, a vast number of African American and other disadvantaged youth.  There was a long list of evidence of his positive impact.  Included were many contributions.  Mr. Smith:

- Developed and implemented a free ACT/SAT Preparatory program for disadvantaged high school students.
- Served hundreds of children as a tutor for the Mathews Dickey Boys and Girls Club.
- Coached for the Mathews Dickey Boys and Girls Basketball Program.

- Organized and conducted four annual "3 on 3 Tournament and Community Fairs" which emphasized health and literacy at Fairgrounds Park. This event attracted over 3,000 people.
- Co-founded Confluence Academies. These schools are primarily comprised of disadvantaged and minority children.

- Was a Board member of:
   A. National Conference for Community and Justice
      [Anti-bigotry group]
   B. Cultural Leadership
      [Promotes the building of bridges between African American and Jewish teens]
   C. Livefeed
      [Organizes local concerts to benefit hunger relief]
   D. St. Louis Scores
      [Promotes creative writing and soccer to disadvantaged inner city children]

- Worked with the Fathers Support Center of St. Louis and as a result, sponsored Paternity legislation (Bill SB 141), which greatly improved prior laws involving non custodial fathers.

- Sponsored at least 16 Bills in the Missouri State Senate, a majority of which involved improvements or enhancements to students and their educational process.

- Co-Sponsored at least 21 Bills in the Missouri State Senate. Included in these Bills were issues such as provisions relating to early childhood, elementary and secondary education, discrimination, racial intimidation, green certification requirements, health insurance requirements and others.

- Created the Missouri Teaching Fellows Program to attract excellent teachers to school districts with weaknesses with expanded programs and bonuses for improved student performance.

- Worked to gain approval for the remediation tax credits to the City of St. Louis Brownfields Program for the redevelopment of property in North St. Louis.

The list continues on and on. It seems that one humanitarian cause after another has been supported or sponsored by Mr. Smith. For such a young man, whose tenure in the Senate was so brief, I found this rather unusual and somewhat phenomenal.

Social justice has obviously been a priority for Mr. Smith. He did not hesitate to speak out on or write about his position on issues pertaining to civil rights, equal access to education, affirmative action, racial profiling and police brutality. I was completely surprised to find that he publicly weighed in on the Reggie Clemons issue. Few politicians were brave enough to do so.

One of my sons, Shannon, majored in African American Studies at Stanford University. Imagine my surprise when I read that Mr. Smith's undergraduate

major was also African American Studies. I found it particularly impressive and suggestive of compassion and "broad and open mindedness" that he participated in a movement while he was in college at the University of North Carolina, to build a Black Cultural Center. The movement's intent was to recognize the slave labor that built the university. This profound act of respect was done well before Mr. Smith even thought of political office.

In a St. Louis American editorial, written on August 27th, 2009, the author proclaimed the following: "Jeff Smith is smart and diligent, attributes that are not as common among elected officials in Missouri as one might wish." The article continued with: "He also is progressive on many issues. This paper has covered his legislative victories for non-custodial fathers and ex-offenders and featured him as a very rare non-black politician willing to say in print that the case of Reginald Clemons deserves a more fair hearing."

The same article goes on to indicate the following: "St. Louis American Donald M. Suggs actually said the following when he had digested the news of Smith's resignation and guilty plea, despite some of our policy differences with him: "*It would be better if he were still in the field*." "

A subsequent St. Louis American editorial, written as recently as September 8, 2009, compares potential candidates for Mr. Smith's vacated 4th Senatorial District seat. The author admits: "*To be candid, Jeff Smith will be a hard act to follow*." After discussing their perspective of his capability to commit "petty campaign fraud", they further concede: "However, Smith worked hard to learn the political culture in Republican-dominated Jefferson City and he leaves behind a *successful legislative record,* including paternity legislation that will benefit many African Americans and tax credits that will benefit the City of St. Louis." Even his detractors and critics seem to be unable to deny his hard work, ability to find ways to work with the opposing side and positive contributions.

