201 Cottage Ave.
Webster Groves, Mo.
September 13, 2009

Honorable Judge Carol Jackson,

I would like to share with you my feelings about Jeff Smith. I became acquainted with him in 2004 when he began his campaign for US Congress. I am 84 years old and had been a public school teacher for 25 years. I began my teaching career in St. Louis — the first year of school integration (the most valuable educational learning I have ever had, I might add!) and remained at Chouteau School for two years. I spent the remainder of my formal teaching career in Webster Groves. I am so grateful for the opportunity of all those years — with

young people.          I became interested
in Jeff's candidacy and worked
very hard because here was a young
idealist who not only spoke of the
highest goals of education for all
students, but was actively helping
them to achieve these goals as
evidenced by his varied activities
in his high school and college days.
He was succeeding in inspiring
these many young people to
participate in our democracy —
the highest goal of education in my
opinion. He lost this race, but
showed his persistence in winning
the state senate seat.

          I am terribly disappointed
in his present situation, but feel
I know Jeff's true character and
sense of responsibility as we have
discussed our idealistic goals so often.
His acknowledgement and heart felt
apologies are symbolic of his
responsible character.    I am

confident he will rebuild his
reputation and continue to offer
much inspiration — now stressing
a much stronger sense of ethical
responsibility.   I have great faith
in him.    There is such a great
need for him to encourage our
young people to be responsible
citizens in this great democracy.

I appreciate your
understanding and willingness
to listen to my heartfelt
feelings about Jeff.

Sincerely,

Margaret Hasse

Oct 1st, 2009

To the Honorable Judge Carol Jackson,

I write today on behalf of my life-long friend Jeff Smith.  During this trying time I have reflected a lot about Jeff and what has transpired in this case.  Knowing him for over 30 years I felt compelled to write to you.  Many people know of Jeff since his arrival on the public scene but may not know "who" Jeff was prior to that. I hope to address that here to give an insight into not only his character in general but in particular his passion for helping others.

I met Jeff in 1979 as our family moved into the Chevy Chase neighborhood where Jeff lived.  We both loved sports and quickly became friends.  Over the next 30 years I watched Jeff display a selfless interest in others that I rarely have seen in my life.  At a very early age it was evident that Jeff was gifted with a wonderful mind.  More impressive though was Jeff's true interest in helping his classmates. Whether it was a math problem they struggled with or improving their jump shot on the basketball court at recess, Jeff was there to help.  As long as I can recall, Jeff played the role as teacher to his peers and executed it in a way that was truly humble.  When the rest of us were dying to run out to recess, Jeff would stay behind and help those struggling to understand the lesson at hand.

As the years went on Jeff and I remained close.  During junior high and high school Jeff continued to grow as a person.  Jeff could constantly be seen around campus assisting others.  Whether it was a challenging class or simply welcoming a new student, Jeff always tried to make others "travels" easier to navigate.  As adults it's assumed that we should behave in this manner but to have watched a young man take this interest in others was inspirational.  Jeff never stood by idle while a fellow classmate was being harassed regardless of the numbers involved.  Even though he was the smallest kid in the group he always stood up for those who had difficulty doing it for themselves. I was the biggest kid in the group, and I just watched. The thought still shames me.

As we finished school, it was evident that Jeff would become a teacher, and a friend to anyone in need.  Gifted with a mind like his he was capable of doing whatever he wanted.  I remember being dumbfounded when Jeff said that he wasn't interested in making money but rather finding a way to help as many people as possible in their individual life struggles.  I think this comment at the age of 18 speaks volumes. When most of us were positioning ourselves for careers with financial reward, Jeff was thinking about how he could help others who were less fortunate.  Now in my 30s, I get what he was saying, and have never forgotten the maturity of character that Jeff displayed at age 18, and how that seed he shared grew in so many others.

When Jeff was elected to represent the 4th district of St Louis I was living in Denver, Colorado. I had not seen Jeff for a decade but did a quick Google search and found his acceptance speech online.  As he thanked all those that had helped in his campaign I remember thinking to myself, "This man I have known since we were children will fight tooth and nail for his constituents!" It is what he was born to do!  Over the next few years I watched as he fought hard for those who had less than he had.  I watched him fight for those who felt they didn't have a voice with the same passion he had all those years ago.  I was proud of Jeff then and I am proud of Jeff now.

In 2008 I returned home to St Louis, drawn to the city and its vibrant, diverse feel.  Quickly I started hearing people praise Jeff for his work.  I quietly smiled whenever someone mentioned how hard he worked for his district.

