Natalie G. Kauffman
14 Spoede Hills Drive
Saint Louis, Missouri 63141

The Honorable Judge Carol E. Jackson
U.S. District Court
111 South 10th Street
St. Louis, Missouri 63102
Room 14.148

Dear Judge Jackson;

I am writing to you to request leniency in your sentencing of former State Senator Jeff Smith,

While fully recognizing the gravity of his errors and the betrayal to his constituents, friends and family, his sterling record of community service throughout his life should be taken into consideration. His worthy contributions to the black community, notably its youths should not be ignored.

As a legislator he accomplished a great deal in his short time of service. He was noted for reaching across the aisle to get consensus for passing legislation that bettered his own community and the state. Democrats and Republicans alike respected and admired him. And, several expressed their regrets that he will no longer be there to work with him.

I would hope that he will not be sentenced to prison for his ethical breach. Jeff's many talents could be applied to helping the community once again. He could contribute positively in many ways to serve the city and state that he loves. Serving time in prison, I would hope, will not be your decision.

Thank you, Judge Jackson for allowing me to express my voice and for your time and consideration.

Sincerely,

*Natalie G Kauffman*

Natalie G. Kauffman

# Ruth Keenoy

September 21, 2009

The Honorable Judge Carol Jackson
United States District Judge
111 South 10th Street
Suite 14.148
St. Louis, MO  63102

Dear Judge Jackson:

I am writing a letter supporting the character of Jeff Smith, former Missouri State
Senator. I have been acquainted with Mr. Smith since 2004, when he ran for United
States Congress. Mr. Smith spoke at a public forum during that campaign – I left the
meeting impressed not only with Mr. Smith's plans to bring positive changes to Missouri,
but his inclusion of those plans to include all citizens regardless of race, gender, or social
strata.

Since 2004, I have avidly supported Mr. Smith's political campaigns. Additionally, I
voluntarily participated in charitable activities funded by Mr. Smith that address the
disadvantaged youth in the City of St. Louis – a situation that we all see; yet few of us
care to address. I feel lucky to live within the district that Mr. Smith successfully
represented during his tenure as a state senator.

While I fully understand the gravity of the situation before your court, I continue to
believe and trust that granted the opportunity, Mr. Smith is (and will continue to be) a
great asset to our community. The absence of Mr. Smith's advocacy, which has achieved
countless goals benefitting so many – particularly those without a voice in our
community - would be a tragic loss.

Thank you for your time and consideration in this matter. If I can be of any assistance,
please let me know.

Sincerely,

Ruth Keenoy
Historic Preservation Consultant

5229 Oleatha Avenue
St. Louis, Missouri
63139

314-353-7992 / 775-7453 (cell)
314-353-1797 (fax)
ruthkeenoy@yahoo.com



August 21, 2009


Dear Judge Carol Jackson,

My name is Adrian Kelly, Jr. I am writing this letter as character reference for State Senator Jeff Smith of the fourth district in Saint Louis.

Recently I have had the privilege to work for Sen. Jeff Smith as an Intern. The reason why I wanted to become an Intern for Jeff Smith is because Sen. Jeff Smith is the only politician in my opinion that really cares about the people in his district AND the people not in his district. This past July Sen. Smith hosted his fourth annual basketball tourney and community fair were almost 3,000 people attended. All summer Sen. Smith reached out to people at the grass roots, going door-to-door all over the city to tell people about the fair. I know because I watched him do it. I had the pleasure of meeting some people at the fair, and they told me remarkably things about him. Sen. Jeff Smith has been a blessing to the city of Saint Louis, and hopefully he'll stick around so he can continue to be a blessing to us.

I trust that the information provided will be of assistance and will be happy to provide further information, if required.


Sincerely,

*Adrian Kelly, Jr.*

Adrian Kelly, Jr.

Re: Jeff Smith

14616 Kendall Ridge Drive
Chesterfield, MO 63017
October 10, 2009

Honorable Judge Carol Jackson

Dear Judge Jackson,

My name is Randall E. Keys. I am a teacher, a coach, a counselor, and a parent. I taught mathematics in the Ladue School District for 30 years and also in the Riverview-Gardens School District for two years. I have been a coach at the Junior High and High School levels, at the college level at Maryville University, and in the community of Manchester, Missouri with youth leagues. I recently completed a Master of Arts Degree in Rehabilitation Counseling, which included an internship at Youth In Need in St. Charles, MO and a practicum at Evangelical Children's Home in St. Louis, MO. I have three grown children with children, and I have three step-sons.

A young man, whom I met first as a student and later as an aspiring politician, has consistently impressed me with his intelligence, his passion for accomplishment, his personable nature, and his ability for caring. His name is Jeff Smith. Jeff is a remarkable person. He has shown the capacity to accomplish great tasks and the energy to persist through any challenge, which he might encounter.

Recently, Jeff acknowledged in an e-mail to those who support him that he had made some mistakes in judgment, was in violation of federal law, had not been honest in his response to an investigation, misled authorities, pled guilty to obstructing justice, and had resigned his seat in the State Senate for Missouri. This information was stunning. For the 18 years that I have known Jeff, I have had only praise for his character and his work. For me Jeff represented someone, who fostered hope for the well-being of our community, our state, and our country.

I regret that Jeff made the choices that he did. I regret the mistakes that have moved him to this moment. I do not, however, regret the faith and respect that I placed in him. For me he continues to be a person of hope for our community, our state, and our country. I believe in the essence of his goodness and in his willingness to work to improve the quality of life for all.

