LOWENHAUPT & CHASNOFF, L.L.C.

ATTORNEYS AT LAW

IO SOUTH BROADWAY, SUITE 550

ST. LOUIS, MISSOURI 63102-1712

(314) 241-5950

FACSIMILE (314) 436-2667

ESTABLISHED 1908

INTERNET ADDRESS cal@lowenchas.com

September 24, 2009

Honorable Carol Jackson

Dear Judge Jackson:

I am writing on behalf of Jeff Smith, a young man whom I have known for many years. Jeff has been an early supporter of initiatives I have seen young people in the St. Louis community begin to improve their community. His colleagues admired and liked him in these efforts – he was a genuine leader.

I have known several of Jeff's contemporaries who knew Jeff during the campaign of Bill Bradley, shortly after his graduation from college, and they have described his work as "motivational." One of those has told me of his fine work at Dartmouth motivating students to play roles in public improvement. And I am told that his work at Washington University inspired many students to get involved in their community.

As a role model, Jeff is no longer the "inspiration" for those of his generation. But he can be the moral lesson for those of his generation. I expect that Jeff has the wisdom and capability to play that role so long as he has been properly chastened by the effect of his misdeeds. As I have not spoken personally to Jeff for some months, I have no basis to determine his attitude but can only attest to his capability to lead others on a more reliable path to community involvement by his own story of criminality.

I hope that you can take these thoughts in mind as you consider Jeff's sentencing. That his accomplishments for the public good reflect a capacity to continue to lead others to do good.

Sincerely yours,

Charles A. Lowenhaupt

CAL:ba

25 August 2009

To Whom It May Concern:

I write in support of Jeff Smith. I've known Jeff since he started as a graduate student here in the Political Science department of Washington University. Jeff took courses with me and I was a member of his dissertation committee. We have stayed in touch since he finished here and I have volunteered on Jeff's campaigns. I have also asked Jeff to be a guest speaker in my courses on American Politics several times. I don't know the details of the current case, but I consider Jeff a good person with good moral character. Allow me to mention some reasons for my perception.

First, Jeff has good intentions. As a political scientist, I'm usually somewhat cynical about politicians and their motives. Thus, I don't work on a lot of campaigns. I have worked for Jeff, however, because I'm confident that his motives are sincere and well-founded. Early in his political career, I asked Jeff confidentially one time why he was working so hard to get into office and he answered that he thought he could do some good things for people who needed them. I believed him then and I believe him now.

Second, Jeff was always willing to help a good cause. His work on charter schools and other issues is exemplary. These are causes that often have little constituency or at least not much of a voting constituency. Thus, one can only conclude that Jeff is sincerely committed to helping people who find it hard to help themselves.

Third, Jeff has done yeoman service as a teacher. Just as one example, I've asked him many times to come in and speak to my classes. He has never disappointed. He shows great interest in the students and enthusiasm for them learning important basics about American politics. The students respond enthusiastically. Not surprisingly, Jeff has helped many of them go on to other opportunities.

Finally, I think highly of Jeff as a colleague and friend. I've always enjoyed our conversations. He is a decent person with many good qualities. I hope you take these qualities into account in the current situation. Thank you.

Sincerely,


William R. Lowry
Professor of Political Science
Washington University

September 11, 2009

The Honorable Carol E. Jackson
United States District Judge
Eastern District of Missouri

Dear Judge Jackson:

My name is Janet L. Mackey.  I currently serve as Director of Human Resources - Southeast Area Tax Practice, for the one of the world's Big 4 public accounting firms.

I have known Jeff since my days at Ladue Horton Watkins High School.  Admittedly, we lost contact upon graduating and moving on to our respective universities.  However one day as I was traveling home to St. Louis from school in North Carolina, Jeff and I ran into each other in the airport during a layover.  It was at that time I realized what an asset Jeff had been, and what his aspirations were for the St. Louis community.  We were able to catch up on his studies, the work he had done, and ultimately what he planned to do to serve the community.  He even explained that his parents were somewhat disappointed in his choice of career path.

I walked away from that conversation not only vowing from that point on to follow and support Jeff's career, but also being so proud to be a friend and colleague of such a courageous man.  Courageous because not only was he following his passion, but I also knew that he would face a number of challenges in both the academia and political realms.

And here we are today, with Jeff having been tested.  Judge Jackson, we have all made mistakes.  But not everyone owns up to his/her moments of misjudgment.   Jeff has publicly admitted to the mistake he made, and knows the severity.  I am writing this letter on behalf of Jeff, to ask that you be as lenient as possible on his sentencing.  Please consider the positive work he has done in the community, as well as the impact he has made on the youth.  Like many communities across the nation, St. Louis needs all the help, advocacy, and support we can get.  And to have someone with as much dedication as Jeff, is hard to find.  We need Jeff back out there as soon as possible!

Thank you kindly for your time and attention.   Please don't hesitate to contact me should you have any questions.

Sincerely,

Janet L. Mackey
Director of Human Resources -- Southeast Area Tax Practice
Ernst & Young LLP
(314) 322-1683

at the corner of family and future

September 9, 2009



**ST. LOUIS**
**HOUSING**
**AUTHORITY**

**Francis G. Slay**
Mayor

**Sal F. Martinez**
Chairman

**Thomas Jerry**
Vice-Chairman

**Shonnah Paredes**
Treasurer

**Lawson Calhoun**
Commissioner

**Gary Parker**
Commissioner

**Brenda Simpson**
Commissioner

Dear Honorable Judge Carol Jackson:

I am writing to provide my highest character reference for Mr. Jeff Smith. I have know Jeff for over four years and have found him to be an outstanding community advocate that is particularly committed to the service of the disadvantaged and/or low income residents of the St. Louis community.

