30 September 09

The Honorable Judge Carol Jackson

RE: Recommendation Letter for Jeff Smith

Dear Judge Jackson,

I am writing on behalf of Jeff Smith, a champion who gave voice to those who had none.

I have known Jeff Smith for a number of years through my work as Executive Director of St. Louis Earth Day. He was an active participant in the annual St. Louis Earth Day Festival and remained committed to environmental cause year round. I communicated frequently with Jeff regarding environmental issues as well as to comment on information contained in his newsletters. His newsletters were remarkably unique in that Jeff made them all about the people he was helping instead of them being all about him (as so many politicians do!). Jeff also did something most politicians don't – he willingly engaged in dialogue with those who contacted him. He always took the time to reply to any and all of my emails.

Jeff was an exceptional legislator in many ways, but his advocacy on behalf of those who would never have been given a chance by anyone else is what sets him apart. It is also the reason why he should be given the chance to continue serving his community rather than serving sentenced time.

Specifically, I was so very moved by Jeff introduction of Senate Bill 140, which would create "fathering" courts for non-custodial parents. Here you have (mostly) fathers who get charged with felonies because they struggle financially to pay child support. We're not talking about fathers who skip out on their kids! These are Dads who do care and who have no history of violence, but like the rest of us, just can't make ends meet. Slapping them with felony offences is a cyclical dead end that perpetuates poverty and breeds discontent. End the end, it's the kids who get hurt most.

The fathering courts would provide services from job training and substance abuse counseling to opening up connections to employers to help Dads get back on their feet. Furthermore, the innovative program was projected to save our state millions of dollars in incarceration costs by giving thousands of men a second chance and helping them obtain employment so that they can re-engage with their children. This is but one example of the dedicated work Jeff did for his community.

Ironically, Jeff is now in the same situation as the Dads he wanted to help by keeping them out of the correctional system so that they can turn their lives around. Jeff made a mistake…one that cost him his life's work up until now. Jeff must make restitution for his error in judgment; however, his commitment to making a difference in his community hasn't changed.

I wrote to Jeff as soon as I learned of his resignation. I was deeply sadden since I worried no one would step forward to pick up his mantle. What I wrote was this: *"Like a phoenix, you will rise up and your good work will continue because you ARE a good man and our community needs you."*

Judge Jackson, please take into consideration what Jeff has accomplished for his community and what he will continue to do for those who need his help the most. Jeff Smith needs to be given the chance to stand in his community and not in a corrections facility. I, for one, will be proud to stand next to him to help him continue to help others.

I would be honored to appear before you to answer any questions on behalf of a man who championed those who needed it most. I am most grateful for your time and consideration of my plea.

With Gratitude,

Terri F. Reilly

7811 Grove Ave.
St. Louis, MO 63119
314-616-3347

**GAIL G. RENSHAW**
**Attorney at Law**
**7545 Westmoreland**
**St. Louis, MO 63105**

October 4, 2009

The Honorable Carol Jackson
United States District Court
For The Eastern District of Missouri
The Thomas Eagleton Building
St. Louis, MO 63103

Re:  Jeff Smith

Dear Judge Jackson:

When you sentence Jeff Smith, I hope that you will consider a sentence that is not only fair but one that benefits and gives reparation to the community he served.  I was a constituent of Jeff Smith and have had the opportunity to observe and participate in several activities that he organized while in office. Jeff was not involved in politics for his ego.   He always had the people whom he represented at the forefront and his plan was to improve this community we live in and effect changes for the better.

One of the events he was responsible for implementing was the clean up project on Martin Luther King Day.   People from all over the St. Louis area came and were assigned to pick up trash along Martin Luther King Blvd.   Not only did this result in a cleaner MLK Blvd, it also raised a sense of awareness that the residents of St. Louis must work together to make this a better place.   This past year the amount of volunteers had dramatically increased from the previous year and I attribute this to Jeff Smith's organizing ability and determination to make life in St. Louis a better place.

Jeff Smith is intelligent, hard working and caring. It's true that he made a mistake, one he deeply regrets and wants to make compensation for.   However, sentencing him to prison does not benefit anyone.   You have the opportunity in this case to enter a sentence that can benefit the entire community and still provide punishment. That sentence would require Jeff Smith to serve an extensive period of community service. He knows the community, he knows how to organize and he has the support of the vast majority of his former constituents.   His continued involvement in the community would be far superior to having him removed from the community.   Thank you for your consideration

Sincerely,

Gail G. Renshaw

Thank you for allowing me to comment as part of your sentencing investigation for Senator Jeff Smith.

As I think about the situation that Jeff is in, the word that stays in my mind is *waste*. Jeff has one of the best intellects and one of the best hearts I've ever encountered. And if he and those around him are not very careful, this conviction could lead to the complete waste of his estimable talent and skills.

