September 7, 2009

Honorable Judge Carol Jackson,

I am writing as an advocate on the behalf of former State Senator Jeff Smith. Though my interactions with Mr. Smith have been limited, I can tell you unequivocally that my impression of him is not. His selflessness, demeanor, and authenticity are obvious staples of his genuineness and compassionate nature.

As a grade school teacher I am required to be judge, jury, and executioner on a daily basis for, relatively speaking, the most trivial of infractions. I am not afforded the opportunity to review testimonials on the students' behalf that would perhaps offer insight into a more accurate portrayal of the depth of their positive attributes.

I do not know, nor pretend to, where on the spectrum of right and wrong Mr. Smith's digression may lie, but what I am sure of is the quality of his character. His sacrifice and dedication on behalf of education and the betterment of the society, speaks volumes to his commitment to improve things for everyone. Even many of his political rivals in the state legislature have commented on his uncommon skills and effectiveness as a lawmaker — a feat unheard of in today's hyperpartisan political environment.

Please consider these words I offer you a much more indicative representation and truer measure of Jeff than the poor choice he made.

If I can be of further assistance in this matter, please do not hesitate to contact me.

Thank you for your time and consideration.

Sincerely,

JASON B SCHWARTZ
1461 GRANT RD
WEBSTER GROVES MO 63119
(314) 239 0190

September 12, 2009

Honorable Judge Carol Jackson

I am writing this letter on behalf of Jeff Smith.

In the years I have known Jeff I have learned about the many good and positive things he has accomplished. He is a good and caring young man that has made a huge and stupid mistake.

He has so many good qualities, helping people who have little and should be cared for just like the rest of us and Jeff Smith has done that.

For many years he has helped the underprivileged children of St. Louis, by volunteering to work with them in many ways.

Jeff does kind things for people who are less fortunate, because that is the kind of person he is.

If possible, take all of his positive
attributes by having him work with
children of the community and letting
them know what one mistake will
do to change the rest of there lives

No one knows more than Jeff Smith
what a life changing mistake he
has made.

Thank you.

Sincerely,

Karen J Schwartz
330 Baker Ave
Webster Groves, Missouri 63119
(314) 961-5654

September 24, 2009

To the Honorable Judge Carol Jackson:

In my 40 years of business experience, some involving both legal and ethical situations, one sometimes arrives at a decision point framed by specific facts and precedents but complicated by an over reaching goal of extracting a "best case possible outcome".
My father, grandfather and I have all been political observers and elected officials. It is a profession requiring a strong stomach, thick skin and increasingly, a lot of money. Sadly and all too often, these are the strongest characteristics a candidate brings to the table. Many assume a posture of high-minded convictions; few seem able to execute on them once elected.

I found in Jeff Smith the signature characteristic of a statesman in a democracy: an ability to listen, to engage, and to absorb the argument of the opposition. He didn't come from an underprivileged background, but he displayed the ability to communicate with those that did. This is an attitude, as much as a skill, that is sorely lacking in the political discourse of this racially divided City and State.

Early in 2009, I requested 20 minutes of his time to discuss an idea of engaging the African-American community of North Saint Louis in youth soccer. I arrived at a local Southside restaurant at the appointed time and had to wait 30 minutes. Another citizen had a more pressing issue. Jeff and I spoke briefly, as many were in line to meet with the Senator. After a very few minutes he provided me a contact with the Saint Louis director of the Scores Program; a national after-school effort to bring poetry and soccer to the inner cities of our nation. Few politicians are that "in touch "to provide an answer that quickly. It speaks to his personal experience of engagement in the inner city and its struggles to educate its youngsters.

Anecdotally, Jeff Smith's "3 vs. 3" basketball tourney was not about basketball. It was about engaging the community; by personal example, demonstrating not just a shared space but shared values. One could easily make that same argument in his efforts to reach common ground with the perennially contentious "out-state" legislature. His naïveté in Jefferson City was in full public display on a few occasions, but in the end, many of the rural legislators were won over by his willingness to engage in a discussion of what constitutes our mutual interests. The preservation of the Historic Buildings credit is a testament to this engagement and his determination to affect a greater good.

Politics is nasty. We as citizens are complicit in our countenance of allowing this wide berth of gray area operations. In the public's mind, none of this is all that surprising and just as disturbing, many believe it to be a component of every election. If a redeeming factor exists, it is that in none of Jeff's actions did I sense any materialistic or self-aggrandizing motives.

