Honorable Judge Carol Jackson,

When Jeff Smith was in the first grade he learned the motto,"no great work is created quickly". Throughout his life he lived by this saying, working tirelessly at every project he approached.

Jeff was impacted by the struggles that many of his peers in the school desegregation program encountered.  Watching students who had fallen behind in their prior schools strive to catch up academically, Jeff began planning a future in which he could make a difference in the lives of similar children.  He believed that by majoring in African American studies and understanding this history better, he could prepare himself to help break the cycle that doomed many poor families to intergenerational poverty.  The tables were turned during his college years as Jeff encountered prejudice as the only white in this program.  His choice of majors was questioned by the department chair and some fellow students.  Undaunted, Jeff continued and graduated Phi Beta Kappa with a double major in African-American Studies and Political Science.

Throughout his lifetime Jeff has used his charisma and empathy to help people who needed a boost, in ways small and large.  A high school teacher of his once told us that if Jeff included someone with obvious disabilities in a group, others would support his choice.

Teaching pre-school in the South, mentoring, tutoring students for their college entrance exams, and coaching scores of young athletes have occupied endless hours of Jeff's time.  As a university instructor, he was admired by students even when he pushed them as hard as he pushed himself and refused to accept mediocrity.

Jeff's goals in the Senate have been to try to effect change by minimizing people's differences and uncovering similarities that we all share.  It is no accident that he has been honored by numerous statewide groups from across the ideological spectrum as Legislator of the Year.

As Jeff has acknowledged, he made a grave mistake in 2004.  But who among us has not as we try to find our way in the world?  Did he hurt anyone physically or monetarily?  No.  His punishment has been the loss of two things he loved dearly: teaching and trying to effect change through legislative action.  Disappointing those who love him most has broken Jeff's heart .  He needs no further punishment.  There is endless volunteer work he can begin to do immediately to help the city he loves so much.  I know that, because I am the mother who loves Jeff so much.

Sincerely,

Phyllis Smith

To The Honorable Carol Jackson:

Jeff Smith is my son. I realize that he violated federal law and I cannot condone his actions. Consequently, he must be punished. I am well aware of his actions, as put forth in excruciating detail in the print and broadcast media. While this breaks my heart, it has not changed my love for my son and my admiration for what he has accomplished in his life to date.

I expect you will be made aware of his history before the 2004 campaign and his tenure in the Senate. As his dad I thought I'd tell you about some of the more moving moments in his life that affected me. One was the night of his high school basketball banquet where his coach recalled that he first met Jeff when he was coaching at a basketball camp and Jeff was one of the few second graders there. "Jeff was the smallest and probably the youngest boy there"the coach said, "but all the kids anywhere near his age followed him around as if he were the Pied Piper."

A second and more serious moment of pride, and the first that brought tears to my eyes, was the high school assembly to honor graduating seniors. Jeff received the Dad's Club Award, given to the top all-around senior. The presenter spoke at length about the recipient's accomplishments and I thought he was describing a girl who was one of Jeff's best friends. It was only after the presenter finally referred to the recipient as "he" that I realized he was talking about Jeff.

A third and most telling moment happened recently – so recently, in fact, that it was just after Jeff had alerted us to his legal troubles. Just before his recent 3-on-3 tournament and community fair I asked him why he was still going ahead with it since he would be resigning soon after. His response. "Because I don't want to disappoint all the kids who've already signed up and the people who need health screenings, school supplies, or help finding a job."

This event at Fairgrounds Park, which began four years ago with a few hundred people, has evolved into a huge event with thousands of kids and their families taking part the last two years.

I could go on and on about my son but hopefully you'll learn more about him from others. If you have not seen the documentary about his 2004 campaign, it could give you a candid look at what went on, warts included, during that chaotic campaign.

Jeff is a unique person; from a young age, he had a unusual empathy for those less fortunate. As Jeff was very athletic , he was usually chosen to be a team captain, and would often pick the least athletic boy on the field first or second, knowing that the other boy was usually the last one picked. I know that sounds very minor but it is indicative of the type of person Jeff is, and it helps explain how he has touched so many people's lives. Incarcerating him would not only be a loss to Jeff and to his family, but also to the many others who Jeff could help via community service. Please consider this alternative as you determine his sentence.


Sincerely,

Steve Smith

# Sean C. Spence

Honorable Judge Carol Jackson
St. Louis, MO

Dear Judge Jackson,

I spoke with a judge I know here in Columbia to help me think about what to say to you about my friend, Jeff Smith.

He said to keep it short, so I'll do my best.

He also said that I shouldn't say that Jeff didn't do it.

I wouldn't dream of doing that, and Jeff wouldn't want me to; but this advice does make me think about the way Jeff has dealt with his guilt over the last few months. I think Jeff has had an awakening. He's a good man who is committed to doing good in a big way (something I've known and that he has displayed for a long time). Along the way, he lost his path and forgot some of the core principles that I know to be a part of his character.

Jeff allowed himself to get swept up in a rush of politics and power and forgot some essential things about honesty, doing the right thing no matter what, and not cutting corners. But everything that has happened to Jeff because of his crimes has reminded him – he is reminded of the value and importance of doing good in every way, whether big or small, whether anyone is likely to find out or not. The way he has dealt with all that – both publicly and privately – has been an inspiration to me and to so many others. Honestly, at the risk of going just a bit overboard, I believe that watching Jeff's experience and the way he has dealt with it will help me be a better person.