Although I realize and acknowledge that he made serious and regrettable mistakes, I can't help but feel appreciative for his numerous efforts and their positive impact on our community. I am especially moved by one of his resounding themes: "Educating *ALL* of our children." It appears that those weren't just words, or a mere campaign promise. Based on his legislation and actual work, those words proved to have merit and substance. He attempted to accomplish quality, as well as equality, in schools for African Americans and everyone and continues to do so.

Your honor, in the course of your decision making process, it is my sincere hope that you will consider Mr. Smith's positive characteristics and contributions to our community and find that they are sufficient incentives to render a punitive sentence for his indiscretions that will involve a continuation of his community service.

I am hopeful that you will find that his debt can be paid to society by allowing the community to continue to benefit from his belief in social justice, his commitment to civil rights, equal education for all children and his stringent efforts to make a difference for and give back to disadvantaged people. Even in light of his unfortunate error in judgment, I, and many others share the feeling that the good has significantly outweighed the bad".

Further, it is clear that he has been of great value to our community and I am hopeful that he can continue to be.

Please don't hesitate to contact me if there are questions or further clarity is required.

Thank you.

Sincerely,

*Anne S. Grice*

Anne S. Grice
6171 Lindell Boulevard
Saint Louis, Missouri 63112
314-862-7509 / Home
314-550-7954 / Cell

# GROWE,
# EISEN,
# KARLEN,
# EILERTS &
# RUTH LLC

ATTORNEYS AT LAW

**Gary A. Growe**
gary@groweeisen.com

August 24, 2009

The Honorable Carol E. Jackson
United States District Court
Thomas F. Eagleton U.S. Courthouse
Room 14.148
111 South Tenth Street
St. Louis, MO 63102

     *Re:    Jeff Smith*

Dear Judge Jackson:

     I am writing to you on behalf of Jeff Smith.  I understand that his case is before you for disposition and sentencing.

     I have known Jeff for many years.  I watched him grow up and mature with an unmatched passion for the underdog and underserved.  His academic pursuits and achievements focused on studying how existing community and political structures can be utilized in advancing equality and opportunity for all.  His idealism and commitment gave birth to his early entry into politics.  His goal was to serve others and most objective observers will agree that in a very short time, he had a substantial impact on the workings of state government.

     Jeff is a true asset to our community.  His mistake was a serious one and I know that he acknowledges that with all his heart.  Therefore, I urge this Court to consider, as an alternative to incarceration, allowing Jeff to continue to serve the youth of the City of St. Louis.  Jeff's educational background, professional pursuits and passions toward advancing opportunity for all children in the City of St. Louis represent assets that few can match.  Jeff can teach, mentor and coach the youth in the City of St. Louis.  His commitment to their full and equal opportunity is what has fueled his interest and dedication to government.  In my opinion, incarceration in this case will not serve the interest of justice.  I urge the Court to consider establishing a probationary program which will allow Jeff to contribute to the future success of our youth, and our City.  I am confident that, over the next several years, if allowed to pursue his true passion – insuring

The Honorable Carol E. Jackson
August 24, 2009
Page 2

quality education for all youth – that Jeff will have a very significant impact on many of our City students.  I personally vouch for his character, integrity and idealism.

Thank you for your consideration of these comments.

Very truly yours,

Gary A. Growe

GAG/als

cc:     Mr. Richard E. Greenberg

Dear Judge Jackson:

I am writing the court on behalf of my friend, Jeff Smith. I have known Jeff for over 15 years, having been raised in the same neighborhood as him. I have also supported Jeff as an employee and friend throughout much of his political career. As someone close to Jeff, I feel that it is important for the court to consider the strong community leader Jeff has been. Jeff is extraordinarily committed to social justice, a cause he has carried with him throughout his life.

Jeff's passion for social justice developed well before he pursued a political career. As a teenager, I remember seeing Jeff in our neighborhood and catching up on his activities. Even back then, I could not help but be interested in and follow Jeff's desire to improve public education. Jeff's pursuit of educational equity in our region took many forms. When he was younger, Jeff worked in Saint Louis Public Schools, evaluating and supporting classroom teachers. He tutored for the ACT (college entrance exam) for top high school basketball players throughout the St. Louis area. Later, Jeff pursued educational equity on a more macro level, helping found Confluence Academy, a set of public Charter schools in Saint Louis city. He also supports many national and local non-profit organizations that work end inequality in our public schools system such as Teach for America and College Bound.