On August 25th of this year I sat back and watched everything my friend had worked all his life to achieve come crumbling down.  I sat quietly for some time thinking about Jeff but also about his constituents.  I was disappointed in Jeff and sad for his district.  Jeff did amazing work for the people of Missouri.

A few weeks ago, I had the chance to sit down with Jeff.  At that lunch Jeff reaffirmed why I had considered him such a great friend for all these years.  Not one excuse was uttered.  Not one request for pity.  Instead, in the same character he has displayed for 30+ years, Jeff owned his mistake.  He never brought up what this meant for him personally, but instead how disappointed he was in himself for letting down his neighbors, his constituents, his friends and his family.  In a time where most people make excuses, Jeff stood tall and took responsibility.

I thank you Your Honor for taking the time to read this.  I hope this gives you more insight into the man coming before you next month. I hope the court can find a solution that will allow Jeff to make amends to his neighbors.  I hope that the court will look at Jeff's record in his community, his district, and throughout his life. Jeff has already experienced what may be the harshest punishment possible: he has lost what means the most to him - a position which helped him do the work he was born to do.  I hope that the court agrees that "we" would be better served having Jeff repay his debt by doing what he does so well, helping others.  Thank you for the chance to address you.

Sincerely,

Joshua Hastings

Matt Henley
2003 Green St., Apt. 2R
Philadelphia, PA 19130

September 17, 2009

To the Honorable Judge Carol Jackson:

My name is Matt Henley. I am 27 years old and am a graduate student at the Fels
Institute of Government at the University of Pennsylvania. I came to know Jeff Smith
during my senior year of college at Washington University in St. Louis; he was my thesis
advisor for my senior honors thesis. As soon as I met Jeff I knew I wanted what he had –
passion, goals, the courage to reach them, and the ability to inspire people. I thought
these gifts were something that spoke solely to me, because we shared many of the same
interests. However, upon getting to know him better, I realized that they radiated among
young people everywhere.

When I visited a charter school he helped co-found in St. Louis, I saw students and
teachers alike eager to greet him and talk to him. When I played basketball with him in
North St. Louis, I saw kids try to dribble like him and pass like him. When I saw the
volunteer base on his campaigns, I saw young people with a sense of enthusiasm over
public service, because he demonstrated a zest for serving and aiding his community.

I believe Jeff's most important gift is his ability to inspire. I am where I am now because
he inspired me – not to get into politics or public service specifically – but to think big,
work hard, and set goals in my life. The mistakes he made will not wash away that gift.
So many of the people he touched are where they are because he shared his passion and
zest to serve. I hope that during his trial you will consider these gifts and how he can
apply them, as they are rare. No one would deny that Jeff made a grave mistake that has
caused him – and those around him – much regret and disappointment. But I also know
that Jeff is a great person with a unique set of positive, societal skills, and not a conniving
person who finally got caught. When deliberating his sentence, I hope you will consider
the good Jeff can do for the community by inspiring and teaching young people to
believe in themselves, set goals, and be courageous (as well as to avoid the mistakes he
made). And I hope you will do so not in the context of a desperate attempt to mitigate his
sentence, but in an appropriate way to better a community.

Sincerely,

Matt Henley

September 27, 2009

The Honorable Judge Carol Jackson
C/O Jeff Smith
4059 Flora
St. Louis, MO 63110

Dear Judge Jackson:

I write this letter in support of Jeff Smith as you are considering his sentence. In the spirit of openness, I must tell you that I have supported Jeff in his campaigns and could be considered a biased advocate. However, my profession is that of an evaluator. In the course of my work, I examine situations, collecting data and interpreting what they tell me. I recognize my biases and try to look at just what the data tell me about a program, an organization, or whatever is the focus of the evaluation. I will try to do the same as we discuss Jeff's situation.

Jeff put his personal ambition before his constituents' welfare. He made immature, even illegal decisions. He is now living with the ramifications of those decisions and will do so for many years. I feel the loss that his talents and drive could have brought to the state and, perhaps, at an even higher level of government.

That being said, I have seen first-hand the good that he has done with and for young people and disadvantaged youth. He has built a connection with young people who have few positive role models in their lives. He has gone into our less affluent communities and provided an opportunity for a positive interaction among diverse groups in St. Louis. He did not avoid the hard issues and stood up for those without a voice.