We live in a world in which mistakes are all too often common. In our society we cave in to the pressure to be successful quickly. We reach for dreams that may need additional time in which to come to fruition. We respond unwisely to the fears that we experience everyday. In our efforts to be all that we can be, we on occasion forget that character and the principles by which we live are the most compelling aspects that determine success. In my view, Jeff blinked. His aspirations overwhelmed his integrity. His need to succeed overcame his patience for true success through a meaningful message, hard work, and enthusiasm for the well-being of all. While he is responsible for his misguided actions and comments, he has demonstrated throughout his life the integrity and the honesty that is required to be a person on whom we can depend.

In the classroom setting, Jeff enhanced valued discussions on geometric concepts and deductive proofs of theorems. He provided leadership and enthusiasm as a member of the mathematics team and the engineering team in local high school competitions. Jeff also demonstrated energy and excitement in his play as a member of his high school basketball team. Additionally, he was gracious in his demeanor on all occasions and was

Re: Jeff Smith

always supportive of other students and other athletes in his actions. He also demonstrated thoughtfulness and consideration in his interactions with the teaching and coaching staff of Ladue Horton Watkins High School.

In the community, when I would unexpectedly encounter him, Jeff was pleasant and engaging. He demonstrated the ability to recall personal anecdotes and information. He engendered a sense of comfort, ease, and acceptance. These qualities were also identified by others, when conversations about a political matter surfaced and Jeff's name was mentioned.

In the senate chamber, Jeff was active and dynamic. On one occasion, my wife and I visited with him to encourage consideration of proposed legislation that impacted individuals with disabilities. Jeff was very gracious, as he listened and discussed points of interest relating to this legislation. His regard for our thoughts and opinions enabled us to feel valued and significant. While he had other tasks to accomplish that day, he presented a genuine concern and interest for our point of view. We left that day, recognizing the joy in Jeff's demeanor and the passion that was present in his work.

I hope that you will find merit in his accomplishments, will recognize his regret and his willingness to change, and will enable him to demonstrate his capacity to make a difference in his community through public service. I continue to believe in the goodness within Jeff. I continue to respect his ability to provide leadership and his capacity to accomplish tasks. I hope that this experience will provide an opportunity for a re-alignment of priorities and will generate a benefit for all of us through a determined effort on Jeff's part to make a difference in his community.

Sincerely,

Randall E. Keys

Randall E. Keys

September 21, 2009

The Honorable Judge Carol Jackson:

In light of Jeff Smith's recent guilty plea, I sincerely hope you take into account his lifetime devotion to public service during the sentencing process.

My relationship with Jeff goes back several years. He has been a friend, professor, boss, and more importantly, a mentor. At Washington University, I took Jeff's class on elections, and I worked for his state senate race in 2006. Jeff has helped me land every job I have had since college (which include a job with Sen. Claire McCaskill another at the Center for American Progress think tank in Washington, D.C.) and wrote an effective reference letter for my law school applications.

From the very beginning, Jeff inspired me. In fact, working for him was the first taste of community-work that I have ever had. When the St. Louis conventional wisdom was that a white candidate would shun north St. Louis, Jeff knocked on thousands of doors in the area to learn about black voters' concerns. I remember Jeff's first 3-on-3 basketball tournament in North St. Louis. While I felt a slight sense of apprehension about working in the "hood," watching the joy that he exhibited in reaching out to lower-income residents and getting them involved politically encouraged me to get out in north St. Louis even more than I was required.

My story isn't unique. Jeff taught all of his young campaign aides that year the importance of breaking out of our restrictive comfort zones and serving poorer areas of town. He helped get these students and campaign aides jobs, ensuring that the legions he inspired continued to work in the public and non-profit sectors. This web of inspiration, if you will, now extends across the country. His passion for public service inspires many of my friends to this day, and presumably hundreds of children across St. Louis.

Jeff's service to the community is through his ability to inspire. I once convinced a religiously conservative resident to vote for Jeff simply because the resident saw how passionate I was about him. And I know that the reason that Jeff has connected with so many – despite different ideologies, races, and upbringings -- is because of this passion that he generates.

I humbly request that you not remove Jeff from society and limit his ability to continue inspire the next generation. I hope that you can offer him some form of community service where he can continue to be in contact with children and the least of these. In a city lacking so much in terms of economic equality and education, it would be tragic to lose a life-long public servant who is ready and able to serve again.

In just a few years, Jeff has made a remarkable impact on my life. Had it not been for Jeff, I would have never pursued a career in politics and service. As you probably know by now, there are dozens of others with similar stories. St. Louis – and our society in general – needs someone with his passion to continue to be involved in improving others' lives. I hope you consider this in your sentencing deliberations.

Sincerely,

Satyam Khanna



# OFFICE OF THE LIEUTENANT GOVERNOR
## STATE OF MISSOURI
### JEFFERSON CITY
### 65101
### www.ltgov.mo.gov

PETER D. KINDER
LIEUTENANT GOVERNOR

STATE CAPITOL
ROOM 224
(573) 751-4727

September 16, 2009

The Honorable Judge Carol Jackson
United States District Court
Eastern District of Missouri
111 South 10th St.
Ste 14.148
St. Louis, MO 63102

To the Honorable Judge Carol Jackson:

By this letter I express my support of former Senator Jeff Smith. In no way do I condone his actions. However, I believe his skills and collective experience would be wasted if not put to constructive use.

I have come to know Jeff as a friend throughout the years in the Missouri Legislature. We worked together on a number of educational initiatives and legislation to benefit the urban core in St. Louis. Senator Smith worked hard to create a better future for his neighbors in St. Louis.

Given Mr. Smith's history of community service, please consider sentencing that allows community service, if possible. I believe Mr. Smith's background and experience, in combination with community service, would be best served if he were allowed to positively invest in the lives of others.

Thank you for your consideration and attention to this letter. Please do not hesitate to contact me at your convenience if you need anything further.