I have personally worked with him in efforts to produce quality, affordable housing for our community, create additional mentoring relationships for our community's at risk youth and in providing innovative services like health screenings, school supplies and other amenities to our residents.

His unwavering energy and commitment to our community is immeasurable and I have no doubt that he will continue his advocacy in the future. In this regard, I am appealing to you for leniency in your sentencing of him. I believe Mr. Smith has been contrite in his apologies to our community and I am confident that he will truly redeem himself as he moves forward with his life.

I thank you for your attention to this correspondence and hope that you will look favorably upon my request.

Sincerely,

Sal Martinez
Chairman

**Board of Directors**
Rev. William G. Gillespie
*Chairman of the Board*
Rev. Earl E. Nance, Jr.
*Vice Chairman*
Delores Mars
*Treasurer*
Dr. Mary Ellen Burford
*Secretary*
Ray Agnew
Jo Ann Arnold
Terence M. Baer
Thomas E. Barta
Jim C. Bnz
Christine Buck
Michael H. Clark, Sr.
Thelma V. Cook
Debra R. Denham
Michael L. Dulaney
John H. Ferring, IV
Jonathan Ford
Chief Sherman George
William B. Green
Karl A. Grice
Robert Grote, Jr.
Dr. Cleveland A. Hammonds, Jr.
Timothy F. Hanser
Michael Harding
LaVicki Hart
Thomasina F. Hassler
Odell Hendricks III
Robert T. Hensley, III
Anthony W. Hooper
Everett Horne
Lethome Johnson
Nicholas Karakas
Thomas Kelly
Joseph C. King
Allan J. Kressig
David A. Landesman
Johnny H. Londoff, Jr
Richard J. Mark
Kevin Mowbray
Frank Mueller
Ken L. Nelson
Brenda D. Newberry
Jack Raymond
Tamee V. Reese, Esq.
Randy C. Sanderson
Andrew "Drew" Selman
Ed Shields
Rev. E.G. Shields, Sr.
John R. Stivers
Tom D. Sieckhaus
Richard W. Stegmann
Howard V. Stephens
Wendy Wiese
Bill Wilkerson
Roy Williams
James E. Williams, Jr
Keith H. Williamson
**Emeritus Directors**
Jimmy Bell
Dexter K. Bardes
Jean Cripps
DiAnne Drake
Martin Duggan
Barbara B. Ellis
Donald E. Fahey
Stephen M.D. George
Rich H. Gray
Frank Grice
Shirley Hardge
Stephen C. Jones, Esq.
Judson W. Pickard, Jr.
Dr. Anne E. Price, Ph.D
Frank A. Robinson, Sr.
Barry Shelton
Hershel Wilson
**Life Directors**
Nathaniel Bishop
Douglas A. Mikel
Robert Trice
**Consultants**
Lynn Beall
Lou Brock
August A. Busch III
Richelle Carey
Robert Clark
Jerry Clinton
Roland J. Corvington
Senator John C. Danforth
John Francis Dill
Benjamin F. Edwards III
Terrance C.Z. Egger
Irl F. Engelhardt
David H. Ervin
Johnny Furr, Jr.
John D. Graham
Charles F. Knight
Mark Lamping
Johnny Londoff, Sr.
Richard B. Loynd
Raymond E. Mantz
Wayne McDonald
Stan (The Man) Musial
Craig D. Schnuck
Ozzie Smith
Wayman F. Smith III
Debbye L. Turner
Mrs. Eugene (Evie) Williams



Martin L. Mathews
*President & CEO*

October 13, 2009

The Honorable Carol E. Jackson
Judge
United States District Court
Eastern Division of Missouri
111 South 10th St., #14.148
Saint Louis, Missouri 63102

Re: Jeff Smith:

Dear Judge Jackson:

As someone with a life-long history of helping young people, we're writing to you on behalf of Jeff Smith. We've known Jeff since he was a teenager playing basketball at the Club. At that time, we were still called Mathews Dickey Boys' Club. Eventually, he became a tutor and later, a coach. Throughout the years, he has been involved with us in various capacities — even enlisting his parents and friends as volunteers.

We understand that Jeff made a mistake, yet know him to be a good-hearted person who is very remorseful. We believe that he has learned and grown from this error. He has coached, mentored and inspired young people, especially our young men. As someone who has given back to the community long before this happened, we are confident that Jeff will continue doing good things.

The Mathews Dickey Boys' & Girls' Club needs more volunteers with Jeff's knowledge, skills and work ethic. Our teenage boys, in particular, could benefit from a volunteer like Jeff. He can discourage young people from making the same mistakes and encourage them in a positive direction. Because of his familiarity with our program and its operation, he would be an ideal volunteer, role model and mentor. We believe our young people can learn from this story and good deeds.

Judge Jackson, we believe Jeff Smith's talents and concern for young people make him a tremendous asset. We're appealing for you to allow Jeff Smith to conduct community service hours at Mathews-Dickey to pay his debt to society. Thank you for your consideration. If you have any questions, I can be reached at (314) 382-5952, ext. 233.