With that in mind, I am writing to ask you to seriously consider sentencing Jeff to community service instead of prison. I don't have enough information or knowledge to argue whether he deserves prison. But I can argue—forcefully—that the world will be a little better place if Jeff Smith is sent out into it with a charge to serve his community.

I've watched Jeff with young children. He cares about them. He respects them. But whether he is coaching them, playing with them or tutoring them, he maintains the role of adult leader. Their response to him is amazing.

Jeff is truly one of those people who has the capacity to change other people's lives for the better. And Your Honor, you have the ability to make that happen. Tell him to tutor and coach for two years. Make him mentor participants in the Big Brothers program. Insist that he advise community groups who want to open Charter Schools. Make him pay society through service, not whither in a federal prison.

Thank you from the bottom of my heart for considering these alternative sentences for Senator Smith. I fervently hope that you can show mercy—not just to Jeff but to the children who will benefit if he spends time working with them.

Sincerely,

Nancy Rice



September 21, 2009

The Honorable Judge Carol Jackson
United States District Judge
1114 Market St # 812
St Louis, MO 63101-2009

Dear Judge Jackson,

I am writing you in hopes that you show the utmost leniency in the sentencing of former State Senator Jeff Smith. Jeff is a dear friend of mine that I met in Iowa in 1999 while working on the Bill Bradley for President campaign. At the time, Jeff and I were just young idealist trying to make the country better. We worked extremely hard and bonded over our love of politics and willingness to leave home and family to try and make a difference.

Since then we both returned to our respective cities and homes to do the same. I currently work in Illinois helping elect good people and personally trying to make a difference on issues like gun violence and the environment. To me though, Jeff had the real guts and dedication it takes to change people's lives for the better when he decided to make the leap to public service.

As a judge, I'm sure you know that's it's elected officials who make many of the final policy decisions that effect people's lives. And I can assure you, if the decision was between the less fortunate in our communities - versus any special interest - Jeff was always with those without a voice.

Lastly, as a public affairs and political consultant myself, I have become a veteran of a number of campaigns. I've seen first hand bad decisions being made in the "heat of the battle". Please know that Jeff fully regrets the bad decisions he made. He failed his true self and those of us who know him. It is my genuine hope however that you look beyond these failings to see the real person who is, and will always be in his heart, a hard working "public servant".

Sincerely,

Jeff Riley

Riley Public Affairs LLC
jeff@rileypublicaffairs.com
773/551-4335

Your honor:

I have known Jeff Smith for over a decade and I can, without hesitation, say he is one of the finest people I have ever met.

My areas of teaching and research are Law, Entrepreneurship and Business Ethics and understand that we all make mistakes. Jeff's mistake is serious and hard to understand, but it does not shake my underlying belief in Jeff Smith and his underlying values. He is truly an amazing young man and I am sure he will do great things to redeem himself and his name. There is no doubt, in my mind, that Jeff will re-dedicate his life to helping the less fortunate. He has done wonderful things, including tutoring of the poorest elements of our society to assist them in preparing for college and playing basketball (he is an excellent player) at midnight to take at-risk kids off the streets and into safe venues.

Clearly, to reiterate, his mistake is serious, but he is a GREAT individual and a BETTER human being.

I truly love this young man and have full faith that he will learn from this tragedy and become a model citizen. I request that you are lenient with his sentencing; you will not regret it.

Thank you for reading this letter.


Barry S. Roberts

Kenan Institute Entrepreneurial Scholar and Professor of Entrepreneurship
The University of North Carolina at Chapel Hill
Kenan-Flagler Business School
Campus Box 3490
Chapel Hill, NC 27599-3490

919-962-3152 (T)
919-962-4425 (F)

September 30, 2009
The Honorable Carol E. Jackson
United States District Court, Eastern District of Missouri

Dear Justice Jackson,

We write on behalf of our friend, Jeff Smith, and respectfully submit this letter in your consideration of his sentencing.

We share in the profound disappointment that Jeff's constituents and the state of Missouri felt when Jeff pled guilty to the obstruction of justice charges on August 25, 2009. While we continue to be dismayed by the revelations, we write to attest to Jeff's character, which we recognize has been obscured by his error in judgment.

Through nearly 10 years of friendship, the Jeff we have come to know is selfless, generous, fun-loving and energetic. What stands out most in our memories of the past decade is Jeff's call to public service, which has been a source of inspiration to us in its dedication. It was Jeff's passion and enthusiasm for civic duty that drove us ultimately to volunteer on the Barack Obama presidential campaign in 2008 in St. Louis. During our stay in St. Louis, Jeff was the consummate host, offering to open his home to us and other volunteers, and ensuring that our stay in St. Louis was comfortable and positive.

Your Honor, we cannot deny Jeff's wrongdoings. Yet, we write this letter to encourage you to consider the Jeff we know: a passionate advocate for children, an education reformer, and a voice for so many of our fellow citizens whose harsh realities often go overlooked. Jeff has been a role model to us as his career choices have been defined not by financial pursuits but by a higher purpose of helping the most vulnerable. We implore you to consider Jeff's enormous contributions to his community when determining his sentence.