While Jeff Smith clearly broke the law and compounded the action with a lie, I wish to encourage the court to consider a longer view with the intention of a "greater good" result. If a path exists to exact a fair punishment and also afford a benefit to a needy society, we should take it.

Yours truly,

Bill Sharpless
4463 Westminster Place
Saint Louis, MO 63108

October 2, 2009

Honorable Judge Carol E. Jackson,

This is a letter of reference for former Missouri Senator Jeff Smith, and a request that you judge him on all of his merits and not just on his misdeeds. He has worked hard to help people in his community and city. He has paid special attention to helping the youth of his mostly poor district in many ways, from starting a charter school to raising community donated assistance. His basketball tourneys were unique to his efforts, and helped engage boys in healthful competition.

While senator, Mr. Smith spent much time and effort to learn the ways of the legislature so he could propose and support bills in the fields of education, taxes, and health care, among others, designed to be of help to hard-working citizens. He was a leader in the senate.

He kept his constituents and supporters well informed. I am not in his district, but live on the west side of Missouri. I have met him only briefly in meetings, but have been impressed by his energy, ingenuity, and brilliance, and his dedication to helping all citizens. I have cited him as a good example to candidates and incumbents in my districts.

Please find a way for him to continue channeling his many talents to useful service rather than keeping them on hold in incarceration.

Sincerely,

Phyllis Sheaks
714 Lacy Lane
Belton MO 64012

HORTY RADER SHIEBER
625 SOUTH SKINKER BLVD
SAINT LOUIS MO 63105

September 30, 2009

To the Honorable Judge Carol Jackson,

I write to you today on behalf of Jeff Smith.  I was devastated to hear of the dreadful mistake that Jeff made while in the service of our community.

Jeff has had an exemplary public service record until this point.  One wonders how this could possibly happen to someone with so much dedication and promise.

Most of us have made or will have made at least one life altering mistake which will probably remain known only to a few.  But for Jeff (and other well known figures) it becomes public and there will no doubt be those, always there to remind him of that momentary lapse.

Jeff has accomplished so much, and I believe he has a lifetime of good works still to give.
As a member of his community, I hope that he'll be allowed to continue to do so.

Sincerely,

Horty R. Shieber

HRS/cnn

To the Honorable Judge Carol Jackson


I am writing today because I would like to add my voice to the many who would have you consider the case of Jeff Smith with empathy.   It has been a much bandied word, lately, but, for me, it does convey a higher kind of consideration. One that depends on more than just facts, but on the whole human context from which facts take their weight and meaning.

I do not purport to understand the complexities of his case.   I do understand, however, that Jeff Smith is an exceptional individual.   My encounters with him at New City School and my reading of his legislative reports have confirmed for me that Jeff is committed to the common good in a way that is rare and truly special.

When I was young I met Robert Kennedy.  There was a profound commitment in him to make the world better.   Jeff Smith conveys the same promise.  Jeff has the same sense of purpose: an unrelenting pledge to right the many wrongs we still see every day.   I feel privileged that he is working for Missourians, for St. Louisans.

Robert Kennedy's promise was cut short in a terrible way.  But, we don't have to cut short the career of another charismatic man whose enthusiasm for civic activism is so evident in all his undertakings and so infectious to young and old. I know I don't have to list his accomplishments here.   Your Honor, I urge you to see the good that can be, instead of a misjudgment of the past.   Jeff Smith can do so much good for so many people.    Please, allow him to fulfill that promise.


Sincerely,

Ernestina Short
2363 Cook Road
Imperial, Missouri 63052

10 Westridge Court
University City, MO 63124
September 20, 2009

To the Honorable Judge Carol Jackson

Dear Judge Jackson:

I write to you in behalf of Jeff Smith. I met Jeff Smith during the early weeks into his campaign for U.S. Congress. Jeff was that rare candidate with whom I could agree that that health care should be a human right and that all Americans deserve access to high quality, compassionate health care without prejudice.

As a nurse of thirty years working in urban St. Louis, I help provide care to sick and underserved patients who do not seek care, due to financial barriers, until their health is seriously compromised. As a Missouri Senator, Jeff Smith cosponsored and worked for passage of health care legislation, which would reverse this catastrophic trend. Health care would become a fundamental right for residents. Jeff Smith could have colluded with rich, for-profit insurance lobbies that write laws to enhance their own financial benefit. Instead, Jeff Smith advocated for those without any financial clout.

Jeff Smith's return to public life as an ordinary citizen will enable him to give back to the community in ways differently from that of a lawmaker. I believe he will serve to benefit the underserved, for that is the Jeff Smith that I have come to know.