The last thing the judge said to me seems pretty important. He said that when he is deciding about sentencing, he decides whether he is mad at the person or afraid of him (afraid for his neighbors, for the community). If the judge is afraid, then the criminal is in for a tough time. If the judge is mad, then he makes himself set that aside so he can think about whether it is better for the individual and the community to give him a lighter sentence.

What Jeff did made me very mad and sad. It really did. It really does. But it doesn't make me afraid because I know that Jeff did not act out of evil nature; he made a series of tragic mistakes. Further, I know that no matter what happens to him, he will continue to make important contributions to his community. For my money, I believe with all of my heart that he will make the greater contribution if he is able to spend less time isolated from his community. In spite of his mistakes, Jeff is one of the good guys, and we need as much of what he has to offer as we can get.

Thank you for allowing me to share my thoughts about this with you. I send my positive thoughts and prayers to you as you decide the fate of a truly good man who still has a great deal to contribute.

Sincerely,

Sean Spence
Columbia, Missouri

1106B East Broadway, Columbia, MO 65201 • seanspence@earhtlink.net • 573-823-1308

October 7, 2009
4930 McPherson Ave.
Saint Louis, MO 63108

The Honorable Judge Carol Jackson

Dear Judge Jackson:

I'm writing to you on behalf of Jeff Smith.  I don't think we should be too hard on him.  I realize he broke the rules for campaigning and then lied about it.  And we do need to enforce those rules. But I believe he worked for the peoples' interests while he was in office.  As far as I know he did not use his office for personal gain.  And he has already suffered the loss of his position and reputation.  So I hope you will help recycle Jeff Smith to continue to serve the public.

George Stair

# S T A M P & C H A S E

### STRATEGY   ◆   DEVELOPMENT   ◆   COMMUNICATION

September 21, 2009

The Honorable Judge Carol Jackson
United States District Court
Eastern District of Missouri

Dear Judge Jackson:

Community not-for-profit boards of directors are filled with well-intentioned volunteers who come to monthly meetings, express their opinions on the issues facing the organization, make the requisite annual monetary donations … and go home.

Jeff Smith is an atypical community volunteer.

For three years, I had the privilege of serving on the Confluence Academy Board of Directors with Jeff and came to appreciate through his example what *true* community service is all about. Most board members, including myself, relied on information from administrators and statistical reports to make informed decisions on issues that came before us regarding this charter school serving children in the City of St. Louis. Jeff, on the other hand, spent time in classrooms with children and teachers, volunteered to assist in numerous ways in activities that directly benefitted students, and spoke one-on-one with parents about the issues that concerned them most about their children's education.

While Jeff may be best known publically as a gifted orator who can speak passionately about issues that face the community, his greatest attribute, I believe, is his heart-felt passion for service to individuals in need.  I've had the honor of being associated with great institutions such as St. Louis Children's Hospital, Ronald McDonald House Charities and Phoenix Children's Hospital. And I have never met an individual who is any more willing than Jeff to roll up his sleeves, devote significant personal time and energy, and to do what it takes to make a real difference in the lives of individuals most in need – especially children.

I am proud to count Jeff among my friends and am pleased to vouch for his character and commitment to service in this community.

Sincerely,

Burl E. Stamp
President

 JONES LANG
LASALLE.

Jones Lang LaSalle
211 N. Broadway Suite 2900
St. Louis, MO 63102
(314) 436-1212

Wednesday, September 23, 2009

Honorable Judge Carol Jackson
In care of: Jeffrey Smith
4059 Flora
St. Louis, MO   63110

Your Honor,

I am writing this letter on behalf of Jeffrey Smith whom I have known for more than 20 years. I would like to urge you to show leniency to a young man who has exhibited many wonderful human qualities and will be forever burdened by the series of mistakes that has led to his court case. Jeffrey is a talented and caring gentleman. He is extremely bright and very capable and for many years has wanted to serve the public. My family has been in politics so I know, firsthand, how competitive and nasty it can be.

Jeffrey and I have also had two strong connections as far back as I can remember.  The first is the love for basketball.  As an athlete, Jeffrey was very good and very competitive. He did what it took to win but always within the guidelines of the sport. The second is the commitment to help others less fortunate.  Jeff and I greatly benefited from the desegregation of the St. Louis public schools. We each learned the difficult struggles that young people less fortunate than we were had to deal with every day.  Jeff was able to bring these individuals into his "family" to help to ensure that they made the most of the opportunity that they had been given.  He has continued to build on this belief ever since as proven by all the work he has done with the charter school system and through the political system.  Jeffrey and I have made many life long friends through sports and desegregation and it is a connection that we will always share.  He did step "out of bounds" in this case, but I truly believe that he has been punished enough by his conviction, having to leave public office and the subsequent publicity. Any additional punishment would be severe overkill.

I know of your reputation as a fair and honest Judge. Hopefully, you will compassionately see that Jeffrey can do so much more for the community, himself and his family if he is allowed to remain free and live up to the commitment that he has made to me and his many other friends to serve the community completely and righteously going forward. I wish to assure you that he has already more than learned the necessary lessons. Please don't make him suffer any more.