I actively supported Jeff during his 2004 Congressional race as a Field Organizer and his 2006 State Senate race as a volunteer. I was proud to work for Jeff when I saw his passion for social justice appear in both races. Jeff eloquently advocated for laws and policies he believed would help the St. Louis community. My pride in Jeff's campaigns, however, stemmed from his practice of getting in front of as many voters as possible. And not just to give a 30 second speech. Jeff wanted to communicate with the voters. He wanted to express his thoughts and positions, and then listen to his constituents. Jeff did not care if the voter was Caucasian or African-American, liberal or conservative, Democrat or Republican. Jeff Smith wanted to communicate with each voter, learn from him or her, and carry that lesson with him as an elected official.

Yes, Jeff made a mistake. And yes, there should be consequences for his actions. However, when considering those consequences, I ask the court to examine the totality of Jeff's activities and his potential to continue making positive changes in our community, and not just the mistake he has made. I thank the court for its time.

Respectfully,

Jason Growe

# James O. Hacking, III
# 15 Wilshire Terrace
# St. Louis, Missouri 63119

October 30, 2009

**VIA FACSIMILE AND U.S. MAIL**

Hon. Carol E. Jackson
U.S. District Court – E.D. Mo.
111 South Tenth Street
St. Louis, MO 63102
Fax: (314) 244-7549

RE:    <u>U.S. v. Jeff Smith</u>
   Case No. 4:09-cr-00547-CEJ-2

Dear Judge Jackson:

  My name is Jim Hacking. I am an immigration attorney and have been practicing in the St. Louis area since 1997. I am writing to you today on behalf of my friend, Jeff Smith. I am sure that you will be receiving many letters asking for leniency for Jeff and I want to add my strong support to that sentiment.

  I met Jeff shortly before he began his campaign for the U.S. House seat that is at the center of the case at bar. I found Jeff to be engaging, intelligent and extremely caring about the issues facing our community. During Jeff's first campaign, I had the opportunity to witness the tremendous energy, dedication and diligence that he exhibited. Jeff worked tirelessly to build a coalition devoted to good governance and he succeeded in bringing many young people into the political process. After another election in which he was elected to the Missouri Senate, Jeff was a champion for the hard working people in his district and devoted considerable energy to working on immigrant's rights issues, which is an issue important to many of my clients.

  Sadly, Jeff made several mistakes related to his first campaign. He has now pleaded guilty to obstruction of justice. As the result of that plea, Jeff has lost his teaching position at Washington University and his Missouri Senate seat.

  I want you to know that I do not discount in any way the error in judgment displayed by Jeff and I think every public official should always be held to a very high standard under the law. Jeff unfortunately made very poor choices which have ultimately proven disastrous.

Hon. Carol E. Jackson
October 30, 2009
Page 2 of 2

That being said, I have thought for several weeks about what good could possibly come from incarceration. As the result of his resignation from the state Senate, he will not be in a position to make similar mistakes again. He will not be able to run for public office, and teaching in a university setting is most likely impossible. While sending Jeff to jail may "send a message," I believe that message has already been sent by his loss of positions as described above.

I am not a criminal defense attorney and have virtually no experience in federal sentencing guidelines, but to the extent that you do have discretion in Jeff's case, I ask that you please spare him from a harsh sentence and that whatever sentence you do impose is fair, compassionate and minimal. I believe in the power of redemption and I am confident that when Jeff is past these current troubles, he will once again be contributing to society in a meaningful way.

Thank you for your consideration.

Sincerely,

James O. Hacking, III

Royal Hansen
223 Morrison Ave.
Somerville, MA  02144

20 September 2009

Honorable Judge Carol Jackson:

I have known Jeff Smith since we met in 1999 while working on the Bill Bradley for President campaign in Des Moines, Iowa.  Though we have lived in different parts of the country since that time, we have seen each other periodically and spoken regularly on the telephone.  I have always considered him a good friend, and still do.