During my visit to his charter school, I happened to encounter a teacher from a program I had previously evaluated at one of the larger, well-respected school districts in the metro area. I took the time to ask her why she was here and to compare the two situations. She was thrilled with the opportunity to be in a place where she could teach children in a way that increased their enthusiasm for learning while increasing their knowledge. I found the school to be a place where high expectations were the norm and everyone was respected. The culture in that school is a direct result of Jeff's role in building and developing the structure and philosophy of the school.

Jeff's admission of wrongdoing has provided an opportunity for him to reexamine himself and what is important to him. Balancing the harm Jeff has done to himself, the state government, and the confidence of the citizens in government with the potential good he can accomplish, if given an opportunity, would be extremely challenging.

Evaluating such complex situations is difficult. May you have wisdom and compassion as you consider this decision.

Sincerely,

Martha A. Henry, Ed.D.

The Honorable Judge Carol Jackson:

My wife and I have known Jeff Smith his entire life. We have been friends with his parents over forty years and my wife and his mother go back as friends since they were classmates in grade school.

That has nothing to do with the current situation involving the disaster confronting Jeff, something completely without precedent within their family, or within the realm of thinking of their friends.

All of Jeff's adult life has been dedicated to helping those needing help most; in the district he represented and anyone needing his help be it as a Washington University teacher or someone he didn't know but needed a lift. His was a political career devoted to service to others. All you need do is watch the documentary film made of his unsuccessful struggle to win the congressional seat currently held by Mr. Carnahan to know of his dedication.

For us, watching a young man attain a high level of education then opt for public service, we were at first dismayed that he wanted to get into something so down and dirty as politics. But then realizing his goals if elected, we were eager to see him elected.

Not to be down about his loss, instead Jeff revitalized his efforts to attain a seat in the Missouri Senate where we understand he was instrumental in several pieces of legislation.

We cannot see where a young man like Jeff Smith, caught in the heat of a bitter campaign and possibly initially overlooking the gravity of his mistake should be the recipient of a prison sentence. Better would be the alternate of community service—something he was doing as a teacher and legislator already—to then serve those he'd be assigned to help, which would be a win-win situation far better than incarceration.

Thank you,

David and Susan Henschel
5 Chilton Lane
St. Louis, Mo. 63141

**William A. Heyde III**
**1150 North Drive**
**St. Louis, Missouri 63122**

**September 3, 2009**

The Honorable Judge Carol Jackson
U.S. Federal District Court

Dear Judge Jackson:

I would like to request that, in sentencing Jeff Smith, you will use him in a way that would be profitable to society. I have known Jeff since he entered ninth grade at Horton Watkins High School. I taught him English during his ninth, tenth, and eleventh grade years and worked with him closely as student council advisor his senior year when he served as president of the student body. I kept up with him during his collegiate years at North Carolina and his graduate work at Washington University. We met from time to time for lunch and talked about his career and the world's problems. Though we disagreed on politics (I am a Republican), I admired him for his idealism, his creativity, his enthusiasm, and his desire to make the world a better place, so I donated to his campaigns.

As you sentence Jeff, I hope you will take into account two factors:  the contributions he has already made and those which he could make in the future.  From the first days I knew Jeff, he has demonstrated a desire to help other people.   At Ladue we taught the students through a student-led seminar system where students taught each other through discussion.   Even in the ninth grade he seized every opportunity possible to be the formal leader though the seminars contained tenth and eleventh graders.   Some of them did not have the gift of interpreting the likes of William Faulkner and T.S. Eliot;  they would grow frustrated, but Jeff would help them.   His enthusiasm, his ability to clarify, his dedication to digging deeper made him a second teacher.   What amazed me was his ability to relate well to and help students of all races, social classes, and abilities.   Once I remember seeing him in the student commons helping a bright, but insecure student, understand the tonal mix in Edith Wharton's "Editha."   As I taught him in the tenth and eleventh grades, he developed even more and helped in the instructional process more effectively.  He loved tutoring others, a practice he would hone later when he worked with a national testing preparation service where he worked with a variety of students.