Sincerely,

PETER D. KINDER
Lieutenant Governor

# Jonathan H. King

8148 Kingsbury Blvd.
Clayton, MO 63105

T (314) 225-9776

jhking@mac.com

November 3, 2009

Honorable Carol E. Jackson
United States District Court Judge
111 South 10th Street
St Louis, MO 63102

Dear Judge Jackson,

My name is Jonathan H. King. I write to humbly request leniency in your sentencing of Jeff Smith. I am 37 and live in Clayton, Missouri with my wife Sally, age 37, and our two daughters Hanna (age 8) and Sophia (age 6). I work in the information technology industry.

I came to first meet Jeff Smith at the very beginning of his race for Congress. I was impressed with Jeff's unique background of teaching, intellectual studies and community activism. Accordingly, I donated to Jeff's Congressional campaign and then again to his State Senate campaign. I stayed in touch with Jeff and watched him through the ups and downs of losing and winning elections as well as serving the community.

I, like many in the community, were surprised and deeply saddened upon receiving Jeff's resignation e-mail and subsequent guilty pleadings for obstruction of Federal Election Commission proceedings and a federal grand jury proceeding. Jeff has been a constant source of positive energy in the local political world and I was sad that he should do something so tragic to end a very promising political career.

I believe, however, that justice has been served. By resigning and pleading guilty, Jeff has already suffered a tremendous loss personally and professionally. Jeff's very identity has been taken from him. The childish pride that lead him astray has been called to answer in the public square - never to be forgotten.

I pray that Jeff will be given an opportunity to redeem himself in the public square rather than lose him to time behind bars. While again already restricted in what options lie before him because of his guilty pleas, he could be of enormous value to community organizing activities which would benefit him and the community.

Thank you for your consideration.

Most respectfully yours,

Jonathan H. King

# Washington University in St.Louis

## ARTS & SCIENCES

Department of Biology

Oct. 26, 2009

The Honorable Judge Carol Jackson

Dear Judge Jackson:

I am one of many who supported Jeff Smith's campaigns in the past and followed his activities as State Senator. Like many others, I had great hopes for Jeff being part of a new wave of politicians who would contribute to increasing transparency and decreasing the power of special interests. We all expected Jeff to play by the book. You can imagine how disappointed we were when it turned out that Jeff had cut corners and then lied about doing it. In fact, it is not an overstatement to say that many of us felt betrayed.

Despite this, and after giving the matter considerable thought, I have come to the conclusion that a Jeff's life and character are the sum of what he has done and should not be judged by the worst things that he has done. While there must be consequences for his breaking the law, this inexplicable series of actions is not the entirety of who he is or of what he can contribute to our community.

I ask you to take into account other things Jeff Smith has done as you contemplate what is an appropriate sentence. Please permit me to add to the mix two positive things I know about personally.

Jeff' sponsored a "3 on 3 basketball tournament and community fair". The appeal of basketball to young men of the district is almost a cliché. What was so wonderful about the event was that Jeff and his staff brought dozens of organizations (I am told there were over 70) to the park to offer services on the spot and, perhaps more importantly, make the thousands who attended aware of the services available to them. In his report of the event, Jeff noted that volunteers distributed information on parenting, health, housing, literacy, childcare, community building, and much more. There were experts on foreclosure, economic outreach, parenthood, pet care, career services, elder care, community building, asthma, safe sex practices, domestic abuse and rape prevention, proper nutrition, poison precautions, and other preventative health care information. A number of free health screenings were available including body mass index, blood pressure, HIV, OraSure testing (testing with a swab), chiropractic exams, hearing, vision, and anemia testing. The Department of Natural Resources partnered with the Urban League to provide information on weatherization of homes. Big Brothers and Big Sisters recruited mentors, and the Farmers' Market had a live cooking demonstration.

That kind of outreach is one reason why Jeff enjoyed such wide support from many people outside of his district as well as within the district, and why so many hopes were invested in him. It is an example of the kind of organizing to improve people's lives Jeff can be expected to do in the future.

Washington University in St. Louis, Campus Box 1137, One Brookings Drive, St. Louis, Missouri 63130-4899
(314) 935-6860, *Fax:* (314) 935-4432, *webmaster@biology.wustl.edu*

My main activity outside of my laboratory is Prison Performing Arts. Our mission is to bring performance and the opportunity to perform to incarcerated young people and adults. We have active programs at Juvenile Hall, Hogan Street, the women's prison in Vandalia and the men's prison in Bowling Green. Jeff attended several inmate performances, the most recent of which was by inmates at Bowling Green of Acts I and II of Shakespeare's "The Tempest". It was hugely important to the inmates that a State Senator would take the time to come to Bowling Green for their performance. There was certainly nothing in it for Jeff. These were not potential voters. They were just men who had, out of impulse or bad considered decisions, ended up incarcerated. And now they were doing something incredible, performing a Shakespeare play and a State Senator was part of the audience applauding their performance and encouraging them to do other extraordinary things with the part of their life that lie ahead of them. This was Jeff at his best. And I believe that this is the Jeff who will redeem himself for having broken the law.

As a layman, my view of sentencing is that it has retributive and deterrent components. One aspect of deterrence is to maximize the probability that the law-breaker will not re-offend. I trust you agree it is unlikely that Jeff will re-offend. The other aspect is to send a message to others that, if you cut corners, either in pursuit of political or personal gain, and, especially if you try to cover up your wrong doing, then there will be consequences. Clearly, being charged with a serious crime is a serious consequence, one that will make other public figures think twice if their moral compass should fail them and they consider unlawful acts. Of course, what you must decide, Judge Jackson, is whether it is necessary for Jeff to spend time in prison to drive home the deterrent effect and whether it is necessary as retribution for having broken the law.