Sincerely,

Martin L. Mathews
President, CEO & Co-Founder

MLM/bf

cc: Barbara A. Washington, VP/PR & Special Events — Mathews-Dickey



A United Way Member

4245 N. Kingshighway Blvd. • St. Louis, MO 63115 • Voice: 314.382.5952 • Fax: 314.389.3033

September 23, 2009

Honorable Judge Carol Jackson
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Dear Honorable Judge Jackson,

Jeff Smith has committed himself to improving the lives of St. Louis's most disadvantaged. In the many conversations that we have had regarding his work, he has consistently held fast to his desire not only to reform District 4's schools, but also to reform St. Louis City's struggling school district as a whole. I remember when, during one of our dinner dates with Jeff, my husband expressed doubt as to the usefulness of education reform in lieu of using one's efforts enact other reforms; Jeff swiftly, but adeptly and with measured determination, explained how improving the lives of the youth through access to better education will not only immeasurably improve their adult lives, but also make their present lives easier, in light of the daily difficulties they face outside of school. I will not speak for my husband, but I will say that I was certainly convinced. I was also impressed by his unwavering determination to show how important improving the lives of St. Louis's youth is to him, even if it was not during normal work hours and, presumably not the usual forum in which he discusses his political interests. One thing I have learned about Jeff is that he does not understand the concept of the weekend or of a nine-to-six job.

I have also benefited from Jeff's devotion to St. Louis. I have great respect for Jeff's decision to be involved so intimately with the city itself. I grew up in Webster Groves, so I did not have much experience with the city of St. Louis as a kid; in fact, I was a bit scared of it and rarely went down there, other than for baseball games. But Jeff has made me realize that there is real promise in our city and that it is worth fighting to improve it. Unfortunately, I have left St. Louis to start my legal career, but I hope to return in the very near future. Jeff has had a hand in convincing me to move within the city limits when I do return, something I likely never would have considered before meeting him.

I sincerely believe that St. Louis needs someone like Jeff to keep it afloat. Like many other Midwestern cities, the city of St. Louis is having a difficult time with economic growth. And, as is unfortunately the case, in times of trouble, the less-fortunate stand to lose much more than those with means. St. Louis City's youth and impoverished need someone like Jeff Smith to remind the other Missouri politicians that they exist and that they, too, need support in these difficult times.

From the dinners and outings that we have had together, I have come to know Jeff as a very intelligent man who has devoted himself to public service. What I find most respectable is

that he certainly could, if he wanted to, make significantly more in other professions; instead, absent ulterior motives, he has dutifully dedicated his professional career to find ways to help the disadvantaged, all while holding another job teaching at Washington University. I have yet to meet someone who is equally as passionate and determined to serve St. Louis city as Jeff has been and continues to be.

Thank you for your time and consideration of this letter. If you would like further information, please do not hesitate to contact me at 504-220-1791.

Sincerely,

Erin McGaughey



CAPITOL OFFICE:

STATE CAPITOL, ROOM 421
JEFFERSON CITY, MO 65101
TELEPHONE (573) 751-1492
FAX (573) 526-0560

DISTRICT OFFICE:

101 MISSISSIPPI AVE
CRYSTAL CITY, MO 63019

COMMITTEES:

ECONOMIC DEVELOPMENT, TOURISM
AND LOCAL GOVERNMENT

PENSIONS, VETERANS' AFFAIRS
AND GENERAL LAWS

TRANPORTATION

WAYS AND MEANS

GUBERNATORIAL APPOINTMENTS

# MISSOURI SENATE
### JEFFERSON CITY
# RYAN McKENNA
### 22ND DISTRICT



September 4, 2009

To Honorable Judge Carol Jackson:

I have had the pleasure of working with Jeff Smith in the Missouri Senate for over the past 3 years. During the years of our acquaintance, I have watched Jeff fight for the causes that he is passionate about. He cares deeply about the City of St. Louis, about those less fortunate among us and public education across the state.

I was saddened to hear that Jeff committed a serious breach of public trust. This was a grave disappointment to not only his family, friends and colleagues but most importantly the citizens of St. Louis City and the State of Missouri. As we all know, people make mistakes, but I know Jeff to be an intelligent, capable, and dedicated individual. My hope is that you will allow him to use those qualities to help others. As a first time offender, I would plead with you to offer community service, volunteering, or teaching or coaching instead of incarceration.

Thank you for you consideration and please do not hesitate to call me if you have any questions.

Sincerely,

Ryan McKenna
Missouri State Senator
District 22

RM/lh

**AFRICAN MUTUAL ASSISTANCE ASSOCIATION OF MISSOURI (AMAAM)**
3664 Arsenal Street • St. Louis, MO 63116 • (314) 776-8885 • 776-8896 • FAX (314) 776-0401 • Website: www.amaamus.org

September 10, 2009

The Honorable Judge Carol Jackson
111 South 10th Street, Suite 14.148
St. Louis, 63102

Your Honor,
Re: Former State Senator Jeff Smith

I have followed closely the recent issues surrounding former State Senator Jeff Smith in which he made a serious judgment call. As a long time advocate for the underprivileged regarding health care, social justice, anti-hate crimes and equity Jeff Smith should be given leniency in your decision. Secondly, Jeff has accepted responsibility for this terrible lapse of judgment and has shown his remorse by his letter to the wider community and his constituency.