Our latest conversation with Jeff revealed someone who is contrite, humbled, and embarrassed. Jeff recognizes the mistakes he has made and understands the consequences. At the same time, he carries the same passion to provide a voice to those who struggle to find one. As such, we urge you to consider a sentence of community service, which would allow the community of St. Louis to heal and benefit from the service that Jeff can so uniquely provide. Despite Jeff's mistakes, it is our strong belief that the world would be a lot better with more, not fewer, people like Jeff Smith.

Very truly yours,

Adam Ring and Sung Hee Choe

**Patricia Roland-Hamilton**
**5228 Westminster Pl.**
**St. Louis, MO  63108**
**314-397-1163**
peroland@swbell.net

October 20, 2009

The Honorable Carol Jackson
United States District Court
111 S. 10th St.
St. Louis, MO  63101

Dear Judge Jackson:

I am writing today on behalf of Jeff Smith, a defendant before your Court.  Jeff has served as my Senator in the 4th District and has been a remarkable public servant in that capacity for several years.  While Jeff has violated federal law and committed a grave mistake, I do hope you will take into consideration his passion for service when he comes before you at sentencing.

Jeff's role in trying to help young people in troubled neighborhoods has stood out for me.  For many years, I worked in the U.S. Attorney's Office creating and running programs like Weed & Seed, Ceasefire, Most Violent Offenders Program, and other such efforts.  This type of work forced me to look at how we, as a society, can help youth choose a different lifestyle.  Jeff has spent much time working with young people and showing them alternatives to lives of crime.  His annual Hoops Tournaments and Community Fairs were significant and successful.

In my current position working on development projects in the City of St. Louis, I have come to understand the important work Jeff undertook to save the historic tax credit used for redevelopment in St. Louis and promote the kinds of educational opportunities provided by the new Confluence Academy downtown.

His accomplishments were many and he worked tirelessly to improve our City during his tenure.  I do hope these contributions to the betterment of our community will in some way play a role in the decision for leniency on his behalf.

Respectfully,

Patricia Roland-Hamilton

712 Radcliffe Avenue, St. Louis MO 63130

September 25, 2009

To The Honorable Judge Carol Jackson:

I write this letter on behalf of Jeff Smith, who I understand will be appearing before your court for sentencing. Although I am deeply saddened and disappointed by the conduct that brought Jeff before you, as reported in the press, I am also convinced that Jeff still has much to give to the community of St. Louis, particularly its children and families.

I met Jeff during a fundraising event for a local non-profit organization during the fall of 2004. I was immediately impressed by Jeff's ability to discuss a range of policy issues, including women's health care, health insurance for children, reforming the public schools, and efforts to reduce the use of foster care by better supporting at-risk families. Later, as Jeff's path intersected with my path as a professor at Washington University School of Law, I learned that Jeff's knowledge was much deeper than talking points, instead reflecting a deep commitment to social change from the ground up.

I began to understand the depth of Jeff's knowledge and commitment when I served as an outside reader on Jeff's dissertation defense committee in the political science department at Washington University. Jeff's dissertation went beyond the standard empirical number-crunching in order to examine the ways that communities attempted to meet various needs through electoral politics. As such, Jeff provided an extremely nuanced analysis of how race, gender, religion and party intersected with poverty and other local concerns to influence the message of campaigns and the outcome of individual races.

After Jeff was elected to office, I observed the ways Jeff translated his academic insights into policy reforms designed to assist Missouri's poorest families. Given my experiences teaching Children and the Law and Family Law, among other courses, Jeff and I frequently engaged in lively debates about how to increase the enforcement of child support orders in Missouri, how to encourage fathers to become more actively involved in the lives of children born outside of marriage, and how to focus public education squarely on student growth and accomplishment. At the end of virtually every conversation, Jeff invited me to a local event where he and others were supporting the community outside of the legislative process, whether in the form of neighborhood clean-ups, charity basketball events, or informal gatherings about the role of charter schools in community revitalization.

This demonstrated commitment to social change outside of the legislative process makes me confident that Jeff still has much to give to the people of St. Louis. I hope you will consider Jeff's potential for continued service to the community when reaching your sentencing decision.