Yours in health,

Mimi Signor, RN, MSN

Honorable Judge Carol Jackson:

For three months I worked for Jeff Smith's Congressional campaign. Never before had I knocked on as many doors for any political candidate. I was inspired to do so because Mr. Smith is intelligent, well informed and, most importantly, solidly on the side of the poor and disenfranchised in our community. He believed in his causes deeply enough to make thousands of personal house calls and countless phone calls. He would speak anywhere in St. Louis and St. Louis County. But he still lost.

Mr. Smith picked himself up, however, and became Missouri State Senator.  He remained true to his promises to fight for legislation to help less fortunate citizens. Now, he stands before you because of his serious lapse of judgment during his ill-fated Congressional campaign. As a consequence, he has lost his Senate seat and his political career. He was publicly humiliated in the press for months.

Still, he is seriously contrite. His goal now is to continue his work as an educator in underserved areas. He is well qualified to do so given his background in education. I hope that you will take this into consideration in your deliberations.


Sincerely,

Roger Signor
10 Westridge Ct.,
University City, MO 63124
September 20, 2009

JOAN ELLYN SILBER, PH.D.
10519 FRONTENAC WOODS LANE
ST. LOUIS, MISSOURI 63131

September 15, 2009

RE: Jeff Smith, Ph.D.
Attention: The Honorable Judge Carol Jackson

Dear Judge Jackson:

I understand that decisions will soon be made regarding the fate of Jeff Smith, and that there are many factors to consider carefully, including what will have the most beneficial impact for society. In this regard, it seems that our city and state will benefit the most if Dr. Smith can focus his attention on service to our community in the same very practical, effective, and thoughtful manner he has exhibited during his tenure as a Missouri Senator.

Dr. Smith is a man who truly cares about the welfare of each individual and who will give up his own time and extend his energies to help others in every way he can. This is the man who has tirelessly worked for the benefit of the underprivileged and for education. This is a man who would selflessly and personally mow the lawn of an elderly constituent just because someone needed to do it.

I first met with Jeff over an informal lunch. I was immediately impressed with his genuine and deep caring about the less advantaged members of our society, especially our children. He has the capacity and desire to serve the children.

One of the issues he has worked so hard for, as I'm sure you are aware, is the Paternity Reform legislation that will assist a man who owes child support to get a job instead of going to jail where he is useless to his children and becomes a burden to society. Our system smacked of the historically antiquated debtors prison of England. Jeff, seeing this injustice, acted on it. This is a specific reflection of how deeply Jeff cares about the children. To get the help they need, the fathers need to be able to work, not to learn bad habits in jail.

I urge you to kindly consider what a positive difference Dr. Smith will make, given the chance to continue to serve our community, in our community, as a caring, effective, and hard working member of our community. It is rare to find men of such high quality and character with such strong desire to work for the well-being of our society. I urge you to allow him to do the work he is capable of doing and that he is meant to do.

Sincerely yours,

Joan Ellyn Silber, Ph.D.

**SHERMAN J. SILBER, M.D.**
INFERTILITY CENTER OF ST. LOUIS

St. Luke's Hospital
224 S. Woods Mill Road, Suite 730
Saint Louis, Missouri USA 63017
(314) 576-1400 • Fax: (314) 576-1442

September 4, 2009

To the Honorable Judge Carol Jackson

Dear Judge Jackson:

I would like to provide a character reference for the former Senator Jeff Smith. I am a very actively practicing 67 year-old physician at St. Luke's Hospital in St. Louis, Missouri.

Over twenty years ago, my life was transformed by this young man. I was already a highly respected, and actually famous, physician in the St. Louis area, but I was a failure as a father. I wanted the best for my three young boys, but did not know how to relate to them. So I attempted to do something I knew nothing about, and coach their OAA soccer team. I knew little about sports, and as a father rooting for his sons, I was a poor sport, frequently got angry at the referees (or umpires for baseball), was a dreaded parent and often therefore, more of an embarrassment than a support to my kids.

That is when OAA referee Jeff Smith came in. I had not known him and, in fact, I was about to be banned from coaching OAA soccer because of my arguments with the referees. This young man took me under his wing, and instead of banning me, he taught me how to coach, and how to respect the authority of the referees, and gain the confidence of the young kids I was coaching. He forgave me for my stupid reactions to "bad calls," and taught me the art of good sportsmanship and good parenting. All of my three boys prospered after that, and grew up to be fine good young men, now 29, 32,and 37 years old. Also, my OAA soccer teams prospered.