Thank you,

David B. Steinbach

# ROBERT STEINBACK
**10923 Vauxhall Dr.     St. Louis, MO 63146     Home: (314) 432-0518     Cell: (314) 422-1787**

9/14/09

The Honorable Judge Carol E. Jackson
United States District Judge
Eastern District of Missouri

Dear Judge Jackson:

I am writing this letter on behalf of my friend Jeff Smith since I know you are presiding over the case of The State of Missouri vs. Jeff Smith. I've known Jeff and his family for more than 30 years. Jeff and I became friends at 3 years of age. We grew up in the same neighborhood in Olivette, MO. We began our education together at Old Bonhomme Elementary School (in the very same kindergarten class) and ultimately graduated high school together.

Jeff didn't ask me to write this letter. In fact, I have not seen Jeff nor talked to him in the last 3 years since he became a State Senator. I was, however, at a handful of his campaign related events in 2004 and at his campaign headquarters the night he ultimately lost to Russ Carnahan in the 2004 primary election. However, in light of the recent serious charges against Jeff I felt compelled to write this letter to you for a couple of reasons.

In my opinion, this one huge mistake doesn't represent Jeff's true character at all. Jeff is the type of guy who was always was at the top of the class although in spite of his superior position he treated everyone with respect and dignity.

I also believe in 2nd chances. While I don't condone what Jeff did, I also don't think putting him behind bars is the right answer either. Jeff would be better suited helping young people in some fashion – after all he is a professor and an outstanding leader.

I really try not to get too involved with politics, however I was pretty amazed with what Jeff accomplished in 2004. I never thought he'd come so close to winning in 2004 in his first political quest. Then again I never should have doubted him. He has always been a charismatic leader so I was not surprised at all that he began to succeed in politics in 2006 and was on the fast track to being a top Democratic leader in Missouri. It would be a shame for one mistake to totally destroy all of this. Jeff could still do a lot of good things for St. Louis, but not if he is behind bars.

I hope you take all this information into consideration and that it leads you to a more lenient sentence for Jeff.

Thanks for your time and consideration,

Robert J. Steinback

September 23, 2009


Honorable Judge Carol E. Jackson
United States District Court of Eastern Missouri
111 South 10th Street
Suite 14.148
St. Louis, MO 63102

Honorable Carol Jackson,

It is my desire you will fully read and consider my plea for leniency in the matter of sentencing Jeff Smith for his mistakes.

I first met Jeff in March of 2008 when I filed for the Democratic Nomination for Missouri's 25th State Senatorial District. Jeff was serving as the Chairman of the Democratic State Senatorial Campaign Committee and I had been recommended by local democrats to file for office, but before I was to file my candidacy, Jeff wanted to speak with me. Our first meeting was brief, however Jeff wanted to ensure I truly had the desire to serve others and not serve myself. Over the course of the campaign, Jeff and I had numerous meetings and quickly became friends. He made himself available to me at anytime I needed him and provided me with valuable advice for my campaign. I saw firsthand how passionate Jeff was about his service and his sincere desire to help others.

There is no lesson Jeff can learn while incarcerated in a correctional facility that he has not already learned. His political career is over and he has been publically humiliated by his own actions. While there is no question that he broke the law, I feel that it would be in the best interest of the citizens of the State of Missouri that Jeff be allowed to continue his work in public service. Jeff has an extraordinary work ethic and fiery passion to help others and I trust you will agree he could be of better service to society than he could be in a correctional facility.


Respectfully Submitted,

M. Shane Stoelting
23368 County Rd 300
Clarkton, MO 63837

September 22, 2009

The Honorable Carol Jackson
United States District Judge
111 S. 10th Street
Suite 14.148
St. Louis, MO  63102

Dear Judge Jackson:

I have known Jeff Smith for several years now.  He is one of a handful of legislators I
have known with whom I have a personal friendship as well as a working relationship.
That Jeff should have violated the law in the way in which he has acknowledged that he
did was both surprising and distressing to me, both as a lawyer and as his personal friend
and professional admirer.

Jeff is someone that I have known to value power not for its own sake, but for the good
that it can bring to the community, especially to those who are the most powerless.  As a
community activist and legislator, Jeff was tireless in his efforts to reform education, to
secure health care for the poorest children, and to advocate for economic growth that
would benefit all Missourians.  As a senator, Jeff Smith was sometimes the last member
on the floor speaking on a bill that mattered to his constituents into the late hours.  Jeff
has always stood up for his political principles with tenacity and courage.  Despite his
devotion to principle, Jeff also is someone who is exceedingly rare in Missouri's
polarized political climate:  a listener and conciliator with the ability to effect
compromise and promote rational and civil discussion among people who disagree on
social issues.  The loss of a voice of reason and a willingness to negotiate so as to avoid
worse outcomes is a heavy loss indeed to his legislative district and to all the people of
Missouri.

 I know that Jeff has broken the law, but he never broke a promise to me.  Whenever I
have asked him to go out of his way to help me draw a crowd for events or to go above
and beyond merely being a voice or a vote, he has done it, graciously and well.  He went
out of his way to help us find politically minded interns who worked without pay in our
office.