While his past public or community service cannot compensate for the mistakes he has made, I believe his commitment to public service was always genuine, thoughtful and well intentioned.  Knowing him, as I did, years before he ran for office, I can attest that he cared deeply about injustice and inequality--not just when it suited him politically.

For example, the improvement of inner city schools was something he cared about passionately and worked for tirelessly.  As his friend, I learned the details about charter schools I had never seen:  how the children lined up, the importance of looking people in the eye, the politics of school boards.  The chance to make a difference was clearly something he loved. His work on this front was politically neutral with the single-minded goal of creating opportunities for these children to learn and to find stability and consistency in their academic pursuits.  Supporting, let alone starting, charter schools was risky for his political career, but because he truly believed it was the best hope for these students he did it anyway.  And while he liked to play basketball, I always suspected that much of his enjoyment of the game came from the opportunity it afforded him to meet and bond with the urban youth and community.

Jeff has also spent much of his life teaching more fortunate young people in college the importance of the political process and involvement in civic causes.  He is a gifted teacher.  I know this because over the course of our friendship, I met some of his former students who had been energized to become involved in politics because of him. I also know how much Jeff valued teaching and how seriously he took it:  when visiting me once in Boston he spent much of his time grading exams.  I realize that his mistakes make it more difficult for him to continue to play this role as he has to date.  Yet I believe that his acknowledgement of these mistakes can also play a part in teaching students and aspiring politicians the importance of both the federal election laws and cooperation with authorities.  I would never have wanted it to work out this way, but I hope that he can continue teaching others of the importance of the political process even if that now includes how to avoid the mistakes that he made.

I know Jeff Smith committed grave mistakes that I cannot condone, but I also hope that his past service and intentions can be considered in his sentencing.

Sincerely,

Royal Hansen

Jennifer D. Haro
4650 Pershing Place
Saint Louis, MO  63108

October 4, 2009

Honorable Judge Carol Jackson

Dear Judge Jackson,

I first met Jeff Smith in July of 2007 while working on the Barack Obama for president campaign.  Prior to our meeting, numerous friends, volunteers and out-of-state staff mentioned Jeff to me.  Most had a story to tell about how his 2004 campaign, in particular, inspired them to become active in their community or politics.  People consistently spoke of Jeff as their friend, not as an acquaintance.

I introduced myself to Jeff during a chance encounter and he immediately wanted to know what I did, what interested me, and why I so passionately supported Obama.  I was new to politics and Jeff gave me the names and personal numbers of friends, volunteers, and elected officials who could help me organize the grassroots in St. Louis.  It's a theme that resonated throughout the campaign and our friendship.  Jeff is always interested, supportive, responsive, and helpful, more so than any other person I've met in politics or life.  Many politicians lose these qualities as their careers ascend and their circle expands or dismiss people who they do not consider to be influential or helpful.  Not Jeff.

On November 4th, 2008, long before election results came out, Jeff sent me a text message that read, "You did an unbelievable job today."  I'd spent 21 months volunteering, raising money, sacrificing weekends and all personal time for the campaign.  Jeff's message, the only one of its kind that day, meant the world to me and spoke volumes about his heart and priorities.

A week later, Jeff, my husband, and I were part of a 13 person trip sponsored by the Jewish Federation to Israel.  During our meals and late into the evenings, we talked about the issues in our community and solutions to problems.  I learned how Jeff spends his summers, which most elected officials use to take vacations, or earn money.  Instead, Jeff organizes his 3-on-3 charity basketball tournament, does nightly ride-alongs with police early into the morning, speaks whenever he is asked to, gets virtually no sleep, and earns little extra money.  Jeff devotes his entire year to public service, and saturates his waking hours by learning about his community and empowering others, like me, to make a difference as well.  I believe that Jeff has earned the respect of so many people, including those who disagree with him because he sets a standard that the rest of us haven't the energy to live up to.

While I cannot find words for my disappointment in Jeff and sadness for my community, I am proud to count him as a trusted friend and mentor and I find that those who first spoke of Jeff before I met him do as well.  I know that Jeff's life will always be one of service and I am looking forward to working side-by-side with him, in our community, for the rest of our lives.

Sincerely,

Jennifer D. Haro