One of the biggest challenges our high school faced was the voluntary desegregation program.   I felt it became a great success. Administrators, teachers, and counselors often got credit for that success, but several students deserved praise as well.   And Jeff was one of those.  He worked diligently to get students in the school to bond, to work together—involving them in all types of activities.   As president he went all out to see that African-Americans held key roles in committees and in the Congress.   When Jeff led an activity, everyone was welcome, and he pushed students into all aspects of student life—academic and social.   He used athletics to start.  On the basketball team he would spark rallies, would be just as pleased with assists as with baskets, and would readily sacrifice himself for the good of the group.   Never did he try to be the star;  he worked with the other players to create a team at a time when there was some tension about the amount of playing time African Americans got.  I know first-hand that he is an excellent teacher, and I know that he loves to teach.   If the court could find a way to allow him to work with inner city youth, ones with no motivation, ones having trouble with self-confidence, with test taking, with doing homework, and with the meaning of mathematical or verbal concepts,  I know he would do a good job, and it might start him on the road to new ways to make use of his brilliant mind and his magic personality.

Jeff, in addition, gives a lot of himself to others.  At times, when the responsible students did not do jobs, he did them—cleaning up after an international dinner, selling tickets to a dance, filling the Coke machine, planning and leading committee meetings, preparing seminar discussion questions when the assigned leader forgot.

After he had graduated from North Carolina and had a degree in African-American studies, I asked him to appear on a panel for the International Education Consortium to discuss the teaching of African-American literature. Despite having only a few days to prepare, he made a brilliant presentation.  High school teachers in attendance praised him for his insight, his enthusiasm, his wit, and his practical suggestions.  He demonstrated sensitivity to the needs of teachers and students as well as a knowledge of African-American literature and history.  After he had entered politics, he spoke at another high school where I taught.   Though I did not hear his presentation, the students called him "intelligent,""interesting,""challenging," and "well worth listening to."   He relates well to students.  Because of his intellect, his athletic ability and knowledge, his grasp of African-American politics and history, his  warm personality, and his love of young people, he has the potential to save a lot of lives.

My favorite picture of Jeff came after a basketball game when I saw him helping a player from another school who had injured himself in the game and was waiting for his parents to pick him up.   All of the coaches and players had gone, but Jeff was there helping him, even as his own friends had gone off to a party;  he stayed until the boy's parents had arrived.  That is the type of person he is;  he always has time to help other people.

In the State Senate he sponsored and secured the passage of bills that helped teachers and education and which attempt to rejuvenate neighborhoods.

I hope you will find a way to use his skill, his energy, his knowledge, and his interest to help the metropolitan area.

*William A. Heyde III*

Honorable Carol Jackson
Judge, United States District Court
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Dear Judge Jackson,

I am writing this letter as a constituent, and more importantly a friend of Jeff Smith. I have been fortunate to know Jeff for the past decade and witnessed the type of person that he is. The positive impact that Jeff has had on both my life and the community is undeniable.

Jeff was enrolled in graduate courses at Washington University when mutual friends first introduced us. I had recently graduated from Washington University and was beginning a career at CBC as a History teacher.  From the day I met Jeff his most obvious attribute was being a great friend. Consistently, he continually offered in a genuine way himself to me to help with anything occurring in my life.

As a teacher he frequently was a guest lecturer in my courses at CBC, always inspiring and educating my students on the virtues of public service. As a basketball coach, after moving to Winter Park, Florida, he worked my basketball camp providing enthusiasm and a tenacity that impacted my players long after Jeff left the court.  To this day, eight years later, when I talk to my former players they ask about Jeff and how he is doing.

Jeff has demonstrated his passion for education by providing his expertise in the government by calling in to high school government courses in Taylorville, Illinois where my father is the Assistant Superintendent of the school district, to answer questions and provide insight that stimulated students.  The passion that Jeff has for education by giving himself to benefit others I have witnessed first hand enhance the education of students in three unique environments across three different states beyond his own courses that he has taught.

More important than his ability to inspire others, first through teaching and later through his political career, is his ability to be a friend. A little over six years ago my wife and I were married and we are proud that Jeff was in our wedding party as a Groomsman. My wife was adamant about including Jeff because he was someone who enriched both of our lives and was always there for us in good and bad times. A major reason for our shared desire for Jeff to participate in such an important moment for us is his beliefs regarding immigration reform.

My wife and her family have immigrated to the United States from Albania. From the day we have met Jeff he has always been supportive of her family and as he has become a public figure his support and help have strengthened, regardless of the fact that as immigrants her family could not vote for him. Last year it was particularly meaningful when Jeff filibustered and ultimately prevailed by making sure that children of undocumented immigrants are allowed the opportunity to attend college. While this will

not impact my family, we comprehend the statement it made to the immigrant community at large that immigrants can participate to improve our country.