Many consider that punishment, in the form of jail time, should be an invariant consequence for breaking the law. In this mode of thinking, no one should get off scot-free. In my view, if Jeff serves no time in prison, he will still have experienced significant punishment. He will be unable to try to serve the public in ways that were clearly so central to his life and I suspect, to his life dreams. By itself, that is considerable punishment.

In the end, you will have to decide what sentence best serves our society. I hope that you will decide that we will be better served by Jeff Smith being able to work to better our community outside of prison rather than being incarcerated.

Sincerely

*Danny Kohl*

DANIEL H. KOHL
Professor Emeritus, Biology            Phone: (314) 935-5387
Campus Box 1137, Washington University    FAX: (314) 935-4432
St, Louis, MO 63130-4899               CELL: (314) 809-3214

October 2, 2009

Judge Carol Jackson
United States District Judge
111 South 10th Street
Suite 14.148
St. Louis, Missouri 63102

Dear Judge Jackson,

For two years, I served with Jeff Smith in the Missouri State Senate.  I write today to describe to you the individual many of his colleagues came to know over that period of time, and some of what we learned from him, as well.

But before I do, let me say a word about the senate district Jeff Smith represented.

Perhaps no senate district in Missouri possesses the unique characteristics of Missouri's 4th senatorial, the district that elected Jeff Smith in November 2006.  As you may know, the fourth district is fifty percent white, fifty percent African-American.  Fifty percent north, fifty percent south.  One hundred percent St. Louis City Public Schools.  Enormous drop out rates, and substantial economic challenges.  Pockets of urban renewal along side pockets of urban decay.

On paper, the fourth district would appear nearly impossible for any one individual, male or female, white or black, to fully represent because, quite simply, the district is so disparate unto itself.  The best any one person can do is to listen well and try hard.

From nearly the first moment I met him, I knew Jeff Smith was very clear on one thing.  He believed, and I think correctly so, that the challenge of improved communication, dialogue, and understanding across racial divides remains one of the central challenges facing our state.  That simple – yet profound – hurdle of listening, and hearing, one another with patience, empathy and clarity.

More than any other, this was the arena into which Jeff Smith dedicated himself.

I'm sure you have already read many letters regarding Jeff's annual three-on-three basketball tournament.  True enough, critics called it clichéd.  But, your honor, to see it in front of you was something really quite amazing.  In a political world

1

accustomed to fundraisers at swanky golf clubs and cocktail parties, Jeff's three-on-three tournament was uniquely Jeff – an all day affair, rooted in neighborhood involvement, embracing constituents over lobbyists.

Hundreds and hundreds of young people on a summer day in a city park. Young men, pitted shirts and skins, black and white, together, as naturally and relaxed as a family picnic. Young people, many of whom had likely never even voted before, supporting this young politician from a distant neighborhood. Hot dogs and hamburgers on the grills. Lemonade. People coming together as a community. Like many of my fellow senators, I would occasionally stop by the annual event just to marvel at it. To marvel at what government would be like if such outings were the norm and not the exception.

But the three-on-three tournament was really just a reflection of something deeper: Jeff's central passion to break down walls and build bridges between the two sides of Missouri's Fourth District. While most politicians struggle to negotiate such cultural situations, Jeff Smith dove into these moments with gusto and passion and an openness that inspired many of his colleagues.

To put it bluntly, if a short, brash, Jewish kid from Ladue could roll up his sleeves and dive into the political separation that runs astride Delmar Boulevard, why couldn't all of us do our part a little better? If he could build meaningful, caring relationships with so many individuals who had no voice in our political system, why couldn't the rest of us stretch a bit further into communities unfamiliar? If this graduate from one of Missouri's privileged school systems could dedicate his passion to solving the challenges of St. Louis Public School System, why couldn't each of us feel more passionately about issues beyond our own experience?

Like him or not, Jeff Smith challenged government leaders to care about issues that otherwise seemed far removed from their districts and their lives. He taught a conservative Speaker of the House to think in new and empathetic ways about a crumbling urban school district. He pressed his colleagues in an overwhelmingly Republican senate to institute "fathering courts" in St. Louis to help troubled men become better dads and avoid felony convictions. He prodded this senator from Cass County to travel across the state to walk unfamiliar neighborhoods and listen to residents of the 22nd Ward tell stories of the gunshots heard outside their homes at night.

Your honor, no one condones the activities that have brought Jeff Smith before you. His actions were absolutely wrong, plain and simple. I do not write this letter to exonerate his conduct in any way.

But I do write to confirm what I know many others have said to you. Jeff Smith communicated the complexity, challenges and possibilities of the 4th District in a way that caused many people, including myself, to think more broadly about St. Louis, its past and future. He challenged us to get beyond traditional political dividing lines and think about urban politics from a fresh perspective. He dove

headlong into one of the greatest challenges facing our state, and watching him fearlessly take that dive changed many of us, I believe, for the better.

I ask you to consider these things as you make your decisions, and I thank you for your patience in reading this letter.

Respectfully,

Chris Koster

# Joshua Kowitt

2400 Chestnut St.
Apt. 1510
Philadelphia, PA 19103
T 617 778-4334
kowittj@gmail.com

September 12, 2009

Honorable Judge Carol Jackson

Dear Judge Jackson,

I am writing to you as a former student and current friend of Jeff Smith. I attended Washington University in St. Louis from 2000-2004 where I studied Political Science. Jeff was my Teaching Assistant for American Politics. In general, students and TAs do not look forward to recitation sections. Students wish they did not need the extra help, and PhD students would rather return to their studies. Jeff's recitation section was different.