I have known Jeff for the last 8 years and had seen him working day and night in encouraging young people not to quit on school, giving hope to New Americans, refugees and other categories of legal immigrants to participate and engage in our democratic process. He has personally educated me in outreaching to our diverse African communities in civic responsibility and encouraging community to embrace the values of our constitution and our diversity. Jeff has come to our center to give me support and encouragement when my agency suffered severe financial crisis and budget shortfall as many not-for-profit organizations in our state. He has generously contributed to our fund raising efforts in 2006-2007 to continue our social adjustment service. He is a person who cares about average people and the most vulnerable. In fact I was amazed that he shares his time to listen and find solutions when agencies that serve the most vulnerable like mine are affected. He has given me his ears and his support in our difficult times although he is unable to find us lasting solutions in funding. I believe that a great legislator should not only help people in securing  funding, but he or she should listen to people's predicament and support them in their time of your need and anxiety. That means a lot to me as a community leader and my clients who are struggling to adjust to their new adopted home.  I am very fortunate to have had a representative who takes his time to encourage a small community and a population that does not have a political clout. Jeff Smith respects every small community as equally as large communities. When I call him during our fund raising or when we discuss important issues like mental health, he shows up in our conference early and recognizes individuals and agencies so that they should continue their great work of making a difference  despite hardships and difficulties. In September 27, 2007 he took his time and graced our Mental Health Conference called "MAKING A DIFFERENCE UNMASKING CULTURAL STIGMATIZATION"; he elevated the gathering by providing proclamations to a social work expert, an educator of torture and war trauma and a conflict resolution / alternative dispute resolution mediator. This was a great moment personally to me because all of the attendees work with PTSD patients, the uninsured and the less fortunate. Jeff is a great thinker, an excellent legislator who values public service.  When you render your decision I beg your Honor to see his contribution of giving hope to the underprivileged and the most vulnerable. His lapse of judgment and mistakes are understandable, there is no excuse for it. Jeff has to be given a chance   for your leniency in light of his valuable contribution to the voiceless.

Respectfully,

Gedlu Metaferia
Executive Director
AMAAM
Tele: (314)776-8885
Fax: (314)776-0401
Email-     gedlu@AMAAMUS.ORG
Web site-   www.AMAAMUS.ORG

AMAAM is a (501) (C) (3) organization that provides educational and social adjustment services to refugees and other categories of legal immigrants. It also educates the public through forums on immigrant issues to promote tolerance and understanding

Gregory Louis Meyer
5704 Potomac
St. Louis, Missouri  63139-1911
314 352-0714


Honorable Judge Carol Jackson
111 South 10th Street
Suite 14.148
St. Louis, Missouri 63102
September 30, 2009


Honorable Judge Carol E. Jackson:

I write on behalf of Jeff Smith.  I have been a public school teacher in the St. Louis area for over thirty years.  I first met Jeff when he was in high school.  He impressed me as a bright, caring, tenacious young man.  It was gratifying to see him earn his Bachelors in African-American Studies and his Doctor of Philosophy in Political Science.  Jeff always used his ability to help others.

If you review the activities Jeff has engaged in throughout his life you see a pattern of commitment to service. He has been a mentor to countless athletes and students.  He has organized activities to provide health care and food for those in need. Jeff is driven to make St. Louis a better place.

One of my philosophy teachers used to say "the corruption of the best is the worst".  It is disappointing that Jeff chose to lie about violating campaign law. I believe Jeff understands the gravity of his error.  No sentence is greater punishment than Jeff imposes on himself.

I ask that you allow Jeff to continue a life of service.  Jeff has much to give.  Let him pay his debt to society by using his talent for the benefit of our community.


Sincerely

Gregory Louis Meyer

October 5, 2009


Dear Judge Jackson,

I am writing to you on behalf of former Senator Jeff Smith.

He made a mistake, like we all do sometimes. I believe he is ready to accept full responsibility and punishment for his mistake. Unfortunately, he made a mistake on a grand scale, one that will cost him the loss of his political seat and the rest of his political career.

To know Jeff is to know that he is passionate about his community. When I moved to St. Louis, I was astounded by his efforts to make our city a better place. He was willing to work on behalf of our neighborhood, donating his time to volunteer at our small fundraisers not in the effort to win more votes but because he wanted to make sure that our neighborhood had what it needs to be a self-sustaining and efficient neighborhood.

I know that Jeff will not spend the next few years lamenting about his mistake. Instead, I am positive that he will use the opportunity to spend more of his time working to improve the various neighborhoods and helping to provide a voice for the people of St. Louis.

I know that Jeff will work hard to encourage others to pick up where he left off. He will use this experience as a lesson learned and a lesson to be taught.

I know that Jeff will do more for this neighborhood, for our community, for this city, than he can possibly do in prison.

When a punishment is decided upon, please do not make it one that quenches the passion that he has helped to spread among others in this great city, a fire to dream the best and achieve the best for St. Louis. Please allow him to find his path, one that winds through our great city, making it a better place for all of us. He may no longer be an elected official, but I know that Jeff will come into his own among the people of St. Louis in a new way, one that reflects his love of the city and its people.


Sincerely,

Mrs. Carmel Middelbos

5612 Pernod Ave
St Louis, MO 63139
314-578-8554

Honorable Judge Carol Jackson

October 9, 2009

Dear Judge Jackson:

I appreciate the opportunity to share a few words about Jeff Smith and the impact that he has had on me, my family, his peers, and his community.

"Brilliant. Beyond brilliant. He's a true genius, absolutely the smartest person that I have ever known. Furthermore, he has the ideals and values to change the world. He is the type of exceptional talent that will make a profound impact on this world. It would not surprise me if he became the President someday. He will be the President someday." I have said those words, redundant as they may be, over a hundred times when trying to explain my dear friend Jeff Smith to those who don't know him.

Growing up, he was extraordinary in every area, and shared his gifts unselfishly with his peers. I have memories of Jeff helping people with homework and projects, and even giving solid relationship advice. People always went to Jeff, because he was just always right. Far from the tallest player on the court, Jeff was a force to be reckoned with and an inspiration on the basketball court in high school. Unsurprisingly, his peers and even his teachers and coaches admired him. He also was, of course, the President of our Student Council. As the Treasurer of this same student government, I had a front row seat to witness Jeff's leadership skills and his ability to get things accomplished with ease. He always functioned way beyond his years. During my formative years, I credit Jeff with helping make me a stronger, more influential person in my life and career.