Very truly yours,

Laura A. Rosenbury

Laura A. Rosenbury



# UNIVERSITY OF WASHINGTON

DEPARTMENT OF SOCIOLOGY

Jake Rosenfeld
Assistant Professor of Sociology
University of Washington
211 Savery Hall
Box 353340
Seattle, WA
98195-3340

September 20, 2009

To the Honorable Judge Carol Jackson:

I am writing to share my deep respect and admiration for Jeff Smith. I have known Mr. Smith for nearly a year, and in that relatively short time have grown to admire his commitment to serving St. Louis, especially the city's underprivileged youth. I met Mr. Smith through a mutual friend, who upon introducing us mentioned offhandedly that I was interested in social policy issues. Upon hearing this, Jeff immediately sat me down, and launched in what would become a long discussion of the problems plaguing the education system and other issues confronting the city. He was overflowing with ideas about solutions to the city's public school system, crime in the city, and business reinvestment. His grasp of these issues and his understanding of their complex nature immediately impressed me. Unlike many politicians who prefer pat slogans and superficial solutions, Jeff made clear that there are no shortcuts to reform – that reform efforts take time, patience, and strong backing. Yet he himself was impatient to deepen his knowledge of pressing public policy concerns, to take in a range of opinions and ideas about possible solutions, and to get going on the hard work of social change. It proved a long, but quite inspirational evening.

Jeff's impatience with complacency is immediately evident. I'm only in St. Louis periodically, but we maintain our policy discussions over email when I'm in Seattle. His meticulous messages come at all hours – and are consistently substantive and probing, displaying a deep thirst for information and ideas about policies. Since I was first introduced to Jeff, whenever I've returned to St. Louis, our time together has consistently been spent discussing, and sometimes arguing, over pressing public problems. These discussions have often been punctuated by interruptions by thankful constituents eager to shake Jeff's hand. Jeff is unfailingly polite during these encounters; never smug or self-satisfied with the attention, and always eager to return to our conversation. And while we don't always agree on the issues (Jeff is a bit too committed to reforming labor unions – especially teacher's unions – for my taste), I never question his heartfelt dedication to improving St. Louis.

(over)

September 28, 2009

William C. Roth
3107 Garnette Dr. Apt. D12
Bridgeton, M0. 63044

The Hon. Judge Carol Jackson,
RE: Jeffrey R. Smith

Dear Judge Jackson,
   I am writing this letter in support of Jeff Smith.  Jeff has done an admirable service to his district when he was in the state Senate. Several accomplishments were in the field of education, he helped create the Missouri Teaching Fellows Program to bring experience teachers to struggling school districts, expand early childhood  education for impoverished City children, and helped add funding for bonuses for salaries of City teachers whose students make exceptional academic progress.
   In the field of community service Jeff has volunteered at pre-schools, organized four basketball hoops tournaments/ health and literacy fairs for inner – city youth and ran free ACT/SAT  testing for disadvantages high school students. Jeff has served on the board of the National Conference of Community and Jus-Tice, and anti- bigotry group, ST. Louis Scores, which  teaches creative writing and soccer to disadvantaged youth and Livefeed, which organizes local concerts which gives proceeds to hunger relief.
   I know that what he did was a mistake and has already cost him his career and reputation, but I believe that he could do a greater penance through community service that to be incarcerated for a non-violant  crime.

Thanks for your consideration,

*William C. Roth*

William C. Roth



R    O    T    H    S    C    H    I    L    D

September 15, 2009

Dear Judge Jackson:

I met Jeff Smith when he was in the early stages of campaigning to win the Senatorial seat in the Fourth District of Missouri. I had known Jeff's uncle, his cousin and their family for some time, and they are fine people.

Jeff came to my office and introduced himself, and we talked for quite some time about political issues in the St. Louis area and statewide. I was very impressed with Jeff's unequivocal commitment to do what he considered to be the right thing as a Senator, without considering the politics that are so often involved.

We spoke about schools…Jeff promised me that he would do his utmost to give underprivileged children in the City of St. Louis the best possible chance at a quality education. Jeff felt that this was the only way to break the cycle of poverty in our city. Jeff also promised he would do the best he could to support the City of St. Louis economically, and I believe he kept his word.

I have spoken with Jeff a number of times since then, and I have watched his career and his voting record with great interest. I have found him to be a man of his word, and I believe his accomplishments in the Missouri Senate on behalf of his constituents, and regardless of political implications, have set a high standard for others who choose careers in civil service.

Certainly the illegal campaign activities that Jeff Smith engaged in are very wrong, and his admission of guilt and resignation from the Senate were both necessary and proper actions. However, I sincerely hope that you will consider the most lenient possible penalty. I know he is ashamed of himself and heartbroken that he has violated the public's trust. I've spoken with him recently, and I believe with all my heart that a sentence of community service would allow Jeff to begin the long process of paying his debt to society by devoting himself to helping less fortunate people, particularly disadvantaged inner city children.

Thank you for your kind consideration.

Sincerely

Pete Rothschild

39 Chilton Street, #2
Cambridge, MA 02138

Hon. Judge Carol Jackson:

I write with some brief thoughts to consider in determining your sentence for Jeff Smith.

I met Jeff as a student at Washington University; Jeff was the teaching assistant in my class on the American Presidency.  He approached me outside of class one day and started a conversation about one of my classroom comments.  Our conversation continued over the next few weeks and Jeff helped me find a passion for public service.