For decades, I had not met Jeff Smith again until he was a Senator and we were both working for the Obama-Biden campaign. I was never before political; just a very typical, busy, workaholic practicing doctor with no time for political mumbo jumbo. But two people inspired me that through politics maybe we could improve the lives of young people and the disadvantaged and downtrodden in our society. Those two people were Barack Obama and Jeff Smith. They have both made errors. I have made errors. We have all made errors. Character means the desire to learn and grow from these errors, gain greater wisdom, and thereby get back up on your feet, and work to do more good, to still strive to make the world a better place for the less advantaged, the depressed, and the downtrodden. That is what Jeff did for me.

The Jewish holiday of Rosh Hashonah and Yom Kippur are coming up in a few weeks. It is the designated time every year when we must strive to be aware of our sins and

Honorable Judge Carol Jackson
Page 2
September 4, 2009

atone for them.  The Hebrew word for sin is "chat," pronounced with a long "a," and a hard "ch."  That Hebrew word, translated literally, means "mistake."  Atonement means correcting our "mistakes" and not repeating them.  On this holy day of the Jewish new year, when we all must answer to God and to mankind for our mistakes, I pray that you will give former Senator Smith a constructive way to atone for his mistake, that will enhance his ability to continue to do the good which I know he wants to contribute to society.

Yours respectfully,

Sherman J. Silber, M.D.

Friday, October 09, 2009


Hon Judge Carol Jackson,

I am writing this unsolicited letter in support of an alternative sentencing option for former Missouri State Senator Jeff Smith. In what follows, I first write about myself and my own personal reasons for writing this letter, and second, I write about recommending an alternative sentence for Jeff Smith.

My name is Armando Siliceo-Roman. I am a citizen of the United States, and a resident of the State of Missouri. I am husband to Dr. Laura Siliceo-Roman, who is a teacher at St Louis Community College, and father to Aidan Siliceo-Roman, who is in first grade at the College School. I work in software sales, and I volunteer in many St Louis organizations including the Urban League, Focus St. Louis and Confluence Academy, a public charter school in Missouri. I am not a lawyer and do not know whether Jeff Smith is eligible for an alternative sentencing option. What I do know is that if such an option exists, it would be an excellent opportunity to consider sentencing Jeff Smith to community service.

My reasons for my suggesting an alternative sentencing option include:

***Schools Need More Qualified Teachers***. For many years, well intentioned individuals have observed poor performance of many urban schools and its deleterious effect on the fate of a large number of children and have asked: "What can we do?" While there are many things that can be done, one of them is to develop and provide more qualified teachers. Jeff Smith has the aptitude and inclination to teach. He has taught for many years and was a leading force in creating the Missouri Teaching Fellows Program to bring top-notch teachers to struggling school districts and expanded early childhood education for impoverished City children. The educational system can still benefit greatly from Jeff Smith.

***It is not about going easy on sentencing***. In my humble estimation, in this particular case, it is not about taking it easy on Jeff Smith. It is about analyzing this situation and being effective in his sentencing. Jeff Smith has the potential to help the community, so it seems that community service is the right fit for his case.

In summary, Jeff Smith has the potential to help the community in an area which needs assistance. I urge you to please consider an alternative sentencing option that allows the community to benefit from this unfortunate situation.

Sincerely,

Armando Siliceo-Roman
4146 Hartford St.
St. Louis, MO 63116
314-865-0523

September 21, 2009

Dear Judge Jackson:


It was the kind of thing you just never hear in politics. We were months away from the biggest challenge of Jeff Smith's political career, and all he wanted to talk about was basketball.

I had first heard of Jeff in 2004. A former coworker was visiting me for the night, and the conversation turned to politics. The coworker mentioned a former professor who was running for Congress, and suddenly he was gushing. I heard all about Jeff's thoughtfulness, Jeff's commitment to his students, and Jeff's passion for his community. By the end of the night, I had committed to calling Jeff to see about a job. By the next week, I had agreed to work for him.

When friends ask what it was like to work for Jeff in 2004, I often find myself spouting clichés: we caught lightning in a bottle; we were a true grassroots movement; it was a Cinderella story. Those who listen probably think there is something mystical about what happened. But there is nothing supernatural about Jeff's political talents. Sometimes voters can sense commitment and compassion, and they saw both in Jeff. Jeff demanded that all of us keep our eyes focused on the ultimate goal. When a pollster suggested taking a particular position that would win votes, Jeff promised to consider the idea and report back the next day. That night, Jeff went into his room at 9pm with a stack of books on the topic at hand. He emerged the next day, wearing the same clothes, with an answer for the pollster. He just couldn't do what the pollster asked. It wasn't what he believed. And that was the last we heard about it.