One of the things I have valued most about Jeff is that he is not only passionate about
politics, but about policy.  He really is an evangelist for activism, for empowering people
who are not rich or socially prominent.  In every room that I have ever been in with Jeff
Smith, he would talk about policy issues with equal zeal, and give equal time, to those

who were knowledgeable and prominent and those who were not. Jeff treats people equally, whether they are humble or high.

I have seen Jeff demonstrate great kindness and solicitude to people who needed a friend. My Southside neighbors still tell the story of the time that Jeff and a friend went and cut away the jungle that a sick, elderly lady's back- and sideyards had become; he had met her while knocking doors. She had no one else to help her, and Jeff took it upon himself to do so.

Everyone knows about Jeff's passion for helping young people, from his founding of the Confluence Academies to his work as a school evaluator to his famous 3-on-3 basketball tournaments. Whether coaching youth basketball or working to teach disadvantaged youth creative writing skills, Jeff has been a visionary doer.

That Jeff should find himself before the bench for an offense is shocking to his friends and to the community precisely because it is so out of character for him to behave selfishly or dishonestly. I believe with all my heart that the charges that bring Jeff before the court are deeply contrary to his general character. I believe Jeff to be a good person and this episode to be anomalous. I know he has been humbled by the damage to his reputation and his genuine shame at letting down his many admirers and his constituents. That is, for a public person like Jeff, who was idolized by so many, a punishment in itself.

Respectfully,

Pamela L. Sumners, Esq.
Executive Director

David T. Tayloe III, MD
2880 Ulster St.
Denver, CO 80238

September 15, 2009

Honorable Judge Carol Jackson:

I am writing this letter on behalf of Jeff Smith, whom I have known since we were freshmen in college. He and I were friends and roommates at the University of North Carolina at Chapel Hill, and we have remained close since graduation. Having shared a twelve by twelve dorm room with Jeff, I can offer a unique perspective on his outstanding character. He has always been and will always be one of my very best friends. His compassion, intelligence, generosity and humor have easily won him many friends and admirers, and he is an individual who gives to others far more than he receives from them. When we were students at UNC, for example, I used to joke that he needed to set up appointment times and hourly rates due to the fact that so many people came to him for his sage advice and empathy. These qualities have made him a natural leader to whom others have always gravitated.

Jeff's brilliance and personality ensured that he had limitless opportunities after he graduated from college. He has chosen to serve others by pursuing a career in teaching and public service. The amazing contributions that he has made thus far- opening charter schools and creating a 3-on-3 basketball tournament to benefit charity are two good examples- provide evidence of the good that he has done for the St. Louis area and offer a tantalizing glimpse into his amazing potential. Sure, Jeff screwed up by providing information to the independent fundraiser; however, the irreparable damage done to his political career will serve as ample punishment for him in the years to come. I can assure you that he will do far more good serving the community than he would in a correctional facility. I thank you for your time.

Sincerely,

David Tayloe, MD

September 27, 2009

Honorable Judge Carol Jackson:

I am writing this letter on behalf of Jeff Smith in the hopes that you will consider having him pay his debt to society through service to the community, as opposed to a prison sentence. This request in no way relates to his status in the community. I would argue that anyone who has worked as tirelessly as Jeff has should be given a chance to repay society through public service. While Jeff must be held accountable for his actions, his punishment should serve to benefit the citizens of St. Louis and Missouri, not cost them through payment of his upkeep in the prison system. In light of that, I would encourage you to consider court-monitored and supervised community service.

I have known and worked with Jeff for the past 6 years and have always found him to be accommodating, dedicated and hard working. His work in the community speaks volumes for his commitment to the City of St. Louis and his care for the plight of all individuals.

Indeed, that is the thing that I commend Jeff most strongly for and the reason that I can forgive his indiscretion and continue to support him. Jeff was one of a very limited number of politicians who worked tirelessly to bring people together in our region beyond race, and beyond political affiliations.  Most have used our race challenges to further their own careers, but Jeff has consistently worked to bridge that divide and I commend him for that.

In addition, Jeff has initiated activities that help to build and strengthen our communities and the individuals who reside in them. His outstanding service includes his Annual 3-on-3 Basketball Tournament, his creation of the Missouri Teaching Fellows

Program, and the numerous community fairs and community cleanups that he has hosted. Just during the last legislative session, Jeff accomplished what many legislators had tried to accomplish but failed. He sponsored and passed two bills that will transform the state's child support system. One helps fathers who are struggling to pay child support avoid felony convictions and jail time and helps fathers who are non-violent offenders find jobs and resume support payments, saving the state millions in incarceration costs. The second bill reduces erroneous paternity judgments, and ensures that men with DNA tests showing non-paternity will no longer have to pay for children who are not theirs. Both of these bills will ultimately serve as one of many vehicles that help to create better fathers for Missouri's children.

Jeff has taken responsibility for his actions. In an emailed letter to his constituents, he writes, "This event has humbled me. I have done some significant introspection and that has been the hardest part; coming to terms with my own poor judgments and mistakes."

I suggest that it is in the best interest of the City of St. Louis and the State of Missouri to make Jeff continue to use his invaluable talents and gifts to improve our region and in service to the citizens of our state. This will humble him even further because he would remain in the public light and not hide behind closed doors while the public forgets. That, in the end, will make him a better citizen. Not jail time.