In the six years since Jeff stood up with me at my wedding many events have occurred. Among the changes we have moved back from Florida to St. Louis, had a daughter, gotten new jobs, bought a new house, and begun to explore the educational opportunities available to our daughter, but we are aware that one constant among the changes has been that Jeff has been with us every step of the way.  Jeff helped us find a house in a great urban neighborhood, fought consistently for immigrants, and has helped us in the process of selecting a great school for our daughter to attend. While his life has grown more complex and public, his ability to be a friend to my family has never wavered in any way regardless of what has occurred in his life and for that we are realize the true soul of Jeff.

Rather on a large scale or an intimate personal scale Jeff has always given himself to make things better for someone else. I am proud to know Jeff Smith; as a politician he is a tenacious advocate for the things that make a difference in the lives of his constituents. As a teacher his enthusiasm inspires students to have an open mind about the world and he has the unique ability to teach his students to a make a difference in the world. As a friend Jeff is simply the best.

Sincerely,


Matt Hixenbaugh
MICDS History Department/ Head Basketball Coach

**Thomas R. Hoerr**
**6106 Kingsbury Avenue**
**St. Louis, MO 63112**

September 10, 2009

Judge Carol Jackson:

I write in support of Jeff Smith.  There is no doubt that Jeff made a mistake, one which reflects poorly on himself and one which does not serve our community. Many of us are very disappointed in Jeff, certainly including Jeff, himself, and his family and friends.

And yet I do not see what would be gained by Jeff's incarceration. The lesson to be learned has been learned by him and by the public. Instead, what sort of public service can he do to amend for his misdeed? How can he contribute to the community, what service can he provide?  He has remarkable rapport with young people: How can they learn from his lesson? What can he teach them? When one thinks of how Jeff might volunteer his time, his incarceration would be a loss for the community; further, it would be a loss for the taxpayers as well.

Thank you for your consideration.

Tom Hoerr

*Becky Homan*
www.beckyhoman.com
becky.homan@sbcglobal.net
6046 Westminster Place
St. Louis, Mo. 63112
(Cell) 314-852-1171; (Home) 314-721-5377

Friday, Sept. 25, 2009

Honorable Judge Carol E. Jackson
United States District Court
Eastern District of Missouri
1114 Market St # 812
St Louis, MO 63101

Your Honor:

I first met Jeff Smith on my front door step. He was, I heard later, tirelessly
canvassing my poor-to-middle-class neighborhood of Skinker-DeBaliviere. He
was thoughtful, articulate, friendly, kind and made a big impression on me.

And as I followed his career as my State Senator – until recent unfortunate
events – I was so impressed with his work for the less fortunate in our
community: with his key role in the debate over historic tax credits to help
refurbish old buildings, particularly in struggling urban neighborhoods; with
his work on Senate Bill 140, for helping low-income Missouri parents pay
child support, while saving the state a tremendous amount of money; with
his efforts to work with Republicans to enact law that would allow St. Louis
public school teachers to receive merit pay bonuses; and with his building of
a grassroots movement among university students to help with his election
campaigns and beyond.

I know that his student/workers are disillusioned, now that Jeff has failed
us all with his recent behavior.

But I think – I know – that he will be work hard to re-gain our trust. He has
learned a humbling lesson and remains a great St. Louis resource. I hope
that you decide that Jeff should serve out his punishment by continuing to
help people in this community. We miss him. We hope he'll be back!

Sincerely,

Becky Homan

Wednesday September 16, 2009


Honorable Judge Carol Jackson

RE: Jeff Smith


Dear Judge Carol,


        My name is Shameem Hubbard. I am a 32 year old African- American mother of five beautiful children. I also own a hair salon of 6 years located in the 4TH Senatorial District. I am writing to appeal to you about the upcoming sentencing for Jeff Smith. I am lucky enough to know Jeff in two different capacities and am proud to call him a friend.

First, I am the spouse of a former elected official. I would often run into Jeff at the capitol and various social events. I would always tell my husband it was something about Jeff that really impressed me. I remember asking over and over, "How old is he?" How he always seemed to have everything I order, I always thought he was older than he was. Like my husband, he works a room and it would seem they touched everybody in the place. He was always on point with the little details that make a difference when you know, and come in contact with, so many different people. I always felt comfortable talking to him, which was not the case with the majority of their colleagues. I was not always on the same  accord with him on legislative stances but was always inspired about how he stood up for what he believed in and believed would help not only the people of the 4TH Senatorial District, but all Missouri citizens.