In the first class, Jeff sat myself and 25 other students in a circle. He wanted to learn our names. We went around the room, one by one, stated our name, and waited for Jeff or one of our classmates to determine who are "celebrity look alike" was. My name was Butthead, from the old MTV cartoon. For the rest of the semester, Jeff made American Politics come alive. His care for the subject and our learning of it was deep and genuine. Jeff showed us that you can truly love your job. That even mundane tasks, like teaching a recitation section, can be opportunities for greatness. This is a lesson I remind myself of every day. More so, Jeff left a lasting mark on the class that we all have an obligation to help those less fortunate. Jeff's ability to make his passion for doing good ours, is a unique talent. We would not forget this duty.

Four years later, Jeff decided to run for United States Congress. Many of my good friends and fellow Political Science students, postponed their after-college plans to work on his campaign. I believe they decided to work for Jeff for two reasons. First, they agreed with the issues Jeff stands for. Second, and more telling, they were inspired by Jeff. Just as in the recitation section, Jeff has the special ability to push people to believe in something greater than themselves. His care for helping society infected everyone on that campaign. To this day, my friends and I continue to volunteer on campaigns and stand up for important social issues. Jeff taught us how to do this.

Judge Jackson, I understand that you are responsible for sentencing Jeff. As you weigh the motivating factors of his sentence--the punitive and deterrence value--I encourage you to balance these against the opportunity cost of keeping Jeff's story and lessons from others. Jeff's ability to transfer his love of making a difference to, in particular, young people, creates exponential value for society. In other words, Jeff taught me, how to get involved and stand up for what I believe in. He will do the same for other students. Now, more than ever, Jeff can be a multiplicative source for good in the St. Louis community. I urge you to give Jeff the opportunity to right his wrongs in the most meaningful and valuable way-- teaching city youth.

Sincerely yours,

Joshua Kowitt

Honorable Judge Carol Jackson:

Thank you for the opportunity to approach you with a letter of appeal in the sentencing of former State Senator Jeff Smith. I know Jeff though his work with a variety of admirable community organizations. Jeff and I both served on the board of the National Conference of Community and Justice, a non-profit that aims to build inclusive communities, free of bias, bigotry and discrimination. Jeff was extremely active in living out the mission of the NCCJ, recruiting new members and supporting the organization in many ways.

My husband, Jassen Johnson, also worked closely with Jeff, who tirelessly legislated for historic tax credits to be preserved for the state of Missouri. Because of Jeff's efforts, my husband will be able to continue to renaissance the historic "Automobile Row" district in Midtown St. Louis, East of St. Louis University, with tax credit assistance.  None of the renaissance that Jassen has accomplished in the past 7 years would be possible if it weren't for this tax credit.

We are grateful for Jeff's persistence and commitment to our neighborhood.  Jeff is truly a committed citizen of not only our state, but the St. Louis community. I can't imagine losing his energy, intellect and passion. Our community simply cannot afford to…

It is with great urgency that we encourage a sentence that does not include confinement. Rather, putting Jeff's talents, passion, commitments and intellect to good use in a community service fashion would seem to benefit our entire community.

Thank you for your time,

Sarah Kramer  & Jassen Johnson
3016 Locust Street, Suite 209
Saint Louis, Missouri 63103

11254 Hermitage Hill Place
St. Louis, MO 63131
September 27, 2009

To the Honorable Judge Carol Jackson,

I am writing this letter in the hope that you may give State Senator Jeff Smith a sentence that permits him to continue to do good works for the community as well as punish him for the crime which he has fully acknowledged he has committed.  I feel nothing positive would result from incarcerating a young man for the first mistake he has made.

I belong to a small group, "The League of Notions", which meets several times a year to study and discuss a variety of topics.  Last year, Sen. Smith (who I had never previously met before)  agreed to speak to us about the inner workings of the Missouri State Legislature.  It was a mesmerizing evening as he told us about the give and take necessary to create laws.  He was generous with his time even though there were only a handful of us in attendance, none of whom lived in his district.  It was obvious that he had a deep love of and commitment to the legislative process and wanted what was best for the community, not what was best for himself.

I know he has worked to create the Missouri Teaching Fellows Program to encourage well qualified teachers to come to needy school districts as well as expanding early childhood education for city kids.  This is the kind of volunteer work I believe he could do on a full-time basis under court supervision. I sincerely hope you will consider this alternative to incarceration.

I  hope you will be as compassionate to Jeff while sentencing him as he was to his constituents and the citizens of Missouri.

Thank you for your consideration,

Patricia Leontsinis

Patricia Leontsinis

Honorable Judge Carol Jackson,

I am writing to you on behalf of Jeff Smith.   I have known Jeff for close to eight years and in that time he has been a great friend and a tremendous resource to me.  I watched with great admiration as he developed from a relative unknown into a political heavyweight in state and local politics.  That admiration was met with an equal amount of shock and sadness as the news of his misconduct and subsequent conviction emerged.

It has been nearly a month since Jeff's guilty plea and conviction.   For those of us who know Jeff well time has not dulled the difficulty of watching the events of the past few weeks unfold.  It has been devastating to witness someone with so much promise, drive, and passion for public service fall so quickly.  I suppose the past month would have been easier if Jeff's actions were in any way indicative of who he is as a person.  I truly believe that Jeff's actions, while wrong, were the result of poor judgment and not poor character.

As long as I have known Jeff he has been passionate about two things, public service and education.  Naturally, he was the first person I called to guest lecture my students when I became a high school civics teacher at Lindbergh High School.  Prior to Jeff coming to visit my classes I showed the students a documentary on his congressional campaign.  The next day he entered to a standing ovation.  He left to a line of kids requesting autographs.

Jeff's ability to reach young people is unlike that of anyone I have ever seen. He is able to make these connections because he genuinely cares and the kids respond to his passion.  Having seen the rapport that Jeff is able to build with young people of all backgrounds I respectfully ask that in lieu of prison you allow Jeff to repay his debt by speaking to students about his rise and fall in politics.