For 25 years I have continued to be impressed but never surprised by the accomplishments of Jeff. Since he was a young boy, he has had a passion to understand people of all backgrounds, has been aware of some of the inequalities that exist in this world and has possessed the desire to change them. This continued into his college years as well as in his post graduate studies and ultimately into his career. In his relatively short tenure of teaching as well as in politics, he has made a tremendous difference in the lives of those who have been fortunate enough to be around him.

When Jeff began his quest for public office, my family and I immediately rallied around him, eager to host and attend fund raising events and to garner support from our friends and our communities. An immediate trust in the abilities of Jeff existed, not just because he had the charisma and verbal skills to succeed, but that his brilliant mind would allow him to make good, informed decisions. If anyone were

an expert on seeing all possible views of an issue and deciding on the right choice, it would be Jeff Smith. We were thrilled with his hard work and successes along the way and devastated right along side of him when he narrowly lost the Congressional race in 2004. Happy again when Jeff won the State Senate seat in 2006, my parents and I couldn't help but think that he should be contributing to society on a grander scale.

Jeff's recent poor decisions and subsequent consequences have affected me and my family more than I'm sure Jeff even knows. We are extremely concerned for him and his family, but also devastated at the prospect of an exceptional career being cut short. Jeff has so much more to give, so much more to accomplish, so many lives to help. I have agonized about this for weeks, to the point of tears. What a waste it would be and a detriment to our community, if we didn't have Jeff and his brilliant mind to represent it.

As I have mentioned several times, throughout his life, everyone has always counted on Jeff to be "right". I can't imagine the pressure that would accompany that expectation, but I believe that it must be exhausting. There is no excuse for Jeff's inappropriate actions surrounding the Carnahan fliers. He was wrong, he knows he was wrong and he is sincerely remorseful.

My parents Paul and Laura Miller and I all respectfully request that Jeff's sentence be fair, in accordance with the courts and with appropriate retribution to society, but that he doesn't serve time in prison. If incarceration is warranted, we would ask that it is minimal. I am confident that Jeff can continue to contribute to our communities far more effectively and with more passion than ever outside of prison walls.

Please feel free to reach out to me if there is anything at all I can clarify or do for Jeff.

Sincerely,

Alexa J. Miller

Paul Miller

Laura Miller

# Washington University in St. Louis

## ARTS & SCIENCES

Department of Political Science

September 14, 2009

Honorable Carol Jackson
U.S. District Judge

Dear Judge Jackson,

As Professor of Political Science at Washington University, it was my privilege to supervise Jeff Smith's dissertation.   Jeff was one of the brightest Ph.D. students I ever worked with.   He was quick and articulate; but he was more than that.   Jeff was passionate about politics, and optimistic about the possibilities facing this country in the 21st century.   He felt that grassroots campaigning could lead to representation of groups of people who had been neglected, and it was this possibility that motivated his 18 hour days, week after week, in his campaigns and in the legislature.

I saw Jeff teach many times.   He won the Dean's Award for teaching by a graduate student, but this fact gives no inkling of what he really meant to his students.  His enthusiasm for the American political system engaged students.   He was always willing to help students with their questions and concerns.   He was critical and analytical, but never cynical.   He ended up convincing many students that participation in politics was something that would fit in their lives.   He turned many, many students on to the possibilities of grassroots politics.

He also did something else that I have never known a graduate student to do—he helped found a charter school for St. Louis northside students. He contributed many thankless hours to getting the Confluence Academy up and running.  These were hours that did nothing to get him past his academic goals; they were concrete evidence of his commitment to the community. Thanks in part to his commitment and vision, the Confluence Academy has been one of the most rigorous and successful of the local charter schools.

Washington University in St. Louis, Campus Box 1063, 207 Seigle Hall, One Brookings Drive, St. Louis, Missouri 63130-4899, (314) 935-5810,  *Fax:* (314) 935-5856, *Internet:* HTTP://POLISCI.WUSTL.EDU

As we know, being passionate about politics is evidently no obstacle to
moral lapses.    Jeff has pled guilty to several acts of omission and
commission.      However, those guilty pleas do not define everything that Jeff
was as a citizen and a politician.    Jeff did nothing whatsoever to enrich
himself through illegal (or legal) acts.    He made courageous choices,
alienating part of his own constituency, for his political philosophy and his
principles.    He lost sight of his moral compass at a few moments in the heat
of the campaign, but he has stood up and accepted responsibility.    I hope
that Jeff's punishment is meted out with the rest of Jeff's qualities and
accomplishments, and future potential, in mind.


Sincerely,

Gary Miller
Professor of Political Science

Sunday, September 27, 2009

Honorable Judge Carol Jackson
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Hon. Judge Jackson,

I am writing on behalf of Jeff Smith. I understand that he is to be sentenced in November, and I respectfully ask that you to consider a sentence of community service.

Throughout the nearly six years that I've known Jeff as a friend and 4th Senate district constituent, I've seen and admired his positive attitude, his high level of energy, and his genuine passion for helping people throughout our community. He has always gone above and beyond to serve in ways large and small, particularly where disadvantaged kids are concerned: teaching, coaching basketball, actively serving on boards of nonprofit organizations, creating charitable events such as his annual 3-on-3 Basketball Tournament, and supporting many other good causes with his energetic presence and outstanding speaking abilities.

Jeff's enthusiasm prompted me and many others to go the extra mile in a drive to donate back-to-school supplies last year. He occasionally plays drums in a band, and at least one concert I attended raised funds for Food Outreach. These are just a couple of examples of Jeff's whole-hearted commitment to serving others.