Over the course of that year, Jeff took time out of his busy schedule to tutor me in the American political landscape.  He went above and beyond in opening his network to me and helping me to find a great job in Washington, DC post-graduation.  Throughout my time in politics, Jeff was a valued mentor – always game for a late night phone call and quick to respond to an exhausted e-mail from the campaign trail.   Jeff treated me like family and he became a true friend.

What amazes me is that I wasn't the only one.  Over time, I've had the good fortune of getting to know many of the students whom Jeff has mentored.  Jeff's ignited a spark inside many and created a vast network of talented young people dedicated to serving the public good.  Right now, many of the students Jeff inspired are hard at work in government, law, education, and other pursuits, doing their part to help others.

I recognize that Jeff had a huge lapse in judgment.  Sadly, Jeff's actions have cost him his life's dream – to help others as a public servant.  I also recognize the importance of the justice system condemning his actions.  However, in determining Jeff's punishment, I ask that you consider not only his past contributions to society but his potential for future impact.  Jeff has a unique and proven capability to help others, to motivate and bring together disparate parties, and to drive positive change in society.  If there's a way that Jeff's punishment could harness this capacity for good, I feel strongly that society would benefit.

Thank you for your consideration.

Respectfully,

Josh Rubenstein



CAPITOL OFFICE
STATE CAPITOL, ROOM 426
JEFFERSON CITY, MO 65101
TELEPHONE (573) 751•1282
TOLL FREE (866) 271•2844
FAX (573) 526•4766

COMMITTEES:

SMALL BUSINESS, INSURANCE AND INDUSTRY
CHAIRMAN

APPROPRIATIONS

EDUCATION

GENERAL LAWS, VICE-CHAIR

## MISSOURI SENATE
### JEFFERSON CITY

## SCOTT T. RUPP
### 2ND DISTRICT

September 10, 2009

The Honorable Carol Jackson
United States District Judge
St. Louis, MO  63102

Dear Judge Jackson:

I am writing on behalf of Jeff Smith in regards to his sentencing hearing for his guilty plea in federal court.  I have known Jeff Smith for several years and have seen his ability to connect with today's youth and deliver a strong message while encouraging them to take action.  I believe Jeff Smith has a large potential to share his story to teach today's youth about right and wrong amid complex issues.  He has an ability to reach them on a level that I have not seen in hundred's of teachers, professors, celebrities or speakers.

That being said, I feel that sentencing Jeff to do time in a federal prison will not be beneficial to society or to the tax payers.  Jeff has already lost his livelihood, career and faced public scrutiny and humiliation, but he still has many benefits to our society.
I am requesting that you take the following matters into consideration when dealing with your tough decision to carry out just punishment.

 I believe that sentencing Jeff to community service, having him spend the amount of time deemed adequate by the courts educating today's youth on how to keep a focus on the rule of law, and not to let power and influence corrupt them would have a lasting impact on future generations.  Having Jeff tell his story to the youth of today, teach inner city impoverished kids and instill hope in them for a brighter future would do more good than prison time.

Jeff has a long history of reaching out to the youth of America.  He has tutored and connected with the inner city youth of the City of St. Louis which has been a rarity as of late.  He has started schools for the disadvantaged and raised scholarship money to give them hope demonstrating he can teach as well as show the kids how to do the things on which he has instructed them.

The Honorable Carol Jackson
September 10, 2009
Page Two

Jeff has created, organized and put on successful events to encourage kids to stay in school and walk the straight path to success, using his amazing ability to reach them on their level and engage them in the process of mapping out their future. Jeff has done so many amazing things with the youth of today, which I believe his talents should be harnessed by the government to minister to them again.

I believe that having Jeff share his story, and do community service while speaking to the youth of Missouri, teaching them the pitfalls that await them and how to not succumb to the temptations they will face would be a wise and just sentencing for Mr. Smith. I humbly ask that you consider this option when wrangling with your difficult decision.

Thank you for your consideration of this matter.

Sincerely,

Sen. Scott T. Rupp

Jack Russo
8 Hansen Manor
St. Charles, MO 63303

October 15, 2009

TO:    The Honorable Carol Jackson

FROM:  Jack P. Russo

RE:    Jeff Smith

I am writing this letter on behalf of Jeff Smith.

I have known Jeff (through his brother Andy) for approximately ten
years.

Please spare him from going to jail as he has done far more good in his
life than harm and he is truly sorry for his minor offenses.

You may have heard of his annual 3 on 3 basketball tournament, which
was a great idea for bringing the inner city community together.  He
has done so much for the city's youth and for local charities.

He has been known to be more concerned with others than himself, cares
little about his appearance and just cares about issues affecting his
constituents.  He always took the time to ask you about yourself, what
you do and what problems he could help you with.

I am sure you will do what is in the best interests of the people and
that is to let Jeff Smith continue to positively impact people's lives.