After Jeff's loss in 2004, we all hoped he would run again. When he mentioned he was running for state Senate, I immediately signed up to help out. That is how, in the spring of 2006, I found myself discussing basketball. Specifically, I was trying to talk Jeff down from what had become his favorite cause: a 3-on-3 basketball tournament. By this point, all of Jeff's more experienced political advisers had weighed in against the idea. A basketball tournament—for kids, no less—was no way to win an election. Sure, once you get elected you can do whatever you want. Might even win you some goodwill. But why on earth would you devote your campaign resources to that kind of project right before election day.

Jeff knew that his state Senate race could be his last chance. Two losses in a row would doom him politically. But Jeff couldn't stay focused on his prospects. Every day, he wanted to know about the tournament. When he went canvassing, he spent more time urging kids to come play than urging adults to go vote. Jeff believed the basketball tournament could serve the two goals that had gotten him into politics in the first place.

It could give young people something positive to do and link communities across lines of geography, color and class.  He knew the idea sounded naïve, but he loved it all the same.

When the tournament went off without a hitch, Jeff was as happy as I have ever seen him, before or since.  We never knew whether it won him a single vote.  Frankly, the evidence is probably against.  But Jeff didn't care.  He believes passionately that being a public servant means getting out into the community and doing what you can, where you can, with what you have.  That was more important to him than politics.

I know that Jeff will continue to do good in whatever way he can.  That's just his nature, and he can't turn it off even when it would be better for him if he did.  I only hope that this episode can be the beginning, not the end, of Jeff's contribution to his community.

Sincerely.


Sam Simon

Judge Carol Jackson
4059 Flora
St. Louis, MO 63110

To the Honorable Judge Carol Jackson:

I never thought I'd have to write a letter defending Jeff, particularly the aspects of his character that rest at the center of this case. I met him when I first volunteered for his annual non-profit community fair and basketball tournament in 2007. He immediately became a close friend, even though he was a state senator and I was just out of my freshman year of college. He was charismatic, as is well-known, but Jeff also possessed personal qualities that until now would not be considered controversial: deeply kind, honest, down-to-earth, and forthright.

Jeff has always put the good of the community over his personal gain. I was once approached by a parent from his district who launched into an unsolicited, impassioned acclamation of Jeff's defense of access to quality education, even for children stuck in the failing city school district. He has similarly earned the trust of thousands of city parents whose children attend the Confluence Academies, which Jeff founded. I helped pass out fliers about the free community fair to these schools, and let me tell you, the Academies are models for the future of quality education in St. Louis. Jeff's model teaches these children to have pride in themselves, their community, and their culture. They consistently score above their peers, thanks to Jeff. His support for various forms of school choice jeopardize his future in the Democratic Party, but his actions have garnered endless exclamations of gratitude from less fortunate citizens who have a rare true advocate in government, whose belief in what's right is informed by the welfare of his constituents, and not by partisan ideology of any sort. Contrary to the prosecution's claims in this case, Jeff's actions have in fact shown a consistent, incautious disregard for his political gain.

In fact, I was particularly disappointed by a decision he made almost 2 years ago. Because of the positive attention he attracted ever since the 2004 race, he was invited for an interview on *The Colbert Report*, a once-in-a-lifetime opportunity for national exposure, particularly for a local politician seeking to expand his base support among young people. However, this was during the writer's union strike, and Jeff turned town this opportunity because he believed in supporting organized labor. Even though I was familiar with his great work before that incident, I could not believe that he was so steadfastly principled, even to what I saw as the detriment of his own career prospects.

As you can see, Jeff's recent history shows genuine concern for those around him, but none of his political actions have measured up to the impact he has made on young people in this city. Empowerment is not only the foundation of the operation of his schools; it's how he involves students like me in decision-making processes. I know at least three students, including me, serve on the board of his annual not-for-profit basketball tournament and community fair. We helped Jeff achieve his mission of

creating a safe, fun place for underprivileged youth in north St. Louis to play ball, eat good food, and have resources to medical screenings, employment assistance, and free school supplies. Not only that, but the impression I get from Jeff's former students is that he really makes them believe in their power to make the world a better place. At least, that's what he taught me.