Thank you for considering my comments, and I know that you will do what you believe is in the best interest of the City of St. Louis and the State of Missouri.

Sincerely,

Nina M. Thompson

2

**Gwyn Thorpe**
**7351 Overbrook Drive**
**St. Louis, MO 63121**
**314.383.6656**

October 5, 2009

To The Honorable Judge Carol Jackson:

I am writing this letter on behalf of Jeff Smith.   My association with Mr. Smith came about through a community service project that he started and worked on.  This project was the Martin Luther King Cleanup, held annually on Reverend Dr. Martin Luther King's birthday.

I was able to observe Mr. Smith in action and was impressed how dedicated he was to this project and the community overall.  He talked about how the project started and how happy he was that it had grown.   I worked with friends and family.  We all felt it was so worthwhile and discussed how we were going to encourage others, including my granddaughters, to help next year.

I hope you will consider the good things Jeff Smith has done. He is young, energetic, enthusiastic, and I believe if given the opportunity, he can and will do positive things to serve this community in some capacity.

Thank you for your time and consideration.

Sincerely,

Gwyn Thorpe

**CAPITOL OFFICE**

State Capitol
201 West Capitol Avenue
Room 309
Jefferson City, MO  65101-6806
Tele: (573) 751-1488
Fax: (573) 526-0881
steven.tilley@house.mo.gov

**Legislative Director**
Aaron Willard

**Executive Assistant**
Leann Hager



**MAJORITY FLOOR LEADER
STEVEN TILLEY**

State Representative
District 106

**COMMITTEES**

Ethics – Chairman
Rules

**DISTRICT OFFICE**

108 West Columbia
Farmington, MO  63640
Tele: (573) 756-5572
Fax: (573) 756-2520

September 30, 2009

Dear Judge Carol Jackson:

        The purpose of this letter is to respectfully request that careful consideration be given to the sentencing of Jeff Smith.  I offer my overwhelming support for leniency in his case.  I have known Mr. Smith at both the professional and personal level and it saddens me to write this letter, knowing what an astonishing man he is.  Jeff Smith has made a mistake and readily admits this, but I am hoping that this one mistake doesn't tarnish what he has so tirelessly worked to accomplish.

        I met Jeff Smith when he was elected to the Senate in 2007.  While it was apparent that we disagreed on some legislative issues, I soon found out that we both agreed on the most important aspect of the job—an absolute dedication to the communities that we serve.  This dedication was apparent not only in the way he looked out for the well-being of his constituents but also in his work with Charter Schools and in the way that he loved teaching the students at Washington University.

        In our current political environment, trust is a rare and valuable commodity and, despite our differences of opinion, Jeff was someone that I trusted implicitly.  I discovered very quickly that if Jeff Smith told me something that I didn't have to worry about whether or not I was being lied to.  I understand that might appear to be a contradiction due to the nature of the charges that he pleaded guilty to but I think it is more indicative of how out of character the mistakes that he now has to take responsibility for are.

        While I do not, in any way, mean to diminish the seriousness of Jeff's mistakes, I would respectfully implore the Court to consider a sentencing resolution that would force Jeff to make his amends to the community that he truly loves and sincerely regrets disappointing.  There is a distinction between a public figure who utilizes their office for illicit personal enrichment and the type of offense that Jeff has pleaded guilty to.  He did not seek personal enrichment as a motive for his crime; his crime was motivated by a desire to hide an embarrassing mistake.  Jeff has almost always placed service to the community above any financial or personal gain and it is in service to his community that the sentencing objectives can be most effectively met.

Clearly Jeff Smith has and will continue to suffer consequences above and beyond what this Court ultimately does. His political career is over, his teaching career is most likely over and his reputation has been soiled beyond repair. What Jeff Smith has remaining to offer is the perspective of a man who has fallen from grace. It is that perspective that the inner city youth Jeff Smith has served throughout his career would benefit from being exposed to. Our youth must be taught that fame is fleeting and Jeff Smith can be an incredibly effective teacher of that very important life lesson.

Thank you for the time that you have taken to read this letter. If you have any questions or would like to discuss this very important matter further, please do not hesitate to contact me.

Kind Regards,

Steven Tilley
State Representative
District 106

August 26, 2009

To Whom It May Concern:

I first met Jeff during my freshman year at Washington University, completely by chance. Every student enrolled in American Politics was required to attend their assigned sub-section, which was taught by teaching assistants. Initially I was a bit skeptical, thinking "how much can I learn from some T.A.?" As it turned out, however, I met – and learned a great deal from – Jeff Smith, the lively, five foot nothing Ph.D. Candidate, who spent the entire first class simply getting to know us. Jeff wanted to know the exact geographic location of every member of the class and he would wax poetic with an intricate story about that region's political scene. I was shocked. I knew I had met my match – in the political nerd category.

After American Politics, I kept in touch with, and would often run into, Jeff on campus, where he would always take the time to make conversation and ask how my classes were going. We also shared the same political science advisor and would always update each other on what he was teaching. During my junior year I noticed that Jeff was teaching a class on campaigns and elections, and without thinking twice I registered. The class is still one of my fondest memories from Wash U., mainly because Jeff had this amazing way of making you walk out of class excited, and eager to learn more. It was during this time – the spring of 2004 – that Jeff was quietly raising the funds necessary to make a run for the 3rd congressional district. By quietly I mean that he would only discuss his plans with those of us who knew him, either before or after class. I immediately knew my plans for the summer.