Secondly, I want to talk a little about my friend, Jeff. My husband and I have double dated with Jeff and it was always fun! When we get together it's like ¼ politics and ¾ just good conversation and fun. That was always refreshing for me, being married to a politician. Again he was always on top of personal details and would ask about my family, business, and whatever my feelings where on the latest current events. I started a women's support campaign for my husband during his last political race.  Jeff just happened to stop by my salon one evening and I told him about what I was trying to do and he, as busy as he can be, took the time out to sit down and go over some of my notes with me and give me tips on how I could make things better! I was so excited and appreciative of that. Especially since I knew for an elected Senator, taking into account their schedule, that was above and beyond. Most politicians you can barely get a personal return phone call from. That is the kind of person and politician Jeff is. He has a way of making anyone feel number one priority on his list.

I am not trying to disregard what Jeff did. I understand it was wrong. When I think about Jeff and this unfortunate situation it truly upsets me because I feel like I know his genuine intentions. During the recent coverage of the passing of Ted Kennedy I caught a lady on TV expressing her feelings on his death. She said "He wasn't perfect but he was GOOD". I immediately called my husband and told him that is how I feel about Jeff. Jeff is not perfect, but he is GOOD. He has a way of reaching people of all race and economic status like no other, if I can be blunt, young white man I know. For example I don't know of another white politician that can argue and fight for his constituents on the house floor then come down in their hood and play basketball with them like he can. To put it simple he has a GIFT. I strongly believe he is ready to use his mistakes as an example to teach and help people to do the right things in not only politics, but in life. This is just a chapter in his story, and I told him I still believe in him and his visions. I pray he is given the opportunity to CONTINUE to do community service and help our people like I know he can. Thank you for taking the time out to read my appeal.

Respectively Submitted,

Shameem Hubbard

Michael Isserman MD                                         September 10, 2009
7452 Cromwell Dr
St Louis, Mo 63105

To: The Honorable Judge Carol Jackson

It is with sadness and support for Jeff Smith that I write this letter to you. I have known
Jeff since he was 7 years old. In 1980 I moved into my first home in Olivette and lived
right next door to the Smiths, sharing driveway space. Even at a young age, Jeff was
personable, friendly, and reliable. My children were born in 1981 and 1983, and from the
beginning Jeff was a friend to them and a friend to my wife and myself. It is not often
that you would find a pre-teen and teenager who could relate to younger children as well
as their parents. We lived there for 9 years and I have been friends with Jeff ever since
then as well. Jeff was a regular baby-sitter for our children, and they loved him and we
trusted him and he didn't let us down.

I know his parents and brother as well. I know this is so hard on them. They are quiet,
excellent citizens of Olivette, Ladue school district, and St Louis. Phyllis, Jeff's mom, is
someone who is always looking out for her friends and family, and it is obvious that Jeff
has learned from his Mom. Jeff and his family have my greatest respect and admiration.
Phyllis raised her children to be frugal, friendly, helpful, non-flashy, with great work
ethic, and of them all, Jeff is the most dedicated to public service. You know me fairly
well, and you know I am not political, but Jeff inspired me to work on his campaign, not
as a friend, but because of his desire to make the world better.

I cannot list all of the great things Jeff has done for our community, but I would urge you
to read the letter from Eric Friedman, a friend and commercial real estate broker, who
works tirelessly for the betterment of the City of St Louis, and who can tell you how
amazing Jeff's contributions and dedication have been. He can do this better than I can.

Obviously, this letter is to appeal to you to temper your sentencing of Jeff . Having
known him for thirty years he continues to have my 100% support as a wonderful
person. I would humbly suggest that we would all be better served by having Jeff do
community service, something he is good at and has done voluntarily for years, than
serving in prison. It would also do a lot for his family as well.

Finally, let me just say that I have never written to the court before, and that this was my
idea and I was not solicited for this. Also, I would gladly make myself available to speak
to you about Jeff if that would help him or you in any way.

My wife Michelle, our daughter Julie, and our son David support and love Jeff as well.
I appreciate your consideration and time.

Sincerely,
Michael Isserman, MD

Mrs. Charley K. Johnson

11642 Chieftain Drive
St. Louis, MO. 6314
314-432-8002

The Honorable Judge Carol Jackson

Dear Judge Jackson,

Jeffrey Smith has proven his political commitment from the onset of his career by helping those obviously less fortunate. He has spent much time speaking to and assisting our senior population in the areas of health care and affordable housing. As he visited his senior constituency to inquire of their needs, he always tried to give a tentative time frame for them to get feedback.