All too often the news is filled with politicians who admit fault for their action and then quietly retreat out of the public eye.  Their apologies are the last images young people in our society see.  Their stories quickly fall from the public eye and are replaced with the newest scandal.  Young people do not see the legal, personal, and professional losses that follow lapses in character or errors in judgment.   I believe that seeing Jeff speak about his decisions over the past few years and the losses he has suffered as a result of them could impress the importance of character and the fragility of success upon the young men and women he addressed.

I am aware that every case that comes before you brings numerous letters written by friends and family members.  I am not writing in an attempt to excuse Jeff's mistakes.  He made them and has rightfully accepted responsibility for them both publicly and privately.  However, as an educator I think that Jeff has a valuable story to share.  I respectfully request that you allow him to share it with as many young people as possible in the hopes that Jeff can utilize his passion for education and rapport with young students to prevent others from making similar mistakes.

Sincerely,

David Leipholtz

September 28, 2009

To the Honorable Judge Carol Jackson:

I am a Principal in the Saint Louis Public Schools. This letter is in regards to the character of former Missouri State Senator Jeff Smith. I would like to make clear that I am not writing on behalf of the Saint Louis Public Schools, but rather as an individual who witnessed Mr. Smith demonstrate a caring attitude towards my students.

Mr. Smith visited my school multiple times in the three years I kept in contact with him. While he was at our school he gave me open and honest feedback about what he was seeing at our school, and what he saw at other schools. Truthfully, there were several topics on which Senator Smith and I disagreed. There were often times we had respectful disputes over e mail. However, I knew that his position and actions were based on what he thought were the best for the children of Saint Louis City.

When Jeff came to Busch AAA, he took hours out of his schedule to speak to our students, observe the teaching and even teach lessons. The students were very excited and he made them feel important, remembering almost all of their names when he called on them. The thing that really struck me about Jeff and his relating to my students was his enthusiasm; he really enjoyed working with the kids.

While some might say that this is a political ploy to gather support, I look at this as him reaching out to the community. Realistically speaking, none of our students can vote and very few of their parents vote. I think Jeff wanted to help us and really have an idea of what is going on in the city.

Mr. Smith admits and acknowledges his mistakes. I do feel that if given a chance, Jeff can do good things in the community again. Please take this letter into consideration.

Thank you.

Respectfully,

Robert Lescher
Busch AAA
Principal



# CIVITAS
Promoting Local and Global Citizenship

10845 Olive Blvd., #155    Phone: (314) 367-6480
St. Louis, MO 63141-7760    Fax: (314) 367-7742

Wednesday, September 16, 2009

Dear Judge Jackson,

I am writing regarding former Missouri State Senator Jeff Smith. I request that as you consider the consequences for Senator Smith as a result of the charges to which he pleaded guilty, that you take account of the outstanding work which he has done with the youth of our community.

You are probably aware of his role in starting and sustaining Confluence Academy, his coaching and mentoring with youth at Mathews-Dickey Boys and Girl Club, as well as the many incidental experiences he has had with children in providing helpful advice and cheering their spirits when times are tough.

You may not be aware of the work that Senator Smith has done with our organization, Civitas Associates. We are a small non-profit committed to facilitating the education of high school and middle school students to become effective and conscientious active citizens. What does that mean? We sponsor a host of programs including model United Nations, conferences on international issues, Urban Studies, and the Global Gateway interactive journalism program in conjunction with the Pulitzer Center on Crisis Reporting.

Jeff has met with students in our programs two or three times a year. Mind you, these students are not current voters, but he put the full intensity of his engagement in public affairs into his work with our students. The activities with which he has worked with our students include:

1.  Discussions with students about a "student bill of rights." He issued the "Jeff Smith Challenge," encouraging teenagers to propose ideas to him that if well-thought-out, he would introduce as legislation in the Missouri Senate. One of these discussions involved a remarkable give-and-take with a student from University City High School about teacher evaluation. This student was very concerned that teachers be scrutinized with the same intensity as they judge students. Working with Jeff, the discussion evolved into the idea of 360-degree evaluation of teachers; i.e. not only are teachers assessed by supervisors, but also by peers, students, parents, and anyone else who is professionally engaged with the teacher. Indeed, Senator Smith introduced such legislation; it passed; and we feel that the conversation with Civitas students played a role, however small, in helping him formulate his ideas. Equally importantly, it sent a message to our students that a public official was truly interested in their ideas and would "go to the mat" on their behalf.

2.  As our teenagers further considered a student bill of rights at a weekend conference in February, 2008, they saw the financial disenfranchisement that they suffered in shaping our educational system. Why did senior citizens who often did not have a direct connection with schools have the right to vote on bond issues, tax levies, and school board candidates when students who are directly impacted did not? The teens fashioned a proposal for high school juniors and seniors to be enfranchised to vote on these three issues.

    In conjunction with the Missouri History Museum, Civitas organized a discussion in October, 2008 with students and adults on the topic. We had one student representative (a high school senior at the time of the conference; now a sophomore at Washington University) and we asked Jeff to bring the adult perspective to the issue, particularly with regard to the legislative and public opinion hurdles involved.

    He was terrific with the audience; showing uncommon respect to the student and working collaboratively with her to brainstorm solutions. He informed everyone that implementing such a plan would require an amendment to the Missouri state constitution and that it was not the kind of idea that would have natural support among his colleagues. All the same, he gave the idea full respect and regard and left all with the knowledge that this was an idea that would be in his mind, and if an appropriate time arose for it to be

Email: info@civitas-stl.com      Web: www.kidswhothink.org

"publicly launched," he would be an engaged participant.