Based on Jeff's letter of apology and resignation to friends and constituents, a soul-bearing op-ed in the St. Louis Post-Dispatch, conversations with others who know him well, and some direct personal correspondence, I believe that he takes full responsibility for the actions he has been charged with. He has apologized to me and others. But it also brings to mind something I once heard: "It's very tough to communicate your way out of a situation you behaved your way into."

That is why I feel that community service would be fitting. In particular, I feel that Jeff has been a fantastic role model for kids, and that he still has important lessons to teach, perhaps now more than ever: that cheating is not worth it, for starters, but also that we must accept responsibility for our choices and then do everything we can to make up for the mistakes we all make in our lives. I ask that he be given the chance to show this through his actions.

Sincerely,

Jill C. Miller
3877A McDonald Ave.
St. Louis, MO 63116
(314) 359-4697

To Whom It May Concern:

If you are a parent, the rationale for my writing this letter and its contents may resonate with you.  I hope so.

I am writing a letter of support for Jeff Smith.  I'm not a person of political influence or means.  I'm a parent, a voter, a City resident (my colleagues say City Elitist), a social worker – most important of these, I'm a mom.

I first met Jeff during the 2004 campaign at the usual round of neighborhood parties and meet & greets. I knew I would vote for him after I questioned him about the issues most important to me –children's health and welfare, education, and rebuilding a diverse, vibrant City.  Poor guy, I thought, he's running against Russ Carnahan; he'll never win.

I got to know Jeff soon after he became state Senator and began to work in earnest on an issue that reflected his core values – access to quality education for all children, not just the ones whose parents can afford for them to have it in the City of St. Louis. In other words, all children, including the ones born in poverty, deserve to grow up in a safe neighborhood with safe, quality schools.

I work in the field of early childhood education.  Experts and parents will tell you that "earlier is better" : the more we work at the front end – good child care so parents can live and work in their community and good early childhood teachers so children can enter school ready to be life-long learners – the better for all of us.

Soon after his election as state Senator, it became apparent to some of us in the early childhood community that Jeff was that rare bird in Missouri and St. Louis – a children's advocate.  (Most politicians have weightier issues with which to concern themselves, so  children and children's issues such as early childhood education drop to the bottom right after the election, and the "children are our future" campaign promises are quickly forgotten.  Kids don't re-elect politicians, they can't hire lobbyists to represent their interests, and they don't have money to finance campaigns.)

Here is why I'm writing this letter of support:

1. Jeff worked tirelessly on behalf of children and youth.  The political world of lobbyists, deal-making, strategic positioning and committee chairs may not consider kids important, but parents know that fighting for children to have good communities and good schools in which to grow and learn is the most important thing a politician can do. It generally doesn't help a legislator to stake a political career on an unpopular cause like kids, but it's important.
2. Jeff listened to his constituents – all of them, not just the ones that would further his career.  He took the time to listen, ask questions and become informed so he could represent children's true needs as a legislator.
3. He reached across the aisle to craft a bill that would help all the children in our community have access to quality early childhood education.

4.  Most of all – and it took him awhile to get there – he told the truth and publicly apologized for his mistakes and lies.

Soon after Jeff's apology went public, I had the occasion to take my teenage son to Hogan Street youth detention facility and spend the afternoon with a group of young men who were trying to "rehabilitate" themselves – learn from their mistakes, heal, and become young men of honor.  My son and I read Jeff's apology in the Post on the way home.  Here is what we learned together on the ride home, and if you are a parent, you will understand why I am making these points on behalf of Jeff:

*It is most important to tell the truth*. In the end, Jeff did tell the truth and in a very complete and public way. As parents, we hope and expect this from our kids – to tell us the truth, no matter the consequences.

*A single mistake, no matter how terrible, should not define any of us as people*.  As parents, we pray our children will not make a terrible decision that brings harm to them or to others, but if they do, we need to look at that terrible mistake in the context of the whole person.  I hope we can look at the issues Jeff stood for and his accomplishments as Senator so those things won't be lost in the public outcry.

*Remember your core values as you embark upon your journey after the early years at home*. As parents, we hope our kids will take action as adults based on their early lessons.   I believe Jeff's ambition was fueled not by greed but by a sense of urgency to attain the position and accomplish things on behalf of those without a strong voice in Jeff City.

*You are still part of the community – family, friends, and those around you who know and care enough about you to look a little deeper than the misstep, the words spoken too quickly, the hasty bad decision.* I hope we can look further than publicly demonizing Jeff and consider the value of his work as a legislator, a teacher and an advocate to make the City of St. Louis a better place for all of us.

Thank you for your time.