Sincerely,

Jack Russo

Honorable Judge Carol Jackson
Federal Court Office
St. Louis, Missouri

Honorable Judge Jackson,

I am writing to you concerning Jeff Smith who will be before your court soon
for sentencing. I am a governmental affairs consultant in Jefferson City and
have been since 1992. Prior to that time I worked as an assistant for Senator
McCarthy beginning in 1989. I mention my current and past employment to
demonstrate I have experience working with many elected officials
throughout the 20 years I have spent in the State Capitol.

Term limits, enacted in the late 90's, and practically speaking taking effect in
2002, provided government with the largest turnover of government officials.
The House of Representatives replaced over half of their members, and the
Senate replaced a similar number of those up for election that same year. This
kind of wholesale change had never been seen in the history of Missouri's
government and was so large in numbers that it also changed the traditions of
how the House and Senate operated. The "new" guard took over quickly and
ran these two institutions with a balance toward politics and less toward
policy.

You may have read or heard in the media the partisan nature of both
chambers since term limits. Less partisanship equaled better policy and we,
the voters, unknowingly traded in the "career" politicians for new common
sense ideas, or so we thought. In fact from what I have witnessed we got
exactly the opposite. We now have highly politically motivated individuals
who often sacrifice good policy for their own political advancement. Since
term limits only gives a legislator 8 years to create a name for themselves,
patience is not something they can afford to possess, which leads to greater
parochialism and hence partisanship, which leads me to the point of this
letter.

Former Senator Jeff Smith consistently made selfless voting decisions
consistently. In fact, he would often mention as he walked off the floor after a
vote, that that vote could very well unseat him in the next election. Not
because it was opposite his constituents views, but because large
corporations or entities with large political action committees would be upset
with his actions. Fortunately for his district, Jeff made voting decisions
consistent with what served the people of his district best. He recognized
that his community needed real help from the legislature, not legislation with
great sound bites but no substance. In order to do this, as a member of the
minority party, he had to work with republicans and democrats everyday to
pass the best policy for his district. I have worked with him on several of

those issues and would always know I would hear an anecdote about how the issue before us would affect his constituency, and could account for real people it would impact, instead of only referencing types or groups of people. He could have only known these details by interacting with his community everyday.

Jeff's character while working on legislation to advance the issues affecting St. Louis city was very much appreciated and refreshing. He spoke of his short time allowed in the senate due to term limits and wanted to make substantive changes in the state laws for St. Louis. He did not share the fear that many, unfortunately too many, other legislators feel when faced with tough issues, and their reluctance to vote or take a stand due to the impact it may have on their political future instead of the impact it may have on their constituents. His work on behalf of the citizens of St. Louis was not confined to his legislative duties. His community work, and using his political contacts to further his constituency agenda instead of his personal political agenda is what made it very easy for me to approach entities I represent to sponsor his causes including his health fair/3 on 3 basketball tournament, back packs for school kids, and support of other local organizations assisting their residents. He also dedicated his time, in addition to his resources, to his community before and after his successful Senate election bid. He taught civics at an inner-city high school, coached basketball to youth who would otherwise not have an organized program to attend, traveled around the state talking to students of all ages about public service, and why community involvement is important. This was a clear indicator to me that his commitment to his community was not about his personal gain but about good for the underserved parts of St. Louis.

I am confident that a predominant number of men and women facing incarceration attempt to convince the court they can be more productive providing community service and help their community than they are being detained in a correctional institution. The motivation in many cases it to avoid incarceration, however I believe the court can use Jeff's record of community service as proof of his ability to positively impact the community. Unfortunately Jeff made a bad decision and will now have to face a punishment as deemed appropriate by the court. His community will also suffer, as Jeff's activism will toll while serving time. I would strongly encourage your consideration of using Jeff's abilities to improve his community as an asset the court can infuse into the urban core where sincere volunteerism is badly lacking. I understand the need for the court to impose incarceration and community service, and hope the court balances toward community service, which in my opinion positively affects the greatest number of people.

Jorgen Schlemeier
213 East Capitol Ave

Jefferson City, Mo. 65101

Saturday October 3, 2009

To Whom It May Concern:

I learned a lot about American government, policy, and politics as a student of Jeff Smith at Washington University in St. Louis. We spent an enormous time (more than in most classes at Wash. U.) pouring over books and completing research at Mr. Smith's direction, gaining a great deal of academic knowledge. More importantly, though, we had the chance to learn lessons that extended beyond books--we learned about a man's commitment to community, dedication to service, and strong sense of justice, and we were all inspired to do more to live up to the example he set.

Jeff Smith unquestionably committed an inexcusable error in judgment by participating in the illegal action resulting in his appearance before the court. Though I was incredibly disappointed to hear of this action, I also cannot forget the many more instances in which Mr. Smith acted in ways that were undeniably in the *best* interests of our community. It is those actions that define Jeff Smith for me, and I wish that I had taken the opportunity to thank him for those actions when I was his student.