While Jeff has made a few mistakes, my knowledge of him makes me certain that these are complete aberrations, not part of the strongly principled way he operates as a legislator, teacher, and friend. The way I look at it, the government has already spent so many resources on this case—why spend more government money feeding him in a cell, when he could serve a productive, alternative sentence? Jeff lost the election, so with no victim seeking vindication, the key question here is, "What sentence would be the wisest choice for society?" From what I understand, Jeff is willing to put his extensive education and experience to work for underprivileged children—just as always. This man is more than willing to go from teaching at one of our nation's top-tier universities to an unaccredited inner city classroom. Please make the right decision, and allow Jeff to take this highly unfortunate situation and give back to the community.

Sincerely,

Benjamin Singer

Former intern, Jeff Smith 3-on-3 Basketball Tournament and Community Fair

731 Judson Manor Dr.
Chesterfield, MO 63141
(314) 239-1308
benjamin-singer@northwestern.edu



**OFFICE OF THE MAYOR**
**CITY OF ST. LOUIS**
**MISSOURI**

**FRANCIS G. SLAY**
MAYOR

CITY HALL - ROOM 200
1200 MARKET STREET
SAINT LOUIS, MISSOURI 63103-2877
(314) 622-3201
FAX: (314) 622-4061

September 7, 2009

The Hon. Carole E Jackson
United States District Judge
Eastern District of Missouri
111 S. 10th Street
Suite 14.148
St. Louis, MO 63102

Dear Judge Jackson:

As an elected official, I have written several other letters to judges asking that they weigh an entire career or lifetime of civic accomplishments against an individuals admitted misdeeds. Generally in such missives, I suggest that past goods stand as balance against the harm caused.

This is a different sort of letter. I cannot recall having ever agreed or, even, been asked to write a letter for a person so near the beginning of a life and a career. Jeff Smith has been a state senator for less than a full term. He co-founded a public charter school focused on science and math only eight years go. His teaching career spans a single decade. There is no lifetime of good works to ask the court to measure. Even taken together, Jeff's significant accomplishments do not fully outweigh the serious violations of public trust to which he has admitted.

Yet, the very shortness of Jeff Smiths career suggests a compelling reason for the court to consider lenience. Using his start as an indication of his most likely direction, it is clear to me that this is a young man who could accomplish a great deal for his community during the next forty years. He belongs in a neighborhood, a community center, or a classroom not in a cell.

I have spoken to Jeff. I know that he is embarrassed, disappointed, and remorseful. Even more so, he is strongly determined to make personal restitution for the damage he has done to the causes he has supported. Without the evidence of his early career and his obvious talents, prison time and fines would be appropriate. But, given his youth, the promise of his short past and the very strong needs of the communities in which he has worked, it would be far better for us that Jeff be returned to our neighborhoods as quickly as possible and set back to work with another chance to become the charismatic teacher, wise mentor, and energetic organizer that he had seemed to be.

Thank you very much for your consideration of this letter.

Respectfully yours,

Francis G. Slay
Mayor, City of St. Louis

20 Woodland Avenue
Bronxville, New York 10708

September 8, 2009

Dear Judge Jackson:

My name is Adrienne Smith. I am a 64-year-old retired lawyer and I live in Bronxville, New York. I met Jeff Smith for the first time in February, 2005. My daughter, Elisabeth, was a senior at Dartmouth College and the president of the Dartmouth Democratic Club. Jeff was a visiting political science professor there at the time. Elisabeth mentioned Jeff often and, at a political rally for John Edwards, she finally introduced him to me. As my daughter is statuesque and quite beautiful, I expected that anyone in whom she had a romantic interest would be similarly endowed. When the moment came for me to meet Jeff, I was stunned. Standing before me was a 5'6", 115-lb., somewhat disheveled person who looked 10 years younger than his chronological age. And yet, from the moment that I started talking with him, I realized that Lis had happened onto a completely delightful person.

From that time in 2005 until Jeff and my daughter decided to go their separate ways in early 2009, I spent innumerable hours with Jeff: at Dartmouth, in St. Louis, at his swearing-in in Jefferson and at our home in Bronxville. I found him to be one of the finest people I had ever met. He seemed to have a burning desire to make St. Louis a better place, to help those far less fortunate than he to have at least a chance at a better life. At times, his drive could be exasperating. We were unable to go anywhere in St. Louis, and even New York, without people coming up to us and engaging Jeff in lengthy and heartfelt conversation, usually based on their having seen "Can Mr. Smith Get to Washington Anymore." Jeff was always unfailingly polite to them no matter how cold his food was getting, while, frankly, Lis and I would sometimes stew with impatience. Sometimes, in the role of quasi-mother, I worried about Jeff's inability to get a good night's sleep. He was unable to rest for more than four hours at a time, always wracked with ideas about what he could do better. In a less charitable mode, I found him to be a complete mess, both in dress and living style. His car looked like a town dump, his clothes were always ill-fitting and rumpled, and his apartment had very few of the basics that most people need to live a normal life. Over time, Lis and I tried to impress on him the need, as a public figure, to be more presentable, and, with a small amount of discreet purchases, moved him, quite literally, out of the children's department into one for diminutive men.