After interviewing with Jeff's staff I spent the summer of 2004 entrenched in one of the most progressive, grassroots campaigns I have ever experienced. I never made coffee, or performed menial classic intern-esque tasks, for there was too much important work to be done. In the beginning I was canvassing and by July of 2004 I was asked to become the volunteer coordinator (a staffer) on the campaign. As the volunteer coordinator I had an incredible goal: to make sure we had at least 300 volunteers to help get out the vote on Primary Day. Over the course of about a month I managed to come up with a plan and execute it. And I still believe that without Jeff's fundamental commitment that this would be a grassroots campaign, I would never have been given this amount of autonomy. No matter how cliché it sounds, I, along with the other staffers and field organizers, learned the true meaning of what it takes to run a campaign from the ground up – and I have Jeff to thank for this invaluable experience.

Over the past few days I have been hit with an overwhelming number of emotions. First of all I am extremely disappointed to learn about the events occurring during my time as a Jeff Smith staffer, in addition to the subsequent effort to conceal the truth. While I am hurt, and shocked, by the number of people involved, I am not going to forget the positive impact that Jeff had on my time as a college student, and member of the St. Louis community. And while the media is being especially thorough with this story, I would like to reiterate the fact that Jeff was nothing less than a stellar professor, an approachable and progressive thinking candidate and, moreover, a loyal friend. My thoughts are with him during these dark times, and I am confident that – in time – he will rise from this defeat and get back to doing what he is most passionate about – working to better the community.

Sincerely,

Emily G. Tobias

Emily G. Tobias

LOUISE TONKOVICH
48 Willmore Road
St. Louis, Missouri 63109
September 16, 2009

The Honorable Judge Carol Jackson

Dear Judge Jackson,

I am writing to you on behalf of my dear friend, Jeff Smith. I am committeewoman of the 16th ward in south St. Louis. I was also the treasurer for Jeff's senate candidate campaign. I have been involved in politics since 1968 when I volunteered for Thomas Eagleton in his first campaign for the United States Senate. In my 41 years in politics, I have only been truly inspired by a handful of candidates and Jeff Smith is one of them. I believe that we can change the world for the better through the political process. Jeff has been involved in politics for only that reason.

I saw first-hand his ability to inspire a virtual army of young people to get involved not just by voting but by hitting the streets and talking about issues with voters. These were not voters that looked like them or were as educated as them, but voters who were willing to listen to canvassers talk about the issues facing the least among us and how all of our destinies were tied together.

Jeff's volunteers worked from the least-hospitable campaign office I have ever seen. It was also not air conditioned. It was not a party place where these kids hungout. They came there for assignments in the morning and got a different pep-talk from Jeff everyday and returned after their assignment to share their experiences and learn from one another how to continue and do an even better job. What was paramount was the fact that the candidate stayed out longer and did more work than any of the campaign workers. Jeff's ability to connect with almost anyone, by being a very good listener and being able to relate through his years of involvement with all kinds people in all kinds of neighborhoods, was what set him apart. He always leads by example, which is a special tonic to volunteers.

I also had the opportunity to sit in on Jeff's course "Campaigns and Elections" at Washington University in the fall of 2006. He was a very popular teacher and won awards for his teaching. It was not because he was easy on grading or gave a light work load. He was very serious about the subject matter. We had a very heavy amount of reading to do in preparation for lectures. It was his ability to communicate as well as his ability to relate to his students that won him accolades. On the first night of class he asked everyone to sit in the same area for the rest of the semester. This was because he planned to get to know each student personally. The class had over 65 students and it was only a few sessions before he knew everyone's name and something about them. I have had many different teachers, but he was truly incredible.

He took students who were reluctant to participate and made them comfortable enough to express their views. He took volumes of material and helped us understand it and made us think about how best to apply it. I believe that he will find a way to make his current situation a learning experience and use it as a tool to teach and inspire others.

The voters in the area that I represent are older, economically comfortable and almost all white. You would not think that a liberal, young legislator, mostly interested in the plight of the disadvantaged, would be very successful as a candidate in this ward. Jeff's ability to talk with anyone and make them understand how our futures are connected made him a success even here. He knocked on doors, attended neighborhood and ward meetings and showed us the genuine spirit that moved even us.

After Jeff went to the freshmen orientation sessions before his term in the senate began, I asked him how he was received. "They don't like me," he said. I said they will learn to and his legislative successes proved me right. He doesn't care about fancy cars or clothes or any of the trappings of wealth or the glory of holding an elective office. He cares about people having a chance at a decent life, an education, their health, their safety and pursuing their dreams and having a modicum of happiness.

Like those ahead of him, who have faltered and recovered beautifully, he will never stop serving his community and especially those least able to help themselves. His has been a life of public service and it just will continue down a different path now. Marion Wright Edelman said, "Service is the rent we pay to be living. It is the very purpose of life and not something you do in your spare time." Jeff has had no spare time. He gets it. He has always paid his rent and will continue do so. I ask that you give him the chance to continue his service in the most productive way possible.