More specifically for me personally, my mother began to have a problem during the changing procedures in the Medicare part "D" and "B" programs, my mother was able to receive the information by 3rd party. Third party is very insignificant as long as the vital information is received. My mother is very pleased with her prescription source and as a result began to follow Jeff Smith's career and often remarked what a "dynamo" is for "the people".

Mr. Smith is one of the few individuals of his previous political position whose record indicates constant follow through for the people he serves. He would be an asset teaching political science and/or any social work class to secondary school students.

Please consider Jeffery Smith according to the good he has done for the community.

Sincerely,

Charley K. Johnson

Arnell Joiner
3127 Shenandoah
Saint Louis, Missouri 63104
September 22, 2009

Dear Honorable Judge Carol Johnson:

I write this letter on behalf of Missouri State Senator Jeffrey Smith.  I met Mr. Smith
during his congressional campaign as he was canvassing my neighborhood.  Upon
meeting him I was highly skeptical of him and his motive for running for public office.
One could say that our first encounter was very confrontational because of my grilling of
Mr. Smith on issues and his platform.  I expected him to break or at least stumble under
the line of questioning I presented to him but to my surprise he didn't flinch which
indicated to me there was something different about him that deserved my further
consideration of his candidacy.  I later joined his congressional campaign as a volunteer
and also his state senate campaign. I have assisted him for four years as he has created a
community non-violent alternative activity, that has tremendously grown each year, for
an at risk youth population in north St. Louis.  One of many projects/initiatives he has
created for underserved populations in the St. Louis area.

Since meeting Senator Smith, I have found him to be a very sincere, compassionate and
conscientious individual, characteristics that have transcended into his life as a passionate
public servant for all of his constituents.  It is without doubt that his time for his lapse in
judgment would be better spent serving his community than imprisonment.  I implore you
to fully consider my request.

Sincerely,

Arnell Joiner

MRS. WILLIAM B. JONES, JR.
1084 MCKNIGHT ORCHARD LANE
ST. LOUIS, MISSOURI 63117

To The Honorable Carol Jackson

I don't know Jeff Smith. I have never met him. I don't live in the district he represented. I am simply a Missouri citizen who feels it would be for the common good for him to be allowed to continue his public service. He is a young, smart man who, as many before him has erred in judgment - made serious mistakes. In the future, this will make him an even more valuable member of society - a stronger and more compassionate person. Our country needs intelligent, articulate leaders who believe in equality. From what I have heard and read in the past about Jeff Smith, I feel it would be a great loss to our area if he is prevented from serving.

Respectfully, Francie Jones

September 17, 2009

The Honorable Judge Carol Jackson,

While everyone who knows Jeff Smith can admit to their shock in learning of the events surrounding his recent resignation from the Missouri State Senate, none of us have questioned his sincerity in or commitment to making amends to his constituents, to the State, and to our Country. I know he regrets more than anything having let the people down; his sense of duty and obligation to providing a voice for those in need is what makes Jeff such a passionate leader.

I had the pleasure of spending close to a year with Mr. Smith in a regional development program called *Leadership St. Louis*. In that year I experienced first-hand Jeff's energy for giving back to our community and while I can recount those experiences on a number of levels, one sticks out in my mind as being particularly demonstrative of Jeff's character. One of our weekend sessions was dedicated to learning more about the Metro-East St. Louis area. We spent the afternoon at the Jackie Joyner-Kersee Center which serves youth ages six through 18 years and seniors 50 years and older from across the Metro-East St. Louis region including East St. Louis, Illinois and the surrounding towns of Alorton, Brooklyn, Centreville, and Washington Park. The center draws "at-risk" youth and seniors from what is widely accepted as one of the most underprivileged parts of our region. At the day's end, Jeff took it upon himself to organize a pick-up game of basketball in the gym with several of the kids that were hanging around. He quickly disarmed the kids of any ambivalence they may have had and eased his way into their acceptance quite naturally. The game was spirited and at times comedic. But one would have thought him to be a regular at the Center. And Jeff didn't just shoot a couple of baskets and take the sidelines. He stuck it out with the group for quite a while – in fact, he played with them long past every one else's departure.

The gravitational pull of our community is what attracted Jeff to that basketball court. He has certainly demonstrated to me his interest not only in representing the community, but also in becoming an integral part of it – to experiencing it deeply. Rare is a successful leader who fails to do the same. Jeff is, as they say, "the real deal." Our community would suffer in his absence.