3. In June, 2007, Jeff met with our Urban Studies group to discuss a number of issues facing the state. The students were primarily interested in the plight of poor people in neighborhoods that were being dismantled for new development. The focus was on the Hadley Township area in Richmond Heights and Jeff convinced the students that he, as a public official, had a genuine and sincere commitment to protecting the rights of those who could least help themselves. He was open to their ideas and promised to work on behalf of individuals and neighborhoods that at times are literally and figuratively bulldozed by development.

Jeff has apologized for his mistakes. Apologies can be a dime a dozen and in recent weeks we have seen insincerity rear its ugly head with some high profile individuals. They do the backwards shuffle until they are at a point that they offer the minimum in remorse and the maximum in still trying to justify their indiscretions.

Once Jeff "faced the music," he did so with sincerity and dignity. He has let us know that acts are more important than words. Like all of us, he had a blind spot, but uncommon to the human species, he is not running away from the consequences of his actions. He wants to continue to provide outstanding services for youth and adults who are in need.

This is just a hunch on my part, but I suspect that Jeff will be even better at what he does as a result of what the British once called "these unfortunate times." The tennis player Andre Agassi used to promote Canon products, saying "Image is Everything." It's interesting how the more he said that, the worse his play became. After some self-reflection, he focused on a school for teenagers in his home town and clearly practiced the philosophy of substance over image. Indeed, his game once again rose to championship caliber. I believe that is where Jeff is now; the glitter of the limelight has faded and now he has the opportunities of an individual who is working with other ordinary citizens to better our society. If he has a future career in politics, it will only be after he has earned back people's respect. And that will not happen until his accumulates a record of genuine down-to-earth accomplishments for the betterment of our community.

I would like to see Jeff have the opportunity to remain a vital contributor to our community. I encourage you to consider all feasible mercy in your sentencing.

Sincerely yours,

Arthur H. Lieber
**Civitas Associates**
10845 Olive Blvd., Suite #155
St. Louis, MO 63141-7760
**Phone:** (314) 367-6480
**Fax:** (314) 367-7729
**Cell:** (314) 495-1720
**E-Mail:** arthur@civitas-stl.com
**Web:** www.kidswhothink.org

October 23, 2009

The Honorable Carol Jackson:

Thank you for reading this letter. Jeff Smith is a former client of mine, and a good friend.

I believe that sending Jeff to prison would be a waste, and I hope that, if a punishment is available that would require Jeff to give back to the community he let down, the court will strongly consider that option.

This would be difficult to argue, if I had not had the chance to witness all the good he has done for his community – as a citizen. He worked from sunrise to well beyond sunset, never complaining about the crappy pay of a state legislator, the tedious work, the various demands on his attention, or the long hours. He was a relentless and passionate advocate for his constituents, particularly for those who are normally excluded from the political process: students, poor people, the uninsured, dropouts. He spent as much time working in recreation centers and playgrounds as he ever did on the floor of the General Assembly.

How would incarcerating Jeff repair the damage done? Yes, sending Jeff to jail certainly punishes him. However, if you send him to jail, you are also depriving the community of a passionate, compassionate, and intelligent community leader, just the kind of people we need now more than ever. Yes, Jeff made a grave mistake, and jail time would certainly teach him a lesson. But a lesson learned in the isolation of a jail cell leaves the broader community at risk of repeating his mistakes.

That is why I ask the court to consider a punishment that would require Jeff to give back to the community that he has wronged. If Jeff is able to reflect on his actions with and among the community, his lesson will become *our* lesson. For instance, if he is required to teach, or participate in a community group, this would not only force him to reflect upon his actions daily, but it would also allow us to learn the lessons *with* him. This would ensure that his story and the lesson learned would not simply fade away with the continuous wash of daily news.

Please consider the wider impact of Jeff's sentencing. With jail time, both Jeff and the community are punished. Both are forced to into isolation, into positions making both unable to fully understand and learn from Jeff's mistake. That is why community service best fits Jeff's crime. Community service enables Jeff and the community to learn and grow from this dark time.

**I urge the court to please consider an alternative punishment that would require Jeff to teach and coach and mentor -- or do some other job that would use his passion to make our community better.**

I have spoken to Jeff many times since his appearance in court. I know that he is angry with himself for the decisions he made. I know that he would, given the chance, make different ones. I know that he is sorry and ashamed.

But, the court can make a better decision than prison - a decision that I truly believe is better for all of us. Please do.

Thank you.

Matt Lieberman

12 Roseacre Lane.
Saint Louis, Missouri 63119

# Mark N. Light

September 24, 2009

Honorable Carol E. Jackson
United States District Court, Eastern District of Missouri
Suite 14.148
Thomas F. Eagleton Courthouse
111 South 10th Street
Saint Louis, Missouri 63102

     **Re:   Jeffrey R. Smith**

Dear Judge Jackson:

I am writing in support of Jeff Smith, who I understand is before you for sentencing. I have known Jeff since 2006, and count him as a close friend and confidante.

Although your path and mine have never crossed, I am a lawyer who practiced in the white collar area with Barry Short at Lewis Rice & Fingersh for 11 years before leaving private practice in 2007 to join The Boeing Company. I share my background only because it relates to my impression of Jeff's conduct in this matter. In my experience, I have never encountered a defendant who handled what can only be described as an overwhelming and stressful situation with more dignity, respect, honor, and acceptance of responsibility than Jeff has shown in this matter. As a lawyer with experience in this area, I am deeply impressed by the way in which Jeff has handled himself since being charged.

The circumstances that led to this matter being before you are the result of an anomaly – Jeff is an honest, hard-working, sincere, genuine, self-sacrificing individual. His commitment to our community, particularly those less fortunate, is nothing short of extraordinary. Despite other significant professional opportunities, Jeff has committed his life to improving the lives of those around him.