Pam Mitchell

2630 Gurney Ct.

St. Louis, MO 63110

Honorable Judge
Jackson,
9/24/2009

I write in support of Jeff Smith, imploring leniency in your sentencing of him.
As someone who admired Jeff's efforts in support of education in low income areas in St
Louis. I traveled from my home in Mid Missouri to a fund raiser for him and Maria
Chappelle Nadal, featuring Howard Dean, in 2004. Jeff Smith's speech at that event,
which was later featured in the movie made documenting his run for Congress "Can Mr
Smith get to Washington Anymore", was very inspirational. He was demonstrating in
that campaign, that a little guy could buck the Party machine to come close to, or even
winning in politics thru grassroots organizing and hard work. He inspired me to stay
involved in politics after I was feeling crushed in the Presidential nominating defeat of
Governor Dean. Subsequently I went on to help found Democracy for Missouri, an
affiliate of Democracy for America. Our group aims to involve ordinary people in the
political process in much the way Jeff Smith activated folks in his losing and subsequent
winning campaigns for office. In 2007 then Senator Jeff Smith graciously helped us in
Columbia with a campaign training weekend by appearing, without charge, on a panel of
incumbents. He encouraged us to enter the political process and shared his expertise in
running a grassroots campaign to help us generate positive change in our own
communities.
Of course, no one had any idea, that Jeff, a person with a long history of community
involvement and volunteerism would have gotten caught up in the excitement and late
hours of his Congressional campaign to be involved in unethical behavior. I was shocked
and surprised that Jeff would be involved in a cover up of an illegal campaign mailing.
What a shame.
This scandal has ruined the career of an up and coming politician who was a tireless
worker for the people of his district and the State.
We need Jeff Smith taking part in future campaign trainings for DFA, and in the public
forum, telling his story and providing his example to folks to keep them from making the
same kind of mistakes. We also need him in the community he loves continuing his work
for the people as a private person. His focus on development and support for youth thru
sports and reading programs and improved education in impoverished areas is needed,
more than a punitive jail term.
Jeff Smith still has a great deal to contribute to his community and he has learned from
his mistakes. He could do far more good working for others thru his community service,
than under incarceration.
Kindly show leniency for this young man of great promise.
Thank you,

William Monroe, President (emeritus) of Democracy for Missouri
505 E 10th St
Fulton MO
65251
573 489 2293



# SUSAN MONTEE, CPA
## Missouri State Auditor

October 19, 2009

The Honorable Carol E. Jackson
Judge, United States District Court
111 South 10th Street
Suite 14.148
St. Louis, MO  63102

Dear Judge Jackson,

I would like to take this opportunity to express to you my thoughts about the overall character of  former State Senator Jeff Smith. I have known and considered Jeff a friend for the last few years.   Although I never worked with Jeff in the legislature, my impressions of him in Jefferson City are that of a hard-working, passionate and effective legislator. He made friends on both sides of the political aisle and did not seem to be afraid to take a leadership stand on issues that may have been unpopular within his own caucus.

I was able to directly work with Jeff many times during last year's election cycle. He has a wonderful ability to inspire and motivate young people.  He is full of energy and excitement and fully committed to helping get people involved in their communities.  There is no doubt that his actions have disappointed many, myself included.  But I believe that Jeff's abilities should be put to use in a way that could teach a lesson to others.

Simply put, I believe Jeff to be an honorable man who made poor choices. I hope that his future actions eventually outshine his offenses. I appreciate your consideration of all aspects of Jeff's character as you make your decision in his case.

Sincerely,

Susan K. Montee

October 5, 2009

The Honorable Carol E. Jackson, Judge
U. S. District Court, Eastern District of Missouri
111 South 10th Street
Suite 14.148
St. Louis, Missouri 63102

Dear Judge Jackson,

I am writing in regards to my friend Jeff Smith, who awaits sentencing.  I have known Jeff as a friend, a fellow St. Louisan, and a campaign volunteer, for the last five years.  I am proud to call him my friend and stand by him through this tough time.

No matter your decision, I have no doubt that Jeff will spend the next good portion of his life making this up to the people he has let down , including the St. Louis community.  He understands his failure and poor decisions.

I also have no doubt there are numerous others writing to you about Jeff's good deeds – from creating charter schools in St. Louis providing a quality education for students in need, to passing meaningful incentives for teachers in Missouri through his work in the Senate. I'm sure others will tell you about his never-ending energy – his willingness to sit and talk and brainstorm when you needed him.  His constant focus is on St. Louis, and bettering the city and its residents.

Jeff believes in bringing out the best in the St. Louis community and providing opportunities for all residents to grow and make a difference.   In that, he has hosted an annual event each year, the 3-on-3 basketball tournament.  Held in North St. Louis – it brings people out from all around the city for good food and basketball.  The game shows off one of North St. Louis' best parks and brings people together for a good cause.  Additionally, players receive back to school supplies; residents receive information about community resources, and even have the opportunity to give blood.  The 3-on-3 basketball tournament has dozens of sponsors; hundreds of participants – and represents an incredibly important and positive picture of St. Louis.

Please be lenient on my friend Jeff; he is a good man with an amazing heart.  He will spend every moment making up for his poor decisions – and within the St. Louis community he is an unstoppable force for good.  The community needs leaders like Jeff – please give him the opportunity to make amends for his mistakes.

Thank you for your consideration.

Sincerely,

Catherine Morrison, MPH
catherine.morrison@gmail.com
618.363.2457

# KITTY NANGLE

*3875 McDonald Avenue ♦ Saint Louis, Missouri 63116 ♦ (314) 503-8223 ♦ knangle@slu.edu*

Honorable Judge Carol E. Jackson
United States District Judge
Eastern District of Missouri
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Your Honor,

I write to you on behalf of my friend, Jeff Smith. I met Jeff in his adjunct professor's office after his failed 2004 election and before his 2006 success. I had just left the corporate world to join The National Conference for Community and Justice as development director, and he was among the first board members I met as I oriented myself to this historic organization. He was teaching political science and history at the time. I was fascinated by this man who was so young and knew so much about history and so white and knew so much about oppression. Since then, I have come to know and respect Jeff well, personally and professionally.

Of all Jeff's qualities that make me proud to call him a friend and colleague, his moral compass is the most endearing and true. He knowingly made a series of egregious mistakes – decisions that he knew were wrong and unfair – and he has paid a steep price. I plead with you to consider sparing Jeff from incarceration and to sentence him with community service – something he feels compelled to do regardless.