I know all Americans benefit when our nation's youth get access to a great education, so I want to thank Jeff Smith for cofounding a network of charter schools which have the potential to help close the educational achievement gap that plagues not only St. Louis but our entire nation. I know many citizens, but particularly low-income and minority citizens, do not have access to as positive, productive, and engaging activities in their free time, so I want to thank Jeff Smith for his commitment to organizing basketball tournaments and coaching and mentoring inner-city youth for years. I know that Missouri's economy could be strengthened, so I want to thank Jeff Smith for encouraging development and being an advocate for maintaining our historic buildings by fighting for tax credits for those who rehabilitate historic buildings instead of destroying them.

As a Missourian (currently living in Denver), I do believe justice must be served in this case. I believe nobody understands this more so than Mr. Smith himself. Though the overwhelming majority of his positive actions have gone far beyond what most citizens do for their community in a lifetime, Mr. Smith still owes a debt to society. I would consider it to be a disservice to our society, though, to enact a prison sentence upon him. We must find a way for Mr. Smith to use his knowledge, skill set, and sense of commitment for the betterment of our state and the nation as a whole—we face far too many challenges to do anything else. A mandatory, meaningful, and lengthy sentence of community service would be the best form of justice we could bring for the state of Missouri and the United States of America. By so doing, we could begin the process of healing our community instead of making an injury it even worse.

Respectfully submitted,

David Schlichter

# SCHLICHTER, BOGARD & DENTON, LLP
## ATTORNEYS AT LAW

JEROME J. SCHLICHTER

jschlichter@uselaws.com

100 SOUTH FOURTH STREET, SUITE 900
ST. LOUIS, MISSOURI 63102
(314) 621-6115
FAX (314) 621-7151
www.uselaws.com

Illinois Office
120 W. MAIN STREET, SUITE 208
BELLEVILLE, ILLINOIS 62220
(618) 632-3329

Wisconsin Office
8554 HIGHWAY 51, SUITE 103
P.O. BOX 5
MINOCQUA, WISCONSIN 54548
(715) 358-6300

October 7, 2009


Honorable Judge Carol Jackson
111 South 10th Street
Suite 14.148
St. Louis, Missouri 63102

RE:    Jeff Smith

Dear Judge Jackson:

I have known Jeff Smith for at least five years in a number of capacities. As a fellow city resident, I have been tremendously impressed with his passion for the city, for economic development of the inner core of the St. Louis region, and his appreciation for diversity. He is and has been exceptionally committed to the causes of urban revitalization of St. Louis, education of inner city kids, and economic and social justice for minorities and all people.

Jeff also was my State Senator in the Missouri Legislature. As the originator of the State Historic Tax Credit, I have been heavily involved not only in its passage but also in maintaining it over the last eleven years because of its impact on the City of St. Louis and its neighborhoods. In the Legislature each year for the last eleven years, we have faced a threat from some in the Legislature who have sought to gut this very important tool for not only St. Louis but also the entire State and its distressed areas. In the last session earlier this year, the Historic Tax Credit was under severe attack exceeding any previously. Jeff became the champion of the credit, standing up to those who had a very powerful movement to severely curtail it. It is well known that Jeff, through his individual persistence, willingness to filibuster, no matter what it took, and willingness to go all out, saved the State Historic Tax Credit as we know it.

This kind of passion and commitment is also apparent in his involvement in urban education issues. Further, I have seen firsthand how Jeff has been an inspiration to young people to get involved in the political system. As the parent of three sons in their twenties, one of whom had Jeff as a professor at Washington University, I can say without reservation that he has been an inspiration to my three sons by demonstrating his passion for the causes in which he believes, his enthusiasm for hard work advancing

SCHLICHTER, BOGARD & DENTON, LLP
ATTORNEYS AT LAW

2

those causes, and his persistence.   They have benefited from his being a role model to them.

In my opinion, I believe that Jeff could be of enormous value to the community by staying involved in community service and continuing his passionate work serving the causes that are so critically important for the development of our region, its minority young people, and its urban core.


Yours very truly

*Jerome J. Schlichter*

Jerome J. Schlichter

# Eric S. Schmitt
937 Brownell Avenue
Glendale, Missouri 63122
314-822-3808

Honorable Carol Jackson,

I came to know Jeff Smith about a year ago. I was running for the State Senate in St. Louis County and Jeff was in charge of the Senate Democratic Campaign Committee. Although I am sure he wanted my opponent to win - he offered me a chance to speak to his class at Wash U. Moreover, after I won the seat, Jeff and I became friends. We worked hard on things we could agree on, particularly issues affecting the less fortunate and children. Jeff cares very deeply about the idea that we all have a stake in our communities and that was evident in his commitment to Public Service. Many Politicians have "Events" that are focused on themselves. Jeff, in contrast, had his 3 on 3 Tournament with a focus on Community and access to important information about health and services for those in need.