I saw all this chaos as the mark of a man with a mission: to make a maximum impact for good in his world. He had no time for possessions, for clothes, for cleanups and grooming. Rather, he had a burning desire to do good, both as a politician and as a professor. The sincerity of his effort comes out loud and clear in his movie, as do the causes he took up in the State Senate. It would be difficult to convey the despair I feel at the moment that such a decent, hardworking, and dedicated person is now

potentially going to be lost to all of us as a public servant and a teacher.  While I know that Jeff has great inner strength, this turn of events has hurt us all, and I can only hope that he is given a fair chance at personal redemption.

Thank you.

Sincerely,

Adrienne Smith

# ANDY SMITH

1030 Glenbrook Ave
Saint Louis, Mo 63122

September 28, 2009

To The Honorable Carol Jackson,

I am writing on Jeffrey's behalf as a totally biased oberver - I am his older brother, Andy. As with many brothers, we have been ultra-competitive since he was born. In fact, for years, we couldn't play basketball or tennis together without fighting. The thing is, while he probably always felt he had to follow in my footsteps, having many of the same teachers, getting good grades, playing sports, etc., I actually was often the one in his shadow. I am perfectly content to live a private life, but Jeffrey has thrived in the spotlight, whether for academic or athletic achievements or for helping others. He has always been completely selfless with his time, willing to help strangers, even if it hurts him financially or takes away from time with loved ones. I remember when he was in high school and college and he would volunteer his time to feed the homeless, work on political campaigns, or simply invite friends from the high school basketball team over for a good meal. I remember thinking to myself,"I guess maybe, despite being younger, he is more mature in some ways, or at least less selfish, than I am."

When he first decided to run for office, Jeffrey already knew a ton of people around St. Louis. By the time he was elected State Senator, it seemed he knew them all. Personally, seeing his life up close, I couldn't see why on Earth anyone would want to be an elected official. But that's what made him so good at it - unlike most people, he loves what he is doing, loves the political process, loves debating policy issues, and, most of all, loves helping people.

Whenever we do anything out in public (such as play tennis or golf), he is constantly interrupted by people. I cannot understand how he remembers their names, not to mention details about their lives, what he could do/had done to help them, etc. The point is that he is not some phony (as many of the elected officials I have met are) that got elected and then just tried to help himself. It is the exact opposite - he doesn't care about himself (which always aggravates our Mom). He skips meals, doesn't sleep, doesn't really take care of himself because he is so wrapped up in his job, a job that paid a salary well below what he could have earned in the private sector. He put all of these people ahead of himself, a perfect example of which occured at this summer's 4th annual Jeff Smith 3-on-3 basketball tournament at Fairgrounds Park: The winners of the tournament reveive bicycles, yet somehow they were one bike short, so Jeffrey just gave one of the kids his own bike and bought another one for himself, using his own money. (He also already knew he was in trouble, yet he refused to cancel the event so as not to disappoint all the kids. As a sidenote, this event, which includes hundreds of city youth and their families

playing ball, having fun, and taking advantage of all the valuable services offered, makes me much more proud to be Jeffrey's brother than all of his associations with 'powerful' people in the state.)

Anyone who has seen how Jeffrey lives realizes that he is in politics for the 'right' reasons. He doesn't care about appearances, perks, nor material objects. He essentially uses his car as a traveling hotel/office and is equally comfortable playing pickup basketball in the inner city as on the Senate floor. He truly cares about his constituents, and encourages them to contact him. He has a staff, but judging by the constant barrage of phone calls, emails, text messages, etc. he receives and responds to, he devotes more of his life to his job than anyone I know.

By virtue of knowing so many people, Jeffrey often is offered Cardinals tickets. I know he really didn't want to accept them, because he prides himself on not doing anything that jeopardizes his impartiality or making him beholden to anyone (again, unlike any other politician I have met). However, I am a huge Cards fan, so he frequently takes the tickets just so I can go to the games. The problem is he has to go too. I'm sure the last thing he wants to do in his limited free time is meet more people or attend a game in which he has no interest, but he does it anyway, just for me.