Most sincerely,

Louise Tonkovich

Judge Carol Jackson:

I am writing this letter on behalf of former State Senator Jeff Smith. I have known Jeff since 2005 when I took his Public Policy class at the University of Missouri-St. Louis. After taking his class, Jeff inspired me to become more involved in local politics. When I found out that he was running for office, I jumped at the opportunity to volunteer on his campaign.

At first, his campaign was run out of his tiny, extremely messy and cluttered apartment. There were only four of us, but we managed to clear out some of the clutter and make room for letters, envelopes and flyers. As the campaign trudged along, we got more and more volunteers; all young college students whose lives he had touched at some point or another.

In late 2005, I decided to transfer to St. Louis University. I received some financial aid and scholarships to help with the tuition cost, but I still needed a significant amount of money to cover the rest of the cost. When Jeff found out that I was going to forgo my opportunity to transfer to SLU, he decided that instead of keeping me on as a volunteer, he would hire me as part of his staff and front me the salary so that I could cover the cost of my tuition. I could not believe that he trusted me enough to write me a check without knowing whether or not I would hold up my end of the bargain. His faith in me inspired me to work even harder for him.

When we finally got a real campaign office, it was no better than his messy apartment. Actually, it was far worse. With floors that looked like they were sinking, chunks of the ceiling falling down all around us, no heat in the winter, no air conditioning or even ventilation in the summer, this place was a nightmare. If someone told me today that that building was condemned, it would not surprise me one bit. In fact, I wouldn't be surprised if there was asbestos and lead floating around in that building. However, all of us showed up every day and worked for hours on end to get the word out that Jeff was the best candidate for the job. By this time, there were probably somewhere between 15-20 people working on the campaign in some capacity. 5-6 days a week, even on days when the heat index was well over 100 degrees, we all knocked on doors in every neighborhood of the 4th senatorial district. This is how much we believed in Jeff. I think I lost a good 10 pounds that summer.

Spending that much time around Jeff, I learned very many things about his character. Jeff is the type of person who speaks up for people without a voice. He strongly believes in social justice and undoing the wrong that has been done to a group of people by giving them tools to help themselves. Furthermore, he is a person who can cross barriers, be they racial, political, cultural or socioeconomic. The work that he has done in North St. Louis is a testament to his values. Coaching at Mathews-Dickey, the Confluence Academies, the 3 on 3 Basketball tournaments all speak to his desire to bring change into the impoverished communities of St. Louis. I worked on putting together and promoting the first 3 on 3 basketball tournament at Fairground Park in 2006 and I was there for the one that just passed on July 25th. I am still amazed at how he was able to bring so many people from all walks of life to participate in an event at a park that is usually overrun by gang members.

I work with at risk youth in North St. Louis and I was able to bring the youth that I work with to the basketball tournament. Some of them played and though none of them won, they had an amazing time. North St. Louis needs people like Jeff Smith; people who work tirelessly to bring about change and progress not just because of political gain, but because they care and because it's the right thing to do. I truly believe that sentencing Jeff to prison time would be detrimental to the positive work that can be done, and still needs to be done in these communities.

Sincerely,

Mimi Tsiage

```
Susan Uchitelle
41 Crestwood Dr.
St. Louis, MO 63105
```

August 29, 2009

The Honorable Judge Carol Jackson

Dear Judge Jackson:

I am writing this letter in behalf of Jeff Smith, whose case is before your court.

I have known Jeff Smith for many years. He was, along with myself and one other person, an original founder of Confluence Academies, a charter school which now has four campuses in the City St. Louis serving 3,000 students. Jeff worked very hard with us and the students and was an excellent board member. I have much respect for his work with children and his knowledge of political science issues. While he was on the board he spent time in many classrooms working with teachers, observing and making very helpful suggestions based upon his past experience as a teacher and basketball coach. All the teachers welcomed his suggestions and learned from him.

Jeff created a program to encourage parental involvement by bringing in prominent people who provided valuable information to parents at the monthly PTO meetings. He also frequently (and unexpectedly) presented the board with significant donations of books, school supplies, or large cash donations that he had solicited on the school's behalf. We often wondered where he found the time and energy, given the demands on his time as a senator.

What Jeff did was clearly unacceptable and I believe he now fully understands that what he did was wrong. We all make mistakes and I sincerely believe that he has learned from this mistake.

It is my hope that he will be able to do community service as a major part of his sentence In this capacity he would serve our community and the children of the region where he would truly make a difference. He would be terrific as a civics' teacher and basketball coach at Confluence or in any of the St. Louis Public Schools. He would be of tremendous value to our community in an area of real need. He is an excellent teacher and could prove himself in this manner. I have the confidence that he would bring honor to the school he would serve. From working with him in the past, I know the places he would serve as a teacher/coach would greatly benefit from his work.

I hope that you will be able to give this idea serious thought.  I am most appreciative of your consideration of this request.

Most respectfully,

Dr. Susan Uchitelle

September 21, 2009


Honorable Carol Jackson
U.S. District Judge
United States District Court for the Eastern District of Missouri
St. Louis, MO 63102

**RE: Matter of former Missouri Senator Jeff Smith**

Dear Judge Jackson:

I have known former Missouri Senator Jeff Smith for over five years.  In that time, he has
been very gracious with his time and his passion to serve and attempt to better the lives of
people all over our great state of Missouri and spurred me to enter public service.  I am
the elected Committeewoman in Rock Township, Jefferson County, Missouri.