Sincerely,

Charles H. Judy
Senior Vice President, Shared Services

cc: Mr. Jeff Smith

TLC Vision Corporation
U.S. Corporate Office: 16305 Swingley Ridge Road · Suite 300 · Chesterfield, Missouri 63017 · (636) 534-2300 · Fax (636) 534-2301
International Corporate Office: 5280 Solar Drive · Suite 100 · Mississauga, Ontario, Canada L4W 5M8 · (905) 602-2020 · Fax (905) 602-2025
www.tlcv.com

 

Honorable Carol Jackson,

I submit this letter to assist the Court in its sentencing decision for Jeff Smith.  I am writing not to dispute the severity of Mr. Smith's transgression, but to express my utmost confidence in Mr. Smith's strong character and to request a lenient sentencing.

I met Mr. Smith at Washington University in St. Louis, where he served as a professor, and I developed a close friendship with him while working for his Congressional campaign in 2004.  I know him very well as a professor, mentor and politician, and in each capacity he has challenged me and my peers to make positive social changes through our professional positions.  He has done this more ardently than any other individual I have known.  He has an ability to inspire talented people to work for their communities with pride and excitement, just as he has for his.  Due to his influence I chose to attend law school and today remain committed to a public policymaking career.  The individuals I know best from his campaign and his classes are similarly unwavering in their commitment to public service; it is very much a byproduct of Mr. Smith's influence.  His impact in this regard is indisputable, and it offers valuable insight into his values.

Furthermore, my faith in Mr. Smith's character leads me to view his error as an aberration and not as a reflection of any tendency of his to circumvent the law.  If I had the slightest doubt of this, I would not be writing this letter.  He is not a repeating transgressor of the law, caught during one of a long line of offenses, but he is rather a public servant with impressive accomplishments who has made a single regrettable decision.  This decision will, irrespective of the court's sentencing decision, carry a heavy burden for Mr. Smith in his future.  The same cannot be said of someone with a proven proclivity for criminal behavior.

In considering his positive impact on the lives of others, and by viewing his error in the context of his positive life work, I think it is best not just for Mr. Smith but also for the public that he spend more of his coming time working for his community rather than being isolated from it.

Sincerely,

Farzam Kamel

kamel.farzam@gmail.com

415.601.0084

Farzam Kamel
Digitally signed by Farzam Kamel
DN: cn=Farzam Kamel, o, ou,
email=kamel.farzam@gmail.com,
c=US
Date: 2009.10.17 00:10:18 -04'00'

Henry G. Kauffman
102 Whitewater Drive
Manchester, MO, 63011

September 4, 2009


The Honorable Judge Carol Jackson
U.S. Federal District Court

Dear Judge Jackson,

My name is Hank Kauffman, and I have been a teacher of Mathematics at Ladue Horton
Watkins High School since 1961.   Jeff Smith was my student when he was in high
school, and I had many opportunities to interact with him and observe him during his
high school years and beyond.   We kept in touch during his college years at the
University of North Carolina and during his graduate work at Washington University.
We never agreed on politics, since I am a Republican,  but Jeff's deep desire to help
others, his desire to bring people of all abilities and ethnicities together, and his desire to
make a difference in the world,  impressed me greatly as I watched him work tirelessly
toward these goals.

Jeff was a brilliant student, but his work at the high school went far beyond his academic
prowess.   He always wanted to help other students, and he had a great gift for making
all his fellow students feel good about themselves.   As student body president Jeff
brought the first Special Olympics volleyball tourney to Ladue Horton Watkins High
School.   Every school volunteer got a special "buddy".   They played volleyball, did
arts and crafts, sang together, and interacted in ways that were fun and productive.   This
was a wonderful tradition to start, and the tradition has continued to this day.

Ladue High School was a pretty segregated and very tense school at the time Jeff was
there.   Jeff was one of very few students who had as many black friends as white, and he
constantly pressed the administration to do more to try to facilitate black parental
engagement, to close the achievement gap, and to work to integrate advanced placement
classes.   Jeff was able to make the school a place that included African American
students, Asian students, deaf students, and underprivileged students of all kinds in
parties, sporting events, and other activities.   Jeff had a special gift for making all
students feel that they had an important voice to be heard.

I would like to request that, in sentencing Jeff, you might consider ways that he could be
used in helping society.   He has a brilliant mind and a desire to help others that could be
used to motivate young people and help them avoid the mistakes that he has made.   I
hope that you will find a way to use Jeff's energy and his knowledge to benefit our city
and our state.

Hank Kauffman