I am sure that you have been flooded with letters detailing Jeff's significant contributions to our community, locally and statewide. My respect for Jeff in that regard is significant. Of particular note is Jeff's role in establishing Confluence Academy, a charter school that provides a meaningful alternative to the St. Louis Public Schools. Jeff's work with Confluence Academy has been tireless and considerable. Under Jeff's leadership, Confluence Academy has grown to four (4) campuses, including a college preparatory high school in downtown St. Louis, with a second, performing arts high school planned.

*September 25, 2009*
*Page 2*

Providing a quality education to urban children is a challenge for a number of reasons. Jeff has never compromised his commitment to ensuring that all children in St. Louis be given an opportunity to obtain a quality education. He has committed countless hours to make sure that urban children are given a fair opportunity.

Jeff is amazing person with much more to contribute to our community. I respectfully request that you consider Jeff's humility, his acceptance of responsibility, the fact that the conduct at issue was an anomaly, and the value that Jeff adds to our community in determining the appropriate sentence.

Very truly yours,

Mark N. Light

Mary Long
10 Zinzer Court
Grantwood Village, MO
September 20, 2009


Judge Carol Jackson

Dear Honorable Judge Carol Jackson:

   I am writing in order to help you know more about Jeff Smith. I am not a lawyer or a politician. I am a mom interested in civic affairs. I serve on several community boards and volunteer with a number of nonprofit organizations. I am currently on the St. Louis League of Women Voters Board and the Mosaic Services Board. I volunteer for the National Council on Alcohol and Drug Abuse, The American Liver Foundation and CHADS Coalition for Mental Health. I met Jeff five years ago when I heard him speak to a group of young people. I was immediately impressed with his intelligence and interest in education for all children and volunteered to work for his campaign for Congress. We have been friends ever since.

   I was very angry when I heard what Jeff did. I felt betrayed and was extremely sad to see such an incredible waste of talent and ability. There is no excuse for what he did. However, our opinions of him should also recognize Jeff's many contributions to our citizens and our city. I have never seen anyone work harder than Jeff to improve the lives of those without a voice. The first time I met Jeff, I was impressed that he did not just talk about improving education, he actually did something. He went to work for the St. Louis City Schools. He helped found a group of city charter schools (not popular with Democrats or the teachers' union). Jeff coached basketball at Mathews-Dickey Boys' Club, and taught ACT prep classes to inner city youth. I volunteer with his annual basketball tournament at Fairmont Park where he provides health screenings, school supplies and free books to inner city children and their families. It takes months and months of hard work to put this on for the community. This event has grown from around 300 participants the first year to around 2500 this year.

   Jeff always makes time to help others and it is not based on what they can do for him. He has helped me promote one of the Liver Foundation's student programs on liver disease. He met with the founders of CHADS Coalition for Mental Health to discuss ways to improve mental health support for Missouri's children. I also sat in on one of Jeff's classes at Washington University and witnessed his gift for connecting with students. One of the other students in the class told me that she had more reading and work assigned in Jeff's class than in any of her other classes yet he was her favorite professor.

   There should be consequences for what Jeff did but I hope there is a way to incorporate community service into the sentence. Jeff has a special ability to connect with people of any age. He can still be an inspiration. I can see him talking to groups of young people about the work it took for him to be successful, the mistakes he made and the value of being a person of character. I can see him teaching others who want to make a better life for themselves. I have felt Jeff's anguish and contrition. I hope some good can come from this experience. I do believe in redemption.

Sincerely,

*Mary Long*

Mary Long

September 30, 2009

Honorable Carol Jackson

Dear Honorable Jackson:

Jeff Smith has been a close friend, mentor and role model to me and my work at the poverty fighting foundation I started here in San Francisco. I met Jeff in Des Moines, Iowa on the Bill Bradley for President. Jeff and I were field organizers working for less than minimum wage because we believed in being part of something bigger than ourselves. We knocked on doors, set up rallies, and walked innumerable parade routes and Jeff was always the first one in to work and the last one to leave. His leadership, selflessness and intellect was easy to spot and he quickly climbed the ladder in the campaign. Since that summer of 1999, I can tell you that he has always been a trusted advisor to me.

When the campaign ended I made my way to New York and ended up at a poverty fighting organization called Robin Hood. From there I came back to my hometown, San Francisco, and started an organization called Tipping Point Community, a grantmaking organization focused on fighting poverty in the Bay Area. At every step of my journey I have called upon Jeff for advice and counsel. Jeff has committed his life to helping communities that have been forgotten or left behind. Jeff has always fought to provide every single individual with the opportunity to make a better life for him or herself and their family. With his knowledge of the non-profit sector, especially with respect to education, there have been few others with his level of expertise that I can turn to for advice.

This letter of support is not meant to condone Jeff's actions nor do I mean to let Jeff off the hook for his abuse of our laws, but despite Jeff's lack of judgement in the matter before the court this is a young man who has done such incredible work for his community over the past 15 years that sending him to prison feels like not only an excessive punishment to Jeff but even more so to the community that he has served tirelessly.

There is no question that Jeff made a terrible mistake. He knows that. The question is how best he can repay his community and the state of Missouri. Losing his seat in the state senate is a devastating loss to Jeff personally and I feel that is a severe punishment, however for the betterment of St. Louis and for Jeff he should be ordered to continue his service to the community without remuneration. Going to prison for his mistake would deprive the community of an individual that has a lot to offer. Teaching in a school, or serving the community in such a manner that the court deems appropriate is a way for Jeff to pay his debt to society while allowing the community to benefit as well.

With Respect,

Daniel Lurie