Surely we are all just a couple mistakes from losing everything. I beg you to consider the loss of his career and the lifetime of public scrutiny he faces as you weigh his punishment against his crimes.

Frankly, I would have rather seen Jeff remain a teacher, where the waters are more tepid and the public opinion more kind. Nonetheless, his childhood dream was to become a senator and to make a positive impact on the city of St. Louis. Please let him continue to pursue this dream, but on a different path. I assure you, Jeff has a great deal to give and his time will be better spent contributing to the community than wasted in a cell.

Jeff is an imperfect person – infuriatingly addicted to his Blackberry; his car is a disaster; and he's almost always late. None of these qualities, however, make him a bad person. He poses no threat to the community whatsoever. His crime is pride and ambition – something that we have all suffered at some time. I assure you that there is no punishment for Jeff more severe than the loss of his life-long dream of serving his community as a senator. The only part of his childhood aspiration that remains is his desire to serve his community.

Jeff has never wavered in his tireless pursuit of justice for those less fortunate. I beg of you: please sentence him to serve his community. I assure you that he will exceed your expectations.

Yours very truly,

Kitty Nangle

**HEATHER B. NAVARRO**
4759 Westminster Place
St. Louis, MO 63108
314.808.4345(c)
314.454.9922(h)

October 16, 2009

Honorable Judge Carol Jackson
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

To the Honorable Judge Jackson:

I have known Jeff Smith for nine years and write to you today to tell you how grateful I am to know him and to have had the opportunity to work with him for the betterment of our community. I was very disappointed to learn of his actions during the 2004 campaign that violated federal election laws. I was sad for Jeff, knowing that this was the end of his political career; I was sad for myself because I look up to Jeff and he has been a role model for me, inspiring my own community and political action; and I was sorry for the St. Louis community because of the great political leader I believed Jeff could be.

I believe Jeff is a good man who has done great things for the City of St. Louis and will continue to serve the community in whatever way he can. I met Jeff when I was a student at Washington University. He was a teaching assistant for a class I took on the American Presidency. Jeff gave one of the lectures and spoke about his work on a campaign during the primaries. I remember his passion and enthusiasm when he spoke about the political process, the value of engaging those who disagree, and the importance of finding and supporting a candidate you believe in. That lecture has followed me from college into law school and into my own decisions to get involved in my community. I have two young children and have spent the past six years developing a neighborhood organization that brings people together to accomplish common goals that better serve our children and our neighborhood. A large part of the reason I am so committed to my neighborhood and the City is because I am aware of the efforts of people like Jeff Smith that, I believe, are moving St. Louis in a more positive direction. It is obvious to me that Jeff loves the people he serves and observing his commitment motivates me to give more.

I believe that St. Louis is better off because of Jeff Smith. Jeff has bridged racial and ethnic gaps in St. Louis that others only dance around. He works hard to identify the barriers in society, whether it is lack of quality education or successful transitions for ex-offenders, and then he works with the community to implement lasting solutions. There is no doubt that what he did was wrong and has hurt our community but I believe that Jeff has learned from his mistake and still has a lot to contribute to St. Louis. I, personally, look forward to working with him again in his efforts to serve the people of St. Louis.

Thank you for your consideration.

Respectfully,

Heather Navarro

September 10, 2009

Carrie Nenonen
9 Newfield Court
Ballwin, Missouri  63011

The Honorable Carol E. Jackson
United States District Judge
Eastern District of Missouri

Dear Judge Jackson,

My name is Carrie Henderson Nenonen.  I am a lifelong resident of St. Louis, and am professionally a member of the Coldwell Banker Gundaker Corporate Hub, where I have been for over 8 years.  I am submitting this letter for your consideration regarding the matter of the State of Missouri  vs.  Jeff Smith.  I have had the pleasure of knowing Jeff and his family for over 30 years, and feel as though I can vouch for his true character.

Those of us who have known Jeff since as early as kindergarten, are not surprised by his quick rise up the political ladder and his large amount of community support, as a result.  There has always been something special about Jeff.  Difficult to express in written word, but ever so present, he *has* always and *will* always be a magnetic personality.  Jeff is hardworking, dedicated, compassionate, loyal and most of all, genuine.  Hence, his friends, loved ones, and supporters are coming out of the woodwork to plead for court leniency regarding his recent legal matters.

As someone who has known Jeff Smith since we were 5 years old, I can state with *true conviction* that he is *not* just another charismatic politician skilled at the "smoke and mirrors".  Jeff says what he means and means what he says.  He has an authentic love for and commitment to St. Louis and those who reside here, in ALL zip codes.  Jeff's professional and political successes were *not* just a fluke, but rather the result of *years* of hard work and dedication to the present and future improvement of St. Louis.  I felt compelled to draft this letter to you, as the allegations and charges against Jeff Smith are extremely out of character. Though I wholeheartedly believe that any person who breaks the law should be held responsible for their actions... I beg for your leniency when determining Jeff Smith's sentence.

Those of us who love and support Jeff, both personally and politically, are perhaps the most disheartened by the upcoming court hearing, as St. Louis and Missouri as a *whole* stand to lose *so much* should Jeff not be able to return to a public service role.  Jeff is a "good seed" who made a mistake. That being said, his dedication to the improvement of our community has never wavered.  I am so proud of Jeff Smith, both personally and professionally, and hope that he is granted the opportunity to continue on his quest to better the City of St. Louis, and Missouri as a whole.  I respectfully request that you consider these factors when determining how Jeff Smith will proceed from here.

I truly appreciate your time and consideration.

Sincerely,

Carrie Henderson Nenonen
cnenonen@charter.net
636.527.2322