## ERIC S. SCHMITT
*937 Brownell Avenue*
*Glendale, Missouri 63122*
*314-822-3808*

I cannot speak to the ways Jeff has impacted other lives throughout his life, I will leave that to those who have known him longer. But I will say I have come to know him under unique circumstances - in a legislative session, in a real pressure cooker where a person's full character is on display especially to other colleagues. In that circumstance I have seen first hand Jeff's work ethic on behalf of those he served and his deep desire to help others.

I humbly ask the court to consider my letter and others when you are considering his sentence.

Respectfully Submitted,

To Whom It May Concern,

I met Jeff when he was the professor of my first political science course at Washington University, American Electoral Politics, in the Spring of 2006. I went on to take two more of Jeff's courses before graduating: The Legislative Process in 2007 and Campaigns & Elections in 2008. In all three of his courses, the facts and figures were paralleled with true life experiences, making me realize that politics wasn't just a cut and dry topic but a living, breathing, and exciting realm where so much happens before one's eyes. His excitement, passion, and love for his field came across in volumes, and I've never been inspired by a teacher as much as I have been inspired by Jeff Smith.

He inspired me and my fellow classmates to act, not just read, think, and learn about the subject, but to get involved with what we cared about, and that was something truly remarkable. In fact, course requirements in Campaigns & Elections included mandatory time outside of class gaining hands on experience with an actual campaign. Jeff let me and my classmates believe that even as young people, we had the power to get involved with the issues that affected us and the power to make an impact in the community around us as active and engaged citizens.

One of the many ways Jeff led by example was through his annual Jeff Smith 3-on-3 Basketball Tournament and Community Fair, a non-profit event that promoted physical health and wellness, provided free healthcare screenings for families, and offered free back-to-school supplies to local children. I most recently volunteered this past summer preparing for the 4th Annual Jeff Smith 3-on-3. In the months leading up to the event, Jeff taught me and my fellow volunteers how to approach potential sponsors in a genuine and honest manner. Jeff has always gone out of his way to identify and get to know anyone and make him or her feel important, and he encouraged us to do the same. He has never hesitated to get to know people for who they are as people—not just as potential donors, fellow politicians, students, or constituents.

Jeff's mistake became an unfortunate loss for Washington University, District 4, the city of St. Louis, and the state of Missouri. But his mistake does not define him as the educator, leader, and individual that he truly is. In the future, I hope many others will be fortunate enough to get to know Jeff the way that I have.

Sincerely,

Daniel Schnall
Washington University in St. Louis, B.A. 2009

V C S

October 8, 2009

Honorable Judge Carol Jackson
United States District Court
Thomas F. Eagleton Courthouse
St. Louis, MO 63102

Dear Judge Jackson:

I am writing to ask you to sentence Jeff Smith to a period of community service as punishment for his crimes rather than a prison term. I have known Jeff for about six years and have found him to be remarkably committed to our community in ways that went well beyond his interests in public office.

When Jeff graduated from the University of North Carolina, which he attended as a National Merit Scholar, with a double major in African American Studies and Political Science, he chose to start his professional career working in the St. Louis Public Schools during the 1996-97 academic year. This employment in a distressed urban school district was a natural extension of Jeff's commitment to education and children, a commitment he has demonstrated in countless ways throughout his life. Throughout his college years at UNC Jeff volunteered as a tutor at a pre-school for a low-income children and during his senior year he home-schooled a Down's syndrome student who had dropped out of school because of bullying.

Sensing that even more could be done to help students achieve academic excellence in 2001 Jeff cofounded Confluence Academies, a network of charter schools which now has over 3,000 students. In addition Jeff volunteered for years teaching an ACT preparation course to high school students aspiring to be NCAA scholarship eligible. During his graduate work at Washington University he volunteered as a tutor in the St. Louis Public Schools' Each One, Teach One program.

All of these activities were performed far from the public light of the political arena. These activities are the genuine efforts of a young man who believes that one person can, and must, make our community more equitable and more caring. I believe these stories of Jeff's individual giving to people who needed his help are a more revealing insight and a more accurate portrait of this young man's character than either the inspiring story of his political rise or the sordid tale of his political demise.  No one, not even Jeff, in anyway defends the actions which brought him before your court. But I would ask that you look beyond his misdeeds and poor judgment and see the kinder and more generous spirit that led him to spend so many hours in service of his fellow human beings.

Judge Jackson, justice demands that Jeff pay a penalty for his crimes, but I believe a balanced view of his character and the needs of our community would justify the court sentencing him to apply his considerable skills in community service rather than spend time in confinement isolated from the community he so clearly cares about and is so well equipped to serve.

Thank you for your consideration.

Sincerely

Vincent C. Schoemehl, Jr.

VINCENT C. SCHOEMEHL, JR.

6168  WESTMINSTER  PLACE  I  SAINT  LOUIS.  MISSOURI  63112