The bottom line is that the biggest crime in this case would be sending my brother to prison for one mistake that hurt NO ONE and didn't even benefit him. There is no reason to incarcerate someone who poses absolutely no threat to anyone and who has proven throughout his life that he can and will do so much good for so many people. Whether required to perform community service as a result of this or not, I'm quite certain Jeffrey will continue to do so. If you saw how so many people look up to him and are grateful for something he has done, you would recognize what a waste it would be to lock him up.


Sincerely,

*Andy Smith*

Andy Smith

October 21, 2009


The Hon. Carol Jackson
Judge
United States District Court
Eastern District of Missouri
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

      Re:   Jeff Smith

Dear Judge Jackson:

It has become almost a cliché to say that someone's significant other makes one
a better person. I remember the day when Jeff uttered those words about me. It
was at his inauguration on the floor of the State Senate, and I could not have
been prouder. Here I was with the man I loved, whom I had seen dedicate almost
every living second that he didn't devote to his day job as a teacher to his
overriding passion, bettering the City of St. Louis, never for the money, but,
rather, for the joy of serving others.

That day, he conveyed his gratitude toward me for standing by his side. Today, I
must convey my gratitude toward him.

For those brief four years he was in my life, I watched Jeff with wonder,
astonishment, and, occasionally, frustration. Every day we had, every plan we
made together, was asterisked with the caveat that the needs of his then or
future constituents might intervene.

And often they did. Whether he was working overtime in office hours with his
students, returning calls from people who had been stonewalled by the people
who were supposed to represent them, or simply stopping on the street to listen
to people air their grievances about friends, family, faith, and government, Jeff
was someone who always put himself—and me—last.

But to paint it as selfless would be a mistake. There was a joy and pleasure to it.
I remember the day Jeff got a call from Miss Manuel, who complained about her
local elected officials never doing anything for her and then asked Jeff to cut the
brush in her lawn. He went over to her house and cut that brush with more joy
than any future-Senator had ever cut brush in his life. When he came back home
and drew a hot bath to relieve his aching back, he beamed with joy at the work
he'd done that day. And as a result, Miss Manuel made sure her neighborhood
knew that this quirky, diminutive white guy would serve them well in Missouri's
Senate.

I remember another day when he and I walked for miles, knocking on doors and handing out flyers for his community 3-on-3 tournament, where there would be basketball but also free health screenings and other essential services. After hours on our feet, we heard the telltale sound of a basketball on concrete and like a moth to flame, he ran to play pick-up with a group of young boys, mostly under the age of 10.

As I tried to referee, the boys made fun of Jeff for his height (5'6" on a good day) and his skin color (pasty white), but the moment that that ball got in his hand and he sank that first shot, he was Steve Nash to them.

He could have talked trash right back, but instead he asked them how school was going and what subjects they liked. He urged them to keep playing ball, but to stay in school and approach their studies with the same fervor they devoted to basketball. After the match ended, he handed them his card. When they saw who they were playing with, they tripped over their words, trying to express their wonder and amazement, but Jeff would have none of it--none of their deference to his position.  Instead, he told them quietly that if they or their parents ever needed anything, they should call him.

That is Jeff in a nutshell. And that was my life with Jeff. Every minute he didn't spend with me, he spent working to make the City of St. Louis a better place. I have to admit that sometimes it was extraordinarily difficult to take a backseat to such a lofty goal.

When our relationship came to an end, I remember the chorus of people rushing to my side to my side to say, "Sorry." They knew that even in light of the hours he devoted to his jobs and the city he loved at my expense, I'd lost someone whom I had loved dearly.

It was a somewhat smaller crowd of people who rushed to my side when he was convicted of a felony to say, "Sorry." They pitied me for my life in politics and for being tarnished by keeping such close company with a now-convicted felon.

But I am not sorry, nor do I have any regrets. I was blessed to catch lightning in a bottle, to meet the kind of person to whom public service isn't a career stepping-stone, but a belief they hold dearly.

Jeff's political career may be at an end, but his contributions to society are not. Throughout his brief career in public service, he fought for the people without a voice. Whether it was the children in crumbling, overcrowded schools or the fathers impoverished by an arcane and outdated legal system, he represented the people whom the law left behind and others in his position of power simply forgot. I am lucky that I got to see it firsthand.

It would be easy to leave Jeff behind, to make him just another guy convicted of a felony. Given his past and future contributions to society, I sincerely hope that is not the case.

It may be a cliché, but he made me a better person. And I have no doubt that he will have the same effect on anyone's life that he touches in the future.

Respectfully,


Elisabeth Smith