Moreover, Jeff has given his time, sweat, tears, intellect, and public service to emphasize,
reiterate, and ensure that our next generation of leaders, our last hope for the future, our
children, understand the merits of an education in helping them to chart a positive
progress road map through life.  Jeff's passion for public service came from him giving
of himself, his time, his money and earning potential especially to spread this message
into the underserved communities in North St. Louis.  Jeff has positively influenced the
formation and future of countless numbers of young people in these areas where most
children are fatherless and an unacceptable percentage of these young people end up
engaging in illegal activities and eventually incarceration.

I was especially moved by his commitment to help the families from New Orleans that
moved to St Louis after Hurricane Katrina.  He took it upon himself to locate a new or
used computer for each and every family that was forced out of their home and nearly
lost everything they owned.  Another example of Jeff's dedication to the community is
his annual 3 on 3  Basketball Tournament and Community Fair. At this event, kids were
given back to school supplies along with prizes that included new bikes and tickets to Six
Flags.  This Fair also offered job training, health screenings and free books to children.
Some of the families in this area would otherwise never have a vision screening or a
blood pressure test.  I believe if given the opportunity, Jeff would continue to help and
serve the community in this way.

Clearly, Jeff has learned a valuable life lesson here.  I know Jeff well enough that as life
altering an event this is for him, he will be a living role model to the young men and
women in the greater St. Louis region that hard work AND honesty are essential
cornerstones of one's life.

Thus, I ask that you take Jeff's positive and progressive accomplishments through his
public service to various communities in Missouri when handing down your sentencing.

Allowing Jeff Smith to use his experiences as a life lesson to our young people is much more valuable and cost effective to us as taxpayers, then to stifle his voice and his actions.  Thank you for your time and consideration.

Sincerely,

*Tammy Vent*

Honorable Tammy Vent
Committeewoman, Rock Township

6461 White Cap Lane
Florissant, MO 63033
September 22, 2009

To The Honorable Judge Carolyn Jackson

Dear Judge Jackson:

I am writing to attest to Mr. Jeff Smith's commitment to community service and his genuine
concern about helping people. I do hope he will be allowed to use his gifts and talent to provide
sorely needed help in the St. Louis community.

I have been a city resident all of my life and just moved to Florissant in the last several years. I
have devoted my life to helping faith-based organizations address the serious public health issue
of substance abuse and addiction. Substance abuse is destroying our families, neighborhoods,
and communities. Mr. Smith has been instrumental in helping to point me in the right direction
to make connections with policymakers who can find resources so that faith organizations can
assist in addressing the issue of addiction. His advice and guidance has been most helpful.
Missouri has one of the best faith-based substance abuse initiatives in the country. In addition to
helping in the area of substance abuse, Mr. Smith has always been out in the community doing
his best to help our young people.

Please understand that I am not condoning the breaking of the law. However, I believe the
absence of Mr. Smith's service to the community would be a tremendous loss for many, many
people. Thank you for your consideration.

Sincerely,

Daphne Walker-Thoth

Daphne Walker-Thoth

46 Tulip Drive
St. Louis, MO  63119

# JULIA L. WANKEL

September 18, 2009

The Honorable Judge Carol Jackson

Dear Judge Jackson,

We hold politicians to a higher standard.  And we should!  We give them our money.  We give them our time.  We give them our vote.  And we give them our faith.  We put them up on a pedestal that perhaps we should not.  However, once in a while, someone special comes along who can motivate and inspire us to be better people.  Jeff Smith is that person.  He became a politician because he truly wanted to serve and help people.  And he inspired others to serve and help people as well.

I was not lucky enough to have Jeff Smith as my state Senator, yet somehow that did not seem to matter.  I introduced him to a couple of causes that were important to me and he responded by caring, educating himself about them, and working to help out where he could.  And because he cared so much for his constituents and their causes, I was motivated to help him.  I volunteered at his Basket Ball Tournament and Community Fair.  I wanted to truly serve and humble myself and chose the least desired task of cleaning up after the event.  I also have been moved to donate coats in the winter at his suggestion.

Jeff Smith made some mistakes along the way.  In fact, the end of his career is a tragic loss.  But his constituents should not have to lose as well.  Please consider imposing a sentence where Jeff can continue to inspire and teach.  Teach right from wrong, and inspire young people to serve others as well.  Jeff Smith should be ordered to do this, not for himself, but for others.

Thank you for your consideration.

Yours truly,

Julia Wankel

Julia Wankel

46 Tulip Drive
St. Louis, MO  63119

# SCOTT W. WANKEL

September 18, 2009

The Honorable Judge Carol Jackson,

Dear Judge Jackson,

I am writing to request leniency in the sentencing of Jeff Smith.  Jeff poses no threat to society; indeed he would be an asset if allowed to participate in a program where he could help the underprivileged in some way, a cause that he has championed his entire adult life.  His Basketball Tournament and Community Fair is a great example of Jeff's commitment to people.  Jeff had organized groups to give away school supplies, books, and offer free health screenings as well.  Utilizing those skills would be a better method for Jeff to repay his debt to society.

Thank you for the consideration.

Sincerely,

Scott Wankel